UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL SKIDMORE, as Trustee for the:

RANDY CRAIG WOLFE TRUST

*Plaintiff*

v.

LED ZEPPELIN

JAMES PATRICK PAGE

ROBERT ANTHONY PLANT

JOHN PAUL JONES

SUPER HYPE PUBLISHING, INC.

WARNER MUSIC GROUP CORP.

*Parent of:*

WARNER/CHAPPELL MUSIC, INC.

ATLANTIC RECORDING CORPORATION

RHINO ENTERTAINMENT COMPANY

*Defendants*

**No.:** 2:14-CV-03089

**CASE FILED:**

MAY 31, 2014

**CAUSES OF ACTION:**

COPYRIGHT INFRINGEMENT

RIGHT OF ATTRIBUTION –
FALSIFICATION OF
ROCK N' ROLL HISTORY

*JURY TRIAL DEMANDED*

**Oral Argument Requested**

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
PLAINTIFF'S OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS PURSUANT TO FRCP 12(B)(2, 3) AND
MOTIONS TO TRANSFER PURSUANT TO 28 USC § 1404

Pursuant to Federal Rule of Evidence 201, and in connection with Plaintiff's
Omnibus Response to Defendants' motions to dismiss, Plaintiff Michael Skidmore, by and
through his undersigned counsel, respectfully request that this Court take judicial notice
of:

1.      The 402 copyright infringement cases listed in Appendix A of Plaintiff's Omnibus Response (and attached to this request) that defendant Atlantic Recording Corporation, a subsidiary of Warner Music Group Corporation, filed in the Eastern District of Pennsylvania.

2.      An interview done by defendant James Patrick Page with the Philadelphia radio station 102.9 WMGK on October 28, 2014, to promote the rerelease of *Led Zeppelin IV*, "Stairway to Heaven," and an alternative version of "Stairway to Heaven." It can be found at: http://media.wmgk.com/Blogs/1001038/John_DeBella_Jimmy_Page_10_28_14.mp3.

Good cause exists for the Court taking judicial notice of the foregoing.

Regarding the 402 copyright infringement cases, Atlantic Recording claims it has no contacts with this district and that it would be more convenient to litigate this suit in the Central District of California. The cases identified demonstrate that Atlantic Recording, and by extension Warner Music, have significant contacts with Pennsylvania and the Eastern District. Furthermore, in these filings, defendants Atlantic and Warner argued that specific jurisdiction should be found wherever an infringing work is accessed from the internet. This is, of course, in marked contrast to the impossibly strict—and incorrect— theory of specific jurisdiction they now ask the Court to use. It is appropriate to judicially notice court dockets and documents. O'Boyle v. Braverman, 337 Fed. Appx. 162, 165 (3d Cir. 2009) (not precedential).

Regarding defendant Page's interview, all Defendants, including defendant Page, claim that they do not have the requisite minimum contacts to subject them to personal jurisdiction in Pennsylvania. They also claim that they do not target the Eastern District of Pennsylvania. These denials are provably false, as defendant Page, and by extension all Defendants, have by radio and internet explicitly targeted the Philadelphia market to sell "Stairway to Heaven." It should be noted they did so even after their counsel filed a motion claiming that they did not target this forum. Judicial notice of this interview is appropriate because the "[C]ourt may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy

cannot reasonably be questioned." Federal Rule of Evidence 201(b)(2). There can be no reasonable dispute that that defendant Page conducted an interview on or about October 28, 2014, promoting, marketing, and advertising "Stairway to Heaven" in Philadelphia.

## II.   CONCLUSION

Plaintiff requests that the Court take judicial notice of the foregoing facts.

*****

*Respectfully submitted,*

FRANCIS ALEXANDER, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:    208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:    (215) 500-1000
F:    (215) 500-1005
E:    francis@francisalexander.com
*Law Firm / Lawyer for Plaintiff*

*/d/ November 24, 2014*

# CERTIFICATE OF SERVICE

Plaintiff hereby represents that PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO FRCP 12(B)(2, 3) AND MOTIONS TO TRANSFER PURSUANT TO 28 USC § 1404 has been served upon counsel by the electronic filing system.

