IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SKIDMORE | : | CIVIL ACTION |
| *AS TRUSTEE FOR THE RANDY CRAIG* | : | |
| *WOLFE TRUST* | : | No. 14-3089 |
| | : | |
| v. | : | |
| | : | |
| LED ZEPPELIN, et al. | : | |

## ORDER

AND NOW, this 6th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' motions to dismiss or transfer (Documents 35 & 36) are GRANTED in part insofar as the Defendants seek to have this case transferred to the United States District Court for the Central District of California, Western Division.

It is further ORDERED this case shall be TRANSFERRED forthwith to the United States District Court for the Central District of California, Western Division.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.