Name and address:
Michael Eidel
Fox Rothschild LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976-3624
meidel@foxrothschild.com
Tel: 215-345-7500
Fax: 215-345-7507

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, etc., <br><br> v. <br><br> PLAINTIFF(S) | CASE NUMBER: <br><br> 2:15-cv-03462 (RGK (AGRx) |
| LED ZEPPELIN, etc., <br><br> DEFENDANT(S) | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Michael Eidel, Matthew S. Olesh    CA Bar Number: Eidel: 119701

Firm or agency: Fox Rothschild LLP

Address: 2700 Kelly Road, Suite 300, Warrington, PA 18976-3624; 2000 Market St, 20th Fl, Philadelphia, PA 19103

Telephone Number: 215-345-7500; 215-299-2000    Fax Number: 215-345-7507; 215-299-2150

Email: meidel@foxrothschild.com; molesh@foxrothschild.com

Counsel of record for the following party or parties: Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, Rhino Entertainment Company, James Patrick Page, Robert Anthony Plant, and John Paul Jones, and erroneously also shown as counsel for "Led Zeppelin," which is not a juridical entity (please see attached Addendum).

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____ .

☒ Please remove the attorney named above from the docket of this case; at least one ~~member of the firm or agency~~ co-counsel of the defendants named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated. NOTE: Please see attached addendum for explanatory comments.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____ .

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: May 15, 2015   Signature: *[signature]*

Name: Michael Eidel, Esquire

## ADDENDUM TO NOTICE OF WITHDRAWAL OF COUNSEL OF
## MICHAEL EIDEL, ESQUIRE AND MATTHEW S. OLESH, ESQUIRE

While this matter was pending in the United States District Court for the Eastern District of Pennsylvania, Attorneys Eidel and Olesh served as local counsel for defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, Rhino Entertainment Company, James Patrick Page, Robert Anthony Plant and John Paul Jones.  Since this matter has now been transferred to the United States District Court for the Central District of California, Attorneys Eidel and Olesh seek to withdraw as counsel.  As reflected on the docket, co-counsel remain for defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, Rhino Entertainment Company, James Patrick Page, Robert Anthony Plant and John Paul Jones.

James Patrick Page, Robert Anthony Plant and John Paul Jones, who remain represented by counsel, and the late John Bonham, performed together as the musical group Led Zeppelin, but "Led Zeppelin" is not a juridical entity capable of suing or being sued.  Any association between Attorney Eidel and "Led Zeppelin" is incorrect, and he requests that he be removed as counsel of record for "Led Zeppelin" on the docket.