1 Peter J. Anderson, Esq., Cal. Bar No. 88891
  E-Mail: pja@pjanderson.com
2 LAW OFFICES OF PETER J. ANDERSON
  A Professional Corporation
3 100 Wilshire Boulevard, Suite 2010
  Santa Monica, CA 90401
4 Tel: (310) 260-6030
  Fax: (310) 260-6040
5 Attorneys for Defendants
  JAMES PATRICK PAGE, ROBERT ANTHONY
6 PLANT, JOHN PAUL JONES, WARNER/CHAPPELL
  MUSIC, INC., SUPER HYPE PUBLISHING, INC.,
7 ATLANTIC RECORDING CORP., RHINO
  ENTERTAINMENT COMPANY and WARNER
8 MUSIC GROUP CORP.

9 Helene Freeman, Esq., admitted *pro hac vice*
  E-Mail: hfreeman@phillipsnizer.com
10 PHILIPS NIZER LLP
   666 Fifth Avenue
11 New York, NY 10103-0084
   Tel: (212) 977-9700
12 Fax: (212) 262-5152
   Attorneys for Defendants
13 JAMES PATRICK PAGE, ROBERT ANTHONY
   PLANT and JOHN PAUL JONES

14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17                    **WESTERN DIVISION**

18 MICHAEL SKIDMORE, *etc.*,          ) Case No. 2:15-cv-03462 RGK (AGRx)
                                       )
19          Plaintiff,                 )
                                       ) DEFENDANTS' NOTICE OF
20      vs.                            ) MOTION AND MOTION FOR
                                       ) SUMMARY JUDGMENT OR, IN
21 LED ZEPPELIN, *et al.*,             ) THE ALTERNATIVE, PARTIAL
                                       ) SUMMARY JUDGMENT
22          Defendants.                )
                                       ) Date: March 28, 2016
23 _____   ) Time: 9:00 a.m.

24                                       Courtroom of the Honorable
                                            R. Gary Klausner
25                                       United States District Judge

26

27

28

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 28, 2016, at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 850 of the above-entitled District Court, located at 255 East Temple Street, Los Angeles, California, defendants James Patrick Page, Robert Anthony Plant, John Paul Jones, Warner/Chappell Music, Inc., Super Hype Publishing, Inc., Atlantic Recording Corporation, Rhino Entertainment Company and Warner Music Group Inc.,[1] will move the above-entitled Court, the Honorable R. Gary Klausner, United States District Judge presiding, for summary judgment in their favor on plaintiff's First Amended Complaint and the claims therein, and, if for any reason summary judgment is not granted, for partial summary judgment.

The Motion for Summary Judgment is brought on the grounds that, as stated more fully in the accompanying Memorandum of Points and Authorities, there is no genuine issue of material fact that:

    1.    Defendants are entitled to judgment in their favor on plaintiff's first through third claims for direct, contributory and vicarious copyright infringement of a copyright in the 1967 musical composition titled *Taurus*, because:

        (a)    The musical composition *Taurus* is a work for hire and plaintiff is neither an owner nor beneficial owner of the copyright in that work and, as a result, cannot maintain the infringement claims;

        (b)    The creator of the musical composition *Taurus* expressly waived the alleged claims;

///

---

[1] Plaintiff's complaint purports to refer to "Led Zeppelin" as a defendant, but that is the name of a musical group and not a juridical entity capable of suing or being sued.

1

      (c)    The allegedly-infringed copyright rights in the *Taurus* musical composition were abandoned;

      (d)    Laches applies to plaintiff's claims as supposed beneficial owner of the allegedly-infringed copyright and bars those claims; and

      (e)    Copying of protectable expression in a work in which a copyright was registered with the Copyright Office are essential elements of the claims and are absent because:

           (1)    plaintiff has not produced admissible evidence of the *Taurus* musical composition in which the allegedly-infringed copyright was registered; and

           (2)    plaintiff has not produced admissible evidence of striking similarities between the *Taurus* musical composition and *Stairway to Heaven*, has not produced admissible, non-speculative evidence of access and has not produced admissible evidence of substantial similarities in protectable expression between the *Taurus* musical composition and *Stairway to Heaven*.

2.    Defendants John Paul Jones, Super Hype Publishing, Inc., and Warner Music Group Corp. are entitled to judgment in their favor on plaintiff's first through third claims for direct, contributory and vicarious copyright infringement, because plaintiff has produced no admissible evidence that they performed, reproduced or distributed *Stairway to Heaven* within three years of plaintiff's filing of this action.

3.    Defendants are entitled to judgment in their favor on plaintiff's fourth and remaining claim for "Right of Attribution" because:

      (a)    The *Taurus* work was not used in *Stairway to Heaven*; and

1  (b) In any event, there is no right of attribution under the applicable law.

The alternative Motion for partial summary judgment is brought on the grounds that if for any reason summary judgment is not granted dismissing plaintiff's action and claims, the Court can and should grant partial summary judgment that:

1. There are no striking similarities between the *Taurus* musical composition and *Stairway to Heaven*.

2. Laches bars plaintiff from recovering profits or, in the alternative, any profit recovery by plaintiff must exclude profits from the exploitation of *Stairway to Heaven* outside the U.S. and be reduced by 50% to reflect plaintiff's claimed beneficial interest.

These Motions are based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declarations and Exhibits filed with this Notice of Motion and Motion, the proposed Statement of Uncontroverted Facts and Conclusions of Law and proposed Order Granting Partial Summary Judgment lodged with this Notice of Motion and Motion, the pleadings, and papers on file in this action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the Motions.

The Motions are made following the conference with plaintiff's counsel pursuant to Local Rule 7-3, which took place on February 18, 2016.

Dated: February 25, 2016

/s/ Peter J. Anderson
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY PLANT, JOHN PAUL JONES, WARNER/CHAPPELL MUSIC, INC., SUPER HYPE PUBLISHING, INC., ATLANTIC RECORDING CORP., RHINO ENTERTAINMENT COMPANY and WARNER MUSIC GROUP CORP.

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Helene M. Freeman, Esq.
PHILLIPS NIZER LLP
Attorney for Defendants
JAMES PATRICK PAGE,
ROBERT ANTHONY PLANT and
JOHN PAUL JONES