# EXHIBIT 1

**LAWRENCE FERRARA, Ph.D.**
**LAWRENCE FERRARA, INC.**
**MUSIC ANALYSIS**

**REPORT REGARDING**

**"TAURUS" BY RANDY CALIFORNIA**

**AND**

**"STAIRWAY TO HEAVEN" BY JIMMY PAGE AND ROBERT PLANT**

## I.     INTRODUCTION

1.     My faculty rank at New York University is Professor of Music, and my title is Director Emeritus of all studies (B.M. through Ph.D.) in Music and the Performing Arts in New York University's Steinhardt School.  I have written and co-written published books and articles (in peer reviewed journals) regarding music analysis, methodologies in music research, and other scholarly areas related to music.  I sit on editorial boards of peer-reviewed journals.  I have provided analyses and opinions in connection with music copyright issues for more than 20 years.  My *curriculum vitae* is attached as **Appendix 1**.

2.     I have been asked to complete a comparative musicological analysis of the musical compositions in (1) "Taurus" written by Randy California and (2) "Stairway to Heaven" written by Jimmy Page and Robert Plant (hereafter "Stairway").  Included in the body of this report are the results of my comparative musicological analysis of the compositions embodied in the U.S. Copyright Office Deposit Copy of "Taurus" and the "Stairway" sound recording as recorded by Led Zeppelin.  Various attachments and exhibits are referenced in and part of this report and accompany it.

**EXHIBIT 1**
**6**

1

3.      It is my understanding that "Taurus" was copyrighted in December 1967, and a recording of that composition was released on the album, *Spirit*, in January 1968 (attached as Track 1 on **Audio Exhibit 1**).  It is also my understanding that "Stairway" was recorded in the period December 1970 to January 1971 and released in November 1971 on the album, *Led Zeppelin IV*.

Materials Used in the Analysis

4.      The following materials were used in my analysis set forth below: (1) a copy of the U.S. Copyright Office Deposit Copy of "Taurus", which is stamped with the date, Dec 22, 1967, and the copyright # Eu 35222 (attached as **Visual Exhibit A**); (2) an mp3 of "Stairway" (attached as Track 2 on **Audio Exhibit 1**); (3) a 29-page transcription of all of the parts in the entirety of the musical composition embodied in the "Stairway" sound recording (attached as **Visual Exhibit B**); (4) published sheet music of "Stairway" (attached as **Visual Exhibit C**); (5) sound recordings and published sheet music of related musical works attached as visual and audio exhibits; and (6) related books and articles.

Overall Methodology

5.      I compared "Taurus" and "Stairway" by using this overall methodology: (1) reviewing the musical compositions in their entirety, (2) reviewing and comparing each of their component elements individually and in combination, (3) reviewing related music, and (4) once again reviewing "Taurus" and "Stairway" in their entirety within the context of the analysis of their component parts and related music.

Musical Compositions and Basic Terminology

6.      A musical composition is composed of certain distinct and identifiable elements that can be analyzed separately, and in combination.  When analyzing two compositions in order to form an opinion in music copyright infringement claims, some elements are more fundamental to determining similarities or differences than others, namely: (1) structure; (2) harmony; (3)

**EXHIBIT 1**
7

2

rhythm; and (4) melody, and when present, (5) lyrics.[1]  On the other hand, similarities or differences in the key (e.g., if two compositions are in the same key or in different keys), tempo (i.e., how fast or slow), meter (e.g., 4/4 time), instrumentation (e.g., the use of guitars, drums, synthesizers, etc.), and style or genre (e.g., hip hop, country, etc.) are less significant insofar as they represent musical building blocks and/or commonplace practices used in countless musical compositions.  Brief definitions of the five enumerated elements listed above follow.

> (a) **Structure** is the organization of musical units or musical groups, often dictated by the development of the melody and/or lyrics.  The larger portions or sections of *songs* (i.e., works that include the human voice singing a text) are generally referred to as Verses and Choruses.  The larger portions or sections of *instrumental* works (i.e., works that do not include the human voice singing a text) are generally referred to as Section A, Section B, Section C, etc.  The material within Verses and Choruses and Sections consists of phrases.

> (b) **Harmony** refers to the tonal relationship of pitches that sound simultaneously, especially (but not exclusively) with respect to the use and organization of "chords."  A "triad" is a particular type of chord consisting of three pitches – the "root" or name of the chord and pitches that are respectively a third and a fifth above the root --

---

[1]  For example, Ronald S. Rosen writes: "Thus, from the copyright perspective (and in the view of many musical professionals)…the basic elements of music are:  melody, harmony, rhythm, and form/structure." (Ronald S. Rosen, *Music and Copyright*, Oxford University Press, 2008, p. 156) In addition and as cited in Rosen (footnote 19 on page 156):  "In *Tisi v. Patrick*, both experts were in agreement "that the elements to be considered on the question of similarity between [the two songs] were structure, melody, harmony and rhythm." 97 F.Supp.2d 539,543 (S.D.N.Y.2000)."

**EXHIBIT 1**
8

3

built on intervals of a third.[2]  (An interval names the number of
tones or space between two pitches.)  A sequence of chords is
referred to as a harmonic progression.  Harmonic rhythm is the rate
of change of chords.[3]  An "arpeggio" is a chord in which its
individual pitches are in played succession, not simultaneously.  An
arpeggio is a commonplace musical device that has existed for
centuries.

(c) **Rhythm** refers to the pattern and organization of the time values
of sounds and silences as well as the overall rhythmic flow and feel
in musical time.[4]

(d) **Melody** is a single line of music that consists primarily of a
succession (i.e., a sequence) of pitches and the rhythmic durations
of those pitches within a melodic phrase structure.  Pitch is the
specific high or low placement of a musical sound, often identified
within a musical scale.[5]

(e) **Lyrics** are the words (or text) that are sung in a song.

## II.     FINDINGS REGARDING "TAURUS" AND "STAIRWAY"

7.    The similarities between "Taurus" and "Stairway" are limited to
three measures in "Stairway" (around 9 seconds in the "Stairway" sound
recording) that are iterated six times in "Stairway" for a total of eighteen
measures.  Most of the notes in these repeating three measures in "Stairway" are

---

[2]     *See* "harmony" in *The Harvard Dictionary of Music* (p. 379) and *The New
Grove Dictionary of Music and Musicians* (Second Edition, 2001, Vol. 10, p. 858).

[3]     *See* "harmonic rhythm", *ibid.* (*Harvard*, p. 376), (*Grove*, Vol. 10, 854).

[4]     *See* "rhythm", *ibid.*  (*Harvard*, p. 723), (*Grove*, Vol. 21, p. 277).

[5]     *See* "melody", *ibid.*  (*Harvard*, p. 499), (*Grove*, Vol. 16, p. 363).

**EXHIBIT 1**                                                                    4
**9**

different from "Taurus", and the similarity is merely the result of a commonplace descending scale of pitches, a fundamental musical building block widely used in chord progressions in popular music prior to "Taurus", used in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché".  Similar chord progressions with such descending pitches appear in prior compositions such as, for example, "Dido's Lament" by Henry Purcell (1689), "My Funny Valentine", "A Taste of Honey", "Cry Me a River", "Michelle", "The Meaning of the Blues", "How Insensitive", "Walkin' My Baby Back Home", "More", and "Chim Chim Cher-ee" (from *Mary Poppins*).

8.      On the basis of my research and analysis, I found that the similarities between "Taurus" and "Stairway" are a result of their creators having drawn upon commonly and widely used musical practices in well-known compositions that predate "Taurus", including as played on the guitar (which is the case in "Stairway").  Moreover, there are substantial differences between "Taurus" and "Stairway" that far exceed the minimal similarities between them.

II. A.   THERE ARE NO SIGNIFICANT STRUCTURAL SIMILARITIES

9.      Looking at each compositional element (*see* Paragraph 6 above) of "Taurus" and "Stairway," first, there are no significant structural similarities between "Taurus" and "Stairway", but there are significant structural differences. For example, "Stairway" includes Introduction, Interlude, Bridge, and Guitar Solo sections but "Taurus" does not.  "Taurus" has two sections, A and B, which interchange like the interchange between Verses and Refrains, but there no actual Verses or Refrains in "Taurus".  My analysis of the structures of the two compositions appears in **Attachment A – Analysis of Structure**.

II. B.   THERE ARE NO SIGNIFICANT HARMONIC SIMILARITIES

10.     There are no significant harmonic similarities, but there are significant harmonic differences.  The harmonic similarities that do exist in the repeating *three measures* in "Stairway" and Section A in "Taurus" are

**EXHIBIT 1**
**10**

5

insubstantial and were in common use prior to "Taurus".  Moreover, the chord progressions in the remaining portions of "Stairway" are different from the chord progressions in "Taurus".  Thus, any harmonic similarities to "Taurus" in "Stairway" are heard within an overall context of significant harmonic differences.

11.     The harmonic similarities between "Taurus" and "Stairway" are limited to the first three measures of a four-measure chord progression and are the result of a commonplace descending line of notes within the respective chord progressions and the chords that flow from that descending line of notes.  The arpeggiated notes in the four-measure chord progressions in "Taurus" and "Stairway" are in a different order, and there is no arpeggiation at all in the corresponding measure 3 in "Taurus".  Thus, while these chords in "Taurus" and "Stairway" are arpeggiated, (1) arpeggios are a centuries-old and commonplace musical device, and (2) the notes in these arpeggios are in a different sequence or order in "Taurus" and "Stairway".

12.     Notes within the chord progressions under analysis in "Taurus" and "Stairway" move down a chromatic scale.[6]  Such chromatic scales in chord progressions are commonly used in popular music prior to "Taurus", used in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché".  Similar chord progressions with descending chromatic scales in sixteen works that predate "Taurus" are analyzed as part of the analysis of harmonies in "Taurus" and "Stairway" in **Attachment B – Analysis of Harmony** and as part of the analysis of melodies in "Taurus" and "Stairway" in **Attachment C – Analysis of Melody**.

---

[6]     A "chromatic scale" is a scale in which each pitch is separated from its neighbors by a semitone, the smallest interval in the Western tonal system.  *See* "scale" in *The Harvard Dictionary of Music*, p. 757.

**EXHIBIT 1**
**11**

6

II. C.   THERE ARE NO SIGNIFICANT RHYTHMIC SIMILARITIES

13.     There are no significant rhythmic similarities between "Taurus" and
"Stairway", but there are significant rhythmic differences.  The overall rhythms
are very different.  For example, the tempo at the beginning of "Stairway" is 72
beats per minute, but it gradually and significantly increases from 72 beats per
minute during the Introduction to 102 beats per minute by Verse 6.  The
incremental acceleration of the tempo and increase in the rhythmic complexity is
a hallmark of the overall rhythmic feel and flow of "Stairway".  "Taurus" does not
include an indication of the tempo.  Moreover, the composition embodied in
"Taurus" does not remotely include the developing rhythmic complexity in
"Stairway" as analyzed in **Attachment C – Analysis of Rhythm**.

II. D.   THERE ARE NO SIGNIFICANT MELODIC SIMILARITIES

14.     There are no significant melodic similarities, but there are
significant melodic differences.  Most of the melodies throughout "Stairway" are
very different from the melodies in "Taurus".  A minimal melodic similarity
between "Taurus" and the 3-measure portion in "Stairway" is the chromatic
descending line from the pitches "a" to "f" in measures 1, 2 and 3 in the four-
measure chord progressions discussed above, and analyzed in **Attachment B -
Harmony**.  First, this minimal melodic similarity is the result of the use of
descending line chord progressions which were widely used in popular music
prior to "Taurus", and used in classical music as early as the 17th century.  The
lowest pitches in the first three measures of the four-measure chord progressions
in "Taurus" and "Stairway" simply move down the chromatic scale.

15.     Second, this total of five notes from the note "a" down to "f",
consists of simply playing an "a" on a piano and then playing each neighboring
key to the left through an "f", a total of five neighboring keys.  This minimal
portion of a scale is a fundamental musical building block.  Moreover, the
rhythmic durations of four of the five descending chromatic notes are *different* in
"Taurus" and "Stairway".  There is nothing remotely creative about the similarity

**EXHIBIT 1**
**12**

7

of five chromatic descending notes (four of which that have *different* rhythmic durations) in "Taurus" and "Stairway".

16.     Third, the melodies created by arpeggiating the chords under study are significantly *different* in "Taurus" and "Stairway".  The succession or order of the notes in these arpeggios is very *different* in "Taurus" and "Stairway", thereby creating very different *melodies* in "Taurus" and "Stairway".  Indeed, the two-note phrases in the upper melodic line in the guitar arpeggios in "Stairway" are the most creative and memorable part in the repeating 3-measures in the Introduction in "Stairway"; that upper melodic line is absent in "Taurus".  What is similar to "Taurus", a descending chromatic line, is a commonly used musical building block.

17.     Fourth, any minimal melodic similarities in "Taurus" and the guitar part in "Stairway" are found in *guitar* parts in prior art.  As analyzed and transcribed in Musical Examples 11 – 19 in **Attachment D**, *guitar* parts in six (6) works that predate "Taurus" include melodic similarities that are found in "Taurus" and "Stairway".  Moreover, greater melodic similarities are found between "Music to Watch Girls By", and/or "Summer Rain" and "Taurus" than exist between the melodies in "Taurus" and "Stairway".  An analysis of the melody in "Taurus" and "Stairway" within the context of prior art is in **Attachment D – Melody**.

II.  E. "TAURUS" AND "STAIRWAY" ARE VERY DIFFERENT COMPOSITIONS IN THEIR ENTIRETIES

18.     "Taurus" and "Stairway" are very different compositions in their entireties.  With respect to the two works as a whole, there are no significant structural, harmonic, rhythmic, and/or melodic differences, but there are significant structural, harmonic, rhythmic, and melodic differences.  Moreover,

**EXHIBIT 1**
**13**

8

"Stairway" is a "song" with a singing voice and a very meaningful text (lyrics).
"Taurus" does not include any portion to be sung, nor does it include any lyrics.[7]

19.   The overall compositional trajectory of "Stairway" is marked by an
unremitting increase in musical texture[8] and in compositional complexity that
develops throughout the song.  The expansion of the musical texture and
compositional complexity in "Stairway" develops in parallel with an acceleration
of the tempo, i.e., the speed of the basic pulse, climaxing in the Verse section
(which begins at 6:45).  The overall compositional trajectory in "Taurus" is not
remotely similar.  Instead, "Taurus" is marked by an internal sameness and
congruity between its sections without any comparable compositional climax.

20.   The musical and lyrical compositions in "Stairway" are indelibly
bound within the "Stairway" composition, and develop together throughout the
"Stairway" composition.  There are no lyrics in "Taurus".  My analysis of the two
compositions as a whole appears in **Attachment E – "Taurus" and "Stairway"
in their entireties**.

II.  F.  VALUE ASSESSMENT OF THE MUSIC IN "STAIRWAY" THAT IS
SIMILAR TO "TAURUS"

21.   On the basis of a quantitative analysis, 2.23% of the music in
"Stairway" embodies music that is similar, although not meaningfully similar, to

---

[7]      A "song" is: "A form of musical expression in which the human voice has
the principal role and is the carrier of a text; as a generic term, any music that is
sung…."  *The Harvard Dictionary of Music,* Fourth Edition, Harvard University
Press, 2003, p. 203.

[8]      "Texture" is being used here in terms of "spacing", "orchestration", and
rhythm.  (*See* "Texture" in *The Harvard Dictionary of Music*, p. 877.)  "Spacing"
is the high or low placement of the notes in a chord. (*Ibid*., p. 834) and
"orchestration" refers to "The art of employing instruments in various
combinations…." (*Ibid*., p. 597.)

**EXHIBIT 1**
**14**                                                                              9

"Taurus".  On the basis of a qualitative analysis, there are qualitative grounds for *increasing* the 2.23% quantitative value of the descending line of notes in "Stairway" that is similar to "Taurus".  However, this 2.23% of music in "Stairway" does not include the *lyrical composition*; the analysis herein does not quantify the *lyrical composition*.  The lyrics in "Stairway" constitute a substantial portion of the overall composition.  Thus, the quantitative measurement of 2.23% represents *only* 2.23% of the *musical composition* in "Stairway" with similarities to "Taurus", *not* the whole (musical *and* lyrical) "Stairway" composition.  My quantitative and qualitative analysis of the music in "Stairway" that is similar to "Taurus" is in **Attachment F – Value Assessment**.

## IV.    CONCLUSIONS

22.    On the basis of my musicological analysis, it is my opinion that the compositions in "Taurus" and "Stairway" do not share any significant structural, harmonic, rhythmic, or melodic similarities, individually or in the aggregate.  Any similarities between "Taurus" and "Stairway" are insubstantial, and represent musical practices that were in common use prior to "Taurus".

23.    On the basis of my musicological analysis, I found that the similarities between "Taurus" and "Stairway" are a result of their creators having drawn upon commonly and widely used musical practices in well-known compositions, including as played on the guitar.  Moreover, the substantial differences between "Taurus" and "Stairway" far exceed any similarities between them.

24.    The similarities between "Taurus" and "Stairway" are limited to a descending line of notes and widely used chord progressions which appear in three measures in "Stairway" (around 9 seconds in the "Stairway" sound recording) that are iterated six times in "Stairway" for a total of eighteen measures.  However, the chord progressions and the melodies in "Taurus" and in

**EXHIBIT 1**
**15**

10

those three measures in "Stairway" are not the same, and similarities are commonly found in works that predate "Taurus". The two-note phrases in the upper melodic line in the guitar arpeggios in "Stairway" are the most creative and memorable part in those three measures in the Introduction in "Stairway"; that upper melodic line is absent in "Taurus". What is similar to "Taurus", a descending chromatic line, is a commonly used musical building block.

25.     The overall compositional trajectory of "Stairway" is marked by an unremitting increase in musical texture and in compositional complexity that develops throughout the song. The expansion of the musical texture and compositional complexity in "Stairway" runs in parallel with an acceleration of the tempo, i.e., the speed of the basic pulse, climaxing in Verse 6 (which begins at 6:45). The overall compositional trajectory in "Taurus" is not remotely similar, and is marked by an internal sameness and congruity between its sections (e.g., Section A1 compared with Section A2 in "Taurus") and without any comparable compositional climax. Moreover, "Stairway" is a "song" with a vocal melody line and a text (lyrics). "Taurus" is not a "song"; it does not indicate any vocal melody nor does it include any lyrics.

26.     On the basis of a quantitative analysis, 2.23% of the *music* in "Stairway" embodies similarities to both versions of "Taurus". On the basis of a qualitative analysis, there are qualitative grounds for *increasing* the 2.23% quantitative value of the music in "Stairway" that is similar to "Taurus".   However, this 2.23% of music in "Stairway" does not include the *lyrical* composition. The lyrics in "Stairway" constitute a substantial portion of the overall composition. Thus, the quantitative measurement of 2.23% represents *only* 2.23% of the *musical composition* in "Stairway" with similarities to both versions of "Taurus", *not* the whole (musical *and* lyrical) "Stairway" composition.

**EXHIBIT 1**
**16**

11

27.     Insofar as any similarities between "Taurus" and "Stairway" are insubstantial and represent musical practices that were in common use prior to "Taurus", it is my professional opinion that there is no *musicological* support for a claim that "Stairway" infringes the music copyright of "Taurus".

Respectfully submitted,

February 10, 2016                          By:    Lawrence Ferrara, Ph.D.

