# EXHIBIT 3

```
                                                    Page 1

 1    UNITED STATES DISTRICT COURT
 2    EASTERN DISTRICT OF PENNSYLVANIA
 3     - - - - - - - - - - - - - - - -x
 4    MICHAEL SKIDMORE, as Trustee for the
      RANDY CRAIG WOLFE TRUST,
 5
                        Plaintiff,
 6
              -against-
 7
      LED ZEPPELIN, JAMES PATRICK PAGE, ROBERT
 8    ANTHONY PLANT, JOHN PAUL JONES, SUPER HYPE
      PUBLISHING, INC., WARNER MUSIC GROUP CORP.,
 9    parent of WARNER/CHAPPELL MUSIC, INC.,
      ATLANTIC RECORDING CORPORATION, RHINO
10    ENTERTAINMENT COMPANY,
11                    Defendants.
12     - - - - - - - - - - - - - - - -x
13                              666 Fifth Avenue
                                New York, New York
14
                                February 8, 2016
15                              9:35 a.m.
16
17        EXAMINATION BEFORE TRIAL of WILLIAM
18    RUHLMANN, a Witness in the above-entitled
19    action, held at the above time and place,
20    taken before Jessica R. Taft, a Notary
21    Public of the State of New York, pursuant to
22    Order and stipulations between Counsel.
23
24                 *      *      *
25
```

Page 2

1   APPEARANCES:

2

3

        FRANCIS ALEXANDER, LLC
4       Attorney for Plaintiff
                280 N. Providence Road
5               Media, PA 19063
6       BY:  FRANCIS MALOFIY, ESQ. (VIA PHONE)

7

8       PHILLIPS NIZER, LLP
        Attorney for Defendants
9               666 Fifth Avenue
                New York, New York  10103

10

        BY:  HELENE M. FREEMAN, ESQ.
11

12                      *       *       *

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 4

1     W I L L I A M   R U H L M A N N,

2     the Witness herein, having first been duly

3     sworn by the Notary Public, was examined and

4     testified as follows:

5     EXAMINATION BY

6     MS. FREEMAN:

7          Q    Can you state your name and address for

8     the record?

9          A    I can.  My name is William Ruhlmann.

10               MR. MALOFIY:  I am sorry, are

11          we swearing in the witness?

12               MS. FREEMAN:  Yes, we are.

13               MR. MALOFIY:  Okay.

14               THE WITNESS:  I was saying, my

15          name is William Ruhlmann.  Would you

16          like me to spell that?  It is misspelled here.

17               MR. MALOFIY:  Is there a reason

18          I can't hear him being sworn in?

19               MS. FREEMAN:  I have no idea why.

20               MR. MALOFIY:  Oh, I can only

21          hear you, Ms. Freeman.

22               MS. FREEMAN:  Well, you know,

23          we are doing the best we can.

24               MR. MALOFIY:  Okay.  Well,

25          well, all I can hear is you, so it

Page 8

1          hear you now.  Thank you.

2                  THE WITNESS:  Great.

3     BY MS. FREEMAN:

4          Q    I have asked the court reporter

5     to mark as Exhibit 475 the subpoena that was

6     served on you.

7                  (Thereupon, the subpoena was

8       hereby marked as Exhibit 475 for

9       identification, as of this date.)

10         A    So that is the same as this that

11    I am looking at?  It looks identical.

12         Q    Okay, yes, it is.

13         A    From what I can see, it is.

14                 MR. MALOFIY:  I can hear

15         everyone now.  Thank you very much.  I

16         appreciate the courtesy.

17    BY MS. FREEMAN:

18         Q    The subpoena had asked you to

19    bring documents with you.  Did you bring any

20    documents with you?

21         A    I brought two tape recordings

22    with me that I dug out of my closet.  Would

23    you like them?

24         Q    I would, if that is all right.

25         A    Here they are.

```
                                                    Page 9

 1          Q     Thank you.

 2                I am going to -- let's see.  I am

 3    going to ask the court reporter to -- let's back up.

 4    You have given me two --

 5          A     Cassette tape recordings.

 6          Q     -- TDK cassette tape recordings.

 7          A     Correct, I have.

 8          Q     And are they the same?

 9          A     I don't understand.

10          Q     Are they duplicates, one of the other?

11          A     No.  If you look at them, you

12    will see they have two different dates; they

13    represent two different recordings.

14          Q     I see.  One -- so let's mark --

15          A     Look at the spine, and you will

16    see names and dates.

17          Q     Okay.  I am going to ask the

18    court reporter to deem marked as Exhibit 476

19    the cassette recording bearing interview

20    date April 2nd of '91.  Is that correct?

21          A     That is what it says.

22          Q     Okay.  And I will ask the court

23    reporter to deem marked as Exhibit 477 the

24    cassette tape bearing interview recording

25    for April 10, '91; is that correct?
```

Page 10

1           (Thereupon, the cassette tapes

2      were hereby marked as Deposition

3      Exhibits 476 and 477 respectively for

4      identification, as of this date and

5      retained by counsel for the

6      Defendant.)

7      A     Again, that is what it says.

8      Q     I will make a copy of these and

9  return the original to you.

10     A     Okay.

11     Q     Is that all right?

12     A     Do I have a choice?

13     Q     Thank you very much.

14           MR. MALOFIY:  The only other

15     choice is if you can make copies and

16     produce it, or if you have additional

17     copies, electronic or otherwise, that

18     you can send to counsel.  I don't know

19     what is easier for you.

20           MS. FREEMAN:  Well, right now

21     these are here, so I will make the

22     copies for everybody.  I don't know if

23     we can do that in the course of today,

24     but if my tech department can do it,

25     we will do it today.

Page 11

1    BY MS. FREEMAN:

2         Q     Can you tell me in substance what

3    was the purpose of these two interviews?

4         A     If I remember correctly, the

5    purpose of these two interviews was to

6    determine information from Randy California

7    for the purpose of writing liner notes that

8    you seem to have in front of you.

9         Q     Okay.  I am going to show you

10   what we previously marked as Exhibit 339,

11   and I will ask you if you can identify what

12   we have marked as 339, for the record?

13        A     I see a representation of the

14   cover of the Time Circle album on the front.

15   It appears to be a Xerox of the CD booklet

16   for the album.

17        Q     In preparation for your deposition

18   today, did you listen to the tape recordings?

19        A     No.  There is an assumption in

20   that question.  I did nothing to prepare for

21   the deposition today.

22        Q     Okay.  Thank you.

23              Directing your attention to the exhibit

24   that has been previously marked as 339, when

25   there is a portion of the liner notes that

Page 13

1   be an interview that Randy California did

2   with someone else, which I am then quoting.

3   I don't know.

4            If it is in quotation marks, it

5   means either he said it to me and it's on

6   tape, or I got it from somewhere and he was

7   quoted as saying it.  Okay?

8            MR. MALOFIY:  Yes, thank you.

9            THE WITNESS:  You are welcome.

10  BY MS. FREEMAN:

11       Q    Now what is your occupation, Mr. Ruhlmann?

12       A    I am unemployed.

13       Q    Do you have a profession?

14       A    I was at one time a music journalist.

15       Q    And how long had you been a

16  music, have you been a music journalist?

