Francis Malofiy, Esq.
Francis Alexander, LLC
280 N. Providence Rd. | Suite 105
Media, PA 19063
T:  (215) 500-1000; F:  (215) 500-1005
E:  francis@francisalexander.com
*Attorney for Plaintiff*

Glen L. Kulik, Esq. (SBN 082170)
Kulik Gottesman & Siegel LLP
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
T:  (310) 557-9200; F: (310) 557-0224
E:  gkulik@kgslaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**DECLARATION OF ALEXANDER STEWART, Ph.D  IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:    March 28, 2016<br>Time:   9:00 a.m.<br>Room:  850 |

1

## DECLARATION OF ALEXANDER STEWART, Ph.D

I, Alexander Stewart, Ph.D, declare as follows:

1.      I am Professor of Music, Director of Latin American and Caribbean Studies, and Jazz Studies Coordinator at the University of Vermont. I have contributed to numerous peer reviewed journals and other publications and I am author of a book published by University of California Press. My work encompasses extensive music transcriptions, musicological analysis, historical research, and other scholarly activities, particularly in popular music. I earned a Ph.D. in Music (Ethnomusicology Concentration) from the Graduate Center of the City University of New York (CUNY) and a Master of Music in Jazz and Commercial Music from Manhattan School of Music. During 2006-07, I was a Fulbright scholar researching traditional and popular music in Mexico. As an active professional musician I have performed with leading musicians in jazz and popular music for more than thirty years. I have provided expert opinions and analysis on music copyright matters for over twelve years.  I have personal knowledge of the facts recited in this declaration and if called as a witness could testify competently to such facts.

2.      I have been asked to compare the songs "Taurus" (T) by Randy California of the group Spirit and "Stairway To Heaven" (STH) by Jimmy Page and Robert Plant.  I downloaded the recordings of T and STH from iTunes and purchased the sheet music to STH from musicnotes.com. I was also provided six live versions and a demo of "Taurus" and additional guitar sheet music to STH by attorney Francis Alexander Malofiy. These recordings, sheet music to STH, and transcriptions of the relevant parts of the recordings are attached to this report.

3.      Both songs prominently feature a musical segment that contains substantially similar musical expression. This four-measure passage (labeled "A" in the analysis below) appears four times in T at 0:45, 0:58, 1:37, and 1:50. In STH the passage appears six times, at 0:00, 0:13, 0:53, 1:06, 1:47, and 2:00. In three of the six appearances in STH (the first, second, and sixth), it is heard instrumentally (without vocals). During the last iteration some

2

Case No. 15-cv-03462 RGK (AGRx)          DECLARATION OF ALEXANDER STEWART IN OPPOSITION
                                         TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

arpeggiated variations are heard in the guitar. As discussed further below, live versions of Taurus also feature a similar fingerpicking style in the passage's later appearances. The third, fourth, and fifth  iterations of the passage in STH contain a vocal part. While T is entirely instrumental  and features no vocals, a melodic figure heard in the keyboard during this section bears a similarity to the main vocal melody heard during this passage in  STH. For reasons given below, these "A" passages are clearly the most important  musical expression in both works. Before discussing this musical expression further, this report will examine the general characteristics of each song.

**General Characteristics**

|  | Key | Tempo (BPM) | Style |
|---|---|---|---|
| Taurus | A minor | ~72 | quasi-classical |
| Stairway (Part I) | A minor | ~73 | quasi-classical |

4.      As can be seen above, both songs are in the same keys (A minor) and are performed at nearly identical tempos. The tempos or beats are somewhat fluid in both songs, as the guitarist lingers slightly on the final cadence during the passages  in question. While the tempo of STH eventually accelerates, Part I remains very close to the starting tempo throughout. As will be discussed further below, the instrumental textures are also quite similar, featuring most prominently acoustic guitar and "classical" instruments such as flute, recorders (a type of end-blown  flute), and, in T, strings and harpsichord. In both songs the overall mood or style is  suggestive of Renaissance-era classical music.