Helene Freeman, Esquire
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant,and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Michael Eidel, Esquire
FOX ROTHSCHILD LLP
2700 Kelly Road | Suite 300
Warrington, PA 18976-3624
T: (215) 345-7500
F: (215) 345-7507
E: MEidel@foxrothschild.com
*Attorneys for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company-and-Local Counsel for James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Peter J. Anderson, Esquire
LAW OFFICE OF PETER J. ANDERSON, PC
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company*

\*\*\*\*\*

*Respectfully submitted,*

FRANCIS ALEXANDER, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:    208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:    (215) 500-1000
F:    (215) 500-1005
E:    francis@francisalexander.com
*Law Firm / Lawyer for Plaintiff*

*/d/ November 24, 2014*

# Appendix A

**ATLANTIC RECORDING CORPORATION is a plaintiff in at least 402 cases in the Eastern District of Pennsylvania.**

| | | | |
|---|---|---|---|
| 2:05-cv-03252-PBT | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03303-JF | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03320-JG | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-04019-ER | INTERSCOPE RECORDS et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-04026-RK | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-04625-SD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04626-JCJ | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04636-MAM | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/20/06 |
| 2:05-cv-04645-HH | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04646-BWK | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 02/01/06 |
| 2:05-cv-04649-TON | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04676-PBT | INTERSCOPE RECORDS et al v. JOHN DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04695-PBT | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 08/31/05 | closed 01/23/06 |
| 2:05-cv-05586-BWK | ARISTA RECORDS LLC et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05616-BWK | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05645-SD | VIRGIN RECORDS AMERICA, INC et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05655-TJS | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05656-CMR | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-06466-NS | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06496-CMR | FONOVISA, INC. et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06515-MMB | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06516-RB | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06524-MK | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06534-NS | LONDON-SIRE RECORDS INC. et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06535-LS | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06536-RBS | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06543-NS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06556-PD | BMG MUSIC et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:06-cv-00416-MMB | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00456-WY | ARISTA RECORDS LLC et al v. JOHN DOE | filed 01/31/06 | closed 06/06/06 |
| 2:04-cv-00650-CN | BMG MUSIC et al v. JOHN DOE #1 | filed 02/17/04 | closed 02/11/05 |
| 2:04-cv-01241-CMR | ELEKTRA ENTERTAINMENT GROUP INC. et al v. DOES 1-6 | filed 03/23/04 | closed 03/28/05 |
| 2:04-cv-02246-CMR | MOTOWN RECORD COMPANY, L.P. et al v. DEPIETRO | filed 05/24/04 | closed 08/07/07 |
| 2:04-cv-02932-SD | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02934-ER | ELEKTRA ENTERTAINMENT GROUP, INC. et al v. JOHN DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02935-JD | PRIORITY RECORDS LLC et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02938-CMR | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 07/01/04 | closed 01/28/05 |

| | | | |
|---|---|---|---|
| 2:04-cv-02941-CRW | SONY MUSIC ENTERTAINMENT INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02943-RK | SONY MUSIC ENTERTAINMENT INC. et al v. JOHN DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02944-PBT | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02948-MAM | WARNER BROS. RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02955-JF | WARNER BROS. RECORDS INC. et al v. DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-02959-JD | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02960-LDD | SONY MUSIC ENTERTAINMENT INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02962-BMS | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02965-TON | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02966-MAM | BMG MUSIC et al v. JOHN DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02971-CMR | ARISTA RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02979-RB | SONY MUSIC ENTERTAINMENT INC. et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02980-WY | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 07/01/04 | closed 01/31/05 |
| 2:04-cv-02984-WY | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 07/01/04 | closed 01/31/05 |
| 2:04-cv-02985-AB | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02986-JK | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 07/01/04 | closed 01/28/05 |
| 2:04-cv-02992-MK | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-02995-CG | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-02996-CMR | SONY MUSIC ENTERTAINMENT INC. et al v. DOE | filed 07/01/04 | closed 03/29/05 |
| 2:04-cv-03002-NS | SONY MUSIC ENTERTAINMENT INC. et al v. JOHN DOE | filed 07/01/04 | closed 03/29/05 |
| 2:04-cv-03003-RBS | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03004-LP | ARISTA RECORDS, INC. et al v. JOHN DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-03005-RB | SONY MUSIC ENTERTAINMENT INC. et al v. JOHN DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03008-NS | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03010-RK | UMG RECORDINGS, INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03011-ER | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-03019-CG | ARISTA RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03020-BWK | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03021-WY | WARNER BROS. RECORDS INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03023-MMB | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03024-LDD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-03029-TON | VIRGIN RECORDS AMERICA, INC et al v. JOHN DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-03033-JK | WARNER BROS. RECORDS INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03037-TJS | WARNER BROS. RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-03042-PBT | UMG RECORDINGS, INC. et al v. DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-03049-HB | WARNER BROS. RECORDS INC. et al v. DOE | filed 07/07/04 | closed 02/04/05 |
| 2:04-cv-03050-MAM | ARISTA RECORDS, INC. et al v. JOHN DOE | filed 07/01/04 | closed 04/07/05 |
| 2:04-cv-03060-BMS | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03064-TJS | BMG MUSIC et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03068-PBT | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03069-JD | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03070-JD | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03071-RB | WARNER BROS. RECORDS INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |

| | | | |
|---|---|---|---|
| 2:04-cv-03074-PBT | ARISTA RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03076-MAM | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03078-MAM | BMG MUSIC et al v. JOHN DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03082-JD | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03092-CRW | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03095-RK | CAPITOL RECORDS, INC. et al v. DOE | filed 07/01/04 | closed 02/04/05 |
| 2:04-cv-03098-HB | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 07/01/04 | closed 02/11/05 |
| 2:04-cv-03099-MK | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 02/11/05 |
| 2:04-cv-03106-MAM | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/01/04 | closed 02/11/05 |
| 2:04-cv-03117-TJS | SONY MUSIC ENTERTAINMENT INC. et al v. JOHN DOE | filed 07/01/04 | closed 02/11/05 |
| 2:04-cv-03125-JK | MAVERICK RECORDING COMPANY et al v. DOE | filed 07/01/04 | closed 02/11/05 |
| 2:04-cv-03129-CG | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 07/01/04 | closed 03/29/05 |
| 2:04-cv-03132-CRW | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/01/04 | closed 02/11/05 |
| 2:04-cv-03133-CMR | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 07/01/04 | closed 02/11/05 |
| 2:04-cv-03408-WY | PRIORITY RECORDS LLC et al v. MACWILLIAMS | filed 07/20/04 | closed 03/31/05 |
| 2:04-cv-04032-RB | ATLANTIC RECORDING CORPORATION et al v. GARGAN | filed 08/25/04 | closed 01/04/05 |
| 2:04-cv-04033-JS | ARISTA RECORDS, INC. et al v. GALLAGHER | filed 08/25/04 | closed 06/30/05 |
| 2:04-cv-04035-CMR | SONY MUSIC ENTERTAINMENT INC. et al v. JARAMILLO | filed 08/25/04 | closed 02/28/05 |
| 2:04-cv-04415-ER | SONY MUSIC ENTERTAINMENT INC. et al v. WILLIAMS | filed 09/20/04 | closed 12/06/04 |
| 2:04-cv-04416-RBS | ARISTA RECORDS, INC. et al v. BREESE | filed 09/20/04 | closed 03/24/06 |
| 2:04-cv-05050-LP | ATLANTIC RECORDING CORPORATION et al v. JAMISON | filed 10/28/04 | closed 12/06/04 |
| 2:04-cv-05053-RB | UMG RECORDINGS, INC. et al v. LUCIANO | filed 10/28/04 | closed 06/30/05 |
| 2:04-cv-05054-NS | MOTOWN RECORD COMPANY, L.P. et al v. TROJAN | filed 10/28/04 | closed 09/14/06 |
| 2:04-cv-05055-JCJ | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JONES | filed 10/28/04 | closed 03/10/05 |
| 2:04-cv-05828-CG | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 12/16/04 | closed 02/17/05 |
| 2:04-cv-05833-JF | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05834-TON | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05835-MAM | INTERSCOPE RECORDS et al v. JOHN DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05836-JF | BMG MUSIC et al v. JOHN DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05842-TJS | WARNER BROS. RECORDS INC. et al v. DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05843-BMS | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 12/16/04 | closed 02/17/05 |
| 2:04-cv-05845-SD | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 12/16/04 | closed 07/28/05 |
| 2:04-cv-05849-HB | INTERSCOPE RECORDS et al v. JOHN DOE | filed 12/16/04 | closed 02/17/05 |
| 2:04-cv-05858-SD | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05859-JD | BMG MUSIC et al v. JOHN DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05863-AB | INTERSCOPE RECORDS et al v. JOHN DOE | filed 12/16/04 | closed 04/18/05 |
| 2:04-cv-05865-PBT | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 12/16/04 | closed 02/23/05 |
| 2:05-cv-00887-JCJ | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00888-MMB | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00891-JS | WARNER BROS. RECORDS INC. et al v. DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00895-JF | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00909-CMR | WARNER BROS. RECORDS INC. et al v. DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00915-LS | ARISTA RECORDS LLC et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |

| | | | |
|---|---|---|---|
| 2:05-cv-00916-BMS | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00919-RBS | SONY BMG MUSIC ENTERTAINMENT et al v. DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00922-TJS | INTERSCOPE RECORDS et al v. DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00923-ER | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00925-PBT | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00926-CN | INTERSCOPE RECORDS et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00934-MK | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00936-TJS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00937-CN | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00939-RB | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00941-LDD | ELEKTRA ENTERTAINMENT GROUP INC. et al v. DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00943-NS | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00944-EL | ARISTA RECORDS LLC et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00946-NS | INTERSCOPE RECORDS et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00956-BMS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00958-GP | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-00959-BWK | CAPITOL RECORDS, INC. et al v. DOE | filed 02/28/05 | closed 06/30/05 |
| 2:05-cv-01356-TON | PRIORITY RECORDS LLC et al v. HARTMAN | filed 03/24/05 | closed 12/20/05 |
| 2:05-cv-01361-CMR | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 03/24/05 | closed 07/18/05 |
| 2:05-cv-01363-ER | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 03/24/05 | closed 07/26/05 |
| 2:05-cv-01365-JCJ | INTERSCOPE RECORDS et al v. JOHN DOE | filed 03/24/05 | closed 11/08/05 |
| 2:05-cv-01374-RB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 03/24/05 | closed 11/08/05 |
| 2:05-cv-01378-MAM | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 03/24/05 | closed 07/26/05 |
| 2:05-cv-01380-CRW | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 03/24/05 | closed 11/08/05 |
| 2:05-cv-01383-RB | BMG MUSIC et al v. JOHN DOE | filed 03/24/05 | closed 11/08/05 |
| 2:05-cv-01384-CG | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 03/24/05 | closed 11/08/05 |
| 2:05-cv-01387-TJS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 03/24/05 | closed 11/08/05 |
| 2:05-cv-01390-ER | BMG MUSIC et al v. JOHN DOE | filed 03/24/05 | closed 06/02/05 |
| 2:05-cv-01707-CN | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 04/13/05 | closed 07/05/05 |
| 2:05-cv-01937-MK | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-01939-LDD | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 04/27/05 | closed 11/14/05 |
| 2:05-cv-01945-PBT | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-01948-MAM | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-01955-CRW | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-01975-BMS | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-01981-LDD | SONY BMG MUSIC ENTERTAINMENT et al v. DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-01984-JD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-01986-JS | LOUD RECORDS, LLC et al v. JOHN DOE | filed 04/27/05 | closed 09/23/05 |
| 2:05-cv-02476-TJS | INTERSCOPE RECORDS et al v. JOHN DOE | filed 05/26/05 | closed 11/08/05 |
| 2:05-cv-02477-NS | BMG MUSIC et al v. DOE | filed 05/26/05 | closed 11/08/05 |
| 2:05-cv-02494-LDD | LONDON-SIRE RECORDS INC. et al v. DOE | filed 05/26/05 | closed 11/01/05 |
| 2:05-cv-03095-JS | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03096-SD | BMG MUSIC et al v. JOHN DOE | filed 06/29/05 | closed 11/14/05 |

| | | | |
|---|---|---|---|
| 2:05-cv-03102-LS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03103-EL | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03104-NS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03111-AB | MAVERICK RECORDING COMPANY et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03118-NS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03122-JP | BMG MUSIC et al v. DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03123-MAM | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03124-AB | ARISTA RECORDS LLC et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03127-ER | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03129-LDD | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03137-NS | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03151-EL | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03152-AB | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03153-JP | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03156-TJS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03159-JF | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03160-PD | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03161-BWK | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03163-BMS | INTERSCOPE RECORDS et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03168-HH | INTERSCOPE RECORDS et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03171-PBT | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03176-JD | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03178-BWK | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03179-EL | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03183-CMR | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03184-GP | ARISTA RECORDS LLC et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03191-WY | ARISTA RECORDS LLC et al v. DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03199-JCJ | FONOVISA, INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03207-JCJ | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03209-LS | SONY BMG MUSIC ENTERTAINMENT et al v. DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03215-HB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03228-SD | LONDON-SIRE RECORDS INC. et al v. DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03235-BMS | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03248-MK | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03249-JG | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03251-BWK | ARISTA RECORDS LLC et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03253-RBS | SONY BMG MUSIC ENTERTAINMENT et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03255-TJS | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03259-BMS | BMG MUSIC et al | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03263-GP | SONY BMG MUSIC ENTERTAINMENT et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03266-RB | PRIORITY RECORDS LLC et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03272-TJS | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03285-EL | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 06/29/05 | closed 10/06/06 |