_____

**EXHIBIT 1**
**17**

12

**FERRARA REPORT**

**ATTACHMENT A – ANALYSIS OF STRUCTURE**

A.  1.  THERE ARE NO SIGNIFICANT STRUCTURAL SIMILARITIES
BUT THERE ARE SIGNIFICANT STRUCTURAL DIFFERENCES

1.      I found that there are no significant structural similarities between "Taurus" and "Stairway", but there are significant structural differences.

2.      A structural chart provides a map of the structural sections in a musical composition.  The charts of the respective structures in "Taurus" and "Stairway" immediately below include the number of measures (mm.) in each structural section. The commencement time of each section in the "Stairway" sound recording is also provided.

|              | "TAURUS"      |       |       | "STAIRWAY" |            |
|--------------|---------------|-------|-------|------------|------------|
| Section A1   | (16 mm.)      | 0:00  | Intro      | (16 mm.)   |
| Section B1   | (9 mm.)       | 0:54  | Verse 1    | (20 mm.)   |
| Section A2   | (8 mm.)       | 2:01  | Interlude  | (4 mm.)    |
| Section B2   | (9 mm.)       | 2:14  | Refrain 1  | (8 mm.)    |
| Coda         | (1 meas.)     | 2:40  | Verse 2    | (9 mm.)    |
|              |               | 3:07  | Refrain 2  | (8 mm.)    |
|              |               | 3:30  | Verse 3    | (9 mm.)    |
|              |               | 3:57  | Refrain 3  | (8 mm.)    |
|              |               | 4:20  | Verse 4    | (9 mm.)    |
|              |               | 4:45  | Refrain 4  | (8 mm.)    |
|              |               | 5:08  | Verse 5    | (10 mm.)   |
|              |               | 5:35  | Bridge     | (8 mm.)    |
|              |               | 5:56  | Gtr. Solo  | (20 mm.)   |
|              |               | 6:45  | Verse 6    | (18 mm.)   |
|              |               | 7:27  | Outro      | (11 mm.)   |
|              |               | (ends at 8:02) |      |            |

1

**EXHIBIT 1**
**18**

A.  2.   THE OVERALL STRUCTURES ARE VERY DIFFERENT

3.      The overall structures in "Taurus" and "Stairway" are very different, as illustrated in the structural charts immediately above. "Stairway" includes Introduction, Interlude, Bridge, and Guitar Solo sections but "Taurus" does not.  The interchange of Sections A and Sections B in "Taurus" is loosely analogous to the interchange of Verses and Refrains in "Stairway".  However, such an interchange is generic in songs in popular music and is a basic structural building block in music.  Thus, any scant similarity in the overall structures represents common practices that are generic in popular music and are structural building blocks in music more generally.

4.      In terms of their overall structures, there are four Refrains and six Verses in "Stairway", but there are two iterations of Section A (i.e., Sections A1 and A2) and two iterations of Section B (i.e., Sections B1 and B2) in "Taurus".  In addition, the interchange between Verse 1 and Refrain 1 in "Stairway" is interrupted by an "Interlude" section, but this is not the case in the interchanges between Sections A and B in "Taurus". [1]

5.      "Taurus" has a repeat sign at the end of Section A1 (the repeat sign consists of two long vertical lines extending through two staffs, and two dots to the left of those two long vertical lines on each staff).  This sign denotes a repeat of the first 8 measures.  Therefore, Section A1 is 16 measures in duration consisting of the 8 measures that are notated and their immediate repeat.  Section B1 follows Section A1 and continues to the bottom of the page whereupon the sign, "Da Capo" is marked.  "Da Capo" translates from the Italian as "the head", which means to return to the beginning of the composition.  Generally, any internal repeat signs are omitted during a "Da Capo".[2]  On that basis, Section A2 does not include a repeat and is therefore 8 (not 16) measures.  Section A2 is followed by Section B2, and the final measure of "Taurus" is marked "Coda".

---

[1]      The second page in **Visual Exhibit A** is a copy of "Taurus" on which the names of the structural sections are hand-written.

[2]      See "Da capo" in *The Harvard Dictionary of Music*, p. 234.

2

**EXHIBIT 1**
**19**

A. 3.   THE SIMILARITY IS LIMITED TO THREE MEASURES THAT REPEAT

6.      On the basis of my analysis of "Taurus" and "Stairway", I found that the similarities between "Taurus" and "Stairway" are limited to three measures in "Stairway" (around 9 seconds in the "Stairway" sound recording) that are iterated six times in "Stairway" for a total of eighteen measures.

7.      The portions of "Taurus" with similarities to "Stairway" are Sections A1 and A2 (*see* the second page in **Visual Exhibit A** and the analysis below).  As demonstrated later in this report, the harmonic similarity represents practices that were in common use prior to "Taurus".  As to the melodies during these three measures, the pitch sequences are largely different, and any similarity is largely the result of the chord progressions (i.e., the harmonic similarity).

8.      The portions of "Stairway" with similarities to "Taurus" are in the:

Introduction from 0:00 – 0:09 and 0:13 – 0:22 (*see* mm. 1 – 3 and 5 – 7 in **Visual Exhibit B**);

Verse 1 from 0:54 – 1:03; 1:07 – 1:16; and 1:47 – 1:56 (*see* mm. 17 – 19, 21 – 23, and 33 – 35 in **Visual Exhibit B**); and

Interlude from 2:01 – 2:10 *in varied form* (*see* mm. 37 – 39 in **Visual Exhibit B**).

Thus, ten measures out of a total of sixteen measures in the Introduction in "Stairway" (measures 4 and 8 – 16) do *not* include similarities to "Taurus", measures 20 and 24 – 32 in Verse 1 in "Stairway" do *not* include similarities to "Taurus", and measures 40 – 166 (which include Verses 2 – 6, Refrains 1 - 4, the Bridge, the Guitar Solo, and the Outro sections from 2:14 – 8:01), do *not* include similarities to "Taurus".

9.      In summary, on the basis of my analysis I found that any structural similarities between "Taurus" and "Stairway" are insignificant, but there are significant structural differences.  In addition, I found that 18 measures out of a total of 166

3

**EXHIBIT 1**
**20**

measures in "Stairway" contain similarities to "Taurus".[3]  These 18 measures in "Stairway" consist of six iterations of the three measures discussed above, and that change as a result of notes played by added instruments as transcribed in **Visual Exhibit B**.  The harmonic similarity in these measures represents practices that were in common use prior to "Taurus".  As to the melodies during these three measures, the pitch sequences are very different, and any minimal similarity is largely the result of the chord progressions (i.e., the harmonic similarity).

---

[3]      As analyzed above, I also found that 18 out of a total of 43 measures in "Taurus" contain similarities to "Stairway".

4

**EXHIBIT 1**
**21**

**FERRARA REPORT**

**ATTACHMENT B – ANALYSIS OF HARMONY**

B.  1.  THERE ARE NO SIGNIFICANT HARMONIC SIMILARITIES BUT
THERE ARE SIGNIFICANT HARMONIC DIFFERENCES

      1.    I found that there are no significant harmonic similarities between "Taurus" and "Stairway", but there are significant harmonic differences.  One of the differences is that the note values in "Taurus" are twice as long as corresponding notes in "Stairway". For example, a corresponding quarter note in "Stairway" is an eighth note in "Taurus". On that basis, I created a transcription in which I copied all eight measures in Section A in "Taurus", but I halved the value of those notes thereby creating a transcription of Section A that embodies every note in four, not eight, measures.  This halving of the value of the notes facilitates a comparative transcription of the respective portions of "Stairway" and "Taurus" that share similarities as illustrated in Musical Example 1 below, and is in keeping with musicological practices.

B.  2.  THE HARMONIC SIMILARITY IS LIMITED TO THREE MEASURES
THAT REPEAT

      2.    In Musical Example 1 below, the note values in Section A in "Taurus" are halved (8 measures becomes 4 measures but with all internal rhythmic relationships maintained exactly) and transcribed with chord symbols.[1] Those 4 measures in "Taurus" are placed over measures 1-4 in "Stairway".  The harmonic similarity between "Taurus" and "Stairway" is limited to the first three measures of a four-measure chord progression that is not the same in the two works.  Moreover, the harmonic similarity is largely the result of a commonplace descending line of notes within the respective chord progressions.  That descending line of notes is highlighted in red in Musical Example 1 below.

_____

[1]    In keeping with musicological practices, in some cases chord symbols depict implied chords such as when the root and the third of the chord are present, but the fifth of the chord is not.

**EXHIBIT 1**
**22**

3.      The four-measure chord progression in "Taurus" (identified in Musical Example 1 by chord symbols placed above the measures) is contiguously iterated two times in Section A1 and iterated one time in Section A2.  The four-measure chord progression in "Stairway" is also identified by chord symbols placed above the measures in Musical Example 1, and is iterated two times in the Introduction, three times in Verse 1, and one time in the Interlude.  Starting with the second iteration of the four-measure chord progression in "Stairway", the addition of the recorders embodies notes that alter the harmony as compared with the first iteration which is played on acoustic guitar alone through measure 3.

**MUSICAL EXAMPLE 1**

Four-measure chord progressions

Top two lines = Section A in "Taurus" with note values halved

Lower two lines = Measures 1-4 in "Stairway"



4.      The four-measure chord progressions in "Taurus" and "Stairway" are charted immediately below.[2]  Notably, the chord progression in the second half of the

---

[2]     Chord symbols without a slash ("/") after a letter are in "root" position in which the name of the chord is the lowest note. (The lowest note of a chord is sometimes termed the "bass" note although this does *not* have to actually be played on a bass.)  Chords symbols with a slash ("/") are *not* in "root" position.  Instead, the lowest note is the note

2

**EXHIBIT 1**
**23**

Introduction in "Stairway" is different, starting with the "C" chord in measure 9 and continuing through the "Fmaj7" chord in measure 16 (as illustrated in **Visual Exhibit B**) and does not embody similarities to the chord progression in "Taurus".

|  | 1st measure | | 2nd measure | |
|---|---|---|---|---|
| "Taurus" D.C.: | Am | G#+ | C/G | F#ø7 |
| "Stairway": | Am | G#+ | C/G | D/F# |

|  | 3rd measure | 4th measure | |
|---|---|---|---|
| "Taurus" D.C.: | (F in bass but no chord) | (D in bass, no chord) | A5 |
| "Stairway": | Fmaj7 | G/B | Am |

     5.     Looking at the chord progressions charted above, the main similarity occurs in the first three measures of each four-measure chord progression.  "Taurus" and "Stairway" start with "Am" chords (see the 1st measure).  The second chord in the 1st measure is also the same, "G#+".  In addition, while there is no "a" pitch in the second chord in "Stairway", the establishment of the key of A minor in the first chord provides a strong "Am" harmonic context for the "G#+" chord.

     6.     Moving to the 2nd measure, the "C/G" chord is the same in "Taurus" and "Stairway".  However, in four of the six iterations of the four measure chord progression in "Stairway", the addition of notes played on the recorders changes the "C/G" chord to *"Am7/G"*, which includes the three pitches in a "C/G" chord but is not the *same* chord. The "Am7/G" chord continues the strong "Am" harmonic context for the first three chords in "Stairway", but not in "Taurus".  The "F#ø7" in "Taurus" and the "D/F#" chord in "Stairway" share the "f#" note as the lowest note of the chord and an "a" along with the "d" in the upper line in "Taurus", but the roots of the respective chords are different.

---

after the slash.  A "ø7" sign symbolizes the lowering of third and fifth of the chord by a half step each.

7.      The main harmonic similarity ends in the 2nd measure.  There is no chord in the 3rd measure in "Taurus", but it does have an "f" as the lowest note which is the lowest pitch in the "Fmaj7" chord in "Stairway".  Above the "f" in "Taurus" is a "trilled" "b" consisting of a rapid oscillation between the notes "b" and "c".  By way of significant difference, the three pitches above the "f" in the "Fmaj7" chord in "Stairway" are not in the 3rd measure in "Taurus".  Thus, there is only a *very slight* harmonic similarity between the 3rd measure in "Taurus" and the 3rd measure in "Stairway", because there is no chord in the 3rd measure in "Taurus".

8.      There is no chord in the first two beats in the 4th measure in "Taurus", there is only a "d" note.  By contrast, the first chord in the 4th measure in "Stairway" is "G/B", which is very different.  On the other hand, the "A5" harmony that follows in the 4th measure in "Taurus" is similar to the "Am" chord that ends the 4th measure in "Stairway".   Nonetheless, respective 4th measures in "Taurus" and "Stairway" are harmonically different.

9.      The harmonic rhythm (i.e., rate of change in the chords) is the same in the respective first three measures and different in the respective 4th measure in which the "A5" chord in "Taurus" occurs on beat 3, but the "Am" chord in "Stairway" occurs earlier on the second half of beat 1.

10.      The similarities and differences identified above between the 1st through the 4th measures in "Taurus" and "Stairway" are the same in the contiguous repeat of those measures with the exception of the 6th measure in which there is an "Am7/G" in "Stairway", not "C/G".  Notably, the "Am7/G" is the third chord in "Stairway" in four of the six iterations of the chord progression under study in "Stairway".  In these four iterations, only 2 out of 7 chords in the four-measure chord progression in "Stairway" are the same as the chords in Section A in "Taurus".  In the first iteration of the four-measure chord progression and in one other iteration in "Stairway", only 3 out of 7 chords in "Stairway" are the same as the chords in Section A in "Taurus" due to the "C/G" chord.

4

**EXHIBIT 1**
**25**

B.  3.   THE HARMONIC SIMILARITY RESULTS LARGELY FROM
A COMMONLY USED DESCENDING LINE

11.     Similarities in the four-measure chord progressions in "Taurus" and "Stairway" are found in chord progressions in popular music prior to "Taurus", used in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché".  The lowest notes in the first three measures in the chord progressions under analysis in "Taurus" and "Stairway" move down the chromatic scale.[3]  This is illustrated in Musical Example 1 above.  Therein, the descending chromatic notes, highlighted in red and only in the first three measures, start on scale degree 1 (an "a" pitch) and descend in half steps (i.e., chromatically) to scale degree 6 (an "f" pitch).

12.     This chromatic descending line movement within a chord progression is common.[4]  A very famous example is the chromatic descending line chord progression in "When I Am Laid in Earth" (also known as "Dido's Lament") from Henry Purcell's opera, *Dido and Aeneas* (1689).[5]  The published sheet music of "When I Am Laid in Earth" (hereafter, "Dido's Lament") is attached as **Visual Exhibit D**.  A descending line

---

[3]     A "chromatic scale" is a scale in which each pitch is separated from its neighbors by a semitone, the smallest interval in the Western tonal system.  *See* "Scale" in *The Harvard Dictionary of Music*, Fourth Edition, Harvard University Press, 2003, p. 757.

[4]     For example, *see* Richard J. Scott, *Chord Progressions for Songwriters* (Writers Club Press, New York, 2003, pp. 181, 189-191, and 195-198).  A descending line movement in half-steps within a chord progression is, in some instances, termed a "line cliché".  (*See* Randy Felts, *Reharmonization*, Berklee Press, 2002, Chapter Eleven titled "Line Clichés", pp. 105-112.)  These "line cliché" minor chord progressions are also known as "CESH", i.e., contrapuntal elaboration of static harmony.  (For example, *see* (1) Robert Rawlins and Nor Eddine Bahha, *Jazzology: The Encyclopedia of Jazz Theory for All Musicians*, Hal Leonard Corp., 2005, pp. 108-110, (2) Jerry Coker, *Elements of the Jazz Language for the Developing Improvisor*, Alfred Publishing Co., 1991, Chapter 10 titled "CESH", pp. 61-67, and (3) Jerry Coker, *Keyboard For Pianists and Non-Pianists*, Belwin Mills Publishing Corp., 1991, pp. 41-45.)  Indeed, John A. Elliott writes that another term for CESH is "line cliché" in his *Insights in Jazz: An Inside View of Jazz Standard Chord Progressions* (Jazzwise Publications, 2009).

[5]     *The Harvard Dictionary of Music*, pp. 241 and *see* "Lamento" on page 452.

5

**EXHIBIT 1**
**26**

chord progression occurs several times in this famous song, including with contiguous
repeats.  The first four measures of the first iteration of the descending line chord
progression in "Dido's Lament" from the published sheet music is transcribed in Musical
Example 2 below.

**MUSICAL EXAMPLE 2**

"Dido's Lament"



13.    The descending chromatic notes in the chord progression in "Dido's
Lament" transcribed in Musical Example 2 are highlighted in red, as they are in Musical
Example 1 in the excerpts from "Taurus" and "Stairway".[6]  Like "Taurus" and "Stairway",
the descending chromatic line chord progression in "Dido's Lament" starts on scale

---

[6]     In keeping with musicological practices, all of the transcriptions of works in minor
keys are presented in the key of A minor to facilitate comparisons.

6

**EXHIBIT 1**
**27**

degree 1 (an "a" pitch) and descends in half steps (i.e., the descent is chromatic).  The descent in "Dido's Lament" has an additional note descending to scale degree 5 (an "e" pitch).  Chord symbols have been added in Musical Example 2 based on contemporary chord symbol analysis practices.

14.     As is the case between the chromatic descending line chord progressions in "Taurus" and "Stairway", the descending line chord progression in "Dido's Lament" has *similarities and differences* with "Taurus" and "Stairway" such as:

- The first chord in "Dido's Lament" is "Am" which is the same as in "Taurus" and "Stairway";

- The second chord in "Dido's Lament" is an "E7(b13)/G#" chord with "g#" as the lowest note and includes all of the pitches in the "G#+" chord in "Taurus" and "Stairway", but the extension of the second chord in "Dido's Lament" is "E7/G#" which drops the "(b13)" and is thereby one pitch less similar to the respective second chord in "Taurus" and "Stairway";

- The respective third chords in "Taurus", "Stairway", and "Dido's Lament" have "g" as the lowest pitch, and two of the three pitches in the third chord in "Stairway" and "Taurus" are in the third chord in "Dido's Lament", but the root of the chord is different;

- The "f#" as the lowest pitch is the same as the lowest pitch in the respective fourth chords in "Taurus" and "Stairway", and the fourth chord in "Dido's Lament", "D" chord (and an added "2" or "6") all three pitches in the corresponding "D/F#" in "Stairway";

- The fifth chord in "Dido's Lament", "Dm(#11)/F", shares two pitches with "Fmaj7" in "Stairway" (whereas "Stairway" and "Taurus" only share one pitch), and the lowest pitch ("f") is the same in "Dido's Lament, "Taurus" and "Stairway"; and

- The meter in "Dido's Lament" (3/2) and the harmonic rhythm are different from the meter and harmonic rhythm in "Taurus" or "Stairway".

15.     The use of a repeating chord progression distinguished by descending bass notes in "Dido's Lament" can also be found in other operas in the 17th century.

7

**EXHIBIT 1**
**28**

According to *The Harvard Dictionary of Music*, a descending bass line device was also practiced in the mid-17[th] century Italian operas of Venice.[7]

16.    Another very well known example of a chromatic descending line within a chord progression in classical music is "Prelude in E minor" Opus 28 by Frederic Chopin (1839).[8]  The published sheet music is attached as **Visual Exhibit E** on which the descending notes are identified by hand-written circles.  The hand-written circles illustrate the parallel chromatic descents in (1) the upper notes of the chords (which start on scale degree 1 and descend chromatically through scale degree 5), and the lowest notes of the chords (which start on scale degree 3 and descend chromatically through scale degree 7).