17       A    Nearly 30 years.

18       Q    What is your education?

19       A    What is my education?

20       Q    Yes.

21       A    I attended St. Mary's Grammar

22  School in Rutherford, New Jersey, from I

23  think 1960 to 1969.  I attended the

24  Turrentine Junior High School in Burlington,

25  North Carolina, from 1969 to 1970.  I

Page 22

1        A     Do I know when I completed them?

2        Q     Yes.

3        A     I assume it would have been

4    sometime in the spring of 1991, but I don't,

5    you know, but I am judging by the dates here

6    that are listed on the tapes.

7        Q     Would it be relatively quickly after

8    you --

9        A     Yes, absolutely relatively quickly.  You

10   can probably check and find the release date

11   for the album, you know.  It came out in

12   1991, did it not?  Is there a copyright date

13   on it?  There is probably a copyright date

14   here somewhere.

15       Q     Now, I would like to direct your

16   attention to paragraph 142 of your liner notes?

17       A     What page is that on?

18       Q     I am sorry, page D 000142 of

19   Exhibit 339.

20       A     What am I looking at?  Where is it?

21       Q     If you would look at the second

22   column, there is in quotes:  "When we did

23   our first tour of Europe in late '68 or

24   maybe '69, California recalls, all those

25   guys used to come up" --

Page 23

1          A    I am sorry, I am not seeing this

2     at all.  Where is it exactly?  You say it is

3     the second column, but I don't see this.

4                MR. MALOFIY:  It is the second

5          full paragraph she is referring you to, Mr.

6          Ruhlmann.

7                THE WITNESS:  The Xerox is not

8          very clear, and the print is very small.

9                MS. FREEMAN:  Sorry.

10               THE WITNESS:  The second, is

11         this the one that begins "In fact,

12         California's sole contribution"?

13               MS. FREEMAN:  Yes, that is the

14         paragraph that begins that, and I'm,

15         I'm reading from the last two sentences.

16               THE WITNESS:  Okay.  "When we

17         did our first tour of Europe" -- okay.

18    BY MS. FREEMAN:

19         Q    "In late '68 or maybe '69" and

20    that is in quotes --

21         A    Right.

22         Q    -- "California recalls, 'All

23    those guys used to come up and sit in the

24    front row of all of our shows, and we became

25    friends.  If they wanted to use that, that's

Page 24

1   fine.  I'll let them have the beginning of

2   Taurus for their song."  And that is in quotes.

3         A    It is.

4         Q    And when you put something in

5   quotes, you are quoting directly?

6         A    I believe so.

7         Q    And you were quoting statements

8   made to you by Mr. California?

9         A    I believe so.

10        Q    Now, I am just going to take a

11   break to see if we have anything that can play

12   cassettes.

13        A    I don't even know if those tapes

14   will play, but you can find out.

15        Q    You think they may need to be baked

16   because they've been --

17        A    I haven't the vaguest idea.

18   They've been sitting --

19             THE REPORTER?  I didn't hear,

20        needs to be what?

21             THE WITNESS:  Baked, she said.

22        When a tape is very old --

23             THE REPORTER:  That's okay, I

24        was just asking Ms. Freeman what she said.

25             MR. MALOFIY:  What are you

1           MR. MALOFIY:  Mr. Ruhlmann, in

2       regards to those tapes, do you know if

3       those tapes were the tapes that

4       contained the recordings or the

5       recorded interview of Mr. California?

6           THE WITNESS:  I believe they

7       are, yes.

8           MR. MALOFIY:  Is there a reason

9       why you believe they are?  Do you have

10      some sort of card catalog or system

11      where you would have saved those tapes

12      in a certain area, or is it just done by

13      roughly the date?

14          THE WITNESS:  There is kind of

15      a yes and a no in that.  You know, I

16      did interviews.  After I did the interviews, I

17      put the tapes in a box.  I put the box in a

18      closet.  That's the degree of cataloging that

19      I did.

20          Being a free-lance writer as

21      you may know is not a very lucrative

22      job and you are also your own

23      secretary.  So, you know, keeping

24      archives of these things in a detailed

25      manner is not something you have time

Page 31

1       for.  All you have time to do is to do

2       it and then do the next article and do

3       the next article after that.  It is

4       the only way that you can earn a

5       living.  So the fact that I even found

6       these tapes I think is miraculous.

7           MS. FREEMAN:  I have to say,

8       you're not here, so you can't see the

9       tape, but each is identified in the

10      witness' handwriting --

11           THE WITNESS:  It is.

12           MS. FREEMAN:  -- with the name

13      Randy California and "interview" and

14      then the date of the interview; is

15      that correct?

16           THE WITNESS:  That is correct.

17           MR. MALOFIY:  Thank you for

18      identifying that, Mrs. Freeman.  I appreciate

19      that.  As far as the tapes go, I take

20      it that you weren't able to listen to

21      them before your testimony here today,

22      correct?

23           THE WITNESS:  I did not listen

24      to them.

25           MR. MALOFIY:  And is that

Page 38

```
1              Do you have any recollection of

2    meeting Randy California in person or all

3    you would have is just from, all you know is

4    that you had an interview because you had

5    tapes which identify his name and some liner notes?

6         A    I certainly did meet him in person.
```

```
7         Q    Okay.  So you did meet him in person.

8              Do you recall if the interview happened

9    in a house, an apartment, a trailer, where they

10   happened?

11        A    I think they happened in a hotel room.

12        Q    Okay.  Do you have a memory of

13   being in a hotel room where you were interviewing

14   him?

15        A    No.

16        Q    Okay.  Is there a reason why you

17   believe they happened in a hotel room?  Is

18   that because your memory tells you that?

19        A    This is New York City.  He is not

20   from New York City.  I imagine he came into

21   New York City and stayed in a hotel room and

22   I met him in the hotel room.  It certainly

23   did not occur at Sony.

24        Q    Understood.

25              Do you recall if you went to any
```

Page 49

1                        CERTIFICATION

2

3        I, Jessica R. Taft, a Notary Public for

4    and within the State of New York, do hereby

5    certify:

6        That the witness whose testimony as

7    herein set forth, was duly sworn by me; and

8    that the within transcript is a true record

9    of the testimony given by said witness.

10       I further certify that I am not related

11   to any of the parties to this action by

12   blood or marriage, and that I am in no way

13   interested in the outcome of this matter.

14       IN WITNESS WHEREOF, I have hereunto set

15   my hand this 12th day of February, 2016.

16

17

18   *Jessica R. Taft*

19

20   _____

21       Jessica R. Taft

22   Commission Number 01TA6041411

23       Expires: 05/08/2018

24           *      *      *

25

# EXHIBIT 4



**EXHIBIT 4**
**18**

A · DATE/TIME
· NOISE REDUCTION □ON □OFF

B · DATE/TIME
· NOISE REDUCTION □ON □OFF

⊛TDK
D90

Randy California
Interview      4/02/91

DYNAMIC CASSETTE LOW NOISE HIGH OUTPUT

D90

⊛TDK.

**EXHIBIT 4**
**19**



**EXHIBIT 4**
**20**

# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL SKIDMORE, as Trustee for the
RANDY CRAIG WOLFE TRUST,

            Plaintiff

      v.