**Structure/form**

**"Stairway to Heaven"**

PART I
0:00    A (instrumental)
0:13    A (instrumental)
0:26    B (instrumental)
0:53    A vocal
1:06    A vocal
1:20    B vocal
1:47    A vocal
2:00    A (instrumental variation)

PART II
| 2:14 | vamp 1 (two chord) interlude |
|---|---|
| 2:39 | C |
| 2:51 | C |
| 3:06 | vamp 1 (two chord) interlude |
| 3:29 | C |
| 3:41 | C |
| 3:56 | vamp 1 (two chord) interlude |
| 4:19 | C[1] (drums enter) |
| 4:30 | C[1] |
| 4:45 | vamp 1 (two chord) interlude |
| 5:07 | C[1] |
| 5:18 | C[1] |
| 5:34 | Instrumental interlude |
| 5:55 | vamp 2 (three chord) guitar solo |
| 6:44 | vocal re-enters over vamp 2 |

**Section descriptions**

| A | 4 measure verse with descending A minor guitar pattern |
|---|---|
| B | 8 measure "bridge" |
| Vamp 1 | 2 chord progression (essentially Amin – D) |
| C | 4 measure verse melody from A section over descending C major pattern |
| C[1] | 4 measure variation of verse melody over descending C major pattern Vamp |
| 2 | 3 chord progression (Amin – G – F) |

**"Taurus" (studio version)**

| 0:00 | Intro (studio version only) |
|---|---|
| 0:45 | A |
| 0:58 | A |
| 1:12 | B |
| 1:37 | A |
| 1:50 | A |
| 2:04 | B |

**Section descriptions**

| Intro | "atmospheric" sustained "pads" and short figurations in free time |
|---|---|
| A | 4 measure verse with descending A minor guitar pattern |
| B | 7 measure "bridge" |

5. As can be seen in the above analysis, the structure of Part I of "Stairway to Heaven" is nearly identical to that of "Taurus" after the introduction. The introduction in Taurus is not set to a steady beat or meter and effectively sets the mood for the song proper

that begins a 0:44. The A sections in both songs are four measures long. They are repeated (AA) and separated by a longer B section or bridge. The overall form of both songs thus can be represented as:

T                    (intro) AABAAB
STH (Part I)              AABAABAA

6.     It is important to note that *every* live version and the demo of Taurus begin with the A sections. Clearly, the intro was added for the studio version and was not part of the original composition**.** Therefore, forms of "Taurus" and Part I of "STH" are identical. The only structural differences between them are that STH repeats the A sections at the end (still maintaining the AA structure) and the B section in T is one measure shorter, i.e., seven measures instead of eight.

7.     After Part I, at 2:14 STH transitions to other material, much of which eventually is supported by the rhythm section (bass and drums). Most of my analysis will be concerned with the first part of STH which contains enough musical content and length to comprise song unto itself (the average popular song is about three minutes in length). Part I is important not only because it is the first music the listener hears (for over two minutes), but also because it contains the weightiest compositional material in the song. It is meant to evoke a complex polyphonic classical texture and in that respect it offers contrast with the later vamps (repeated patterns of two or three chords) and jams (improvised sections). As discussed later in this report in my qualitative analysis, the most memorable and iconic musical materials in STH are heard during Part I.

## Specific Musical Expression

8.     The "A" sections in both songs are similar on every level: melody, rhythm, harmony, texture, tempo, instrumentation, and fretboard positioning and fingering.

9.     Harmony. The underlying harmonic structure contains a descending chromatic bass line. While a related structure has a long history in Western music (sometimes referred to as the "Lament" ground bass), many composers through the ages

have found original and creative ways to use this foundational pattern. The setting of the passage in T is exemplar of such creativity and contains original musical expression. By way of comparison I would note as one example that many thousands of songs have been set to twelve-bar blues. Substantial and original expression contained therein remains protectable despite this commonality. As will be seen in my analysis below, both "Taurus" and STH depart from the traditional sequence in similar and significant ways.

10. The chromatic version of the traditional sequence moves through six pitches from the tonic (do) to the important harmonic goal on the fifth degree of the scale (sol). In an unusual variation, both T and STH avoid or defer reaching this important goal on the last pitch of the sequence (the fifth degree or E). In addition to not incorporating the entire six-pitch sequence (A G# G F# F E), both T and STH use the first five pitches in exactly the same way. As the bass line descends chromatically from A to F#, each pitch is held for two beats duration before lingering on F for four beats in the third measure. In both songs the movement to the final pitch of the sequence, the fifth degree of the scale E, is not arrived at directly and is only suggested near the end of the fourth measure.

11. The following is a harmonic analysis of the two passages:

| | | | | | | |
|---|---|---|---|---|---|---|
| T$_{(1:37)}$ Amin | Amin/G# | Amin/G | Amin/F# | Fmaj7 | | D5 E5/A[1] |
| STH Amin | Amin/G# | Amin/G | Amin/F# | Fmaj7 | | G A (E) |

As can be seen, the harmonies are identical until the final measure. A comparison of the cadences will be found later in this report.