| | | | |
|---|---|---|---|
| 2:05-cv-03286-MAM | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03291-HH | LONDON-SIRE RECORDS INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03294-NS | ELEKTRA ENTERTAINMENT GROUP INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03295-JS | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03296-HH | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03300-TON | UMG RECORDINGS, INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03307-WY | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/29/05 | closed 11/14/05 |
| 2:05-cv-03317-CRW | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03323-TJS | MAVERICK RECORDING COMPANY et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03331-ER | WARNER BROS. RECORDS INC. et al v. DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03336-EL | BMG MUSIC et al v. JOHN DOE | filed 06/29/05 | closed 11/08/05 |
| 2:05-cv-03880-LDD | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03888-BWK | MAVERICK RECORDING COMPANY et al v. DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03896-JP | MAVERICK RECORDING COMPANY et al v. DOE | filed 07/28/05 | closed 12/07/05 |
| 2:05-cv-03903-ER | MOTOWN RECORD COMPANY, L.P. et al v. DOE | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-03907-BWK | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-03912-GP | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03914-BMS | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 07/28/05 | closed 12/20/05 |
| 2:05-cv-03919-MMB | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03920-AB | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 07/28/05 | closed 12/20/05 |
| 2:05-cv-03921-JF | ARISTA RECORDS LLC et al v. JOHN DOE | filed 07/28/05 | closed 09/29/05 |
| 2:05-cv-03924-MMB | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03932-MK | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03933-EL | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03934-JF | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03938-AB | LONDON-SIRE RECORDS INC. et al v. JOHN DOE | filed 07/28/05 | closed 12/15/05 |
| 2:05-cv-03941-BWK | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-03952-HH | PRIORITY RECORDS LLC et al v. DOE | filed 07/28/05 | closed 12/21/05 |
| 2:05-cv-03953-BWK | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 07/28/05 | closed 12/20/05 |
| 2:05-cv-03954-BMS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/28/05 | closed 12/21/05 |
| 2:05-cv-03958-LP | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 07/28/05 | closed 12/20/05 |
| 2:05-cv-03961-RB | UMG RECORDINGS, INC. et al v. DOE | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-03965-JG | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/28/05 | closed 12/22/05 |
| 2:05-cv-03972-MAM | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-03977-JS | UMG RECORDINGS, INC. et al v. DOE | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-03982-NS | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/28/05 | closed 12/07/05 |
| 2:05-cv-03984-PD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/28/05 | closed 12/07/05 |
| 2:05-cv-03988-AB | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 07/28/05 | closed 12/07/05 |
| 2:05-cv-04001-WY | ARISTA RECORDS LLC et al v. DOE | filed 07/28/05 | closed 12/20/05 |
| 2:05-cv-04004-HH | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/28/05 | closed 12/20/05 |
| 2:05-cv-04007-RB | PRIORITY RECORDS LLC et al v. DOE et al | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-04009-BWK | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/28/05 | closed 12/08/05 |
| 2:05-cv-04014-MMB | INTERSCOPE RECORDS et al V. JOHN DOE | filed 07/28/05 | closed 12/08/05 |