17.    There are many examples of popular songs with chromatic descending line chord progressions that predate "Taurus".  For example, the 1957 Julie London recording of "The Meaning of the Blues" (attached as Track 3 on **Audio Exhibit 1**) includes a descending line chord progression.  Written in a minor key, the chord progression is transcribed in Musical Example 3 below.  The notes in the chromatically descending line are highlighted in red.  Like "Taurus" and "Stairway", the descending line in the four-measure chord progression in "The Meaning of the Blues" starts on scale degree 1 (an "a" pitch) and descends in half steps (i.e., chromatically) to scale degree 6 (an "f" pitch).

---

[7]     *The Harvard Dictionary of Music*, *see* "Lamento", p. 452.  Also *see* "Lamento" in *The New Grove Dictionary of Music and Musicians*, Second Edition, 2001, Oxford University Press, Volume 14, p. 191.

[8]     *Ibid.*, p. 381.

8

**EXHIBIT 1**
**29**

## MUSICAL EXAMPLE 3

"The Meaning of the Blues"
Julie London recording, 1957
Low Winds Part

At 0:34



18.     As is the case between the chromatic descending line chord progressions in "Taurus" and "Stairway", the chromatic descending line chord progression in "The Meaning of the Blues" has *similarities and differences* compared with the chord progressions in "Taurus" and "Stairway" transcribed and analyzed above, such as:

- The first chord in the chord progression in "The Meaning of the Blues" is "Am" which is the same as in "Stairway" and "Taurus";
- The second chord in "The Meaning of the Blues" is an "Am/G#" chord which includes all three pitches in the "G#+" chord in "Taurus" and "Stairway", and also has "g#" as the lowest note, but has an "a" pitch which is not in the "G#+" chord;
- The third chord in "The Meaning of the Blues" ("Am/G") shares all three pitches with the "C/G" chord in "Taurus" and "Stairway" and has the same lowest note, and shares all of four pitches with the corresponding "Am7/G" chord that occurs in four out of the six iterations of the chord progression under analysis in "Stairway";
- The fourth chord in "The Meaning of the Blues", "F#7(b5)", shares all three of the four pitches in the fourth chord in "Taurus", "F#ø7", is very similar thereto, and has the same lowest note as in "Taurus" and "Stairway";
- The fifth chord in "The Meaning of the Blues", "Fmaj7", is identical to the fifth chord in "Stairway" whereas the corresponding measure in "Taurus" is different from "Stairway" and "The Meaning of the Blues", and only shares its lowest pitch;
- The lowest pitch in the sixth chord in "The Meaning of the Blues", "d", is the same as the single (no chord) pitch in "Taurus";

9

**EXHIBIT 1**
**30**

- The final, "G(b5)" chord in "The Meaning of the Blues" is different from the final chords in "Taurus" and "Stairway"; and

- The harmonic rhythm in the first three chords and the metrical placement of the fourth chord in "The Meaning of the Blues" is the same as in "Taurus" and "Stairway", but the harmonic rhythm of the remaining chords in "The Meaning of the Blues" is not the same as the remaining chords in "Taurus" and "Stairway", and the harmonic rhythm in the last two chords in "Taurus" and "Stairway" is also different.

19.     The 1964 *Marry Poppins* (Original Soundtrack) featuring Dick Van Dyke (with Julie Andrews) singing "Chim Chim Cher-ee" (attached as Track 4 on **Audio Exhibit 1**) includes a chromatic descending line chord progression.  Written in a minor key, the chord progression is identified in Musical Example 4 below.  The notes in the chromatically descending line are highlighted in red.  Like "Taurus" and "Stairway", the chromatic descending line chord progression in "Chim Chim Cher-ee" starts on scale degree 1 (an "a" pitch) and descends in half steps.  The chromatic descent in "Chim Chim Cher-ee" is two notes longer through scale degree #4 (a "d#" pitch).

**MUSICAL EXAMPLE 4**

"Chim Chim Cher-ee"
(*Mary Poppins S*oundtrack, 1964)
Low Strings part



20.     As is the case between the chromatic descending line chord progressions in "Taurus" and "Stairway", the chromatic descending line chord progression in "Chim

10

**EXHIBIT 1**
**31**

Chim Cher-ee" has *similarities and differences* compared with the chord progressions in "Taurus" and "Stairway" such as:

- There is a contiguous repeat of the chord progression in "Chim Chim Cher-ee" which is also the case in "Taurus" and "Stairway";
- Unlike "Taurus" and "Stairway", the descending chromatic line in "Chim Chim Cher-ee" is not in the lowest notes of the chords, rather, the descending chromatic line is played in the lower strings within the chords, as highlighted in red in Musical Example 4;
- The first chord in the chord progression in "Chim Chim Cher-ee" is "Am" which is the same as in "Stairway" and "Taurus";
- The second chord in "Chim Chim Cher-ee" is "Am(maj 7)/E" which includes all three pitches in the second ("G#+") chord in "Taurus" and "Stairway";
- The third chord in "Chim Chim Cher-ee" ("Am7") includes all three pitches in the third chord in "Taurus" and "Stairway";
- The fourth chord in "Chim Chim Cher-ee", "D", matches the fourth chord in "Stairway" but the lowest pitch is "d", not "f#";
- The fifth chord in "Chim Chim Cher-ee", "Dm", shares two pitches with the "Fmaj7" chord in "Stairway" whereas the "f" note in the bass in "Taurus" only shares one note with "Stairway";
- There is no corresponding sixth chord in "Taurus", and the sixth chords in "Chim Chim Cher-ee" and "Stairway" are different;
- The contiguous repeat of the chord progression in "Chi Chim Cher-ee" ends with an "Am" chord, which is the same as in "Stairway", although the total number of chords is not the same; and
- The meter (3/4) and harmonic rhythm of the chord progression in "Chim Chim Cher-ee" is different from the meter and harmonic rhythm in "Taurus" and "Stairway".

21.   The 1965 Astrud Gilberto recording of "How Insensitive" (attached as Track 5 on **Audio Exhibit 1**) composed by Antonio Carlos Jobim (the composer of

11

**EXHIBIT 1**
**32**

songs such as "The Girl from Ipanema") includes a chromatic descending line chord progression.  Written in a minor key, the chord progression is transcribed in Musical Example 5 below.  The notes in the chromatic descending line are highlighted in red. Like "Taurus" and "Stairway", the descending line chord progression in "How Insensitive" starts on scale degree 1 (an "a" pitch) and descends in half steps (i.e., chromatically) to scale degree 6 (an "f" pitch).

**MUSICAL EXAMPLE 5**

"How Insensitive"
(Astrud Gilberto recording, 1965)
Bass part



22.    As is the case between the chromatic descending line chord progressions in "Taurus" and "Stairway", the chromatic descending line progression in "How Insensitive" has *similarities and differences* compared with the chord progressions in "Taurus" and "Stairway" such as:

- The first chord in the chord progression in "How Insensitive" is "Am7" which contains all three pitches and is very similar to the "Am" in "Stairway" and "Taurus";

12

**EXHIBIT 1**
**33**

- The second chord in "How Insensitive", "E(b9)/G#", is similar to the second chord in "Taurus" and "Stairway" insofar as it includes two of the three pitches therein, and has the same lowest note;

- There is an additional embellishing chord "G#°7" in "How Insensitive" which extends the descent of the lowest note that is not in "Taurus" or "Stairway";

- The corresponding third chord (based on the inclusion of the third chromatic descending note) in "How Insensitive" is "Gm6" which includes two of the three notes in the third chord in "Taurus" and "Stairway" and the same lowest note, "g";

- The corresponding fourth chord in "How Insensitive", "D7/F#", is more similar to the fourth chord in "Stairway" ("D/F#") than is the fourth chord in "Taurus", "F#ø7", to "Stairway";

- The fifth chord in "How Insensitive", "Dm/F", is more similar to the fifth chord in "Stairway", "Fmaj7", (sharing two of its three notes and the same lowest note) than the scant similarity of only the lowest note between "Taurus" and "Stairway";

- The respective sixth chords in "How Insensitive" and "Stairway" are different, and there is no corresponding sixth chord in "Taurus";

- The chord progression in "How Insensitive" ends with an "Am7" chord, which is very similar to the "Am" chord in "Stairway" and related to the "A5" in "Taurus", although the total number of chords in the chord progression is different; and

- The harmonic rhythm in the chord progression in "How Insensitive" is different from the harmonic rhythm in "Taurus" and "Stairway".

23.    The published sheet music of "How Insensitive" begins with the Chopin "Prelude" in E minor as its Introduction, which is an acknowledgment that the chromatic descending line chord progression in "How Insensitive" is related to the descending line chord progression in Chopin's 1839 "Prelude in F minor".  The published sheet music of "How Insensitive" is attached as **Visual Exhibit F**.

24.    "Walkin' My Baby Back Home" (1930) was recorded by many artists, including the 1952 release by Nat King Cole (attached as Track 6 on **Audio Exhibit 1**). While this song is in a major key, the Verses begin with the "tonicization" (i.e., the

13

**EXHIBIT 1**
**34**

momentary "tonic" or key tone) of a minor key.  "Walkin' My Baby Back Home" includes
a chromatic descending line chord progression.  The descending line chord progression
in "Walkin' My Baby Back Home" is transcribed in Musical Example 6 below.  The notes
in the chromatic descending line are highlighted in red.  Like "Taurus" and "Stairway",
the descending line chord progression in "Walkin' My Baby Back Home" starts on a
(tonicized) scale degree 1 (an "a" pitch) and descends in half steps (i.e., chromatically).
The descent in "Walkin' My Baby Back Home" has an added note to scale degree 5 (an
"e" pitch).

**MUSICAL EXAMPLE 6**

"Walkin' My Baby Back Home" (1930)
(Nat King Cole recording, 1952)
Trombone part

At 0:43



25.     As is the case between the descending line chord progressions in
"Taurus" and "Stairway", the descending line chord progression in "Walkin' My Baby
Back Home" has *similarities and differences* compared with the chord progressions in
"Taurus" and "Stairway" such as:

- The first chord in the chord progression in "Walkin' My Baby Back Home" is "Am"
  which is the same as the "Am" chord in "Taurus" and "Stairway";
- The second chord in "Walkin' My Baby Back Home", "Am/G#", includes all three
  pitches in the respective second chord in "Taurus" and "Stairway", and has the
  same lowest pitch;
- The third chord in "Walkin' My Baby Back Home", "Am/G", includes all three
  pitches in the third chord in "Taurus" and Stairway" and has the same lowest
  pitch, "g";

14

**EXHIBIT 1**
**35**

- The fourth chord in "Walkin' My Baby Back Home", "F#7(b5)", is at least as similar to the fourth chord in "Stairway" ("D/F#") as is the fourth chord in "Taurus", "F#ø7", to "Stairway";

- The fifth chord in "Walkin' My Baby Back Home", "F7", is more similar to the "Fmaj7" chord in "Stairway" than is the single note "f" in "Taurus" to "Stairway's" fifth chord;

- There is no corresponding sixth chord in "Taurus", and the respective sixth chords in "Walkin' My Baby Back Home" are different from that in "Stairway"; and

- The harmonic rhythm in the first three measures of the four-measure chord progression in "Walkin' My Baby Back Home" is the same as in "Taurus" and "Stairway", and like "Taurus" and "Stairway", the harmonic rhythm in the fourth measure is not the same although there are two chords in the fourth measure in "Taurus" and "Stairway" but only one chord in the fourth measure in "Walkin' My Baby Back Home".

26.    "More" has been recorded by many artists, including a 1963 release by Vic Dana (attached as Track 7 on **Audio Exhibit 1**).  While this song is in a major key, the portion transcribed in Musical Example 7 below begins with a "tonicization" (i.e., momentary change of the "tonic" or key tone) of a minor key.  "More" includes a chromatic descending line chord progression, transcribed in Musical Example 7 below. The notes in the chromatic descending line are highlighted in red.  Like "Taurus" and "Stairway", the descending line chord progression in "More" starts on a (tonicized) scale degree 1 (an "a" pitch) and descends in half steps (i.e., chromatically) to scale degree 6 (an "f" pitch).

## MUSICAL EXAMPLE 7

"More"
(Vic Dana recording, 1963)
Guitar part

At 0:37



27.     As is the case between the chromatic descending line chord progressions in "Taurus" and "Stairway", the chromatic descending line chord progression in "More" has *similarities and differences* (as transcribed above and in the published sheet music attached as **Visual Exhibit G**) compared with the chord progressions in "Taurus" and "Stairway" such as:

- The chromatic descending line in the chord progression in "More" is in the guitar part as is the case in "Stairway";

- The first chord in the chord progression in "More" is "Am" which is the same as the "Am" chord in "Taurus" and "Stairway";

- The second chord in the chord progression in "More", "Am/G#", includes all three pitches in the second chord in "Taurus" and  "Stairway" and has the same lowest pitch;

- The third chord in "More", "Am/G", includes all three pitches in the third chord in "Taurus"  and "Stairway" and the same lowest pitch, "g";

- The fourth chord in "More", "F#ø7", is the same as the fourth chord in "Taurus";

- The fifth chord in "More", "Dm", is at least as similar to the fifth chord in "Stairway" ("Fmaj7") as the single "f" in "Taurus";

- The sixth chord in "More" is "D", which is more similar to the "d" note in the corresponding progression in "Taurus", than any similarity between the "d" note and the sixth chord in "Stairway" ("G/B");

- The remaining chords after the descending line chords in "More" are dissimilar to the final chords in "Taurus" and "Stairway"; and

16

**EXHIBIT 1**
**37**

- The harmonic rhythm in the chord progression in "More" is different from the harmonic rhythm in "Taurus" and "Stairway".

28.　　"It Don't Mean a Thing (If It Ain't Got That Swing)" (1932) was co-written by Duke Ellington.  The published sheet music is attached as **Visual Exhibit H**.  "It Don't Mean a Thing" begins in a minor key, and moves back and forth from a minor key to a major key.  In the attached published sheet music, "It Don't Mean a Thing" begins in the key of G minor.  The chords in the chromatic descending line chord progression are circled by hand in **Visual Exhibit H**.  The number of descending chords (five) is the same in the chord progressions in "Taurus" and "Stairway".  The scale degrees of the lowest pitches in the chords in "It Don't Mean a Thing" are the same as in "Taurus" and "Stairway": scale degree 1 chromatically descending to scale degree 6.  Moreover, the harmonic rhythm in the first four of the total five descending chromatic chords is the same as in "Taurus" and "Stairway".

29.　　"Night and Day" (1934) was composed by Cole Porter.  The published sheet music is attached as **Visual Exhibit I**.  "Night and Day" is in a major key.  In the attached published sheet music, "Night and Day" is in the key of E-flat major.  The chords in the chromatic descending line chord progression are circled by hand in **Visual Exhibit I**.  The number of descending chords (five) is the same in the chord progressions in "Taurus" and "Stairway".  The scale degrees of the lowest pitches in the chords are not the same as in "Taurus" and Stairway", but as in "Taurus" and "Stairway", (1) the same number of pitches descends, namely, five and (2) these five pitches are the lowest pitches in the chords.

30.　　The music in "One Note Samba" (1961) was composed by Antonio Carlos Jobim.  The published sheet music is attached as **Visual Exhibit J**.  "One Note Samba" is in a major key.  In the attached published sheet music, the chords in the chromatic descending line chord progression are circled by hand.  The number of descending chords (five) is the same in the chord progression "Taurus" and "Stairway".  The scale degrees of the lowest pitches in the chords are not the same as in "Taurus" and

17

**EXHIBIT 1**
**38**

"Stairway", but as in "Taurus" and "Stairway", (1) the same number of pitches descends, namely, five and (2) the five pitches are the lowest pitches in the chords.

31.     In addition to the nine "prior art" works (i.e., works that predate "Taurus") analyzed above, a tenth work is presented here that was released in 1969, after the copyright of "Taurus", but before the recording and release of "Stairway".  The music in "What Are You Doing the Rest of Your Life?" was composed by Michel Legrand.  It was part of the sound track for the 1969 motion picture, *The Happy Ending*.  "What Are You Doing the Rest of Your Life?" was nominated for an Oscar for "Best Music, Song" (along with Jeanne Simmons for "Best Actress in a Leading Role").  The published sheet music is attached as **Visual Exhibit K**.  "What Are You Doing the Rest of Your Life?" is in a minor key; the published sheet music is in the key of A minor, the same key as "Stairway".  The chords in the chromatic descending line chord progression are circled by hand in **Visual Exhibit K**.  The number of descending chords (five) is the same in the chord progression in "Taurus" and "Stairway".  Moreover, in the attached published sheet music, the lowest pitches in the five descending chords are the same as in "Taurus" and "Stairway", i.e., they start on "a" and end on "f".

## B.  4.   THE NOTES IN THE CHORDS IN THE FOUR-MEASURE CHORD PROGRESSIONS ARE ITERATED IN DIFFERENT SEQUENCES

32.     A "broken chord" occurs when the pitches of a chord are iterated "successively rather than simultaneously".[9]  Another term for "broken chord" is "arpeggio".[10]  "Taurus" consists of two musical staffs, the upper staff is in the "treble clef" marked by the sign, "𝄞".  The lower staff is in the "bass clef" marked by the sign,

"𝄢".  The notes in the lower and upper staffs play simultaneously from left to right.  The music in "Taurus" that is similar to "Stairway" is in Section A and is in the lower staff or "bass clef".  In order to facilitate a comparison with the first four measures in "Stairway",

---

[9]      *The Harvard Dictionary of Music*, *see* "Broken Chord", p. 122.

[10]     *The Harvard Dictionary of Music*, *see* "Arpeggio", p. 57.

18

**EXHIBIT 1**
**39**

in Musical Example 8 below, the notes in the lower staff in "Taurus" are notated in the "treble clef" (not the "bass clef"), transposed up an "octave" (thereby maintaining the same pitch names and internal intervals from pitch to pitch), and with their note values halved (in order to line corresponding notes up with those in "Stairway". These changes to the transcription of this portion of "Taurus" are in keeping with musicological practices, and facilitate the comparative analysis of this portion of "Taurus" with the four-measure chord progression in "Stairway".

**MUSICAL EXAMPLE 8**

The notes that outline the four-measure chord progressions

Top line = Section A in "Taurus" with note values halved

Two lower lines = Measures 1-4 in "Stairway"



33.    The sequences (or succession) of the pitches in the four-measure chord progressions in "Taurus" and "Stairway" are different. Thus, while chords are arpeggiated (a centuries old commonplace musical device) in these portions of "Taurus" and "Stairway", the notes are not the same. The arpeggiating of the chords in "Stairway" creates *at least* two melodic lines in which the lower melodic line consists wholly of successive chromatic descending notes and the upper melodic line consists of "broken chords" or "arpeggios". Within the upper melodic line in "Stairway", there is another melodic line consisting of two-note phrases in the high part of the upper melodic line from "a" to "b" (landing on beat 3 in measure 1), from "b" to "c" (landing on beat 1 in measure 2), and from "c" to "f#" (landing on beat 3) in measure 2. By way of very

**EXHIBIT 1**
**40**

significant difference, the upper notes in "Taurus" are confined on the pitch "e" in measures 1 and 2, and through the first two beats of measure 3.