LED ZEPPELIN, JAMES PATRICK PAGE, ROBERT
ANTHONY PLANT, JOHN PAUL JONES, SUPER
HYPE PUBLISHING, INC., WARNER MUSIC
GROUP CORP.,

Parent of:

WARNER/CHAPPELL MUSIC, INC., ATLANTIC
RECORDING CORPORATION, RHINO
ENTERTAINMENT COMPANY,

            Defendants

Case 2:15-cv-03462-RGK-AGR

**AFFIDAVIT OF FRANK PIAZZA**

I, FRANK PIAZZA, declare as follows:

1.    I am President and Chief Forensic Examiner at Legal Audio Video, which is located in New York, New York.  I have personal knowledge of the matters set forth in this affidavit and am authorized to sign this affidavit on behalf of Legal Audio Video.  If sworn as a witness, I would testify competently with respect to the facts set forth herein.

2.    Legal Audio Video, which I founded in 2000, provides audio/video engineering services, including enhancement, authentication, recording, editing and production for the legal profession and the commercial recording and broadcast industry. In connection with my work at Legal Audio Video, I have provided expert testimony in numerous court cases in both state and federal courts in New York.

3.    I have also provided professional services to law enforcement agencies, prosecutors' offices, law firms, and private companies.  I am also a member of the Audio Engineering Society and the Society of Motion Picture & Television Engineers.

**EXHIBIT 5**
**21**

4.      I was first contacted by Helene Freeman, Esq. on or around February 8, 2016 and requested to create exact digital copies of two cassette tapes on behalf of your client in this case.

5.      On or around February 10, 2016 we took possession of the materials at our offices located at: 204 West 84th Street, New York, NY 10024.

6.      On February 12, 2016 we converted the cassettes to digital files.  We utilized professional, TASCAM cassette decks, AVID analog-to-digital convertors, MAC computer systems and Protools software.  We copied the tapes directly to a digital work station in real time.

7.      The digital audio is fully and completely, an exact copy of what was originally recorded on the cassette tapes.  These files were not changed, altered or edited in any way.  I provided you with (3) DVD copies of the converted cassette tapes.

_____
Frank Piazza
President, Legal Audio Video

SUBSCRIBED AND SWORN
to before me this 17th day of
February, 2016

_____
Notary Public


ADILEN PEREZ
Notary Public - State of Florida
Commission # FF 918557
My Comm. Expires Sep 15, 2019

**EXHIBIT 5**

# EXHIBIT 6

```
 1        PARTIAL TRANSCRIPTION OF RECORDING OF APRIL 2, 2991
 2           WILLIAM RUHLMANN INTERVIEW OF RANDY CALIFORNIA
 3
 4        Q    Was Lou Adler kind of a hands-on producer, was
 5   he there during recording sessions or did he --  I think
 6   you were saying he added stuff to some of the tapes
 7   afterwards, strings.  Was he kind of bored the whole time?
 8        A    Yeah.  He was there except for 1984 which he
 9   didn't really produce because I remember going to another
10   studio, putting a Leslie Organ on it since we didn't have
11   one at that studio and we mixed with the engineer.  We
12   also mixed I Got a Line on You, me and Jay or John, the
13   actual mixing of it but for the first album, it was a case
14   of us going in and Lou talking to Jay as the cheerleader
15   and saying Jay, have Randy do this.  Did I tell you this
16   story?
17        Q    No.
18        A    I don't know if you want to get into this.
19   Yeah, let's tell it like it is.  We went to the studio.
20   We're out there in the studio, Lou is behind the booth and
21   he's telling Jay, Jay, have Randy play this, Jay, have
22   Cass do that, tell Mark to do this.  This went on for a
23   couple of days and the cocky kid that I was, I walked into
24   the studio and said hey, Lou, we're people out there, too,
25   can't he talk to us directly and he looked at me with this
```

1

**EXHIBIT 6**
**23**

1    stare and he said, "I'm the producer."

2           Now, being a kid of 16, I had to wonder is this

3    like the wizard of Oz or what.  I had to start shuttering

4    in my legs, my pants.  The producer, what does that mean.

5    Then they kept saying when you ping pong, you lose

6    generations and laughing about it, and I didn't know what

7    that meant and I never did until I learned about

8    engineering, transferring a track.

9           It was some kind of weird joke they had, but I

10   mean aside from that, I think that kind of broke the ice

11   and after that, there was more of a direct communication

12   and I think Lou had a real keen sense of musicality that

13   was heir apparent in his mixes of the Mamas and Papas and

14   other stuff he had done prior to that.

15          So I do respect his ability to produce fine

16   records, clear, good sounding records, although I believe

17   as can be heard in the difference between an original demo

18   and a first album, that the guts and the balls of the

19   group was kind of taken out of the first record.  You hear

20   the drums are real soft in the background, strings and

21   horns are kind of --  It's more of a classical type of

22   production than a rock type of production.

23          That might have been a mistake.  That's what

24   happened and people liked the album but I think it could

25   have hit harder but I think maybe Lou thought well, maybe

2

**EXHIBIT 6**

**24**

```
 1    people expect this from me or that's what he was used to

 2    doing, it's more of a sweet sound.  So that carried over

 3    into our album.

 4         Q    Could it also be that's what was going on at the

 5    time?

 6         A    He may have thought that was the most commercial

 7    thing to do.

 8         Q    Yeah.  The period in which you were recording

 9    this album is like the post Sgt. Pepper era.  I think Sgt.

10    Pepper was June of '67 and you were recording this album

11    probably the fall of '67 and that's a period when that

12    kind of light mixture of different styles, vaguely

13    psychedelic --

14         A    That's right.

15         Q    -- was very much to the fore.  That's the kind

16    of record everybody was trying to make.

17         A    Although you had Credence Clearwater.  I don't

18    know if they were out the same time.

19         Q    They were out a little later, maybe a year.

20         A    Yeah (inaudible).

21         Q    There may have been that kind of input trying to

22    make the band conform to what is perceived to be the

23    prevalent style.

24         A    Yeah.  I mean everyone was a big fan of the

25    Beatles.  That's for sure.  We used to go out and see
```

HOLCOMBE REPORTING & VIDEO SERVICE

**EXHIBIT 6**

**25**



1    their movies together.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1      A    You going to do a little blurb about the Led

2  Zeppelin one about The Flame?

3      Q    Yeah, yeah.

4      A    I should tell that story that I told you about

5  how Robin came up to me about ten years ago and said

6  Nature's Way is his favorite song, he used to play it in

7  clubs all the time, just play it on his own acoustic.