12. Rhythm and tempo. Besides the descending chromatic line described above, both passages are treated with a nearly continuous eighth-note figuration.

13. Each measure of the four-measure passage contains four beats and each of these four beats is subdivided in two, for a total of 32 positions or eighth-note "slots"

---

[1] The fourth measure of these patterns contain slight variations. My analysis of Taurus will focus on the third iteration (1:37) of the A section as representative.

DECLARATION OF ALEXANDER STEWART IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

(4x2x4). These eighth notes are set to almost exactly the same tempo making the passages' durations almost the same in both songs – about 13 seconds.

14.     Guitar Melody. The following table graphically presents these four measures and depicts the steady eighth-note figurations heard in the acoustic guitar in these passages. Since both songs are in the same key, the actual pitches can be easily compared without transposition.

Example 1.     Acoustic guitar themes in "Taurus" and "Stairway to Heaven"

| | 1 | | 2 | | 3 | | 4 | | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAURUS | | C | ECB | | | C | ECB | | | | C | ECB | | | C | ECB |
| | A | | | A | G# | | | G# | G | | | G | F# | | | F# |
| HEAVEN | C | E | A | B | E | C | B | | C | E | C | C | F# | D | A | F# |
| | A | | | | G# | | | | G | | | | F# | | | |

| | 1 | | 2 | | 3 | | 4 | | 1 | | 2 | | 3 | | 4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAURUS | | C | ECB | | AB | | AB | | | | | | | | | |
| | F | | | F | | F | | F | D | | | D | A | | | G |
| HEAVEN | E | C | A | C | | E | C | A | G | A | A | | | | | |
| | F | | | | | | | | B | A | A | | | A | F | E |

15.     Most of the similarities occur during the first 18 notes. The first measure is almost identical, the second measure contains only two different pitches, and the first two slots of the third measure contain the same pitches. With two slight re-orderings, swapping CE for EC, 14 of the first 18 eighth-note positions or slots (78%) contain the same pitches. Since these pitches, C and E, are both present in T (on the second and fourth beats), and they are chord tones in A minor they are virtually interchangeable (A minor = A, C, E). While there are two B's in the first measure of both songs, the two B's in STH are heard in the top part. The second B in STH moves to a C/G on the first beat of the second measure. During the first 18 notes, then the, basic melodic sequence is virtually the same.

16.     Instrumentation and orchestration. One of the most significant similarities between T and STH is the overall texture and orchestration. Both songs feature acoustic guitars on the main theme of the passage discussed immediately above. This acoustic guitar part is the signature theme in both songs. The passages at issue also are supported by sustained chords or "pads" using string or recorder sounds. The descending chromatic line is doubled by string or recorder sounds in both songs (after the first iteration of the signature theme in STH and after the second iteration in T). Example 2 provides transcriptions of these two parts.

Example 2. String and recorder parts in "Taurus" and "Stairway to Heaven"



17,     The presence of acoustic guitar, strings, recorder/flute sounds, and harpsichord as well as the noticeable absence of bass and drums (and other instruments characteristic of rock and roll) lend both songs a decidedly "classical" style, particularly evoking a Renaissance atmosphere.

18     In both songs, the descending bass line is doubled by instruments with very similar sounds – a cello in T and a bass recorder in STH. This thickening of the texture, occurring after the initial exposition of the theme, contributes to the gradual build in intensity.

19.     Other important similarities provide additional evidence of copying. In both songs the passages are set to "pads" or sustained strings or flute sounds. In T these pads are heard in the first, second and third iterations of the passage. The pads in STH occur in the second, fourth, fifth, and sixth iterations (see measures 5, 21, 33, and 37 in the transcription

of STH). While the pads contain some different pitches, in both songs they begin with the same sustained pitch as the highest note, E. The top note of any vertical sonority is almost always the most prominent.

20.    Vocal Melody. The vocal melody in STH that is set to these guitar passages in the A sections is similar to the harpsichord melodies heard in T during the third iteration of the studio version (1:37) and in the keyboard parts at the very beginning of all the live versions. In STH, this melody, which establishes the subject matter of the song and contains the words "stairway to heaven," is arguably the most important vocal theme in STH. The melody of STH is set to three phrases that climb successively to three higher pitches: C, D, and E. The melody in T also gradually works its way upward through these same pitches. The first vocal phrase of STH begins similarly to the clavinet melody in T as can be seen below:

Taurus          A B C  A
Heaven          A B C BA C ("There's a lady who's sure…")

It is important to note that this keyboard melody in T and the vocal in STH are placed similarly over the guitar passage in the A sections of both songs.