| | | | |
|---|---|---|---|
| 2:05-cv-04021-HB | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/28/05 | closed 12/07/05 |
| 2:05-cv-04025-GP | ATLANTIC RECORDING CORPORATION v. DOE | filed 07/28/05 | closed 12/16/05 |
| 2:05-cv-04425-AB | MOTOWN RECORD COMPANY, L.P. et al v. GARRETT | filed 08/19/05 | closed 07/28/06 |
| 2:05-cv-04604-TJS | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04614-LDD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 01/20/06 |
| 2:05-cv-04624-AB | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04628-NS | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04629-JP | BMG MUSIC ENTERTAINMENT et al v. DOE | filed 08/31/05 | closed 01/24/06 |
| 2:05-cv-04631-TON | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/20/06 |
| 2:05-cv-04639-PD | MOTOWN RECORD COMPANY, L.P. et al v. DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04641-GP | ATLANTIC RECORDING CORPORATION v. DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04642-HB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 02/01/06 |
| 2:05-cv-04647-LDD | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04651-LS | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04654-JS | ELEKTRA ENTERTAINMENT GROUP INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04660-HH | WARNER BROS. RECORDS INC. et al v. DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04664-JF | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04668-JCJ | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04669-WY | SONY BMG MUSIC ENTERTAINMENT et al v. DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04671-JCJ | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 01/12/06 |
| 2:05-cv-04678-CMR | LONDON-SIRE RECORDS INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/23/06 |
| 2:05-cv-04680-HB | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04682-TJS | VIRGIN RECORDS AMERICA, INC et al v. DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04683-SD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04684-HB | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 08/31/05 | closed 01/18/06 |
| 2:05-cv-04688-MMB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/31/05 | closed 01/19/06 |
| 2:05-cv-04690-HB | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 08/31/05 | closed 01/19/06 |
| 2:05-cv-04691-JF | ELEKTRA ENTERTAINMENT GROUP INC. v. DOE | filed 08/31/05 | closed 01/19/06 |
| 2:05-cv-05073-MAM | WARNER BROS. RECORDS INC. et al v. MOORE | filed 09/23/05 | closed 03/28/06 |
| 2:05-cv-05078-MAM | CAPITOL RECORDS, INC. et al v. REYNOLDS | filed 09/23/05 | closed 03/07/06 |
| 2:05-cv-05080-ER | WARNER BROS. RECORDS INC. et al v. WILLIAMS | filed 09/23/05 | closed 03/28/06 |
| 2:05-cv-05157-NS | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 09/29/05 | closed 02/22/06 |
| 2:05-cv-05568-LDD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05574-SD | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05582-GP | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05589-PD | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 10/26/05 | closed 12/01/05 |
| 2:05-cv-05592-PBT | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05594-JD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05608-CMR | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05613-TJS | CAPITOL RECORDS, INC. et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05617-BMS | BMG MUSIC et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05632-JCJ | MAVERICK RECORDING COMPANY et al v. DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05637-LP | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |

| | | | |
|---|---|---|---|
| 2:05-cv-05643-RK | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05648-CG | MAVERICK RECORDING COMPANY et al v. JOHN DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05651-RBS | UMG RECORDINGS, INC. et al v. DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-05661-HB | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 10/26/05 | closed 03/20/06 |
| 2:05-cv-06443-ER | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06444-LS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/15/05 | closed 04/27/06 |
| 2:05-cv-06452-GP | LONDON-SIRE RECORDS INC. et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06453-BMS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06457-JF | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06460-TJS | MOTOWN RECORD COMPANY, LP. et al v. DOE | filed 12/16/05 | closed 04/26/06 |
| 2:05-cv-06464-TJS | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06469-TON | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06474-JP | BMG MUSIC et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06478-LDD | BMG MUSIC et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06481-PD | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06483-TJS | INTERSCOPE RECORDS et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06489-RBS | WARNER BROS. RECORDS INC. et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06492-RB | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06501-WY | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06508-CMR | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06511-BMS | ARISTA RECORDS LLC et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06513-JP | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06521-CG | BMG MUSIC et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06540-AB | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06541-LDD | UMG RECORDINGS, INC. et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06547-GP | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06548-JCJ | LONDON-SIRE RECORDS INC. et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06550-LDD | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06553-JS | INTERSCOPE RECORDS et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06558-HB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06564-BMS | ARISTA RECORDS LLC et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:05-cv-06570-RB | UMG RECORDINGS, INC. et al v. DOE | filed 12/15/05 | closed 04/26/06 |
| 2:06-cv-00407-JP | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 01/31/06 | closed 03/09/07 |
| 2:06-cv-00411-JF | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00419-JP | ELEKTRA ENTERTAINMENT GROUP INC. et al v. DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00432-AB | UMG RECORDINGS, INC. et al v. DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00433-MMB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00434-BWK | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00437-GP | INTERSCOPE RECORDS et al v. JOHN DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00447-BMS | PRIORITY RECORDS LLC et al v. JOHN DOE | filed 01/31/06 | closed 06/06/06 |
| 2:06-cv-00718-RB | UMG RECORDINGS, INC. et al v. CLARKE | filed 02/17/06 | closed 08/10/06 |
| 2:06-cv-04057-JF | MAVERICK RECORDING COMPANY et al v. TROJAN | filed 09/12/06 | closed 11/20/08 |
| 2:06-cv-04480-AB | VIRGIN RECORDS AMERICA, INC. et al v. PALCKO | filed 10/10/06 | closed 03/05/07 |