## B.  5.   SIMILARITY IN THE CHORDS ON THE GUITAR IN "STAIRWAY" IS FOUND IN PRIOR ART

34.      Similarity in the playing of the chords **on the guitar** in the four-measure chord progressions in "Stairway" is found in prior art. On the other hand, "Taurus" does not designate any instrument.  Analysis of the harmony and *melody* in these prior art works is presented in **Attachment D – Melody** later in this report.  For now, listed immediately below are the title, performing artist(s), and recording release date of these additional prior art works that embody a chromatic descending line within a chord progression.  In each of the works listed immediately below, a chromatic descending line chord progression is played **on the guitar**, which is the case in "Stairway".

Released Prior to "Taurus"

a.  "My Funny Valentine" (1937)
Johnny Mathis recording, released in **1960**
Guitar part at 1:00 in the Verses

b.  "A Taste of Honey" (1960)
(Cover by) The Beatles, released in **1963**
Guitar part beginning at 0:15 in the Verses

c.  "Cry Me a River" (1953)
Davey Graham recording released in **1963**
Guitar part beginning at 0:19

d.  "Michelle" (1965)
The Beatles recording released in **1965**
Guitar part at the opening of the Introduction

e.  "Music To Watch Girls By" (1966)
Andy Williams recording released, **April, 1967**
Guitar part during the Introduction and in the Verses

20

**EXHIBIT 1**
**41**

f.  "Summer Rain" (1967)
Johnny Rivers recording released **Nov. 1967**
Guitar part during the Introduction and Verses

<u>Released After "Taurus" but prior to recording "Stairway"</u>

g.  "Ice Cream Dreams" (recorded in 1968)
Cartoone recording released in **1969**
Guitar part during the Introduction and Verses

h.  "Thoughts" (1969)
Crow recording released in **1969**
Guitar part during the Introduction and the Verses

i.  "And She's Lonely" (1969)
The Chocolate Watchband recording released in **1969**
Guitar part during the Outro

35.     In addition to the nine works listed above, the music from the 1971 film, *Summer of '42"* (released in April 1971), includes "The Summer Knows".  Awarded an Oscar for Michel Legrand's musical score, "The Summer Knows" includes a descending chromatic line chord progression.

<u>"Spring Is Near" in 1960 or 1961, a recording session arranged by Jimmy Page</u>

36.     It is my understanding that Jimmy Page arranged to have "Spring Is Near" recorded in 1960 or 1961 by a band called Chris Farlowe & The Thunderbirds.  "Spring Is Near" was never released.  I understand that Mr. Page sent a copy thereof to Defendants' counsel, who sent a copy to me as an mp3.  The opening guitar part includes a descending chromatic line chord progression transcribed in Musical Example 9 below, and attached as Track 8 on **Audio Exhibit 1**.

37.     "Spring Is Near" is recorded in the key of A minor, as is "Stairway".  The chord progression in "Spring Is Near" is eight bars, followed by a contiguous repeat of that eight bar chord progression.  The descending chromatic notes played on the guitar in "Spring Is Near" are highlighted in red in Musical Example 9.  There are three sets of descending chromatic notes within the first chord progression:  (1) from "a" down to "f#"

21

**EXHIBIT 1**
**42**

(*see* measures 1-2); (2) from "g" down to "e" (*see* measures 3-4); and (3) from "f" down
to "d" (*see* measures 5-6).  These three sets of descending chromatic notes are
repeated in the contiguous repeat of the eight-measure chord progression in measures
9-10, 11-12, and 13-14.  Thus, like "Stairway", "Spring Is Near":

- Is in the key of A minor;
- Begins with a guitar Introduction;
- The guitar in that Introduction iterates a descending chromatic line chord
  progression;
- The descending chromatic line starts on scale degree 1 ("a"); and
- The chord progression is contiguously repeated.

### MUSICAL EXAMPLE 9

"Spring Is Near" (1960 or 1961)

Guitar

At 0:04



22

**EXHIBIT 1**
**43**

B.  6.   SUMMARY OF THE ANALYSIS OF HARMONY

38.     On the basis of my analysis of the harmonies in "Taurus" and "Stairway", I found that there are no significant harmonic similarities.  With respect to the two works as a whole, there are significant harmonic differences.  Eighteen (18) measures out of a total of 166 measures in "Stairway" contain harmonic similarities to "Taurus".  Within those 18 measures, the similarity is limited to three measures that are iterated a total of 6 times in "Stairway".  The harmonic similarities that do exist are insubstantial and result from chord progressions commonly used prior to "Taurus".  Moreover, the chord progressions in the remaining portions of "Stairway" are very different from the chord progressions in "Taurus".  Thus, any harmonic similarities to "Taurus" in "Stairway" are heard within an overall context of harmonic differences.

39.     The harmonic similarities between "Taurus" and "Stairway" are the result of the use of a musical building block chromatic descending line (or scale) of pitches and the chords that flow from it.  The similarity represents widely used chord progression practices in popular music prior to "Taurus", in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché".

40.     Similar chord progressions in ten works (including "Spring Is Near") that predate "Taurus" and one work that was released in between "Taurus" and "Stairway" ("What Are You Doing the Rest of Your Life") were analyzed above.  Moreover, analyzed in the **Attachment - Melody**, six additional works that predate "Taurus" and three works that were released in between "Taurus" and "Stairway" (identified above) have similar chord progressions and are *played on a guitar*, as in "Stairway".

41.     On that basis, I found that any harmonic similarities between "Taurus" and "Stairway" are insignificant and represent harmonic practices that were widely used prior to "Taurus".

23

**EXHIBIT 1**
**44**

**FERRARA REPORT**

**ATTACHMENT C – ANALYSIS OF RHYTHM**

<u>C. 1.  THERE ARE NO SIGNIFICANT RHYTHMIC SIMILARITIES BUT THERE ARE SIGNIFICANT RHYTHMIC DIFFERENCES</u>

1.      I found that there are no significant rhythmic similarities between "Taurus" and "Stairway", but there are significant rhythmic differences.  Moreover, when combined with my findings regarding structure and harmony (above), I found that there are no significant structural, harmonic and/or rhythmic similarities, individually or in the aggregate.

2.      "Taurus" and "Stairway" are in 4/4 meter, also termed "common time."  In 4/4 meter, music is divided into measures, in which there are 4 quarter note beats.  Countless musical compositions are in 4/4 meter; 4/4 meter is a fundamental musical building block.  By way of difference, some "Stairway" published sheet music includes changes of meter (*see* **Visual Exhibit C**).  However, "Stairway" can be transcribed wholly in 4/4 meter as well (*see* **Visual Exhibit B**).

3.      The tempo at the beginning of "Stairway" is 72 beats per minute, but it gradually and significantly increases from 72 beats per minute during the Introduction to 102 beats per minute by Verse 6.  The incremental acceleration of the tempo and increase in the rhythmic complexity is a hallmark of the overall rhythmic feel and flow of "Stairway".  "Taurus" does not include an indication of the tempo.  Moreover, the composition embodied in "Taurus" does not remotely include the developing rhythmic complexity in "Stairway".

4.      The basic rhythmic pulse in the portion of "Taurus" with similarities to "Stairway" is quarter notes, but the basic rhythmic pulse in the portion of "Stairway" with similarities to "Taurus" is eighth notes.  Only after halving the notes values in "Taurus" can they be properly compared with the notes in "Stairway".

1

**EXHIBIT 1**
**45**

5.      On the basis of my analysis, I found that the overall rhythms are very different in "Taurus" and "Stairway".  This is illustrated in "Taurus" in **Visual Exhibit A** and **"Stairway"** in **Visual Exhibit B**.  A transitory similarity is in an eighth-note rhythm (only after halving the note values in "Taurus") during the four-measure chord progressions under discussion.  A repeating eighth-note rhythm is a basic building block rhythm.  Moreover, as analyzed above and below, the chromatic descending line chord progressions in many of the prior art works also include an eighth-note rhythm.

6.      Significant rhythmic differences abound in "Taurus" and "Stairway", such as:

- The basic rhythmic pulse in the portion of "Taurus" with similarities to "Stairway" is quarter notes as written, but the basic rhythmic pulse in the portion of "Stairway" with similarities to "Taurus" is eighth notes;

- The descending and rising quarter notes in four measures out of a total 9 measures in Section B in "Taurus" are very different from the rhythm in any four-measure section in "Stairway";

- The sixteenth-note rhythms in the guitar part during the final iteration of the descending line chord progression during the Interlude section in "Stairway" (*see* mm. 37-40 in **Visual Exhibit B**) are very different from the rhythms in any four-measure section in "Taurus";

- The repeating four-measure syncopated rhythms in the guitars and electric piano played throughout the entire Refrains 1, 2, 3, and 4 in "Stairway" are very different from the rhythms in any four-measure section in "Taurus";

- The rhythms during the Bridge in "Stairway" (*see* mm. 110-117 in **Visual Exhibit B**) are very different from the rhythms in any section of "Taurus";

- The rhythms during the guitar solo in "Stairway" (*see* mm. 118-137 in **Visual Exhibit B**) are very different from the rhythms in any section of "Taurus";

- The rhythms during Verse 6 in "Stairway" (*see* mm. 138-155 in **Visual Exhibit B**) are very different from the rhythms in any section of "Taurus";

2

**EXHIBIT 1**
**46**

- The rhythms in the vocal melodies sung during the Verses and Refrains in "Stairway" are very different from the rhythms in any section of "Taurus"; and

- The incremental acceleration of the tempo and increase of rhythmic complexity is a hallmark of the overall rhythmic feel and flow of "Stairway", which is absent in "Taurus".

C. 2.   SUMMARY OF THE ANALYSIS OF RHYTHM

7.      In summary, on the basis of my analysis, I found that there are no significant rhythmic similarities between "Taurus" and "Stairway", but there are significant rhythmic differences.  The rhythms in "Taurus" and "Stairway" in their entireties are very different.  When combined with my findings regarding structure and harmony (above), I found that there are no significant structural, harmonic and/or rhythmic similarities, individually or in the aggregate, between "Taurus" and "Stairway".

3

**EXHIBIT 1**
**47**

**FERRARA REPORT**

**ATTACHMENT D – ANALYSIS OF MELODY**

A.  1.  THERE ARE NO SIGNIFICANT MELODIC SIMILARITIES
BUT THERE ARE SIGNIFICANT MELODIC DIFFERENCES

1.      I found that there are no significant melodic similarities between "Taurus" and "Stairway", but there are significant melodic differences.  Moreover, when combined with my findings regarding structure, harmony, and rhythm, I found that there are no significant structural, harmonic, rhythmic and/or melodic similarities, individually or in the aggregate between "Taurus" and "Stairway".

2.      As defined in Paragraph 6(d) in the body of the report, "melody" is a single line of music that consists primarily of a succession (i.e., a sequence) of pitches and the rhythmic durations of those pitches within a melodic phrase structure.  Pitch is the specific high or low placement of a musical sound, often identified within a musical scale.

A.  2.   MINIMAL MELODIC SIMILARITIES RESULT FROM THE USE OF
A MUSICAL BUILDING BLOCK

3.      On the basis of my analysis of the entireties of "Taurus" and "Stairway", I found that the melodies throughout "Taurus" and "Stairway" are different.  The vocal melodies in "Stairway" are very different from the melodies in "Taurus".  The guitar melodies, of the four-measure chord progression in "Stairway" and in Section A in "Taurus" under study, are very different from the melodies in "Taurus".

4.      A minimal melodic similarity between Section A in "Taurus" and the 3-measure portion in "Stairway" is the chromatic descending line (or scale) from the pitches "a" to "f" in measures 1, 2 and 3 in the four-measure chord progressions analyzed in **Attachment B – Harmony** in this report.  This minimal melodic similarity is the result of the use of descending line chord progressions which were widely used in music prior to "Taurus".  The lowest pitches in the first three measures of the four-

1

**EXHIBIT 1**
**48**

measure chord progressions in "Taurus" and "Stairway" simply move down the chromatic scale.  This is illustrated in Musical Example 10 below[1] in which the descending chromatic notes are highlighted in red.  The top staff is the melody in "Taurus" (in treble clef and with note values halved) that arpeggiates the chords, and the bottom staff is the melody in "Stairway" that arpeggiates the chords.

5.     As highlighted in red in Musical Example 10, the chromatic descending line in the first three measures of the four-measure chord progression in "Taurus" and "Stairway" starts on scale degree 1 (an "a" pitch) and descends in half steps (<u>i.e.</u>, chromatically) to scale degree 6 (an "f" pitch).  In "Stairway", along with the guitar part, this commonplace descent in half steps is mirrored in the recorder parts in five of the total six iterations of the four-measure chord progression.

**MUSICAL EXAMPLE 10**

The notes that outline the four-measure chord progressions

Top staff = Section A in "Taurus" with note values halved

Bottom staff = Measures 1-4 in "Stairway"



6.     This descending chromatic scale, a total of five pitches from "a" down to "f" in the key of A minor, is a fundamental musical building block.  This fundamental musical building block consists of simply playing an "a" on a piano and then playing each neighboring key to the left through "f", a total of five neighboring keys separated by

---

[1]     The numbering of musical examples herein follows that in **Attachment B – Harmony** in which Musical Example 9 was the last musical example.

a half step, the smallest interval in use in the Western music system.[2]  Countless students on many instruments (including the guitar) practice chromatic and other scales.

7.      Moreover, the rhythmic durations of the first four of the five descending notes in "Taurus" is quarter note, quarter note, eighth note, eighth note, but the rhythmic duration of the first four descending notes in "Stairway" is a half note which is 2 beats and is thereby two times longer than a quarter note and four times longer than an eighth note.  Only the fifth and final descending note is the same in "Taurus" and "Stairway", a whole note (which equals 4 quarter note beats).

8.      There is nothing remotely creative about the similarity of five chromatic descending notes (four of which have *different* rhythmic durations) in "Taurus" and "Stairway".

A.  3.   THE ORDER OF THE MELODIC NOTES THAT ARPEGGIATE THE CHORDS ARE DIFFERENT

9.      The order (sequence) of the notes that arpeggiate the chord progressions under study in "Taurus" and "Stairway" are different.  First, there are *at least* two melodic lines in "Stairway" in which the lower melodic line consists wholly of successive chromatic descending notes and the upper melodic line consists of "arpeggios" ("broken chords").  Within the upper melodic line in "Stairway", upper consecutive eighth notes create a memorable series of two-note melodic phrases that move from "a" to "b" (landing on beat 3 in measure 1), from "b" to "c" (landing on beat 1 in measure 2), and from "c" to "f#" (landing on beat 3 in measure 2).  Second and by way of very significant difference, the upper notes in "Taurus" are confined on "e" in measures 1 and 2, and the arpeggiation is absent in measure 3 in "Taurus", but continues in measure 3 in "Stairway".

10.     Even after halving the value of the notes in Section A in "Taurus" to better align them with the notes in the four-measure chord progression in "Stairway", out of a

---

[2]      *See* "scale" in *The Harvard Dictionary of Music*, p. 757.

3

**EXHIBIT 1**
**50**

total of 27 notes in the guitar part in measures 1, 2, and 3 in the four-measure chord progression in "Stairway", the only *pitches* that align with pitches in Section A in "Taurus" are the five chromatic descending pitches (a fundamental musical building block), and a single fragmentary "e" pitch on beat 2 in measure 1.  Moreover, out of 27 notes in measures 1, 2, and 3 in "Stairway" only *two* notes have the same pitch (within the same octave), the same rhythmic duration, and the same metrical placement with Section A in "Taurus":  the single "e" eighth note on beat 2 in measure 1 and the whole note "f" in measure 3.  Thus, the arpeggiated melodies in "Taurus" and "Stairway" are very different.  The melodic similarity consists of the commonplace and fundamental musical building block descending chromatic scale in which the rhythmic durations of four of the five notes are *different* in "Taurus" and "Stairway".

A.  4.   MELODIC SIMILARITIES IN THE GUITAR PART UNDER ANALYSIS IN "STAIRWAY" ARE FOUND IN GUITAR PARTS IN PRIOR ART

11.    Melodic similarities analyzed above, which occur in Section A in "Taurus" and in the three-measure *guitar* part in "Stairway", are found in *guitar* parts in prior art.  The descending chromatic notes in "Stairway" are in the guitar part and are simply mirrored in the simultaneously descending chromatic notes in the lower recorder in "Stairway".)  Insofar as the minimal and commonplace melodic similarities in "Taurus" and "Stairway" are a result of the use of the commonplace chromatic descending line chord progression, analysis of the *harmony* and *melody* in the guitar parts in the prior art works is presented below.  Starting with the prior art work in Musical Example 11 below and thereafter, a transcription of the *guitar* part transcribed in A minor with the chromatic descending line highlighted in red note heads is presented.  Immediately above each transcription are the title, performing artist(s), and recording release date.

12.    As transcribed in Musical Example 11, the guitar part in the 1960 Johnny Mathis recording of "My Funny Valentine" (attached as Track 9 on **Audio Exhibit 1**) embodies a chromatic descending line chord progression.  The descending line notes are highlighted in red.  Like the guitar part in "Stairway" starting with the "g#" in measure 2 of "My Funny Valentine", the descending line chord progression played on the guitar

consists of two melodic lines in which one melodic line consists wholly of successive chromatic descending notes and one melodic line consists of arpeggios.  Moreover, the initial note, "a", on beat 1 in the guitar part in "My Funny Valentine" is an octave lower than the subsequent descending chromatic line, which is the same in the second iteration of the chromatic descending notes in the guitar part in "Stairway" starting in measure 5 (*see* measure 5 in **Visual Exhibit B**).  While the descending chromatic notes in the Johnny Mathis recording of "My Funny Valentine" are not the lowest notes in the chords but are played on a guitar, the published sheet music of "My Funny Valentine (attached as **Visual Exhibit L**) identifies the descending chromatic notes as the lowest (bass) notes.

### MUSICAL EXAMPLE 11

**"My Funny Valentine"** (1937)
Johnny Mathis recording, released in **1960**
Guitar part at 1:00 in the Verse



13.    As transcribed in Musical Example 11, the notes played on the guitar in the 1960 recording of "My Funny Valentine" are much more similar to the notes played on the guitar in "Stairway" than are the notes in Section A in "Taurus" to "Stairway" because (1) the range of the lowest to the highest notes within each measure with descending "a", "g#", "g", and "f#" chromatic notes in "Stairway" and "My Funny Valentine" is greater than an octave, but by way of difference they are less than an octave in "Taurus" and (2) the only break in the eighth-note pulse in "Stairway" is a tied

(i.e., held over) note on the second half of beat 2 in measure 3, which is very different from measure 3 in "Taurus" which stops completely the eighth-note pulse.

14.     There are eight arpeggiated notes with each of the first four descending notes and seven with the fifth descending note in "My Funny Valentine, which is not the case in "Taurus" or in most of the iterations in "Stairway".  However, in the final iteration of the four-measure chord progression in "Stairway" (*see* measures 37-39 in the "Interlude" section in **Visual Exhibit B**) like "My Funny Valentine" but unlike "Taurus", there are as many as six or seven arpeggiated notes per descending chromatic note, sometimes including the descending note as part of the arpeggio.

15.     As transcribed in Musical Example 12 below, the guitar part in the 1963 recording of "A Taste of Honey" by The Beatles (attached as Track 10 on **Audio Exhibit 1**) embodies a chromatic descending line chord progression.  The descending line notes are highlighted in red.  Like the guitar part in "Stairway" and measures 1 and 2 in Section A in "Taurus", the guitar part in "A Taste of Honey" consists of arpeggios.