8  That should get some notoriety.

9      Q    Absolutely.

10     A    People start listening to both of them.

11     Q    Just like --  Exactly just like Stairway to

12 Heaven.

13     A    Do I need to say it or do you know it?  So you

14 have the information, I did the Howard Stern show a year

15 ago and he pulled out The Flame, the song The Flame, by

16 Cheap Trick and Nature's Way.  He put both of them on a

17 turntable and started them up at the same time.  Lo and

18 behold, the chords for The Flame and Nature's Way all the

19 way through were exactly the same.  So if you play his

20 lyrics with Nature's Way, you can see Nature's Way over

21 The Flame.

22          It blew my mind and then I remember back ten

23 years before when Robin, their lead guy, lead singer, not

24 lead guy, had come up to me at the Record Plant in Los

25 Angeles and said Randy, you know, my all-time favorite
```

HOLCOMBE REPORTING & VIDEO SERVICE

**EXHIBIT 6**

**27**

```
 1   song is Nature's Way.  When I was playing in clubs on
 2   acoustic guitar, I used to do that song every night, and
 3   it clicked in my mind that he loved that song and he
 4   basically ripped it off, and we did a little search
 5   through the publishing company and the writers that were
 6   listed on the record The Flame and we found who the
 7   musicians were.
 8            There were no such writers or no such people,
 9   and the publishing company, Hidden Pun Music, was a
10   synonym for something else and they tried to cover their
11   tracks.  So at the present time we're working on a case
12   against them.
13            So I think it's terrible when you know you're
14   doing something wrong and you blatantly go ahead and try
15   to cover your tracks and cheat people out of something.
16   If he would have come to me and said hey, will you help me
17   write The Flame, can I use the chords from Nature's Way,
18   I'll put you on as a writer, I would have said yeah, fine,
19   let's work together, I think it's a great idea but to just
20   try to cheat somebody of their ideas is a dastardly thing
21   and when we hold the rock crime trials in 1992, I don't
22   know if you're going to get any witness guy to be on your
23   side.  Rock rock crime trials.
24            I always have visions about that getting
25   what's-his-name.  I don't want to get into it but there's
```

HOLCOMBE REPORTING & VIDEO SERVICE

**EXHIBIT 6**
**28**

1    a lot of things, dastardly things, musicians have done to

2    rip each other off.

3         Q    At least, in this case you've got a copyrighted

4    song.

5         A    Yeah.  I'm not so offended by Led Zeppelin --

6         Q    There are a lot of cases where somebody played a

7    riff in a club and somebody heard it and it turned up on a

8    record and in this case it's a song in existence, it's

9    copyrighted, it's been on record for years and years.

10        A    Yes, and it's like the whole song.  As far as

11   Led Zeppelin --

12        Q    That doesn't bother you?

13        A    No, it doesn't because when we did our first

14   tour of Europe, and that was real early, I think late '68,

15   maybe '69.  I don't know if you have it listed here.  All

16   these guys used to come up and sit in the front row of all

17   our shows and became friends and if they wanted to use

18   that, that's fine.

19             When they came over to the States and did their

20   first tour, they opened up for us -- you have that

21   mentioned?

22        Q    No, I don't.

23        A    They opened for us.  That would be beginning of

24   sixty --  Whenever they did their first tour, they opened

25   up for us and I kind of felt bad for them because they

HOLCOMBE REPORTING & VIDEO SERVICE

**EXHIBIT 6**

**29**

1    didn't really get a good response but I'll let them have

2    the beginning of Taurus for their song without a lawsuit.

3    No, they're nice guys.  You hear that, Robin?  I'm letting

4    them off the hook but not you, buddy.

5                          * * * * *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

**EXHIBIT 6**
**30**

```
 1    STATE OF CALIFORNIA      )

 2                             )   ss.
      COUNTY OF LOS ANGELES    )
 3

 4         I, DONALD A. HOLCOMBE, C.S.R. No. 2516, do hereby

 5    certify:

 6         That the foregoing transcription was recorded to the

 7    best of my ability stenographically by me from recorded

 8    audio, was thereafter transcribed by me and that the

 9    foregoing is a true record of same.

10         I further certify that I am neither counsel for nor

11    related to any party in any matter or action, nor in

12    anywise interested in the outcome thereof.

13         IN WITNESS WHEREOF, I have subscribed my name this

14    22nd day of February 2016.