21.    The final cadences of these passages also contain important similarities. The resolution of STH comes at the beginning of the fourth measure while in T the resolution generally also comes in the fourth measure, but on the third beat. The cadence in STH (essentially G major to A minor) contains the following pitches (as can be seen in measure 24 of the STH sheet music).

Stairway
D    E
B    C
G    A
B    A

The cadence in T generally resolves to A on the third beat of the fourth measure. Melodically, the same movement from G to A occurs at the end of the measure leading into

the next A section.

Taurus
```
D    A  (GA)
D    E
A    A
A    B
D    A
```

Example 3 provides a transcription of this cadence from T at 1:47.

Example 3.    "Taurus" cadence (1:47)



22.    While there are differences between these two cadences, both A sections return to the tonic in the fourth measure. Most important, the melodic movement from flat-7 to 1 (G to A) is exactly the same in both songs, although in T it happens at the end of measure four rather than at the beginning of the measure.

23.    Significance. The passages at issue are clearly important, easily the *most* important musical expression in both songs. In T the segments comprise the central musical themes heard in the work. Although in the studio version of T a long introduction is heard, in live versions, there was no introduction and the song began with the main theme heard in the acoustic guitar. Similarly in STH the passages open the song, and have acquired iconic status. Instantly recognizable, countless aspiring guitarists and other instrumentalists have

1   learned these parts in their early programs of study.

2        24.   In summary, important musical expression in Taurus and Part I of STH is

3   substantially similar. These similarities should be obvious to the average listener and

4   become explicit under musicological analysis. There is no doubt that the creators of

5   "Stairway to Heaven" drew upon the musical expression central to "Taurus." Besides the

6   overall general form, sound, feel, style, and tempo, these similarities include the signature

7   themes of both songs, in particular the acoustic guitar passages I have labeled section "A."

8   Nearly 80% of the pitches of the first eighteen notes match, along with their rhythms and

9   metric placement. The harmonic setting of these A sections feature the same chords during

10  the first three measures and an unusual variation on the traditional chromatic descending

11  bass line in the fourth measure. While the cadence is delayed slightly in T, each passage

12  ends by moving from flat-7 to 1 (G to A). Moreover, these passages are supported by similar

13  "pads" or sustained string or recorder sounds and string and bass recorder parts that are

14  identical. The passages are overlayered by vocal melodies in STH and prominent keyboard

15  parts in T that begin the same way. In professional opinion, these similarities, both

16  individually and in the aggregate, preclude the possibility of coincidence or independent

17  creation.

18  **Preliminary Response to Ferrara and Mathes Reports**

19       25. Before addressing the specific content in the undated Ferrara and Mathes reports,

20  I would like to reiterate the most important points in this case.

21       26. "Taurus" contains original protectable expression. A central theme in "Taurus" is

22  the 4-measure guitar part.

23       27. "Taurus" and "Stairway" are much more similar to each other than any of the

24  other songs mentioned by Ferrara in his report are to either of these songs. The guitar parts in

25  "Taurus" and "Stairway" are much more similar to each other than they are to any other

26  similar passages in any of the songs referenced in the Ferrara report.

27       28. These similarities, which are readily apparent even to casual listeners and are

28  Case No. 15-cv-03462 RGK (AGRx)     Declaration of Alexander Stewart in Opposition to Defendants' Motion for Summary Judgment     11

1 made clear in my expert analysis, are substantial and involve expression important to both
2 compositions.

3      29. Ferrara's report is severely flawed in its methodology and is riddled with errors
4 and omissions as discussed further below. Despite offerings transcriptions of the recordings
5 of nearly all his examples of so-called prior art, he never offers a single note transcribed
6 from "Taurus." Even more breathtaking in its inconsistency is his reliance on a painstaking
7 transcription of the recording of "Stairway" (which must have taken many hours to
8 complete) for his comparison of the works at issue in this case while completely avoiding a
9 similar dissection of "Taurus." He describes using software to loop and slow down the
10 recording in order to accomplish this (see footnote 2 on p. 72). By his own count he has
11 identified 11,104 note heads in "Stairway." While this transcription fills 29 pages (Visual
12 Exhibit B), he could not take the time to transcribe a single note from the recording of
13 "Taurus" though he references both the time frame in which it was recorded (January 1968)
14 and the album on which this work appeared (*Spirit*).