| | | | |
|---|---|---|---|
| 2:07-cv-00026-JKG | ATLANTIC RECORDING CORPORATION et al v. KING | filed 01/03/07 | closed 04/08/08 |
| 2:07-cv-00996-AB | ELEKTRA ENTERTAINMENT GROUP INC. et al v. FORD | filed 03/13/07 | closed 05/21/07 |
| 2:07-cv-01424-JP | CAPITOL RECORDS, INC. et al v. REYNOLDS | filed 04/10/07 | closed 09/20/07 |
| 2:07-cv-02004-HB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 05/17/07 | closed 04/17/09 |
| 2:07-cv-02007-JP | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 05/17/07 | closed 10/03/07 |
| 2:07-cv-02410-JHS | CAPITOL RECORDS, INC., et al v. NADIA FERNAND | filed 06/14/07 | closed 11/14/08 |
| 2:07-cv-02415-MAM | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 06/14/07 | closed 08/06/07 |
| 2:07-cv-03238-HB | WARNER BROS. RECORDS INC. et al v. JOHN DOE | filed 08/08/07 | closed 11/16/07 |
| 2:07-cv-03247-JP | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 08/08/07 | closed 11/16/07 |
| 2:07-cv-03249-EL | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 08/08/07 | closed 12/04/07 |
| 2:07-cv-03250-PD | CAPITAL RECORDS, INC. et al v. JOHN DOE | filed 08/08/07 | closed 10/25/07 |
| 2:07-cv-03251-CMR | UMG RECORDINGS, INC. et al v. Wachter | filed 08/08/07 | closed 08/20/08 |
| 2:07-cv-03255-JG | UMG RECORDINGS, INC. et al v. STRICKLER | filed 08/08/07 | closed 05/08/08 |
| 2:07-cv-03994-MK | WARNER BROS. RECORDS INC. et al v. JOHN DOE #3 | filed 09/19/07 | closed 11/27/07 |
| 2:07-cv-03920-JCJ | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE #9 | filed 09/19/07 | closed 11/27/07 |
| 2:07-cv-04693-ER | BMG MUSIC et al v. JOHN DOE #2 | filed 11/07/07 | closed 07/28/08 |
| 2:07-cv-04696-JCJ | UMG RECORDINGS, INC. et al v. JOHN DOE #5 | filed 11/08/07 | closed 03/13/08 |
| 2:07-cv-04697-BMS | UMG RECORDINGS, INC. et al v. DOE | filed 11/08/07 | closed 01/03/08 |
| 2:07-cv-04700-JF | MAVERICK RECORDING COMPANY et al v. MEHTA | filed 11/08/07 | closed 04/17/09 |
| 2:07-cv-04704-RB | WARNER BROS. RECORDS INC. et al v. JOHN DOE #13 | filed 11/08/07 | closed 01/14/08 |
| 2:07-cv-04709-TJS | CAPITAL RECORDS, INC. et al v. JOHN DOE #18 | filed 11/08/07 | closed 01/14/08 |
| 2:07-cv-04712-HB | SONY BMG MUSIC ENTERTAINMENT et al v. DOE #21 | filed 11/08/07 | closed 01/14/08 |
| 2:07-cv-05457-BMS | WARNER BROS. RECORDS INC. et al v. JOHN DOE #2 | filed 12/27/07 | closed 07/21/08 |
| 2:07-cv-05458-JCJ | UMG RECORDINGS, INC. et al v. JOHN DOE # 3 | filed 12/27/07 | closed 03/06/08 |
| 2:07-cv-05460-TON | ZOMBA RECORDING LLC et al v. JOHN DOE #5 | filed 12/27/07 | closed 03/13/08 |
| 2:07-cv-05462-JF | CAPITOL RECORDS, INC. et al v. DOE #7 | filed 12/27/07 | closed 03/13/08 |
| 2:07-cv-05463-CMR | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE #8 | filed 12/27/07 | closed 03/13/08 |
| 2:07-cv-05464-JD | WARNER BROS. RECORDS INC. et al v. JOHN DOE #9 | filed 12/27/07 | closed 03/13/08 |
| 2:07-cv-05465-PBT | WARNER BROS. RECORDS INC. et al v. JOHN DOE # 10 | filed 12/27/07 | closed 03/13/08 |
| 2:07-cv-05466-CMR | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE # 11 | filed 12/27/07 | closed 03/13/08 |
| 2:08-cv-00870-LDD | MOTOWN RECORD COMPANY, L.P. et al v. CAROLYN MCCORMICK | filed 02/21/08 | closed 12/04/08 |
| 2:08-cv-00872-AB | ATLANTIC RECORDING CORPORATION et al v. DOE # 4 | filed 02/21/08 | closed 04/22/09 |
| 2:08-cv-00875-ER | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE # 7 | filed 02/21/08 | closed 04/18/08 |
| 2:08-cv-00878-MMB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE # 10 | filed 02/21/08 | closed 07/09/08 |
| 2:08-cv-01457-BMS | ZOMBA RECORDING LLC et al v. DOE | filed 03/27/08 | closed 11/14/08 |
| 2:08-cv-01458-PBT | SONY BMG MUSIC ENTERTAINMENT et al v. DOE | filed 03/27/08 | closed 06/30/08 |
| 2:08-cv-01459-CMR | BMG MUSIC et al v. JOHN DOE | filed 03/27/08 | closed 11/14/08 |
| 2:08-cv-01462-JD | CAPITOL RECORDS, INC. et al v. DOE | filed 03/27/08 | closed 10/07/08 |
| 2:08-cv-01463-CMR | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 03/27/08 | closed 08/06/08 |
| 2:08-cv-01464-PBT | MOTOWN RECORD COMPANY, L.P. et al v. JOHN DOE | filed 03/27/08 | closed 12/01/08 |
| 2:08-cv-01466-NS | ZOMBA RECORDING LLC et al v. JOHN DOE | filed 03/27/08 | closed 06/24/08 |
| 2:08-cv-01467-MAM | UMG RECORDINGS, INC. et al v. DOE | filed 03/27/08 | closed 01/23/09 |
| 2:08-cv-01469-JF | PRIORITY RECORDS LLC et al v. DOE | filed 03/27/08 | closed 08/06/09 |