16.     Like "Taurus" and "Stairway", the descending chromatic notes "a", "g#", and "g" in "A Taste of Honey" are the lowest notes of the guitar part, but the "f#" is not, and the fifth descending note, "f" is not reached.  The range of the arpeggiated notes in "A Taste of Honey" is more similar to the arpeggiated notes in "Stairway" than is "Taurus" to "Stairway" because the lowest to the highest notes within each measure with descending "a", "g#", and "g" chromatic notes in "A Taste of Honey" are an octave and with the "f#" the range is greater than an octave, while they are less than an octave in "Taurus" but more than an octave in "Stairway".  The meter in "A Taste of Honey" is 3/4 time, whereas it is 4/4 time in "Taurus" and "Stairway", and there are "triplets" (a rhythm that divides a beat into three notes) but not in "Taurus" or "Stairway".

6

**EXHIBIT 1**
**53**

**MUSICAL EXAMPLE 12**

**"A Taste of Honey"** (1960)
(Cover by) The Beatles, released in **1963**
Guitar part at 0:15 in the Verse



17.     As transcribed in Musical Example 13 below, the 1963 recording of "Cry Me a River" by guitarist Davey Graham (attached as Track 11 on **Audio Exhibit 1**) embodies a four-measure chromatic descending line chord progression.  The descending line notes are highlighted in red.  Like "Stairway" and the first two measures of Section A in "Taurus", the guitar part in "Cry Me a River" consists of arpeggios in the measures with the descending notes "a", "g#", "g", and "f#".  The final chromatic note in "Cry Me a River" does not descend by a half step but occurs an octave lower.  The descending notes in "Cry Me a River" are not a separate descending melodic line but part of the arpeggios which is the case in measures 1 and 2 in "Taurus", but not "Stairway", and there are triplets in "Cry Me a River" but not in "Taurus" or "Stairway".

18.     Like "Taurus" and "Stairway", the descending chromatic notes in "Cry Me a River" are the lowest notes of the chords (there is a passing low "e" in measure 2).  The range of the arpeggiated notes in "Cry Me a River" are more similar to the arpeggiated notes in "Stairway" than is Section A in "Taurus" to "Stairway" because the lowest to the highest notes within each measure with descending "a", "g#", "g", and "f#" chromatic notes in "Cry Me a River" are greater than an octave which is the case in "Stairway", but not the case in "Taurus".

7

**EXHIBIT 1**
**54**

## MUSICAL EXAMPLE 13

**"Cry Me a River"** (1953)
Davey Graham recording released in **1963**
Guitar part at 0:19

At 0:19



19.     As transcribed in Musical Example 14 below, the guitar part in the 1965 recording of "Michelle" by The Beatles (attached as Track 12 on **Audio Exhibit 1**) embodies a four-measure chromatic descending line chord progression.  The five descending chromatic notes from "a" through "f" are highlighted in red.


## MUSICAL EXAMPLE 14

**"Michelle"** (1965)
The Beatles recording released in **1965**
Guitar part at opening of the Introduction

At 0:00



20.     The range of the lowest to the highest notes in the guitar parts in the respective descending chromatic chord progressions in "Michelle" and Section A in "Taurus" is much more similar than the range in the guitar part in "Stairway" is to

8

**EXHIBIT 1**
**55**

"Taurus".  In fact, they are *identical* in "Michelle" and the first two measures in "Taurus" from low note to high note as follows:

- "a" to "e", a perfect fifth in "Michelle" and "Taurus", but not in "Stairway";
- "g#" or "a-flat" to "e", a minor sixth in "Michelle" and "Taurus", but not in "Stairway";
- "g" to "e", a major sixth in "Michelle" and "Taurus", but not in "Stairway"; and
- "f#" or "g-flat" to "e", a minor seventh in "Michelle" and "Taurus", but not in "Stairway".

21.    Notably, the upper notes in "Taurus" are confined on "e" in measures 1 and 2 which is also the case in "Michelle".  These similarities between the 1965 "Michelle" and "Taurus" are illustrated in Musical Example 15 below in which Section A in "Taurus" is placed over the guitar part in "Michelle" to facilitate a comparison.

**MUSICAL EXAMPLE 15**

**"Taurus" and "Michelle"**
The four-measure chord progressions
Top staff = Section A in "Taurus" with note values halved
Bottom staff = Measures 1-4 in "Michelle"



9

**EXHIBIT 1**
**56**

22.     As transcribed in Musical Example 16 below, the guitar part in the (April) 1967 recording of "Music to Watch Girls By" by Andy Williams (attached as Track 13 on **Audio Exhibit 1**) embodies a chromatic descending line chord progression.  The descending line notes are highlighted in red.

**MUSICAL EXAMPLE 16**

**"Music To Watch Girls By"** (1966)
Andy Williams recording released, **April, 1967**
Guitar part during Introduction and Verse

At 0:06



23.     Like "Taurus" and "Stairway", the descending chromatic notes in "Music to Watch Girls By" are the lowest notes, but they do not reach the fifth note, "f".  The range of the highest to lowest notes in the guitar parts in the respective descending chromatic chord progressions in "Music to Watch Girls By" and measures 1 and 2 in Section A in "Taurus" is much more similar than the range in the guitar part in "Stairway" is to "Taurus".  In fact, they are *identical* in "Music to Watch Girls By" and "Taurus" from low note to high note in the descent from "a" through "f" as follows:

- "a" to "e", a perfect fifth in "Music to Watch Girls By" and "Taurus", but not in "Stairway";

- "g#" to "e", a minor sixth in "Music to Watch Girls By" and "Taurus", but not in "Stairway";

- "g" to "e", a major sixth in "Music to Watch Girls By" and "Taurus", but not in "Stairway"; and

10

**EXHIBIT 1**
**57**

- "f#" or "g-flat" to "e", a minor seventh in "Music to Watch Girls By" and "Taurus", but not in "Stairway".

24.    Indeed, the similarities in the first two measures in the guitar part in "Music to Watch Girls By" and "Taurus" are greater than between "Taurus" and "Stairway" as analyzed above and illustrated in Musical Example 17 below in which the first two measures from Section A in "Taurus" are placed over the first two measures in "Music to Watch Girls By".  Notably, in addition to all of the similarities presented immediately above, the upper notes in "Taurus" are confined on "e" in measures 1 and 2, as they are in measures 1 and 2 in "Michelle".

### MUSICAL EXAMPLE 17

**"Taurus" and "Music to Watch Girls By"**
Measures 1 and 2 of the four-measure chord progressions
Top line = Section A in "Taurus" with note values halved
Lower line = Measures 1-2 in "Music to Watch Girls By"



25.    As transcribed in Musical Example 18 below, the guitar part in the (November) 1967 recording of "Summer Rain" by Johnny Rivers (attached as Track 14 on **Audio Exhibit 1**) embodies a chromatic descending line chord progression.  The descending line notes are highlighted in red.  Like "Taurus" and "Stairway", the descending chromatic notes in "Summer Rain" are the lowest notes.  There are three contiguous iterations of a chromatic descending line chord progression:  the first two iterations descend chromatically (<u>i.e.</u>, in half steps) from the notes "a" through "f#", and the third iteration descends chromatically from the notes "a" through "f".  The

descending chromatic line in "Taurus" and "Stairway" are also from the notes "a"
through "f".

**MUSICAL EXAMPLE 18**

**"Summer Rain"** (1967)
Johnny Rivers recording released **Nov. 1967**
Guitar part during the Introduction and continuing thereafter



26.    Looking at Musical Example 18, the range of the lowest to the highest
notes in the first iteration of the descending chromatic chord progression in the guitar
part in "Summer Rain" and "Taurus" is much more similar than the range in the guitar
part in "Stairway" is to "Taurus".  This similarity is illustrated in Musical Example 19
below, wherein measures 1 and 2 of the descending chromatic line chord progression in
Section A in "Taurus" are placed over the corresponding first iteration of the descending
chromatic line chord progression in "Summer Rain".  The range of the lowest to the
highest notes is *identical* in these two measures in "Summer Rain" and "Taurus" as
follows:

- "a" to "e", a perfect fifth in "Summer Rain" and "Taurus", but not in "Stairway";
- "g#" to "e", a minor sixth in "Summer Rain" and "Taurus", but not in "Stairway";
- "g" to "e", a major sixth in "Summer Rain" and "Taurus", but not in "Stairway"; and
- "f#" to "e", a minor seventh in "Summer Rain" and "Taurus", but not in "Stairway".

12

**EXHIBIT 1**
**59**

**MUSICAL EXAMPLE 19**

**"Taurus" and "Summer Rain"**
Measures 1 and 2 of the four-measure chord progressions
Top line = Section A in "Taurus" with note values halved
Lower line = Measures 1-2 in "Summer Rain"



27.   Indeed, the similarities in the first two measures in the guitar parts in "Summer Rain" and "Taurus" are greater than between "Taurus" and "Stairway" as analyzed above and illustrated in Musical Example 19 above.  Notably, in addition to all of the similarities presented immediately above, the upper notes in "Taurus" are confined on "e" in measures 1 and 2, as they are in measures 1 and 2 in "Summer Rain".

A.  5.   MELODIC SIMILARITIES IN THE GUITAR PARTS ARE FOUND IN THREE WORKS RELEASED AFTER "TAURUS" BUT BEFORE "STAIRWAY"

"Ice Cream Dreams" by Cartoone with Jimmy Page

28.   As transcribed in Musical Example 20 below, the guitar part in the 1968 recording[3] of "Ice Cream Dreams" by Cartoone with Jimmy Page playing the guitar (attached as Track 15 on **Audio Exhibit 1**) embodies a partially chromatic descending line chord progression.  The descending line notes are highlighted in red.

---

[3]   I have been informed by defendants' counsel that "Ice Cream Dreams" was recorded in the period November 1968 to December 1968 and released in 1969.

13

**EXHIBIT 1**
**60**

**MUSICAL EXAMPLE 20**

**"Ice Cream Dreams"** (1968)
Cartoone (with Jimmy Page on guitar) recording released in **1969**
Guitar part in the Introduction and Verse

At 0:00



29.    Like "Taurus" and "Stairway", there is a descent in the lowest notes from the notes "a" through "f", but unlike "Taurus" and "Stairway" the second note is skipped. Thus, the chromatic notes are "g", "f#", "f", directly following the first note, "a".  With the second chord skipped, the remaining four chords are very similar to the corresponding chords in "Stairway" as follows:

- The first chord in "Ice Cream Dreams", "Taurus", and "Stairway" is the same, "Am", and the lowest pitch of the chord is the same, "a";

- The *corresponding* next chords are very similar because the second chord in "Ice Cream Dreams", "Am7/G", includes all three pitches in third chord in "Taurus" and "Stairway", "C/G", and has the same lowest pitch, "g", and furthermore, the "Am7/G" chord in "Ice Cream Dreams" includes is the same as the corresponding "Am7/G" chord in four out of the six iterations of the chord progression under study in "Stairway" with the same lowest pitch, "g";

- The corresponding next chords in "Stairway" and "Ice Cream Dreams" are similar because the third chord in "Ice Cream Dreams", "F#ø7", includes two of the three pitches in the fourth chord in "Stairway", "D/F#", and has the same lowest pitch, "f#" and furthermore, the "F#ø7" in "Ice Cream Dreams" is the same as the corresponding chord in "Taurus";

- The corresponding next chords in "Ice Cream Dreams" and "stairway" are very similar because the fourth chord in "Ice Cream Dreams", "F", includes three of the four pitches in the fifth chord in "Stairway", "Fmaj7", and has

14

**EXHIBIT 1**
**61**

the same lowest pitch, "f", and furthermore, this similarity is much greater
than the similarity between the fifth chord in "Stairway" and the
corresponding "f" in a non-chord in "Taurus";

- The last two chords in the chord progression in "Ice Cream Dreams" and
  "Stairway" are the same, namely "G/B" and "Am" which is much more
  similar than the last two chords in "Taurus" and "Stairway";

- The melodies and chord progressions under study are played on a guitar
  in the respective Introductions in "Ice Cream Dreams" and "Stairway";

- The range of the notes in "Ice Cream Dreams" is more similar to the range
  of the notes in "Stairway" than the range of the notes between "Taurus"
  and "Stairway" because it is an octave or more in "Ice Cream Dreams" and
  "Stairway" but not in "Taurus"; and

- The descending notes are the lowest notes and are half notes in
  "Stairway" and "Taurus".

30.     Thus, "Ice Cream Dreams" is a notable example of a recorded song on
which Jimmy Page performed and that includes similarities found between "Taurus" and
"Stairway", as well as additional similarities with "Stairway" that are not in "Taurus".

31.     As transcribed in Musical Example 21 below, the guitar part in the 1969
recording of "Thoughts" by Crow (attached as Track 16 on **Audio Exhibit 1**) embodies
a four-measure chromatic descending line chord progression.  The descending line
notes are highlighted in red.  Like "Taurus" and "Stairway", the chromatic descent is five
pitches from "a" through "f" and the descending chromatic pitches are the lowest notes
in measures 1 and 2 through the first two beats of measure 3.

**MUSICAL EXAMPLE 21**

**"Thoughts"** (1969)
Crow recording released in **1969**
Guitar part in the Introduction and Verse

At 0:00



32.     As transcribed in Musical Example 22 below, the guitar part in the 1969 recording of "And She's Lonely" by The Chocolate Watchband (attached as Track 17 on **Audio Exhibit 1**) embodies a four-measure chromatic descending line chord progression. The descending line notes are highlighted in red.  Like "Taurus" and "Stairway", "And She's Lonely":

- The four-measure chromatic descending line chord progression is contiguously repeated;
- The chromatic descent is from the five pitches, "a" through "f";
- The descending chromatic pitches are the lowest pitches in measures 1 and 2 through the first two beats of measure 3;
- The first chord in "And She's Lonely", "Taurus" and "Stairway" is "Am";
- The second chord in "And She's Lonely", "Taurus" and "Stairway" is "G#+";
- The third chord in "And She's Lonely", "Am/G", includes all of the pitches in the "C/G" chord in "Taurus" and "Stairway" and same lowest pitch;
- The fourth chord in "And She's Lonely" shares two pitches and the lowest note with "Taurus" and the lowest note with "Stairway"; and
- The fifth and final chord of the descending chromatic line in "And She's Lonely", "Fmaj7(omit3)", is more similar to the fifth chord in "Stairway", "Fmaj7", than the "f" is in "Taurus".

16

**EXHIBIT 1**
**63**

**MUSICAL EXAMPLE 22**

**"And She's Lonely"** (1969)
The Chocolate Watchband recording released in **1969**
Guitar part throughout the Outro













17

**EXHIBIT 1**
**64**

A. 6.   SUMMARY OF THE ANALYSIS OF MELODY

34.     I found that there are no significant melodic similarities between "Taurus" and "Stairway", but there are significant melodic differences.  Most of the melodies in "Taurus" and "Stairway" are very different.  A minimal melodic similarity is the chromatic descending line from "a" to "f" in measures 1, 2 and 3 in the four-measure chord progressions analyzed above.  This minimal similarity is the result of the use of descending line chord progressions which were widely used in popular music prior to "Taurus", used in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché".  The lowest notes in the first three measures of the four-measure chord progressions in Section A in "Taurus" and the opening three measures in "Stairway" move down the chromatic scale.  This descending chromatic scale, a total of five notes from "a" down to "f" in the key of A minor, is a fundamental musical building block.

35.     The rhythmic durations of four of the five descending chromatic notes are *different* in "Taurus" and "Stairway".  There is nothing remotely creative about the similarity of five chromatic descending notes (four of which have *different* rhythmic durations) in "Taurus" and "Stairway".

36.     Regarding the arpeggios under study in Section A in "Taurus" and the repeating measures 1, 2, and 3 in "Stairway", the order of the notes are *different*.  Even after halving the value of the notes in Section A in "Taurus" to better line them up with the notes in "Stairway", out of a total of 27 notes in the guitar part in measures 1, 2, and 3 in the four-measure chord progression in "Stairway", the only *pitches* that align with pitches in Section A in "Taurus" are the five chromatic descending pitches (a fundamental musical building block), and a single fragmentary "e" pitch on beat 2 in measure 1.  Moreover, out of 27 notes in measures 1, 2, and 3 in "Stairway", only *two* notes have the same pitch (within the same octave), the same rhythmic duration, and the same metrical placement with Section A in "Taurus":  the single "e" eighth note on beat 2 in measure 1 and the whole note "f" in measure 3.

18

**EXHIBIT 1**
**65**

37.     Thus, the arpeggiated melodies under study in "Taurus" and "Stairway" are different.  The minimal similarity is due to the use of the commonplace descending chromatic scale, a fundamental musical building block, in which the rhythmic durations of four of the five notes are different in "Taurus" and "Stairway".

38.     In addition, any melodic similarities in "Taurus" and the guitar part in "Stairway" are found in *guitar* parts in prior art.  As analyzed and transcribed in Musical Examples 11 - 19, *guitar* parts in six (6) works that predate "Taurus" include melodic similarities that are found in "Taurus" and "Stairway".  Moreover, greater melodic similarities are found between "Music to Watch Girls By", and/or "Summer Rain" and "Taurus" than exist between the melodies in "Taurus" and "Stairway".  In addition, melodic similarities are also found in the guitar parts in three works (*see* Musical Examples 20 and 21 above) released after "Taurus" but before the recording of "Stairway".

39.     In summary, when combined with my findings regarding structure, harmony, and rhythm, I found that there are no significant structural, harmonic, rhythmic and/or melodic similarities, individually or in the aggregate, between "Taurus" and "Stairway".

19

EXHIBIT 1
66

**FERRARA REPORT**

**ATTACHMENT E – ANALYSIS OF "TAURUS" AND "STAIRWAY" IN THEIR ENTIRETIES**

**E. 1.   "TAURUS" AND "STAIRWAY" ARE VERY DIFFERENT COMPOSITIONS IN THEIR ENTIRETIES**

1.          "Taurus" and "Stairway" are very different compositions in their entireties. On the basis of my analysis, I found that there are no significant similarities.  With respect to the two works as a whole, there are significant structural, harmonic, rhythmic, and melodic differences.  Moreover, "Stairway" is a "song" with a sung vocal part and text (lyrics).  "Taurus" is not a "song".[1]

**E. 2.   THERE ARE NO SIGNIFICANT SIMILARITES, BUT THERE ARE SIGNIFICANT DIFFERENCES**

2.          On the basis of my analysis, I found that there are no significant structural, harmonic, rhythmic, or melodic similarities, individually or in the aggregate, between "Taurus" and "Stairway".  Rather, I found that there are significant structural, harmonic, rhythmic, and melodic *differences*.  The harmonic similarity between "Taurus" and "Stairway" is merely the result of a commonplace descending line of notes widely used in chord progressions in popular music prior to "Taurus", used in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché".  Similar chord progressions that appear in sixteen works that predate "Taurus" are analyzed in this report.

3.          A minimal melodic similarity between "Taurus" and "Stairway" is the chromatic descending line from "a" to "f" in measures 1, 2 and 3 in the commonly used four-measure chord progressions discussed immediately above.  This descending chromatic scale, a total of five notes from "a" down to "f" in the key of A minor, is a

---

[1]          A "song" is: "A form of musical expression in which the human voice has the principal role and is the carrier of a text; as a generic term, any music that is sung…." *The Harvard Dictionary of Music,* Fourth Edition, Harvard University Press, 2003, p. 203.

1

**EXHIBIT 1**
**67**

fundamental musical building block.  There is nothing remotely creative about the similarity of five chromatic descending notes (four of which have *different* rhythmic durations) in "Taurus" and "Stairway".