15

16

17    _____
      DONALD A. HOLCOMBE, C.S.R. No. 2516
18

19

20

21

22

23

24

25
```

# EXHIBIT 7





**EXHIBIT 7**
**32**

D000137



**EXHIBIT 7**
**33**

D000138

D000139

## DISC ONE

1. **Fresh Garbage** (3:12)
(J. Tempest)
from *Spirit*

2. **Uncle Jack** (2:44)
(J. Tempest)
from *Spirit*

3. **Mechanical World** (4:19)
(M. Ferguson / J. Tempest)
from *Spirit*

4. **Taurus** (2:38)
(R. California)
from *Spirit*

5. **Girl In Your Eye** (3:17)
(J. Tempest)
from *Spirit*

6. **Straight Arrow** (2:51)
(J. Tempest)
from *Spirit*

7. **Topanga Windows** (3:38)
(J. Tempest)
from *Spirit*

8. **Gramophone Man** (5:50)
(J. Tempest/M. Locke / R. California/ R. Ferguson/ E. Cassidy)
from *Spirit*

9. **The Great Canyon Fire In General** (2:47)
(J. Tempest)
from *Spirit*

10. **I Got A Line On You** (2:41)*
(R. California)
from *The Family That Plays Together*

11. **It Shall Be** (3:29)*
(R. California/ J. Locke)
from *The Family That Plays Together*

12. **Poor Richard** (2:25)*
(J. Tempest)
from *The Family That Plays Together*

13. **Silky Sam** (4:00)*
(J. Tempest)
from *The Family That Plays Together*

14. **Shenzode** (2:11)*
(J. Locke)
previously unreleased outtake from *The Family That Plays Together*

15. **All The Same** (4:41)*
(R. California)
from *The Family That Plays Together*

16. **Dream Within A Dream** (3:00)*
(J. Tempest)
from *The Family That Plays Together*

17. **Aren't You Glad** (5:35)*
(J. Tempest)
from *The Family That Plays Together*

18. **Espritide** (3:21)*
(J. Locke)
previously unreleased, originally recorded for the soundtrack of *The Model Shop*

19. **Model Shoppe Theme (The Morning Voe)** (2:58)*
(J. Tempest/ J. Locke / R. California/ M. Andes/ E. Cassidy)
previously unreleased, originally recorded for the soundtrack of *The Model Shop*

20. **Green Gorilla** (2:18)*
(J. Tempest/ J. Locke/ M. California/ M. Andes/ E. Cassidy)
previously unreleased, originally recorded for the soundtrack of *The Model Shop*

21. **Rehearsal Theme** (1:13)**
(J. Tempest/ J. Locke/ R. California/ M. Andes/ E. Cassidy)
previously unreleased

* remixed
** mono

## DISC TWO

1. **Fog** (2:23)
(J. Locke / R. California)
previously unreleased outtake from *The Family That Plays Together*

2. **New Or Anywhere** (4:21)
(M. Ferguson/ J. California/ M. Andes/ E. Cassidy)
previously unreleased outtake from *The Family That Plays Together*

3. **Dark-Eyed Woman** (3:06)
(R. California and J. Ferguson)
from *Clear*

4. **So Little Time To Fly** (2:48)
(R. California/ J. Locke)
from *Clear*

5. **Ground Hog** (3:11)
(J. Tempest)
from *Clear*

6. **Ice** (3:07)
(J. Locke)
from *Clear*   previously unreleased full length version

7. **I'm Truchin'** (2:25)
(J. Tempest)
from *Clear*

8. **New Dope In Town** (4:23)
(J. California/ M. California/ J. Ferguson/ J. Locke)
from *Clear*

9. **1984** (3:35)***
(R. California)
A side single

10. **Sweet Stella Baby** (2:55)**
(R. California)
non-Lp B side of "1984

11. **Prelude—Nothin' To Hide** (3:42)
(R. California)
from *The Twelve Dreams Of Dr. Sardonicus*

12. **Nature's Way** (2:25)
(R. California)
from *The Twelve Dreams Of Dr. Sardonicus*

13. **Animal Zoo** (3:27)
(J. Ferguson)
from *The Twelve Dreams Of Dr. Sardonicus*

14. **Love Has Found A Way** (2:41)
(R. California/ J. Locke)
from *The Twelve Dreams Of Dr. Sardonicus*

15. **Why Can't I Be Free** (1:04)
(R. California)
from *The Twelve Dreams Of Dr. Sardonicus*

16. **Mr. Skin** (3:50)
(J. Ferguson)
from *The Twelve Dreams Of Dr. Sardonicus*

17. **When I Touch You** (5:36)
(J. Ferguson)
from *The Twelve Dreams Of Dr. Sardonicus*

18. **Street Worm** (3:40)
(J. Ferguson)
from *The Twelve Dreams Of Dr. Sardonicus*

19. **Morning Will Come** (2:51)
(J. Ferguson)
from *The Twelve Dreams Of Dr. Sardonicus*

20. **Turn To The Right** (3:46)
(R. California/ E. Cassidy)
unreleased early mix from *Potato Land Sessions*

* remixed
** mono

EXHIBIT 7
34

Spirit may be the quintessential band of 1967, that "really year which promised so much in terms of musical and cultural flowering, and the group came together in a quintessentially 1967 sort of way. "There was a love-in and love-ins were big in Griffith Park in Los Angeles," says guitarist Randy California (born Randy Wolfe in February 20, 1951), and thats where Ed Cassidy and I met Jay Ferguson and Mark Andes, and we started talking and decided to put together this group. Spirit. It was a beautiful day, there were conga drums players and incense burning."

Serendipitous as this may sound, however, the chance meeting was a reunion, not a first encounter. The four musicians had in fact played together in a band called the Red Roosters a year before, splitting when California and Cassidy, who was the guitarist's stepfather, moved to New York in 1966.

And, of course, the story really starts much earlier than that, as far back as May 4, 1923, when Ed Cassidy, who may fairly claim to be the oldest rock 'n' roll musician around, was born in Chicago. Cassidy grew up in Bakersfield, California, and was already drumming professionally in his mid-teens. "I started out, actually, in 1938 in country western," he recalls, "and then worked my way around to Dixieland, then into Latin music, and then into jazz' small combos, then the big bands." By the early '60s, Cassidy was back in small groups, among them the New Jazz Trio, which also included pianist Roscoe Brown in Los Angeles on September 23, 1943.

By July 1964, Cassidy was ready to give up jazz, and he joined a folk-blues unit called the Rising Sons that included Ry Cooder and Taj Mahal. It was when the Sons were playing the Ash Grove in Los Angeles that Cassidy met Randy Wolfe's mother

Bernice Pearl, who was visiting her brother, the club's owner. The two eventually married.

Randy Wolfe was also a frequent visitor at the Ash Grove. It was, he recalls, "the mecca of folk music of Los Angeles at that time. They used to have everybody from Linda Ronstadt to Bob Dylan to Doc Watson to Mance Lipscomb, Lightnin' Hopkins, the Staple Singers, the Chambers Brothers, Clarence White."

Wolfe's access to such a wide range of folk and blues musicians helped his rapidly accelerating facility on the acoustic guitar. That in turn led to his meeting other aspiring musicians in the Los Angeles area, including two who came from a more conventional suburban background.

John Arden (Jay) Ferguson (born February 1, 1947) and Mark Andes (born February 19, 1948), the son of film actor Keith Andes (who would be the subject of the Spirit song "Straight Arrow"), met while attending Chatsworth High School in the San Fernando Valley. Andes was a cheerleader, in addition to being a student body president. Both were also aspiring musicians. Andes played in a band called the Marksmen with his brother Matt, and they at one point backed up Bobby "Boris" Pickett, famous for his hit "The Monster Mash." Ferguson had some classical training, played piano and guitar, and was writing his own songs.

The two first met Randy Wolfe in 1964 at a folk music camp in the mountains outside of Los Angeles, where Wolfe was playing in a country band with Ferguson's brother, Tom. Hitting it off musically, they formed the Red Roosters, along with rhythm guitarist/vocalist Mike Fondiler and, sitting in to help out the youngsters, Ed Cassidy on drums. They played at the Ash Grove

"The Red Roosters were a folk-rock band, to put it pretty simply," says Barry Hansen (a.k.a. "Dr. Demento"), who worked at the Ash Grove and would later become a close associate of the members of Spirit. "Randy would play these Chuck Berry double note leads over the light folk-rock that the rest of the Roosters laid down. They would do versions of blues and folk-blues tunes that Randy had perhaps been exposed to through being around the Ash Grove, plus they would do originals that Jay had written and maybe a couple that Mike Fondiler wrote." Finally, the Roosters split when Cassidy took his wife and stepson to live in New York. It was there that the 15-year-old Wolfe met the man who would be a major influence on his playing. He was in Manhattan at Manny's music store on West 48th Street, examining electric guitars, having only played acoustic so far. "In the back of

Manny's, there stood Jimi, and I walked up to him," Randy California recalls of the man he would know as Jimmy James and who, incidentally, would give him his new last name. "I listened to him. He was playing a Strat[ocaster], and for some reason we zoned in on each other, and I said, 'Could I try that Strat that you're playing?' He gave me the Strat, I played some licks, and he said, 'Hey, I like what you're doing. Will you come down to the Village tonight and play in the band?' And this is the first night that he had done a solo gig."

The renamed Randy California played with Jimmy James and the Blue Flames throughout the summer of 1966. It was during this period that Hendrix was spotted by Chas Chandler, who became his manager and, at the end of the summer, took him to England to form the Jimi Hendrix Experience. He asked me to go because he felt he really



from left to right:
John Locke, Mark Andes, Ed Cassidy and Jay Ferguson at The Scene.