15      30. I have seen Dr. Ferrara's work in numerous other comparisons and I don't believe
16 I have ever seen him go to such lengths to avoid discussing a sound recording in which a
17 composition is embodied. Indeed, standard musicological practice requires that the relevant
18 portions of both works be rendered in transcriptions. In the interest of fairness, the same
19 techniques and procedures must be used in the analysis both compositions. For some
20 unexplained reason Dr. Ferrara has chosen not to follow standard musicological procedures
21 (that he has followed in numerous other matters).

22      31. The deficiency of the lead sheet deposit copy of "Taurus" is noted at the very
23 beginning of Mr. Mathes' report. In his words, "the lead sheet is strangely lacking in that the
24 guitar figure, as played on the recording, is not there" (Mathes Report para. 4). As can be
25 heard not only in the studio recording of "Taurus," but in every live version as well (most of
26 which pre-date the studio version), this guitar passage forms an integral part of the
27 composition of "Taurus" as it was conceived, created and fixed in the period before the

28 Case No. 15-cv-03462 RGK (AGRx)          DECLARATION OF ALEXANDER STEWART IN
                                          OPPOSITION TO DEFENDANTS' MOTION FOR
                                          SUMMARY JUDGMENT                                12

recording of the album *Spirit*.

32. If the guitar figure is not in the lead sheet, as stated by the defendant's other expert, then how can Dr. Ferrara's comparison of the guitar passages, which relies entirely upon this lead sheet, be be considered valid? Unfortunately, as a result, Dr. Ferrara has wasted considerable time in preparing a 199-page report that ignores the relevant passage found in the original work. This omission compels us to disregard almost the entirety of Dr. Ferrara's report.

33. Obviously he has taken an evasive approach to this case. Lead sheets are notoriously lacking in musical detail, and, quite often, contain inaccuracies in their representation of the composition. Indeed, the first sixteen measures of "Stairway" are completely missing from the deposit copy lead sheet of that composition. Would the defendants be willing to concede that none of the sounds heard during this entire section are part of the protectable musical expression contained in the "Stairway" composition?  Besides the iconic guitar A section, these measures contain an eight-bar B section and recorder backgrounds, that, in their aggregate, comprise nearly 275 notes. Plagiarists around the world will be glad to learn that this expression is free for the taking if, according to the defendants' presumed argument, since it was not included in the deposit copy of "Stairway," it is not part of the composition.

34. In particular, Dr. Ferrara's comparison of the melodies and rhythms (Attachments C & D) of the iconic guitar passages at issue in "Taurus" and "Stairway" are so deeply flawed that they must be completely discarded.

35. The pitch sequence heard in the first three measures of the A section of "Taurus" contains at least 30 pitches (the number varies slightly among the different iterations of this section and in terms of the notes that are sustained rather than re-struck). Ferrara's analysis shows only 15 notes and leaves out approximately *half* the notes (Musical Example 10).

36. Rhythmically, there is a steady stream of eighth notes in both passages – during the three measures, 24 consecutive eighth-notes (as charted in my report in example 1).

Case No. 15-cv-03462 RGK (AGRx)          DECLARATION OF ALEXANDER STEWART IN
                                         OPPOSITION TO DEFENDANTS' MOTION FOR
                                         SUMMARY JUDGMENT                                    13

1    Ferrara's claim that "there are no significant rhythmic similarities" (p.42 para. 7) is patently

2    false. In fact, the rhythms in these three-measure passages are *identical*.

3          37. Mr. Mathes' performance of the passages in question confirms these facts. He

4    plays a steady stream of 24 eighth-notes during these three measures, thereby directly

5    contradicting Ferrara's faulty comparison.

6          38. Similarly, Dr. Ferrara's comparisons with so-called prior art must also be rejected

7    because he has not relied on an accurate representation of the compositional elements of

8    "Taurus." In fact, he has intentionally avoided them. This is a clear case of "garbage in –

9    garbage out."

10         39. Amazingly, Dr. Ferrara is unable to compare such basic elements as the tempos

11   of each work because the deposit copy of "'Taurus' does not include an indication of the

12   tempo" (p. 7 para 13). All he needed to do was listen briefly to the recording as Mr. Mathes

13   was clearly able to do in his recreation of the A section of "Taurus." Ferrara also attempts to

14   make much of the fact that "Stairway" has lyrics and a vocal while "Taurus" does not; in

15   other words, "Stairway" is a song and "Taurus" is an instrumental. Strictly speaking this

16   statement is correct, however, the term "song" is frequently used when referring to

17   compositions that embody similarities to vocal works (e.g. Mendelssohn's Songs Without

18   Words). Moreover, much of the opening section of "Stairway" in which the A guitar passage

19   occurs is an instrumental anyway.