| | | | |
|---|---|---|---|
| 2:08-cv-01470-JCJ | ELEKTRA ENTERTAINMENT GROUP INC. et al v. HENDRY | filed 03/27/08 | closed 12/01/08 |
| 2:08-cv-03085-RB | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/02/08 | closed 10/08/08 |
| 2:08-cv-03091-TJS | ATLANTIC RECORDING CORPORATION et al v. DOE | filed 07/02/08 | closed 10/08/08 |
| 2:08-cv-03092-MMB | BMG MUSIC et al v. DOE | filed 07/02/08 | closed 04/22/09 |
| 2:08-cv-03093-JCJ | VIRGIN RECORDS AMERICA, INC. et al v. JOHN DOE | filed 07/02/08 | closed 01/05/09 |
| 2:08-cv-03095-JHS | SONY BMG MUSIC ENTERTAINMENT et al v. HARRISON | filed 07/02/08 | closed 04/09/09 |
| 2:08-cv-03098-CMR | SONY BMG MUSIC ENTERTAINMENT et al v. JOHN DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-03103-PD | ATLANTIC RECORDING CORPORATION et al v. JOHN DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-03106-GP | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-03110-JD | BMG MUSIC et al v. DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-03112-JF | CAPITOL RECORDS, LLC et al v. DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-03113-TJS | UMG RECORDINGS, INC. et al v. JOHN DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-03114-RBS | CAPITOL RECORDS, LLC et al v. JOHN DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-03117-JF | UMG RECORDINGS, INC. et al v. DOE | filed 07/02/08 | closed 09/03/08 |
| 2:08-cv-04558-JF | VIRGIN RECORDS AMERICA, INC. et al v. DOE | filed 09/18/08 | closed 02/03/09 |
| 2:08-cv-04613-EL | ATLANTIC RECORDING CORPORATION et al v. UHLMAN | filed 09/23/08 | closed 10/22/08 |
| 2:09-cv-01719-PD | SONY MUSIC ENTERTAINMENT et al v. MACY | filed 04/23/09 | closed 10/06/09 |
| 2:91-cv-06293-JW | A & M RECORDS, INC, et al v. ELBORNO, et al | filed 10/08/91 | closed 04/24/92 |
| 2:92-cv-00758-JW | A & M RECORDS, INC., et al v. PREET APPAREL, INC., et al | filed 02/06/92 | closed 04/24/92 |
| 2:92-cv-03612-JW | A & M RECORDS, INC., et al v. VARIOUS JOHN DOES, et al | filed 06/22/92 | closed 09/15/92 |
| 2:93-cv-00942-JW | A & M RECORDS, INC., et al v. WILLARD SMITH, et al | filed 02/23/93 | closed 07/23/93 |