E.  3.   THE OVERALL COMPOSITIONAL TRAJECTORIES WITHIN "TAURUS" AND "STAIRWAY" ARE SIGNIFICANTLY DIFFERENT

4.      The entirety of "Stairway" is marked by an unremitting increase in musical texture[2] and compositional complexity that develops throughout "Stairway".  The expansion of the musical texture and compositional complexity develops in parallel with an acceleration of the tempo, i.e., the speed of the basic pulse of the song.  Consequently, the trajectory of the compositional development in "Stairway" from:

- The simplicity of the musical texture consisting of simple arpeggios and a "cliché" descending chromatic scale in the opening solo acoustic guitar;
- The addition of the 12-string electric guitar and electric piano at Refrain 1[3],
- The addition of the bass guitar and drums at Verse 4[4],
- The addition of both the electric guitar and a second 12-string guitar at Refrain 4[5] and particularly in the fanfare at the Bridge[6],
- The thick textures of the two 12-string guitars and notably increased rhythmic complexity in the lead electric guitar and bass guitar as well as the exceedingly increased melodic complexity in the lead electric guitar in the guitar Solo[7]; and

---

[2]      "Texture" is being used here in terms of "spacing", "orchestration", and rhythm. (*See* "Texture" in *The Harvard Dictionary of Music*, p. 877.)   "Spacing" is the high or low placement of the notes in a chord. (*Ibid*., p. 834) and "orchestration" refers to "The art of employing instruments in various combinations…." (*Ibid.*, p. 597.)

[3]      At 2:14 in the sound recording and at measure 41 in **Visual Exhibit B**.

[4]      At 4:20 in the sound recording and at measure 83 in **Visual Exhibit B**.

[5]      At 4:45 in the sound recording and at measure 92 in **Visual Exhibit B**.

[6]      At 5:35 in the sound recording and at measure 110 in **Visual Exhibit B**.

[7]      At 5:56 in the sound recording and at measure 118 in **Visual Exhibit B**.

2

**EXHIBIT 1**
**68**

- The re-entrance of melody in the vocal part (now singing a particularly high-pitched and penetrating melody), the increase in rhythmic syncopation in the guitars and bass guitars in every second measure, and the increase in rhythmic complexity in the drums in Verse 6[8]

embodies the quintessential compositional substance of "Stairway", a compositional substance grounded and defined by that trajectory. This trajectory and resulting compositional substance are absent in "Taurus".

5.      Specifically, following the memorable guitar fanfares in the Bridge and guitar Solo, Verse 6 in "Stairway" embodies a penultimate climax within the extraordinary trajectory of increasing musical texture and compositional complexity. The explosive re-entrance of the full-sung and high-pitched vocal melody above thickly textured and syncopated instrumentals and the compelling lyrics in Verse 6 creates a penultimate section in the compositional trajectory of "Stairway". There is nothing remotely similar to this overall compositional trajectory or penultimate section in the composition in "Taurus".

6.      The Outro[9] in "Stairway" returns to a steadier, less syncopated and less complex rhythm, although the texture remains thick with wide "spacing" (i.e., highs and lows in pitches). At approximately 7:41 in the sound recording (within the Outro), there is a gradual slowing of the tempo to the end of the song.[10] Along with this gradual slowing of the tempo in the final measures of "Stairway" is a reduction in compositional complexity (the guitar, bass guitar, and electric piano play sustained notes and the drums drop out), diminishment of the sound, with a remarkable ending in which the title

---

[8]      At 6:45 in the sound recording and at measure 138 in **Visual Exhibit B**.

[9]      At 7:27 in the sound recording and at measure 156 in **Visual Exhibit B**.

[10]      In the "Stairway" score, a "rit." marking is placed at measure 162 which is an abbreviation for the Italian word, "ritardando", i.e., "Slowing down gradually". (*The Harvard Dictionary of Music*, p. 733.)

3

**EXHIBIT 1**
**69**

lyrics are sung *a cappella* (i.e., without any instrumental accompaniment) while continuing to slow down the tempo.  This trajectory through the Outro in "Stairway" is very different from the ending of "Taurus".

7.     By way of stark difference, the overall trajectory in "Taurus" is marked by an internal sameness and congruity between Sections A1 and A2, and between Sections B1 and B2, and within the overall compositional structure.  The compositional symmetry in "Taurus" is very different from the indefatigable increase in musical texture and compositional complexity that develops throughout "Stairway" and the penultimate compositional climax of voice and instruments in Verse 6.  That compositional substance is unmistakably absent in "Taurus".

E.  4.   THE LYRICAL MEANINGS ARE VERY SUBSTANTIAL IN THE OVERALL "STAIRWAY" COMPOSITION BUT THERE ARE NO LYRICS IN "TAURUS"

8.     The lyrical meanings in "Stairway" are very substantial in the overall composition, but there are no lyrics (i.e., sung or spoken words) at all in "Taurus".  While a detailed analysis of the lyrics in "Stairway" is not warranted, a preliminary analysis of the lyrics within the context of the composition as a whole is warranted.  The complete lyrics in "Stairway" are included in **Visual Exhibit B**.

9.     Immediately following the Introduction played by the acoustic guitar and recorders, the vocal melody enters (joining the acoustic guitar and recorders) with the opening of Verse 1 in "Stairway" that starts with the lyrics:

> "There's a lady who's sure
> all that glitters is gold
> and she's buying a stairway to heaven."

The meaning of this lyrical opening defies reality insofar as it identifies an imaginary "stairway" that reaches "heaven".  It also suggests that this "lady" is "sure" that wealth can "buy" her the unreal "stairway to heaven".  Continuing in the same Verse are the

4

**EXHIBIT 1**
**70**

lyrics: "…she knows if the stores are all closed with a **word** she can get what she came for…and she's buying a stairway to heaven". What is the "word" that enables the "lady" to "get what she came for"?  We are not given an answer.  Instead, the lyrics continue: "…'cause you know sometimes words have two meanings".  The Verse ends with the lyrics:

> "In a tree by the brook
> there's a songbird who sings
> sometimes all of our thoughts are misgiven."

10.     This wonderment about what we really know is the substance of the Refrain lyrics, "Oo, it makes me wonder, Oo, it makes me wonder."  In "Stairway", the repeating Refrain lyrics – 'it makes me wonder' – simply but powerfully articulate a state of wonderment.

11.     The lyrics in Verses 2 and 3 sing of "looking to the west", "leaving", and following "the tune" through which "the piper will lead us to reason and a new day will dawn…and the forests will echo with laughter".  Here there is a call for transcendence and spiritual enlightenment, perhaps leaving a view of life that "all that glitters is gold", and transcending to the "forests" where "a songbird's" song may speak the greater truth, above "our thoughts".

12.     Verse 4 in "Stairway" is remindful of Robert Frost's poem, "The Road Not Taken".  The lyrics in Verse 4 of "Stairway" include:

> "Yes, there are two paths you can go by
> but in the long run
> (and) there's still time to change the road you're on."

13.     After another "And it makes me wonder" lyric in Refrain 4, the lyrics in Verse 5 add that "…the piper's calling you to join him" and end with:

5

**EXHIBIT 1**
**71**

"Dear lady, can you hear the wind blow

and did you know

your stairway lies on the whisp'ring wind."

Once again, the overall lyrical message appears to point "the lady" (perhaps representing us, the listeners) to nature, to spiritual enlightenment, and away from the materialism symbolized by glittering gold.

14.     As analyzed above, coupled with these lyrical meanings is an increasing textural and rhythmic complexity.  Immediately following Verse 5 and the lyrics, "…did you know your stairway lies on the whisp'ring wind", the voice drops out and a very memorable instrumental fanfare (in the Bridge) highlighted by guitars seems to announce that something significant was just relayed and something significant is about to commence.  This fanfare-like Bridge is followed by the extraordinary guitar Solo section, which adds still greater rhythmic and melodic complexity to the overall compositional trajectory in "Stairway".

15.     The guitar Solo is followed by Verse 6, which as analyzed above, embodies a penultimate climax of the extraordinary trajectory of increasing musical texture and compositional complexity.  The explosive re-entrance of the full-sung and high-pitched vocal melody above thickly textured and syncopated instrumentals is coupled with the compelling lyrics:

"And as **we** wind on down the road

**our** shadows taller than **our** soul

There walks a lady **we** all know

who shines white light and wants to show

how ev'rything still turns to gold.

Importantly, here the lyrics place the singer and the audience of his song in the first person with two iterations of the words, "we" and "our", as emphasized immediately

6

**EXHIBIT 1**
**72**

above, rather than the Refrain lyrics, "It makes *me* wonder".  Like the song's imaginary opening "stairway" that reaches "to heaven", the metaphorical meaning of "…our shadows taller than our soul" defies reality.

16.     The final lyrical lines in Verse 6 suggest that the overall lyrical message of the song is about finding spiritual enlightenment:  "And if you listen very hard, the tune will come to you at last".  This "tune" played by the piper is in an Eastern philosophical key in the next line:  "When all are one and one is all…."  This gives a sense of the Eastern vision of oneness, in which all beings are "one" like drops that are part of an infinite ocean.  The final lyrical phrase, "to be a rock, and not to roll" could be regarded as a clever play on "rock and roll"; it could also be interpreted as calling for the steadfastness and restfulness of a rock that withstands the (material) challenges of life. In this way, Verse 6 embodies the compositional climax of the lyrics and music, which constitute the "Stairway" composition.

17.     As analyzed above, at approximately 7:41 in the sound recording within the Outro section, there is a gradual slowing of the tempo to the end of the song.  Along with this gradual slowing of the tempo in the final measures of "Stairway" is a drastic reduction in compositional complexity (the guitar, bass guitar, and electric piano play sustained notes and the drums drop out) and a diminishment of the sound.  Within this dramatic reduction is a reprise of a portion of the opening lyrics of the song, namely: "And she's buying a stairway to heaven" in which the last three or four words are sung *a cappella* while continuing to slow down the tempo.

18.     By way of substantial difference, there are no lyrics in "Taurus".  The indelibly connected compositional development and trajectory of the lyrics and music in "Stairway" are completely absent in "Taurus".

7

**EXHIBIT 1**
**73**

E.  5.   SUMMARY OF THE ANALYSIS OF "TAURUS" AND "STAIRWAY" IN THEIR ENTIRETIES

19.      "Taurus" and "Stairway" are very different compositions in their entireties. On the basis of my analysis, I found that there are no significant similarities, but there are significant structural, harmonic, rhythmic, and melodic differences.  Moreover, "Stairway" is a "song" with a sung vocal part and text (lyrics).  "Taurus" does not embody a "song".

20.      The overall compositional trajectories within "Taurus" and "Stairway" are significantly different.  The entirety of "Stairway" is marked by an unremitting increase in musical texture and compositional complexity that develops through the song.  The expansion of the musical texture and compositional complexity develops in parallel with an acceleration of the tempo, i.e., the speed of the basic pulse of the song, and meaningful lyrics.  The extraordinary compositional development and trajectory, meaningful lyrical message, and compositional substance in "Stairway" are absent in "Taurus".

8

**EXHIBIT 1**
**74**

**FERRARA REPORT**

**ATTACHMENT F – VALUE ASSESSMENT**

F.  1.  VALUE ASSESSMENT OF THE MUSIC IN "STAIRWAY" THAT IS SIMILAR TO "TAURUS"

1.      In this Attachment, quantitative and qualitative value assessments of the music in "Stairway" that is similar to music in the composition embodied in "Taurus" is presented.  As analyzed above, the similarities between "Taurus" and "Stairway" occur in the following portions of "Stairway":

Introduction from 0:00 – 0:09 and 0:13 – 0:22 (*see* mm. 1 – 3 and 5 – 7 in **Visual Exhibit B**);

Verse 1 from 0:54 – 1:03; 1:07 – 1:16; and 1:47 – 1:56 (*see* mm. 17 – 19, 21 – 23, and 33 – 35 in **Visual Exhibit B**); and

Interlude from 2:01 – 2:10 *in varied form* (*see* mm. 37 – 39 in **Visual Exhibit B**).

2.      Thus, 18 measures out of a total of 166 measures in "Stairway" contain similarities to "Taurus".  These 18 measures in "Stairway" consist of six iterations of three measures played on acoustic guitar and recorders as transcribed in **Visual Exhibit B**.  Notably, while these 18 measures in "Stairway" contain music that is similar to "Taurus", these 18 measures also contain music that is different from "Taurus".

3.      The transcription of the entirety of music in "Stairway" in **Visual Exhibit B** consists of a total of 29 pages.  Looking at page 1 in the "Stairway" score, there are eleven (11) designated parts (e.g., Voice, Recorders, Acoustic Guitar, Electric Piano, Bass, Drums, etc.).  The unbroken vertical line at the far left, from top to bottom of this "grand staff", indicates that any notes written in these eleven parts are played simultaneously. Measure numbers (starting with measure #4) are above the first measure on the left side of each grand staff.  Structural sections (such as "Intro", "Verse

1

**EXHIBIT 1**
**75**

1", "Refrain 1", etc.) are demarcated in rectangular boxes above the first full measure of a section. The commencement of each section in the sound recording is also listed in the rectangular boxes beginning with "Verse 1" on page 2 of the score.

4. Thick, double slanted lines mark off a new grand staff, for example, near the bottom of page 1. After the first grand staff in the top part of page 1, only parts that are actually playing or singing are included in a grand staff. Thus, even though the acoustic guitar 1 is the only instrument playing at the beginning of "Stairway", all eleven parts are listed to establish all of instruments that are played in "Stairway". After that first grand staff, if a particular instrument is not playing, it is omitted from the grand staff. Thus, in the grand staff at the bottom of page 1, only the recorders and acoustic guitar 1 are included because they are the only instruments that are playing during those measures.

5. During the 18 measures in "Stairway" that embody similarities to "Taurus", in addition to the acoustic guitar and recorders, the voice part enters in Verse 1 and is present during 12 of the measures in "Stairway" with similarities to "Taurus". However, the melody in the voice part in "Stairway" is different from the melody in "Taurus".

6. In the "Stairway" score, an "x" note head indicates that there is no definitive pitch such as in percussion parts,[1] or that the pitch is muted such as in the 12-String guitar 2 and 3 in measures 138 – 152.

_____

[1] A "pitch" is the highness or lowness of a sound. Insofar as there are no clef signs (e.g., 𝄞 or 𝄢 signs) at the beginning of each line of music in the percussion instruments in **Visual Exhibit B**, customary practices in scoring (i.e., creating transcriptions) utilize rounded note heads (not "x's") for the rhythms in some percussion parts. Without a clef at the beginning of a line of music, a rounded note head does not indicate a pitch. A log or "legend" of each of the parts in the drums in "Stairway" is attached as **Visual Exhibit O**.

2

**EXHIBIT 1**
**76**

F. 2.  QUANTITATIVE ANALYSIS OF THE VALUE OF MUSIC IN "STAIRWAY" THAT IS SIMILAR TO "TAURUS"

7.      A quantitative value assessment provides an objective measurement of music in an entire work, or a portion thereof.  The first step is to count the total number of notes in the musical work under study.  This is easily done by using "Sibelius" musical notation software, through which the "Stairway" score in **Visual Exhibit B** was created.[2]  The "Stairway" score in **Visual Exhibit B** embodies all of the music in the entirety of the musical composition in "Stairway".  There are a total of **11,104** note heads (pitched in all instruments and in the vocal melodies, and un-pitched in the drums).[3]

8.      For the purposes of a purely quantitative analysis, there is no distinction between the "value" of any note or set of notes in relation to any other notes.  Such a distinction, for example, between the "value" of notes in a guitar melody as compared with notes in a guitar chord or melodic notes sung by a singer are not made in a quantitative analysis, rather, they are made in a *qualitative* analysis.  That analysis is provided later in this report.  Importantly, a purely quantitative analysis provides an empirically corroborable measurement of the music at issue, and upon which a *qualitative* analysis can later be grounded.  The quantitative measurement provides a reference point.

---

[2]      In keeping with musicological practices, in order to transcribe the notes in "Stairway", the sound recording is placed in a software program such as "Apple Quick Time" which enables portions of the sound recording to be "looped" (i.e., automatically played over and over) and slowed down.  Using this method and a piano to check the notes, each note and rest are input into the Sibelius program using a computer keyboard.  The "Stairway" score in its entirety in **Visual Exhibit B** was created using this method.  These transcription scores provide empirically corroborable representations of the respective *compositions* embodied in "Taurus" and "Stairway".

[3]      This total number of note heads excludes "tied" notes, "grace" notes (i.e., ornamental miniature sized notes in the score), "ghost" notes (snare drum attacks that are barely discernible, *see* **Visual Exhibit M**), "x" note heads in the guitar (which indicate muted notes), and guitar notes that are in parentheses (which indicate strings that are not plucked but resonate sympathetically at a very low volume).

3

**EXHIBIT 1**
**77**

9.      There are a total of **248** note heads in the portion of "Stairway" with similarities to "Taurus" as analyzed earlier in this report (consisting of the acoustic guitar and recorders during 18 measures).  Consistent with the counting of the total number of notes in the "Stairway" score in its entirety, the 248 note heads excludes "tied" notes, a single "grace" note in measure 4, two notes within parentheses in measure 4 (the third such note is also a "tied" note) which are not plucked but resonate sympathetically with the other notes at a very low volume, and a single "x" note head in measure 37.

10.      Therefore, the result of my quantitative value assessment is that **2.23%** of the *music* in "Stairway" embodies similarities to "Taurus" as analyzed throughout this report, and as transcribed in **Visual Exhibits A** and **B**.

11.      The lyrics in "Stairway" are *not* counted in this quantitative analysis because there are no lyrics in "Taurus".  However and importantly, the lyrics constitute a substantial portion of the overall composition in "Stairway".  The quantitative measurement of 2.23% only represents 2.23% of the *musical composition* in "Stairway" with similarities to "Taurus", *not* the whole (musical *and* lyrical) "Stairway" composition. While the musical and lyrical composition in "Stairway" can be identified separately for the purpose of analysis, the musical and lyrical compositions in "Stairway" are indelibly bound in the "Stairway" composition.

F.  3.  QUALITATIVE ANALYSIS OF THE VALUE OF MUSIC IN "STAIRWAY" THAT IS SIMILAR TO "TAURUS"

12.      Some parts in a musical composition can be more qualitatively valuable than other music in the same composition.  For example, if the music in "Stairway" that is similar to "Taurus" includes one or more of the most memorable parts of "Stairway", such a qualitative finding would increase the purely 2.23% quantitative value.

13.      In addition, melodic notes tend to be more valuable than notes that fill out a chord.  However, notes that fill out a chord could embody qualitatively important rhythms and could impact on the musical texture.  This is certainly the case in the notes

4

**EXHIBIT 1**
**78**

in the guitar chords in "Stairway" which embody increasing textural and rhythmic complexity.  Nonetheless, the melodies played on the guitar and those that are sung tend to be of greater qualitative value than notes that are only part of a chord.

14.     Importantly, a qualitative assessment is grounded in the understanding that each part of a composition – such as an Introduction, Verse, Refrain, Bridge, etc. – does not function by itself, but rather functions as a part of the overall composition. Each musical work is marked by its compositional trajectory from beginning to end.  In assessing the value of the music in "Stairway" that is similar to "Taurus", a *qualitative* analysis assesses the *value* of that portion of "Stairway" within the trajectory of the overall musical and lyrical composition in "Stairway" as a whole.