1968

EXHIBIT 7
35

D000140

D000141



Randy California

wanted another guitar player with him," California says, "and I guess I was too young. My folks said no. And I think Chas Chandler had a different type of idea for what Jimi should do. He wanted him to play in a trio as the only guitar player, but I think Jimi was always interested in playing with other guitar players. I didn't know his real name until I got back to California and the Jimi Hendrix album 'Are You Experienced?' came out."

In the meantime, some of the other guys in the band, specifically Jay Ferguson and Mark Andes and Mike Fondiler, had formed Western Union," says Hansen, who notes that Matt Andes was also a member of the group. "They almost got a record deal, but it never happened, and they broke up. But Mark Andes also served as a short stint with Canned Heat, and he and his brother were briefly part of the touring version of a studio group called the Yellow Balloon that had scored a hit with a song of the same name in the spring of 1967. Meanwhile, Hansen worked with Ferguson on a solo single that was never released. Twice at this point that Ferguson and Andes went to the Griffith Park love-in and got re-acquainted with Cassidy and California who, having returned to Los Angeles, had begun playing with Cassidy's old bandmate John Locke in a group they were calling Spirits Rebellious, after the title of the 1948 book written by Kahlil Gibran. Cassidy remembers the deliberation with which the quintet was put together. "I wanted the band to be a mixture of sound coming from the writers and the individuals' musical backgrounds," he says. "I didn't want the band to be a jazz band. I only wanted them to work their interpretation of jazz, and I didn't want the band to be primarily a rock

band. I wanted them to write their version and their interpretation of rock. And so forth and so forth. Latin, country, classical, avant-garde. I think that out of all the musicality at the time, you're gonna hear the influences, because they were young people, and they were being influenced by the music and what was going on around them."

The music and what was going on around Spirits Rebellious when they started playing their first gigs at the Ash Grove, naturally in June, 1967, were historic matters. The Beatles' Sgt. Pepper's Lonely Hearts Club Band, which ushered in an era of musical eclecticism and psychedelia, was released June 3. And on the weekend of June 16-18 came the Monterey Pop Festival, organized by John Phillips of the Mamas and the Papas and that group's producer, Lou Adler. The festival headlined the new San Francisco acts such as Big Brother and the Holding Company and Country Joe and the Fish, R&B performers such as Otis Redding and Booker T and the MGs, and emerging British imports like the Who and the Jimi Hendrix Experience, demonstrating that the umbrella of "pop" covered a wide variety of musical styles as of mid-1967.

No atmosphere could be better for a new group that Randy California describes as "two guys with strong blues influence [himself and Mark Andes], two guys with strong jazz [Ed Cassidy and John Locke], and one classical guy [Jay Ferguson]." Barry Hansen recalls that the band's Monday night sessions at the Ash Grove would find them jamming extensively, especially on tunes by jazz saxophonist John Coltrane, "and also the jamming format that became 'Elijah.' Elijah was always what they played toward the end of their set, and it quickly became the centerpiece of their whole set. A good many of the other Spirit songs

originated with riffs that were developed on 'Elijah,' especially '(Too) A Line On You.'"

The band was of course interested in finding a record company to sign them. "We had played and auditioned for more than one record label, but they were looking for something more commercialized," Cassidy remembers. "As they put it, they loved the band, but they wanted to know how we had any songs that had more of a story line, and you figure that out. They wanted to categorize you. And since we didn't fit into any category, it made it difficult for them, and so it made it difficult for us to have someone sign us."

"We went to RCA Records and did a live audition for these guys in suits," says California, "played all our five or six songs, and then they came up to us and said, 'Well, that's really nice, but do you have any pop kind of songs?'" (The incident had a sufficient impact on the band that they wrote "Grand-pere Man" to describe it.)

Conventional wisdom, to be sure, but in 1967, the band's very diversity was what made it potentially successful, if only a record company executive could see it. Sgt. Pepper has no simple love songs on it, and when you look at the new groups that were debuting on the charts in the first half of the year, the Mothers of Invention in February, Buffalo Springfield and the Doors in March, the Grateful

EXHIBIT 7
36

D000142

Dead, Cream, the Velvet Underground, and the Who in May, Country Joe and the Fish in June, it's apparent that the public was expressing an interest in something more involved than just simple, straightforward, romantic pop songs.

It took Lou Adler, however, to apply this lesson by signing Spirit. The band was still called Spirits Rebellious when Brian Berry, brother of Jan Berry of Jan and Dean, heard them rehearsing while walking on Bay Street in Santa Monica. Berry not only suggested they cut their name down to Spirit, but he also introduced them to Annie Applequist, who arranged an audition for Adler, then starting his own record label, Ode.

Ken Berry, another brother, arranged for the band to cut a demo at the newly opened Paramount Studios, produced by Barry Hansen. "We got the studio for free," Hansen recalls. "I think they were

just trying to see if everything worked. One thing that did not work was the echo chamber, and that's why the recordings are so dry. That gave it a very pure and crystalline sound, whether we wanted it or not."

Adler must have been sufficiently impressed, since Spirit signed a four-album contract with Ode on August 29, 1967. Though Hansen had guided the band's sound until this time, Adler himself became Spirit's producer, allowing only the band, himself, and the engineers to attend the first album sessions. Adler chose the Epis material from among a large number of songs submitted, especially by California and Ferguson, with a decided leaning toward the latter.

In fact, California's sole contribution to the first Spirit album was an instrumental called "Taurus," a song that would have a distinct influence on a band formed the following year in England, as a comparison of its opening with the opening of the Led Zeppelin classic "Stairway to Heaven" recorded over three years later, will attest. "When we did our first tour of Europe, in late '68 or maybe '69," California recalls, "all those guys used to come up and sit in the front row of all our shows, and we became friends. If they wanted to use that, that's fine. I'll let them have the beginning of 'Taurus' for their song."

After the Spirit tracks were completed by the band, Adler brought in arranger Marty Paich to add strings and horns to the tracks. "Lou had a real keen sense of musicality that's apparent in his mixes of the Mamas and the Papas and other stuff that he had done prior to that," says California. "So I respect his ability to indicate the good sounding records, although I believe that the bass and the basis of the group was taken out of the first record. The drums are soft in the background, and

the strings and the horns, it's more of a classical type of production than a rock type of production that might have been a mistake. People like the album, but I think it could have hit harder. But he may have thought that I was the most commercial thing to do and blues.

Ironically, Adler's production, which is in keeping with the light, eclectic feel of 1967 music, was perhaps less commercial than what Spirit's raw sound might have been in the different musical climate of 1968. If '67 was the year of Pink Floyd and Procol Harum (both of whom debuted in the charts during the second half of the year), the class of '68, in addition to Spirit, included the Amboy Dukes, the Band, the Jeff Beck Group, Blood, Sweat and Tears, Blue Cheer, Creedence Clearwater Revival, Deep Purple, Iron Butterfly, the Steve Miller Band, Steppenwolf, and Ten Years After, groups that largely eschewed the light pop of the previous year for harder rock and blues.

Spirit was released on January 27, 1968, and broke into the charts in April, eventually rising to no. 31. Ode also released a single of "Mechanical World," which had earned some radio attention in Florida, and it scraped into the bottom of the charts. As early as February, however, the band was thinking of how to take a more commercial approach.

"After the first album—and it did pretty good, it's not great, we were wondering what we were gonna do for the second album, and Lou Adler came up to the band and said, 'You guys need a hit song,'" California recalls. "I guess I took that to heart, because I remember going outside sitting on the porch with my acoustic guitar and saying, 'I'm gonna write a hit song,' and right then and there I came up with the riff. The riff was the opening for