20         40. Dr. Ferrara commits another analytical conceit when he states: "The basic

21   rhythmic pulse in the portion of 'Taurus' with similarities to 'Stairway' is quarter notes, but

22   the basic rhythmic pulse in the portion of 'Stairway' with similarities to 'Taurus' is eighth

23   notes. Only after halving the notes values in "Taurus" can they be properly compared with

24   the notes in 'Stairway'" (p.40 para 4). The decision whether to represent the basic notational

25   unit as eighth notes or quarter notes is mostly arbitrary and has little effect on the sound of

26   these works when performed. Indeed, well before I saw the deposit copy I transcribed

27   "Taurus" using eighth notes as the basic unit (as I would expect most transcribers).

28   Case No. 15-cv-03462 RGK (AGRx)          DECLARATION OF ALEXANDER STEWART IN                    14
                                             OPPOSITION TO DEFENDANTS' MOTION FOR
                                             SUMMARY JUDGMENT

41. My original report stated that while other works use similar descending minor harmonic patterns, both "Taurus" and "Stairway" were unusual in their avoidance of the typical final pitch of this sequence, the fifth or E in the key of A minor. Indeed, most of the examples provided by Ferrara, including the Purcell, the Chopin, the Ellington, (Visual Exhibits D, E, and H); "Chim Chim Cher-ee" (Musical Example 4), "Walkin' My Baby Back Home" (Musical Example 6), "Spring Is Near" (Musical Example 9), "Cry Me a River" (Musical Example 13), "Michelle" (Musical Example 14-15), all arrive at the fifth degree of the scale. Some, such as "What Are You Doing the Rest of Your Life" (Visual Exhibit L), after a slight detour, reach a sustained fifth before returning to the beginning of the sequence.

42. "A Taste of Honey" (Musical Example 12), "Music to Watch Girls By" (Musical Examples 16-17) and "More" (Visual Exhibit G and Musical Example 7) never even arrive at the flat 6 and only contain the first four notes of the descending sequence.

43. Some of his examples, such as "How Insensitive" (Musical Example 5), "Night and Day," and "One Note Samba," (Visual Exhibits F, I., and K respectively) and feature only a chromatic bass line and the chords or harmonies above them are different from those found in "Taurus" and "Stairway."

44. Quite a few (e.g., "More" and "Summer Rain") also are in major keys and, as Ferrara points out represent temporary "'tonicization' (i.e., momentary change of the 'tonic' or key tone) of a minor key" (p. 31, paragraph 26).

45. Many of Ferrara's examples (e.g., Purcell, Visual Exhibit D and "Meaning of the Blues," Musical Example 3) also have very different durations and harmonic rhythms for the progression.

46. Dr. Ferrara provides examples of what he claims are "melodic similarities" between the guitar parts in section A of "Taurus" and "Stairway" and the guitar parts of several other songs that predate "Taurus." Once again it is essential to note that, since he is not using a complete and accurate transcription of the guitar part in "Taurus" (as recognized

by defendant's other expert Mathes), these comparisons are fundamentally flawed. Still, once again "Taurus" and "Stairway" are much more similar to each other than either is to any of these examples. Musical Example 11 (an arrangement for Johnny Mathis of "My Funny Valentine") is very different rhythmically and in durations and in the guitar part contains no pitches except arpeggiated chord tones. The Beatles version of a "Taste of Honey" (Musical Example 12) and Davey Graham's recording of "Cry Me a River" (Musical Example 13) are also different rhythmically and melodically (containing triplet arpeggios). It is also important to note that the recording of "Summer Rain" (Musical Examples 18 and 19) postdates several of the live versions of "Taurus" and more properly belongs with the songs in the next section of Dr. Ferrrara's report that discusses songs released after "Taurus."

47. Since "Summer Rain" and the next three examples postdate "Taurus," they do nothing to undermine the originality of the guitar passage in "Taurus." Moreover, they are less similar to either "Taurus" or "Stairway" than these two works are to each other. "Ice Cream Dream" (Musical Example 20) does not contain the essential second tone of the progression at all (#7 or G# in the key of A minor). Moreover, Ferrara's analysis and transcription are incorrect. The first chord of the song is G minor, not A minor meaning that he does not even get the correct key in his transcription. "Thoughts" (Musical Example 21) and "And She's Lonely" (Musical Example 22), like the standard progressions in paragraph 17 of this report, arrive at the fifth degree of the progression (E in the key of A minor).