15.     On the basis of my analysis, I found that the (1) Introduction (which includes music that is similar to "Taurus"), (2) the guitar fanfare in the Bridge[4], (3) the guitar Solo[5] (which does not include music that is similar to "Taurus"), and (4) the climactic Verse 6[6] (which does not include music that is similar to "Taurus") are the most memorable parts in "Stairway".  Insofar as the Introduction includes music that is similar to "Taurus", the purely *quantitative* value (2.23%) of the portion of "Stairway" that is similar to "Taurus" would be *increased*.  Similarly, the purely *quantitative* values of the

---

[4]     There are a total of 635 note heads in the Bridge section of "Stairway". Consistent with the counting of the total number of note heads in the "Stairway" score in its entirety, this total number of note heads excludes "tied" notes, "grace" notes, notes within parentheses in measure 4, and "x" note heads.  Therefore, on a purely quantitative basis, **5.71%** of "Stairway" is constituted of the music in the Bridge section.

[5]     There are a total of 2,797 note heads in the guitar Solo section of "Stairway". Consistent with the counting of the total number of note heads in the "Stairway" score in its entirety, this total number of note heads excludes "tied" notes, "grace" notes, notes within parentheses in measure 4, and "x" note heads.  Therefore, on a purely quantitative basis, **25.18%** of "Stairway" is constituted of the music in the guitar Solo section.

[6]     There are a total of 1,862 note heads in Verse 6 of "Stairway".  Consistent with the counting of the total number of note heads in the "Stairway" score in its entirety, this total number of note heads excludes "tied" notes, "grace" notes, notes within parentheses in measure 4, and "x" note heads.  Therefore, on a purely quantitative basis, **16.76%** of "Stairway" is constituted of the music in Verse 6.

5

**EXHIBIT 1**
**79**

music in (1) the Bridge (5.71% of "Stairway", *see* footnote 4), (2) the guitar Solo section (25.18% of "Stairway", *see* footnote 5) and (3) Verse 6 (16.76% of "Stairway", *see* footnote 6) would be increased due to the fact that they are amongst the most memorable parts in "Stairway".

16.    The music in the acoustic guitar in the Introduction and in later iterations is harmonic, rhythmic, and melodic, which would further *increase* the purely quantitative value above 2.23% of the *musical* (not lyrical) "Stairway" composition.  The music in the recorder parts functions as a background that supports the guitar part without adding any important new melody or harmony.  On the other hand, the recorders provide a memorable "early music" style and countenance, which adds qualitative value.

III. C.  COMBINED QUANTITATIVE AND QUALITATIVE ANALYSIS OF THE VALUE OF MUSIC IN "STAIRWAY" THAT IS SIMILAR TO "TAURUS"

17.    As reported above, the result of my *quantitative* value assessment is that **2.23%** of the *music* in "Stairway" embodies similarities to "Taurus" as analyzed throughout this report

18.    On the basis of a qualitative analysis, there are two qualitative grounds for *increasing* the 2.23% strictly *quantitative* value of the music in "Stairway" that is similar to "Taurus", namely, (1) it embodies a melody, chord progression, and rhythms in the guitar part along with the "early music" style of the recorders" and (2) it is part of one of the most memorable parts in "Stairway".

19.    On the other hand, there are three sections of "Stairway" that do *not* embody music that is similar to "Taurus", yet *each* of these sections is at least as equally memorable as the Introduction, namely, (1) the guitar fanfare in the Bridge, (2) the guitar Solo, and (3) Verse 6, and these sections embody melodies, chord progressions, and rhythms in music that is different from "Taurus".  The purely quantitative value of each of these three memorable sections in "Stairway" would be

6

**EXHIBIT 1**
**80**

*increased* due to their qualitative value, thereby, limiting the qualitative increase of the quantitative value of the music in "Stairway" that *is* similar to "Taurus".

20.     As noted above, the 2.23% quantitative value represents 2.23% of the *musical* composition in "Stairway", *not* the whole (musical *and* lyrical) "Stairway" composition.  However, presenting a specific percentage increase over the purely quantitative 2.23% value is outside of the bounds of this analysis.  Instead, the combined quantitative and qualitative analysis herein seeks to provide (1) an empirically corroborable measurement that is a reference point and (2) a qualitative analysis that can aid in the assessment of any increase or decrease in the quantitative measurement.

7

**EXHIBIT 1**
**81**

# APPENDIX 1

EXHIBIT 1
82

## APPENDIX 1

**LAWRENCE FERRARA, Ph.D.**
**PROFESSOR OF MUSIC**
**DIRECTOR EMERITUS**
**MUSIC AND PERFORMING ARTS PROFESSIONS**
**THE STEINHARDT SCHOOL**
**NEW YORK UNIVERSITY**

### Educational Background

| | | |
|---|---|---|
| B.A. | Music | Montclair State University |
| M.M. | Music | Manhattan School of Music |
| Ph.D. | Music | New York University |

### Teaching Background

| | | |
|---|---|---|
| 1979-84 | Assistant Professor of Music | New York University |
| 1984-92 | Associate Professor of Music, Tenured | New York University |
| '92-present | Professor of Music | New York University |
| 1995-2006 | Professor of Music and Department Chair | New York University |
| 2006-2011 | Professor of Music and Director Music & Perf Arts | New York University |
| 2011 (Sept.)-present | Professor of Music and Director Emeritus | New York University |

### Selected Professional Activities

Cambridge, Mass: 2016, invited lecture on music copyright at Harvard University Law School, class on Music and Media law (2/1/2016)

1

**EXHIBIT 1**
**83**

| | |
|---|---|
| Cambridge, Mass: | 2015, invited lecture on music copyright at Harvard University Law School, class on Music and Media law |
| New York: | 2015, American Musicological Society GNY, invited to present and participate on a panel hosted by The Juilliard School at Lincoln Center regarding "Changes in Music Delivery and Reception in the 21st Century" |
| Cambridge, Mass: | 2014, invited lecture on music copyright at Harvard University Law School, class on Music and Media law |
| New York: | 2014, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2014, American Musicological Society GNY, peer-reviewed presentation on musicological issues regarding the composition embodied in a sampled portion of a sound recording in music copyright claims |
| New York: | International Double Reed Society Conference, invited presentation on the musicological elements and implications in Newton v Diamond |
| Cambridge, Mass: | 2013, invited lecture on music copyright at Harvard University Law School, class on Music and Media law |
| New York: | 2013, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| New York: | 2013, American Musicological Society GNY, peer-reviewed presentation including an analysis of the musical composition in "The Phantom Song" from *Phantom of the Opera* by Andrew Lloyd Webber |
| New York: | 2012, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Cambridge, Mass: | 2012, invited lecture on music copyright at Harvard University Law School, class on Music and Media law |

2

**EXHIBIT 1**
**84**

| | |
|---|---|
| Sweden: | 2011, interviewed (in New York) and featured in the Swedish TV series, "The Story Behind the Hit Song," regarding music copyright |
| Cambridge, Mass: | 2011, invited lecture on music copyright at Harvard University Law School, class on Music and Media law |
| New York: | 2010, invited presenter and moderator of a panel on sampling and music copyright for The Copyright Society of the United States, New York Chapter |
| New York: | 2010, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Montclair, NJ: | 2010, invited to present the Inaugural Jack Sacher Memorial Research Lecture for the opening of the new John Cali School of Music at Montclair State University |
| New York: | 2010, invited to present a lecture on music copyright followed by a dialogue with Academy Award winner, F. Murray Abraham, for The Pathfinders Series at The First Presbyterian Church of New York City |
| New York: | 2008, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright |
| Denmark: | 2007, interviewed in documentary film on music copyright (*Copy Good, Copy Bad*) |
| Ireland: | 2007, interviewed on Irish radio regarding music copyright |
| New York: | 2007, Opening and Closing Speaker for a Conference co-sponsored by The New York Philharmonic and the Finnish Consulate on Music Learning and Performance in Finland |
| New York: | 2006, invited panelist at the CMJ Conference at Lincoln Center regarding music copyright |
| New York: | 2006, invited panelist at the Remix Conference regarding music copyright |

3

**EXHIBIT 1**
**85**

New York:  2006, invited presentation to the New York Institute for the Humanities regarding music copyright

New York:  2006, invited Keynote Address for The Mastery of Music Teaching Conference sponsored by The Metropolitan Opera Guild and The New York Philharmonic

Washington D.C.:  2005, invited panelist/presenter at the Future of Music Policy Summit regarding music copyright

New York:  2005, invited panel and group discussion leader at the United Nations regarding rhythm in the music of multiple cultures as part of the U.N.'s World Summit on the "Information Society" and the United Nations Information and Communications Technology Task Force

Cambridge, Mass.:  2005, invited panelist/presenter at Harvard University Law School's Berkman Center, in a national conference regarding technology and intellectual property

New York:  2005, invited music copyright presentation at Columbia University Law School, class on Federal Courts Litigation: Trademark and Copyright

Los Angeles:  2005, invited lecture regarding music copyright in Los Angeles for an NYU Alumni event

Orlando:  2005, invited lecture regarding music copyright in Orlando, Florida for an NYU Alumni event

Hawaii:  2004, invited workshop presentation and session chair regarding methodology inherent in the analysis of a J. S. Bach organ prelude for the International Conference on Arts and the Humanities

Norway:  2003, invited series of lectures on music theory and analysis co-sponsored by the Music Theory and Composition Departments of the Norwegian Music Academy and the Department of Philosophy of the University of Oslo

4

**EXHIBIT 1**
**86**

| New York: | 2001, invited presentation and Chair of a panel at The United Nations regarding "Music within a Global Context." |
| --- | --- |
| Pisa, Italy:<br>Pianist | Summer 1993 & Summer 1994, Visiting Professor at University of Pisa Performed solo recitals and performances as an accompanist and soloist in the United States and Europe as well as solo performances on radio and television.  Recordings for Orion Master Recordings and Musique International.  Performed as a pianist in musical theatre shows, rehearsal pianist in operas, accompanist to internationally acclaimed singers, and as a session pianist in pop styles. |

At New York University's Steinhardt School in the Department of Music and Performing Arts: Director of Music Performance Programs from 1980-1985, Director of Ph.D. Programs from 1986-1995, Chair of the Department from 1995 – 2005, and Director of all Music and Performing Arts studies (undergraduate through Ph.D.) in The Steinhardt School at New York University from 2006-2011.  Named "Director Emeritus" of Music and Performing Arts in The Steinhardt School in 2011.  Currently on the full-time faculty in music theory and music history.

Currently a member of the Editorial Board of the journal *Music and Moving Image* (University of Illinois Press) and on the board of Editorial Consultants for the journal *Philosophy of Music Education Review* (Indiana University Press).

## Awards

| 1972 | Stoekel Fellowship, Yale University Graduate School of Music, Chamber Music |
| --- | --- |
| 1985 | Presidential Research Fellowship, NYU |
| 1988 | Federal Grant for Research |
| 1989 | Federal Grant for Research renewed |
| 1996 | Daniel E. Griffiths Award for work regarding Arthur Schopenhauer's theory of music published by Cambridge University Press, 1996. |

## Membership in Professional Organizations

American Musicological Society

5

**EXHIBIT 1**
**87**

New England Conference of Music Theorists

Society for Music Theory

## Publications: Books

| | |
|---|---|
| Ferrara, Lawrence | *Philosophy and the Analysis of Music: Bridges to Musical Sound, Form and Reference* (Greenwood Press) 1991 |
| Ferrara, Lawrence and Kathryn E. Ferrara | *Keyboard Harmony and Improvisation* (Excelsior Music Publishers) 1986 |
| Phelps, Roger, Lawrence Ferrara and Thomas Goolsby | *Guide to Research in Music Education*, Fourth Edition. (Scarecrow Press/The Rowman & Littlefield Publishing Group) 1993 |
| Phelps, Roger, Lawrence Ferrara, *et al* | *Guide to Research in Music Education*, Fifth Edition (Scarecrow Press/The Rowman & Littlefield Publishing Group) 2005 |

## Courses Taught at NYU

| | |
|---|---|
| Aesthetic Foundations of the Arts: | for Ph.D. students |
| Aesthetic Inquiry: | for Ph.D. students |
| Arts Heritage and Criticism: | for M.M. students |
| Classic Era Music, Analysis: | for M.M. students |
| Contemporary Music, Analysis: | for M.M. and Ph.D. students |
| Dissertation Proposal Seminar: | for Ph.D. students |
| Keyboard Harmony and Improvisation: | for B.M. students |
| Music Copyright, Landmark Cases: | for B.M. students |

EXHIBIT 1
88

| Music Criticism: | for M.M. students |
| Music History III, 19th Century: | for B.M. students |
| Music History IV, 20th & 21st Century: | for B.M. students |
| Music Performance Practices: | for M.M. students |
| Music Reference & Research Methods: | for M.M. and Ph.D. students |
| Music Theory and Analysis: | for B.M. students |
| Seminar in Music Theory & Analysis: | for M.M. and Ph.D. students |

**Music Copyright**

Dr. Ferrara has been a music expert in music copyright issues for more than twenty years, providing opinions for plaintiffs and defendants. He is an active music copyright consultant for record, music publishing, and motion picture companies, and for individuals in the United States and abroad. He has been an invited guest lecturer in music copyright at Columbia University Law School and Harvard University Law School (regarding the latter, in six of the last six years). He has also been a conference panelist sponsored by Harvard Law School, and a panel moderator for The Copyright Society of the United States.

**Deposition or Trial Testimony in the last four years**

(1) Batts *et al* v. Adams *et al* in 2011;
(2) Francescatti v. Germanotta *et al* in 2013;
(3) Marino v. Usher *et al* in 2013;
(4) Roberts *et al* v. Gordy *et al* in 2014;
(5) Roberts *et al* v. Gordy *et al* in 2015; and
(6) Fahmy v. Shawn Carter *et al* in 2015.

**Fee rates for Professional Services**

- $395 per hour for research, analysis, preparation of reports, and meetings plus any travel-related expenses

7

**EXHIBIT 1**
**89**

- $475 per hour for deposition and trial testimony plus travel-related time and expenses

8

EXHIBIT 1
90

# VISUAL EXHIBIT A

EXHIBIT 1
91



**EXHIBIT 1**
**92**



**EXHIBIT 1**
**93**

# VISUAL EXHIBIT B

EXHIBIT 1
94

# Stairway to Heaven



**EXHIBIT 1**
**95**



**EXHIBIT 1**
**96**



EXHIBIT 1
97



**EXHIBIT 1**
**98**

**EXHIBIT 1**
**99**



**EXHIBIT 1**
**100**



**EXHIBIT 1**
**101**



**EXHIBIT 1**
**102**



**EXHIBIT 1**
**103**







**EXHIBIT 1**
**104**

EXHIBIT 1
105

12



EXHIBIT 1
106



**EXHIBIT 1**
**107**

14



**EXHIBIT 1**
108

EXHIBIT 1
109

16



**EXHIBIT 1**
**110**







**EXHIBIT 1**
**111**





**EXHIBIT 1**
**112**



**EXHIBIT 1**
**113**

20





EXHIBIT 1
114

**EXHIBIT 1**
**115**







**EXHIBIT 1**
**116**

EXHIBIT 1
117







**EXHIBIT 1**
**118**

**EXHIBIT 1**
**119**

**EXHIBIT 1**
**120**

EXHIBIT 1
121



**EXHIBIT 1**
**122**

**EXHIBIT 1**
**123**

# VISUAL EXHIBIT C

EXHIBIT 1
124

# STAIRWAY TO HEAVEN

Words and Music by
JIMMY PAGE and ROBERT PLANT



There's a la - dy who's sure ____ all that glit-ters is gold _ and she's buy - ing a stair-way _ to

© 1972 SUPERHYPE PUBLISHING
All rights administered by WB MUSIC CORP
All Rights Reserved

Authorized for use by *Lawrence Ferrara*

musicnotes.com

**EXHIBIT 1**
**125**







musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**128**





Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**130**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**131**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**132**



Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**133**

musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**134**

# STAIRWAY TO HEAVEN

Words and Music by JIMMY PAGE
and ROBERT PLANT



© 1972 (Renewed) FLAMES OF ALBION MUSIC, INC.
All Rights Administered by WB MUSIC CORP.
All Rights Reserved Used by Permission

♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**135**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**136**







musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**139**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**140**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**141**



♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**142**



Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**143**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**144**



♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**145**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**146**

# STAIRWAY TO HEAVEN

Words and Music by
JIMMY PAGE and ROBERT PLANT



© 1972 SUPERHYPE PUBLISHING
All Rights Reserved

**EXHIBIT 1**
**147**



**EXHIBIT 1**
**148**

# STAIRWAY TO HEAVEN

Words and Music by
JIMMY PAGE and ROBERT PLANT



*Capo at VII using a cutaway guitar with easy access to the 22nd fret. All notes in TAB at VII are open strings.
**The open first string is not played here, but rings sympathetically.
***A gradual decrescendo continues for the next four measures to allow for the entrance of the recorders.

© 1972, 1992 SUPERHYPE PUBLISHING
All rights administered by WB MUSIC CORP.
All Rights Reserved

 musicnotes.com

Authorized for use by *Lawrence Ferrara*

EXHIBIT 1
149



*The actual pitch of this note (e) is one octave higher

musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**150**





musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**151**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**152**





musicnotes.com

Authorized for use by *Lawrence Ferrara*

EXHIBIT 1
153





*The Acoustic Guitar is multi-tracked from here on.
**With a pick.

𝄞 musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**154**

7



*Suggested strum



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**155**





*Suggested fingering.
**T = Thumb on ®

musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**156**



*Strings ④ and ② are muted while ③ and ① are open.

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**157**





*\*\*Separate track - Sustain and fade over.*
*\*\*\*Separate track.*

musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**158**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**159**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**160**



*Doubled with an Electric 6 string (Telecaster?) from here on.

**( ) Acoustic Guitar track only.

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**161**



the pip-er's call-ing you  to join  him.     Dear la-dy  can you hear the wind _



Rhythm figure 1 out

____blow,    and did  you_  know,_   your stair-way lies on the  whis  -  'prin' wind?_____



Oh. ___

Acoustic Guitar (L.C.)

Electric 12 string (R&LC)

**The tempo is resumed by a cue from the guitarist.

🎵 musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**162**



*Notes in parenthesis are upper notes of quieter background track.

♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**163**



*1958 Telecaster through a Fender Suproamp?
**punch in from a separate track

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**164**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**165**



*Played with a glass or metal slide.

♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**166**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**167**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**168**



*Palm muting is alternated (off then on) as in this two measure phrase from here on, but not notated.

*Mute strings with fret hand at current chord position.

♪ musicnotes.com                                              Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**169**



*Right and left channels from here on.

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**170**



♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**171**



♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

EXHIBIT 1
172



\*Pan to center.
\*\*Doubling ends.

musicnotes.com

Authorized for use by *Lawrence Ferrara*

EXHIBIT 1
173



*Lead vocal in downstems, distorted chorus track in upstems.

♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**174**



*Pre-bent from here on

𝄞 musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**175**



*VSO (variable speed/pitch oscilator) 1/2 step glide.

**EXHIBIT 1**
**176**



EXHIBIT 1

177

# VISUAL EXHIBIT D

EXHIBIT 1
178



**EXHIBIT 1**
**179**



EXHIBIT 1
180

# VISUAL

# EXHIBIT

# E

**EXHIBIT 1**
**181**

# Prelude in E Minor

This prelude should be played very legato. All tones should be sustained by the use of the pedal whichshould change at each change of harmony.