"I Got A Line On You." (California does not dispute Barry Hansen's assertion that the riff emerged initially from a jam on "Elijah" at around the same time.) The track was recorded in early February 1968 but not released until the end of October, when it preceded the second album, The Family That Plays Together. "I Got A Line On You," which critic Robert Christgau later called, "that great sharing 2:39 of hard rock guitar," got to no. 25, Spirit's most successful single ever.

Just as important, it marked Randy California's emergence as a songwriter. By the second album, because the first album maybe didn't sell as well as everyone thought, and since I had written 'I Got A Line On You,' I was allowed to be a major contributor as a writer," he says. In fact, he nearly split the album's writing credits with Ferguson. Released in December, 1968, The Family That Plays Together improved on the first album's showing, reaching no. 22.

The band, meanwhile, was occupied scoring and appearing in a new film being made by French director Jacques Demy (of The Umbrellas of Cherbourg). Set in Los Angeles, it starred Anouk Aimee, and Gary Lockwood, star of 2001: A Space Odyssey, Demy's film, best known for the 1966 hit Model Shop, which was as much about the movie as the music, released in early 1969, remains notable for its soundtrack, none of which appeared on disc. (Included here for the first time are three of these previously unreleased tracks: "Eventide," "The Model Shoppe Theme" and "Green Gorilla.") "I was more directly, though California notes, of Once, the one Spirit LP, released in July, 1969. The album itself was an afterthought in that we were working on the soundtrack of the movie. A lot of the music



**EXHIBIT 7**
37

D000143

was specifically with a move in mind, more of a background kind of thing. So of all the albums, that was the real of the concentrated effort of the group as doing a real Spirit album." The Lp marked a commercial setback for the band, only getting to no. 55.

In an attempt to restore its commercial fortunes, Spirit once again endeavored to write a hit single. The result was "1984." "I had just finished reading the George Orwell book," says California. "At that time, there was a lot of comment in Los Angeles about the helicopters [the police] were starting to use, so it included the modern day aspect with the predictions of the book. Hence the second verse. 'They call themselves protectors, but you know its no game.' To protect and serve is the motto on the

LA police. We released it, went in and recorded at Lou Adler wasn't there on the finishing of it. We went to another studio because that studio had a Leslie organ, and we got the sound there that we wanted for the intro/outro, and we mixed it there."

The single's B-side, which never appeared on a Spirit Lp, was Ferguson's "Sweet Stella Baby." "Stella was our most dedicated fan throughout the years," California notes. "She lives in Chicago, and she came to our first concert there and has been to all of our concerts for the last 20 years. She's a wonderful girl. Jay wrote the song, and I think I was kind of thoughtless to say things about her. We are thankful for her dedication to the group."

"1984" ("Sweet Stella Baby") was released in December 1969. "It immediately started getting a lot of airplay for the first three weeks and started climbing the local charts," according to California. "Back then they had [up sheets], and I think it sheet that said that this song has too [many] publicalideas on it and it should not be played. Immediately after that the song pretty much was banned on AM radio. At the same time, it became a big hit in Germany," California's statement is backed up by the song's chart history. Debuting in February 1970, it climbed the local charts, and there was a tip... and disappeared from the charts.

Another explanation for the single's failure may be that it came at the end of Ode's distribution deal with Epic. While Spirit may have suffered commercially due to what seems to have been an uneasy alliance between the labels, it was probably not helped in the long run... of the agreement in the long run, however, Spirit were hated, since Adler "loaded" the group, which had one album to go on its contract, to Epic.

This also meant they needed a new producer,

and California took the advice of Neil Young on his two solo albums, *Neil Young* and *Everybody Knows This Is Nowhere*. "David was more of an equal with us and worked very closely with us. California recalls David was a good co-producer because he had sharp ears and he knew how to relate to everybody in the group and keep things under control."

Sessions for the fourth Spirit album commenced at Sound City Studios in April 1970. But while previous albums had been finished in a matter of *Twelve Dreams Of Dr. Sardonicus* went on for more than six months. The first compilation came when Randy California was "thrown" from a horse in Topanga Canyon. "I was thrown back on the cement, and I got a skull fracture, so I was in the hospital for about a month," he says. "Right before I went under, when they drove me to the hospital in the ambulance, I said, 'Don't do anything without me! Don't do any more work on the album.'"

They didn't. In the interim, however, Epic released a single from the Lp-in progress, Ferguson's "Animal Zoo," in July. It grazed the bottom of the charts in September.

More serious than California's injury in the long run, however, was the splintering of factions in the group. "The original duality of the band, with Cass and Randy and John on one side and Jay and Mark on the other, was splitting once again," is the way Barry Hansen puts it. "Jay was always fascinated with the music business. He wanted to make it. He wanted to be a star, and he saw Randy as being somebody who was a great musician but very uninspired, but I ended to live in the clouds."

"Jay convinced Mark that they really didn't want to play in Spirit because Spirit had too much vari-

ety, California says. "He felt that him and Mark would be better off playing on a straight hard rock band without the jazz influence, and during that time, even after I recovered, Jay and Mark were sneaking off rehearsing and not telling anybody, and so a lot of money and finishing up for *Sardonicus* was just left with me and David."

The album was preceded by a single of California's "Nature's Way," a song that has gone on to become one of Spirit's most popular tunes. "Nature's Way was written sitting by the pool at a hotel in San Francisco," says California. "There's a real quality between San Francisco and Los Angeles and they always say, You guys have smog down there, and you guys are just scum. So I was sitting there at this hotel in San Francisco, and I looked out across the San Francisco Bay, and this huge bank of smog started rolling in. So I said, Okay guys, it's Nature's way of telling you something's wrong! You got it, too. Everyone comes up and says, God, it helped me when I had a baby, and It helped me through this time. Its open to the interpretation. But if people want to know why I wrote it, that's the mundane reason."

*Twelve Dreams Of Dr. Sardonicus* was finally released on November 25, 1970, and the band went on tour arduously in early 1971 to promote it. But despite the touring, despite the band's direct support to Epic, and increased promotion, despite the album's sheer quality, it was not at first a big success, getting only to no. 63.

"There was frustration," Cassidy says. "we had had what we thought was going to be successful, and then everybody was starting to think, Maybe it's not working. Maybe it's time to hang up. This was sort of like 'The Last Hurrah,' so to speak, and I think that's one of the reasons why it became a



Jay Ferguson

**EXHIBIT 7**

**38**

D000144

classic album. It was advanced for its times, doing a lot of things electronically that were not being done, and the arranging of songs and how we had initiated the blending of one song into another."

"Everyone thought this is a great album and I should do really well," says California, "but a month after it was out, I got reviewed in *Rolling Stone* magazine, the San Francisco-based operation. The press in San Francisco always used to call Los Angeles groups 'plastic.' So, when that review came out, it was a complete thumbs-down review and it really broke my heart. I think maybe that was a catalyst in my mind to say, 'Well, okay, the group's over. Our last album was a failure.' Of course, over the years, it's been respected and sold a lot, and people revere it now as a work of art. That's consolation 20 years later, but at the time it was heart-breaking, and the guy who wrote that should know what he did to help wreck Spirit."