48. Dr. Ferrara's Audio Exhibits are exemplar of more shoddy work. Many of the pieces are incorrectly labeled or totally absent. Tracks 6, 7, and 8 are not the songs "Walkin' My Baby Back Home," "More," or "Spring Is Near." Track 17 is not "And She's Lonely." Without having the actual recordings that he has purported to represent in his transcriptions and comparisons, it is impossible to determine their accuracy.

48. While I can easily provide more detailed analysis of these comparisons (especially if I am provided all the correct recordings), for now I can emphatically state that

1    not one of the examples provided by Ferrara and Mathes as having similar harmonies,

2    melodic and rhythmic patterns, and/or instrumentation (i.e., acoustic guitar) is as similar to

3    "Taurus" and "Stairway" as they are to each other.

4        49. Mr Mathes' report at least appears to compare more of the compositional

5    elements of "Taurus" and "Stairway." However, his report is colored by effusive praise and

6    hyperbole regarding Led Zeppelin and its individual members. Adjectives such as

7    "unrivaled," "inimitable," "incredible," "gorgeous," "wonderful," and "monumental,"

8    "extremely particular and very special" and "completely unique and beautifully so" do little

9    to further objective analysis of the musical expression at issue. Given Led Zeppelin's well

10   known history of having appropriated from other works perhaps he should adopt a more

11   cautious and neutral tone in his appraisal of their creative accomplishments. In any event,

12   much of his report reads more like an article in a fan magazine. "John Paul Jones was not

13   only a great Bass player, but Zeppelin's secret weapon from an arrangement standpoint."

14   Robert Plant's "artistry became the model for all Rock singers" and "Jimmy's" "legendary"

15   solo made "rock history."

16       50. I also find his constant use of the term "line cliché" (which he attributes to his

17   training at Berklee College of Music) not particularly informative. Many of the other

18   elements in "Stairway," in particular the two and three-chord vamps, could also be

19   considered clichés. Still, he recognizes that the guitar passages at issue in this case are more

20   than clichés and contain "special" elements. While he is correct in saying that the passage in

21   "Stairway" ascends higher than the line in "Taurus," he does not directly compare the

22   pitches note-for-note as I have in my analysis which shows that nearly 78% or 14 of the first

23   18 eighth-note slots contain the same pitches. Much of the higher range of "Stairway" is due

24   to mere octave displacement (placing the same pitch class at a higher octave), not because of

25   the introduction of new pitches to the sequence.

26       51. In preparing this report I was careful to disregard performance elements and

27   focus on compositional elements in order to reach my conclusions.

28   Case No. 15-cv-03462 RGK (AGRx)          DECLARATION OF ALEXANDER STEWART IN          17
                                             OPPOSITION TO DEFENDANTS' MOTION FOR
                                             SUMMARY JUDGMENT

52. Because of time constraints, I have been unable to offer further analysis of these reports at this time. Regardless, as I have tried to show in this brief response, I have found nothing persuasive in the Ferrara and Mathes reports that contradicts my finding that substantial original musical expression from "Taurus" has been copied in "Stairway."

Executed this 7th day of March, 2016 at _Burlington_, Vermont.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Alexander Stewart, Ph.D.

DECLARATION OF ALEXANDER STEWART IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

18

**AUDIO EXHIBITS**

**Audio Exhibit 1:**
**Dazed and Confused by Led Zeppelin**

**Audio Exhibit 2:**
**Dazed and Confused by Jack Holmes (1967)**

**Audio Exhibit 3:**
**Whole Lotta Love by Led Zeppelin**

**Audio Exhibit 4:**
**Muddy Waters' You Need Love (1962) (10 seconds – 28 seconds)**

**Audio Exhibit 5:**
**The Small Faces' You Need Loving (1966) (25 seconds – 48 seconds)**

**Audio Exhibit 6:**
**Live performance of Led Zeppelin playing Fresh Garbage 1-10-1969**


**AUDIO EXHIBITS – COMPARISON AUDIO**

**Audio Exhibit 7:**
**Stairway to Heaven (0 seconds – 25 seconds)**

**Audio Exhibit 8:**
**Taurus (45 seconds – 1 minute, 13 seconds)**

**Audio Exhibit 9:**
**8 measures of Stairway from note 1 of the acoustic guitar, repeated multiple times**

**Audio Exhibit 10:**
**Part A:**
**8 Measures of Taurus from note 1 of the acoustic guitar, repeated multiple times**

**Audio Exhibit 11:**
**8 measures of Stairway and Taurus played together from note 1 of the acoustic guitar, repeated multiple times**