Edited by
Russell B.Lanning

49

CHOPIN



EL2543

EXHIBIT 1
182

# VISUAL

# EXHIBIT

# F

**EXHIBIT 1**
**183**

*From: "Best of Karrin Allyson"*

# How Insensitive

*Insensatez*

by

ANTONIO CARLOS JOBIM

Lyrics by MARCOS VINICIUS DE MORAES and NORMAN GIMBEL

Published Under License From

Universal Music Publishing Group

Copyright © 1963, 1964 ANTONIO CARLOS JOBIM and VINICIUS DE MORAES, Brazil
Copyright Renewed and Assigned to SONGS OF UNIVERSAL, INC. and NEW THUNDER MUSIC, INC.
All Rights for NEW THUNDER MUSIC, INC. Administered by GIMBEL MUSIC GROUP, INC. (P.O. Box 15221, Beverly Hills, CA 90209-1221 U
All Rights Reserved Used by Permission

Authorized for use by *Lawrence Ferrara*

NOTICE: Purchasers of this musical file are entitled to use it for their personal enjoyment and musical fulfillment. However, any duplication, adaptation, arranging and/or transmission of this copyrighted music requires the written consent of the copyright owner(s) and of Universal Music Publishing Group. Unauthorized uses are infringements of the copyright laws of the United States and other countries and may subject the user to civil and/or criminal penalties.

 http://www.musicnotes.com

**EXHIBIT 1**
**184**

# HOW INSENSITIVE
## (Insensatez)

Music by ANTONIO CARLOS JOBIM
Original Words by VINICIUS DE MORAES
English Words by NORMAN GIMBEL
Introduction adapted from Chopin's
Prelude in E Minor, Op. 28, No. 4



Copyright © 1963, 1964 ANTONIO CARLOS JOBIM and VINICIUS DE MORAES, Brazil
Copyright Renewed and Assigned to SONGS OF UNIVERSAL, INC. and NEW THUNDER MUSIC, INC.
All Rights for NEW THUNDER MUSIC, INC. Administered by GIMBEL MUSIC GROUP, INC. (P.O. Box 15221, Beverly Hills, CA 90209-1221 USA)
All Rights Reserved   Used by Permission

♪ musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**185**









𝄞 musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**186**







musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**187**







musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**188**







musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**189**



musicnotes.com

Authorized for use by *Lawrence Ferrara*

**EXHIBIT 1**
**190**

# VISUAL EXHIBIT G

EXHIBIT 1
191



**EXHIBIT 1**
**192**

# VISUAL

# EXHIBIT

# H

**EXHIBIT 1**
**193**

336

# IT DON'T MEAN A THING (IF IT AIN'T GOT THAT SWING)

Copyright © 1932 Sony/ATV Music Publishing LLC and EMI Mills Music, Inc. in the U.S.A.
Copyright Renewed
All Rights on behalf of Sony/ATV Music Publishing LLC Administered by Sony/ATV Music Publishing LLC,
   8 Music Square West, Nashville, TN 37203
Rights for the world outside the U.S.A. Administered by EMI Mills Music, Inc. (Publishing)
   and Alfred Music (Print)

Words and Music by DUKE ELLINGTON
and IRVING MILLS



EXHIBIT 1
194

# VISUAL

# EXHIBIT

# I

**EXHIBIT 1**
**195**

# NIGHT AND DAY
### from GAY DIVORCE

© 1934 (Renewed) WB MUSIC CORP.

Words and Music by
COLE PORTER



EXHIBIT 1
196

# VISUAL

# EXHIBIT

# K

EXHIBIT 1
197



**EXHIBIT 1**
**198**

# VISUAL

# EXHIBIT

# L

EXHIBIT 1
199



**EXHIBIT 1**
**200**

# VISUAL

# EXHIBIT

# M

EXHIBIT 1
201

# MY FUNNY VALENTINE
### from BABES IN ARMS

Copyright © 1937 (Renewed) by Chappell & Co.
Rights for the Extended Renewal Term in the U.S. Controlled by Williamson Music,
a Division of Rodgers & Hammerstein: an Imagem Company and WB Music Corp.

Words by LORENZ HART
Music by RICHARD RODGERS



EXHIBIT 1
202

# VISUAL

# EXHIBIT

# N

EXHIBIT 1
203

"Stairway to Heaven" score –drum legend



EXHIBIT 1
204

# EXHIBIT 2

**Alexander Stewart, Ph.D.**
**Professor of Music**
**University of Vermont**

**February 10, 2016**


Re: "Taurus" and "Stairway To Heaven"

1. I am Professor of Music, Director of Latin American and Caribbean Studies, and Jazz Studies Coordinator at the University of Vermont. I have contributed to numerous peer-reviewed journals and other publications and I am author of a book published by University of California Press. My work encompasses extensive music transcriptions, musicological analysis, historical research, and other scholarly activities, particularly in popular music. I earned a Ph.D. in Music (Ethnomusicology Concentration) from the Graduate Center of the City University of New York (CUNY) and a Master of Music in Jazz and Commercial Music from Manhattan School of Music. During 2006-7 I was a Fulbright scholar researching traditional and popular music in Mexico. As an active professional musician I have performed with leading musicians in jazz and popular music for more than thirty years. I have provided expert opinions and analysis on music copyright matters for over twelve years.

2. I have been asked to compare the songs "Taurus" (T) by Randy California of the group Spirit and "Stairway To Heaven" (STH) by Jimmy Page and Robert Plant. I downloaded the recordings of T and STH from iTunes and purchased the sheet music to STH from musicnotes.com. I was also provided six live versions and a demo of "Taurus" and additional guitar sheet music to STH by attorney Francis Alexander Malofiy. These recordings, sheet music to STH, and transcriptions of the relevant parts of the recordings are attached to this report.

3. Both songs prominently feature a musical segment that contains substantially similar musical expression. This four-measure passage (labeled "A" in the analysis below) appears four times in T at 0:45, 0:58, 1:37, and 1:50. In STH the passage appears six times, at 0:00, 0:13, 0:53, 1:06, 1:47, and 2:00. In three of the six appearances in STH (the first, second, and sixth), it is heard instrumentally (without vocals). During the last iteration some arpeggiated variations are heard in the guitar. As discussed further below, live versions of Taurus also feature a similar fingerpicking style in the passage's later appearances. The third, fourth, and fifth iterations of the passage in STH contain a vocal part. While T is entirely instrumental and features no vocals, a melodic figure heard in the keyboard during this section bears a similarity to the main vocal melody heard during this passage in STH. For reasons given below, these "A" passages are clearly the most important musical expression in both works. Before discussing this musical expression further, this report will examine the general characteristics of each song.

**EXHIBIT 2**
**205**

**General Characteristics**

|  | Key | Tempo (BPM) | Style |
|---|---|---|---|
| Taurus | A minor | ~72 | quasi-classical |
| Stairway (Part I) | A minor | ~73 | quasi-classical |

4. As can be seen above, both songs are in the same keys (A minor) and are performed at nearly identical tempos. The tempos or beats are somewhat fluid in both songs, as the guitarist lingers slightly on the final cadence during the passages in question. While the tempo of STH eventually accelerates, Part I remains very close to the starting tempo throughout. As will be discussed further below, the instrumental textures are also quite similar, featuring most prominently acoustic guitar and "classical" instruments such as flute, recorders (a type of end-blown flute), and, in T, strings and harpsichord. In both songs the overall mood or style is suggestive of Renaissance-era classical music.

Structure/form

**"Stairway to Heaven"**
PART I
0:00    A (instrumental)
0:13    A (instrumental)
0:26    B (instrumental)
0:53    A vocal
1:06    A vocal
1:20    B vocal
1:47    A vocal
2:00    A (instrumental variation)

PART II
2:14    vamp 1 (two chord) interlude
2:39    C
2:51    C
3:06    vamp 1 (two chord) interlude
3:29    C
3:41    C
3:56    vamp 1 (two chord) interlude
4:19    C$^1$ (drums enter)
4:30    C$^1$
4:45    vamp 1 (two chord) interlude
5:07    C$^1$
5:18    C$^1$
5:34    Instrumental interlude
5:55    vamp 2 (three chord) guitar solo
6:44    vocal re-enters over vamp 2

**EXHIBIT 2**
**206**

Section descriptions

| | |
|---|---|
| A | 4-measure verse with descending A minor guitar pattern |
| B | 8-measure "bridge" |
| Vamp 1 | 2-chord progression (essentially Amin – D) |
| C | 4-measure verse melody from A section over descending C major pattern |
| C¹ | 4-measure variation of verse melody over descending C major pattern |
| Vamp 2 | 3-chord progression (Amin – G – F) |

**"Taurus" (studio version)**

| | |
|---|---|
| 0:00 | Intro (studio version only) |
| 0:45 | A |
| 0:58 | A |
| 1:12 | B |
| 1:37 | A |
| 1:50 | A |
| 2:04 | B |

Section descriptions

| | |
|---|---|
| Intro | "atmospheric" sustained "pads" and short figurations in free time |
| A | 4-measure verse with descending A minor guitar pattern |
| B | 7-measure "bridge" |

5. As can be seen in the above analysis, the structure of Part I of "Stairway to Heaven" is nearly identical to that of "Taurus" after the introduction. The introduction in Taurus is not set to a steady beat or meter and effectively sets the mood for the song proper that begins a 0:44. The A sections in both songs are four measures long. They are repeated (AA) and separated by a longer B section or bridge. The overall form of both songs thus can be represented as:

| | | |
|---|---|---|
| T | (intro) | AABAAB |
| STH (Part I) | | AABAABAA |

**It is important to note that *every* live version and the demo of Taurus begin with the A sections. Clearly, the intro was added for the studio version and was not part of the original composition.** Therefore, forms of "Taurus" and Part I of "STH" are identical. The only structural differences between them are that STH repeats the A sections at the end (still maintaining the AA structure) and the B section in T is one measure shorter, i.e., seven measures instead of eight.

6. After Part I, at 2:14 STH transitions to other material, much of which eventually is supported by the rhythm section (bass and drums). Most of my analysis will be concerned with the first part of STH which contains enough musical content and length to comprise song unto itself (the average popular song is about three minutes in length), Part I is important not only because it is the first music the listener hears (for over two minutes), but also because it contains the weightiest

**EXHIBIT 2**
**207**

compositional material in the song. It is meant to evoke a complex polyphonic classical texture and in that respect it offers contrast with the later vamps (repeated patterns of two or three chords) and jams (improvised sections).  As discussed later in this report in my qualitative analysis, the most memorable and iconic musical materials in STH are heard during Part I.

**Specific Musical Expression**

7. The "A" sections in both songs are similar on every level: melody, rhythm, harmony, texture, tempo, instrumentation, and fretboard positioning and fingering.

8. Harmony. The underlying harmonic structure contains a descending chromatic bass line. While a related structure has a long history in Western music (sometimes referred to as the "Lament" ground bass), many composers through the ages have found original and creative ways to use this foundational pattern. The setting of the passage in T is exemplar of such creativity and contains original musical expression. By way of comparison I would note as one example that many thousands of songs have been set to twelve-bar blues. Substantial and original expression contained therein remains protectable despite this commonality. As will be seen in my analysis below, both "Taurus" and STH depart from the traditional sequence in similar and significant ways.

9. The chromatic version of the traditional sequence moves through six pitches from the tonic (do) to the important harmonic goal on the fifth degree of the scale (sol). In an unusual variation, both T and STH avoid or defer reaching this important goal on the last pitch of the sequence (the fifth degree or E). In addition to **not** incorporating the entire six-pitch sequence (A G# G F# F E), both T and STH use the first five pitches in exactly the same way. As the bass line descends chromatically from A to F#, each pitch is held for two beats duration before lingering on F for four beats in the third measure. In both songs the movement to the final pitch of the sequence, the fifth degree of the scale E, is not arrived at directly and is only suggested near the end of the fourth measure.

10. The following is a harmonic analysis of the two passages:

| T(1:37) | Amin | Amin/G# | Amin/G | Amin/F# | Fmaj7 | D5 E5/A[1] |
|---------|------|---------|--------|---------|-------|------------|
| STH | Amin | Amin/G# | Amin/G | Amin/F# | Fmaj7 | G A (E) |

As can be seen, the harmonies are identical until the final measure. A comparison of the cadences will be found later in this report.

11. Rhythm and tempo. Besides the descending chromatic line described above, both passages are treated with a nearly continuous eighth-note figuration.

_____

[1] The fourth measure of Taurus contains slight variations. My analysis will focus on the third iteration (1:37) of the A section as representative.

**EXHIBIT 2**
**208**

Each measure of the four-measure passage contains four beats and each of these four beats is subdivided in two, for a total of 32 positions or eighth-note "slots" (4x2x4). These eighth notes are set to almost exactly the same tempo making the passages' durations almost the same in both songs – about 13 seconds.

12. Guitar Melody. The following table graphically presents these four measures and depicts the steady eighth-note figurations heard in the acoustic guitar in these passages. Since both songs are in the same key, the actual pitches can be easily compared without transposition.

Example 1.     Acoustic guitar themes in "Taurus" and "Stairway to Heaven"

|  | 1 |  | 2 |  | 3 |  | 4 |  | 1 |  | 2 |  | 3 |  | 4 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAURUS |  | C | ECB |  |  | C | ECB |  |  | C | ECB |  |  | C | ECB |  |
|  | A |  |  | A | G# |  |  | G# | G |  |  | G | F# |  |  | F# |
| HEAVEN |  | C | E | A | B | E | C | B | C | E | C | C | F# | D | A | F# |
|  | A |  |  |  | G# |  |  |  | G |  |  |  | F# |  |  |  |

|  | 1 |  | 2 |  | 3 |  | 4 |  | 1 |  | 2 |  | 3 |  | 4 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAURUS |  | C | ECB |  | AB |  | AB |  |  |  |  |  |  |  |  |  |
|  | F |  |  | F |  | F |  | F | D |  |  | D | A |  |  | G |
| HEAVEN | E | C | A | C |  | E | C | A | G | A | A |  |  |  |  |  |
|  | F |  |  |  |  |  |  |  | B | A | A |  |  | A | F | E |

13. Most of the similarities occur during the first 18 notes. The first measure is almost identical, the second measure contains only two different pitches, and the first two slots of the third measure contain the same pitches. With two slight re-orderings, swapping CE for EC, 14 of the first 18 eighth-note positions or slots (78%) contain the same pitches. Since these pitches, C and E, are both present in T (on the second and fourth beats), and they are chord tones in A minor they are virtually interchangeable (A minor = A, C, E). While there are two B's in the first measure of both songs, the two B's in STH are heard in the top part. The second B in STH moves to a C/G on the first beat of the second measure. During the first 18 notes, then the, basic melodic sequence is virtually the same.

14. Instrumentation and orchestration. One of the most significant similarities between T and STH is the overall texture and orchestration. Both songs feature acoustic guitars on the main theme of the passage discussed immediately above. This acoustic guitar part is the signature theme in both songs. The passages at issue also are supported by sustained chords or "pads" using string or recorder sounds. The descending chromatic line is doubled by string and recorder sounds in

**EXHIBIT 2**
**209**

both songs (after the first iteration of the signature theme in STH and after the second iteration in T).  Example 2 provides transcriptions of these two parts.

Example 2. String and recorder parts in "Taurus" and "Stairway to Heaven"



The presence of acoustic guitar, strings, recorder/flute sounds, and harpsichord as well as the noticeable absence of bass and drums (and other instruments characteristic of rock and roll) lend both songs a decidedly "classical" style, particularly evoking a Renaissance atmosphere.

15. In both songs, the descending bass line is doubled by instruments with very similar sounds – a cello in T and a bass recorder in STH. This thickening of the texture, occurring after the initial exposition of the theme, contributes to the gradual build in intensity.

16. Other important similarities provide additional evidence of copying. In both songs the passages are set to "pads" or sustained strings or flute sounds. In T these pads are heard in the first, second and third iterations of the passage. The pads in STH occur in the second, fourth, fifth, and sixth iterations (see measures 5, 21, 33, and 37 in the transcription of STH). While the pads contain some different pitches, in both songs they begin with the same sustained pitch as the highest note, E. The top note of any vertical sonority is almost always the most prominent.

17. Vocal Melody. The vocal melody in STH that is set to these guitar passages in the A sections is similar to the harpsichord melodies heard in T during the third iteration of the studio version (1:37) and in the keyboard parts at the very beginning of all the live versions. In STH, this melody, which establishes the subject matter of the song and contains the words "stairway to heaven," is arguably the most important vocal theme in STH. The melody of STH is set to three phrases that climb successively to three higher pitches: C, D, and E. The melody in T also gradually works its way upward through these same pitches. The first vocal phrase of STH begins similarly to the clavinet melody in T as can be seen below:

Taurus       A B C  A
Heaven       A B C BA C ("There's a lady who's sure...")

**EXHIBIT 2**
**210**

It is important to note that this keyboard melody in T and the vocal in STH are placed similarly over the guitar passage in the A sections of both songs.

15. The final cadences of these passages also contain important similarities. The resolution of STH comes at the beginning of the fourth measure while in T the resolution generally also comes in the fourth measure, but on the third beat . The cadence in STH (essentially G major to A minor) contains the following pitches (as can be seen in measure 24 of the STH sheet music).

<u>Stairway</u>
D   E
B   C
G   A
B   A

The cadence in T generally resolves to A on the third beat of the fourth measure. Melodically, the same movement from G to A occurs at the end of th measure leading into the next A section.

<u>Taurus</u>
D   A  (GA)
D   E
A   A
A   B
D   A

Example 3 provides a transcription of this cadence from T at 1:47.

Example 3.   "Taurus" cadence (1:47)



**EXHIBIT 2**
**211**

While there are differences between these two cadences, both A sections return to the tonic in the fourth measure. Most important, the melodic movement from b7 to 1 (G to A) is exactly the same in both songs, although in T it happens at the end of measure four rather than at the beginning of the measure.

18. Significance. The passages at issue are clearly important, easily the *most* important musical expression in both songs. In T the segments comprise the central musical themes heard in the work. Although in the studio version of T a long introduction is heard, in live versions, there was no introduction and the song began with the main theme heard in the acoustic guitar. Similarly in STH the passages open the song, and have acquired iconic status. Instantly recognizable, countless aspiring guitarists and other instrumentalists have learned these parts in their early programs of study.

19. In summary, important musical expression in Taurus and Part I of STH is substantially similar. These similarities should be obvious to the average listener and become explicit under musicological analysis. There is no doubt that the creators of "Stairway to Heaven" drew upon the musical expression central to "Taurus." Besides the overall general form, sound, feel, style, and tempo, these similarities include the signature themes of both songs, in particular the acoustic guitar passages I have labeled section "A." Nearly 80% of the pitches of the first eighteen notes match, along with their rhythms and metric placement. The harmonic setting of these A sections feature the same chords during the first three measures and an unusual variation on the traditional chromatic descending bass line in the fourth measure. While the cadence is delayed slightly in T, each passage ends by moving from b7 or G to 1 or A. Moreover, these passages are supported by similar "pads" or sustained string or recorder sounds and string and bass recorder parts that are identical. The passages are overlayered by vocal melodies in STH and prominent keyboard parts in T that begin the same way.

20. My C.V. contains all pertinent information about my testimony in other cases. I reserve the right to supplement or amend this report. I am being compensated at the rate of $275 per hour for the study of this matter and $475 per hour (four-hour minimum), plus any related travel time and expense, for trial testimony and deposition.

Respectfully submitted,

Alexander Stewart, Ph.D.
Professor of Music
University of Vermont

**EXHIBIT 2**
**212**