The review was written by Nick Tosches, and appeared in the March 4, 1971, issue of *Rolling Stone*. While calling it "a complete thumbs-down review" is perhaps putting things too strongly, the review is written in the smart-alecky hyperbolic style typical of early *Rolling Stone*. The first sentence alone contains more than 150 words, and any attempt to diagram it would be a grammarian's worst nightmare. Elsewhere, Tosches long-windedly criticizes three of the album's tracks, but calls "Nothin' To Hide" a "humdinger," and also has kind, if cloudy, words to say about "Animal Zoo," and "Nature's Way." He concludes by calling *Sardonicus* "a blockbuster."

However true that may be artistically (and even, to an extent, later commercially), *Sardonicus*'s apparent lack of success was the final event in the demise of the original band. In June 1971, Ferguson and Andes called a band meeting to announce the rally that they were leaving Spirit, and with Matt Andes and Texan drummer Curly Smith, forming Jo Jo Gunne.

The remaining members tried to carry on, adding the brothers Al and Chris Staehely, who were friends of Smith's. But California opted out, and resigned from Spirit in July. Cassidy, Locke, and the Staehelys went into the studio in November with Briggs as producer again, and emerged with *Feedback*, which was released on Epic under the Spirit name in February, 1972. The same month, Jo Jo Gunne entered the charts with the first and most successful of its four albums, *Jo Jo Gunne*, which contained the top 30 single "Run Run Run." In either way, Ferguson would go out to creating live albums between 1976 and 1982 and scoring the hits "Thunder Island" and "Shakedown Cruise.")

Though *Feedback* was not a great success, Spirit's back catalog was starting to show life for Epic. *Sardonicus*, though not off the charts, sold steadily (by 1976, it would be certified gold for sales in excess of 500,000 copies) in June, 1972. Epic re-released *The Family That Plays Together* and saw it re-enter the charts

Randy California, meanwhile, having taken six months off after leaving Spirit, re-emerged in November, 1972, with a solo album on Epic, called *Kapt. Kopter And The (Fabulous) Twirly-Birds*. The LP featured a power trio format with a varying rhythm section including, among others, Ed Cassidy, bassist Larry "Fuzzy" Knight, and another bass player called "Clit McTorius," who was really Jimi Hendrix Experience member Noel Redding performing under a *nom de studio* for contractual reasons.

California played other dates with Cassidy (who had split from Locke) and Knight (Redding was unable to stay in the U.S.) under the Kaptain Kopter name, and he prepared a follow-up album, a concept record called *The Adventures Of Kaptain Kopter & Commander Cassidy In Potatoland* that was unreleased for eight years. "That song was written when I was 13, in the Red Roosters, and we used to do it back then. So, that's probably the earliest written song on the whole album." As for *Potatoland* itself, "I don't know how I came up with the idea of the march of the potato-face people," he says, "it's kind of a comment on American society as I saw it in those days."

California and Cassidy intended to go forward under their new names, but when the group was contacted by European promoters for an extensive tour, it was Spirit they wanted, not Kaptain Kopter

and Commander Cassidy. California did the tour, but then dropped out of the music business again, moving to Hawaii. Cassidy, who with his shaved head was the most visually striking member of the group, had no trouble assembling what he now calls "the Spirit copycat band," and going on the road to promote an increasingly viable commercial entity. "Interestingly enough, a lot of the people that heard the band didn't even know that it wasn't the same band, 'cause I was in it," he says.

Certainly, in 1975, audiences were all happy to hear a band that played note-perfect versions of Spirit songs. Epic released two double albums pairing the group's first and third, and second and fifth albums, and also put out a compilation, *The Best Of Spirit*. That record, and the two others, reached the charts, as did a single of the *Sardonicus* track, "Mr. Skin" (appropriately enough, a song about Cassidy).

In January, 1974, Randy California returned to the music business, pairing with Cassidy again and reforming Spirit. Since that time, the group has released a series of albums, first for Mercury, then for various independent and European labels, sometimes featuring one or both of the other original members. The most recent Spirit release, *Tent Of Miracles*, featuring a lineup of California, Cassidy, and bassist Mike Nile, is out on the group's own label, with distribution by Caroline Records. At this writing, they plan another album by the end of 1991. John Locke and Mark Andes (who joined Heart in the early 80s) appeared on a Spirit album as recently as 1986. Jay Ferguson, who last appeared with the group in 1986, does more soundtrack work.

Just as Spirit's Ode/Epic records continued to sell healthily in the years after the split-up of the



Mark Andes

**EXHIBIT 7**

**39**

D000145

*Ed Cassidy*

original bands, so the group's reputation has risen as "histories of the period appear. "Spirit is a super group that just never caught on", announced the update to Lillian Roxon's *Rock Encyclopedia*, compiled by Ed Naha, in 1978. "In spite of fantastic albums, excellent live performances, and tremendous songwriting ability, the band always remained bogged down in the cult following category." *Spirit, The Family That Plays Together*, and

*The Twelve Dreams Of Dr. Sardonicus* are among the finest albums to emerge in the last ten years. "Spirit was one of the strangest and best bands to come of the anything-goes attitude that surrounded California rock in the late sixties", noted John Swenson in *The Rolling Stone Record Guide* in 1979. And in 1985, Robert Santelli, in his book *Sixties Rock A Listener's Guide*, wrote, "Some of the most innovative rock to surface in L.A. came from Spirit."

"At the time, they were not as big as Blue Cheer", Barry Hansen admits, "but they may be more fondly remembered than Blue Cheer now, and I guess their mix of styles had something to do with that. People who were more the connoisseur type, people who appreciated versatility, Spirit was a group who appreciated versatility. Spirit remains a band music fans can love, both in the hundred or so concerts the current edition plays each year, and on recordings that sound as fresh and innovative as ever.

Notes by William Ruhlmann

Well, here we are in 1991 and it's been 24 years since our first recording sessions. I would like to thank the following producers for helping guide and mold the Spirit sound: Barry Hansen, Lou Adler, David Briggs and Bob Irwin.

When Richard Bauer at Epic/Legacy asked me to write something for the *Time Circle (1968-1977)* booklet, one phrase from a particular Spirit song came to mind, "Life has just begun"

It occurred to me that a lot of kids from my son's age (7) on up, would be introduced to Spirit for the first time. That song, like "Fresh Garbage" and

"Nature's Way", have lasted all this time and carry a deeper meaning now because of our present day environmental awareness.

Ed Cassidy just celebrated his 68th birthday this year and hasn't slowed down a bit. We are still recording and performing, and digging through our old tape boxes to see what surprises we can bring you in the near future. I would also like to thank the many dedicated Spirit fans who have attended our live performances each year.

May the circle remain unbroken!

*Randy California* (signature)

Digital Producer: Bob Irwin
Project Director: Richard Bauer
Package Coordinator: Tony Tiller
Liner Notes: William Ruhlmann
Art Direction: Nancy Donald
Digitally remixed and remastered by Vic Anesini
Sony Music Studios, New York

Booklet photos courtesy of Randy California,
Ed Cassidy and Sony Music Photo Archives

Special thanks to Randy California and Ed Cassidy for their invaluable assistance

Additional thanks to John Negroni, Joanne Newman and Pat Conley

Correspondence to Spirit should be addressed to:
Spirit
PO Box 655
Ojai, CA 93024
or call (800) 788-MUSIC

Original Producers:

| | |
|---|---|
| Lou Adler | Disc 1, Tracks 1–21 |
| | Disc 2, Tracks 1–8 |
| Spirit | Disc 2, Tracks 9–10, 20 |
| David Briggs | Disc 2, Tracks 11–19 |

Spirit:

Randy California  Vocals, Guitar
Jay Ferguson  Vocals, Percussion
Mark Andes  Bass
John Locke  Keyboards
Ed Cassidy  Drums, Percussion

SPIRIT SELECTED U.S. ALBUMS DISCOGRAPHY

| Label | Record # | Title | Year |
|---|---|---|---|
| Ode | 44004 | Spirit | 1968 |
| Ode | 44014 | The Family That Plays Together | 1968 |
| Ode | 44016 | Clear | 1969 |
| Epic | 30267 | The Twelve Dreams, Of Dr. Sardonicus | 1970 |
| Epic | 31175 | Feedback | 1972 |
| Epic | 32271 | The Best Of Spirit | 1973 |
| Mercury | 804 | Spirit Of '76 | 1975 |
| Mercury | 1053 | Son Of Spirit | 1975 |
| Mercury | 1094 | Farther Along | 1976 |
| Mercury | 1133 | Future Games (A Magical Kahauna Dream) | 1977 |
| Potato | 2001 | Live | 1979 |
| Rhino | 303 | The Adventures Of Kaptain Kopter & Commander Cassidy In Potatoland | 1981 |
| Mercury | 818 514 | Spirit Of 84 | 1984 |
| I.R.S. | 82007 | Rapture In The Chambers | 1989 |
| Dolphin | 27001 | Tent Of Miracles | 1990 |

**EXHIBIT 7**
**40**