**AUDIO EXHIBITS - RE-RECORDING OF STAIRWAY TO HEAVEN**

| | |
|---|---|
| **Audio Exhibit 12:** | **Acoustic Guitar** |
| **Audio Exhibit 13:** | **Bass** |
| **Audio Exhibit 14:** | **Drums** |
| **Audio Exhibit 15:** | **Electric 12 Strings** |
| **Audio Exhibit 16:** | **Electric Piano** |
| **Audio Exhibit 17:** | **End Guitar** |
| **Audio Exhibit 18:** | **Les Pauls** |
| **Audio Exhibit 19:** | **Recorders** |
| **Audio Exhibit 20:** | **Slide** |
| **Audio Exhibit 21:** | **Solo** |

**AUDIO EXHIBITS - RE-RECORDING OF TAURUS**

| | |
|---|---|
| **Audio Exhibit 22:** | **Acoustic Guitar** |
| **Audio Exhibit 23:** | **Cello 1** |
| **Audio Exhibit 24:** | **Cello 2** |
| **Audio Exhibit 25:** | **Cymbal** |
| **Audio Exhibit 26:** | **Flute** |
| **Audio Exhibit 27:** | **Harpsichord** |
| **Audio Exhibit 28:** | **String Bass** |
| **Audio Exhibit 29:** | **Viola** |
| **Audio Exhibit 30:** | **Violins** |

## AUDIO EXHIBITS – ALEXANDER STEWART

**Audio Exhibit 31:**                    (Previously: Audio Exhibit A)
**"Stairway to Heaven" (album)**

**Audio Exhibit 32:**                    (Previously: Audio Exhibit B)
**"Taurus" (album)**

**Audio Exhibit 33:**                    (Previously: Audio Exhibit E)
**Taurus Live at Ash Grove (7/10/1967)**

**Audio Exhibit 34:**                    (Previously: Audio Exhibit C)
**Taurus Live at Ash Grove (7/31/1967)**

**Audio Exhibit 35:**                    (Previously: Audio Exhibit D)
**Taurus Live at Ash Grove (8/8/1967)**

**Audio Exhibit 36:**                    (Previously: Audio Exhibit H)
**Taurus Demo Recording (8/1967)**

**Audio Exhibit 37:**                    (Previously: Audio Exhibit F)
**Taurus Live at Kaleidoscope (4/5/1968)**

**Audio Exhibit 38:**                    (Previously: Audio Exhibit G)
**Taurus Live at The Time Coast**

**Audio Exhibit 39:**                    (Previously: Audio Exhibit H)
**Taurus Live at Acoustic (1996)**

**Audio Exhibit 40:**                    (Previously: Audio Exhibit J)
**Combination – Acoustic Taurus Synced to STH SR – Part A, played over Master SR of STH**

**Audio Exhibit 41:**                    (Previously: Audio Exhibit K)
**Acoustic Taurus Synced to Master SR of STH – Part A**

**Audio Exhibit 42:**                    (Previously: Audio Exhibit L)
**Stairway Acoustic – Part A:**

**Audio Exhibit 43:**                    (Previously: Audio Exhibit M)
**Taurus Acoustic – Part A:**

**Audio Exhibit 44:**                    (Previously: Audio Exhibit N)
**Combination – Acoustic Taurus Synced to Master SR of STH (Part A), played over Acoustic Stairway (Part A)**

**<u>AUDIO EXHIBITS – REBUTTAL OF MATHES</u>**
**Audio Exhibit 45:**          **Mathes Audio Exhibit Tempo Matched - Stairway**
**Audio Exhibit 46:**          **Mathes Audio Exhibit Tempo Matched - Taurus**
**Audio Exhibit 47:**          **Mathes Audio Exhibit Tempo Matched - STH & Taurus**

**<u>VIDEO EXHIBITS – DEMONSTRATIVE GUITAR PERFORMANCE</u>**
**Video Exhibit 1:**          **Taurus – Left Hand**
**Video Exhibit 2:**          **Taurus – Right Hand**
**Video Exhibit 3:**          **Stairway to Heaven – Left Hand**
**Video Exhibit 4:**          **Stairway to Heaven – Right Hand**