Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorneys for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY
PLANT, JOHN PAUL JONES, WARNER/CHAPPELL
MUSIC, INC., SUPER HYPE PUBLISHING, INC.,
ATLANTIC RECORDING CORP., RHINO
ENTERTAINMENT COMPANY and WARNER
MUSIC GROUP CORP.

Helene Freeman, Esq., admitted *pro hac vice*
E-Mail:  hfreeman@phillipsnizer.com
PHILIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103-0084
Tel: (212) 977-9700
Fax: (212) 262-5152
Attorneys for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY
PLANT and JOHN PAUL JONES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL SKIDMORE, *etc.*,<br><br>Plaintiff,<br><br>vs.<br><br>LED ZEPPELIN, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-03462 RGK (AGRx)<br><br>REPLY DECLARATION OF DR. LAWRENCE FERRARA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>Date:  March 28, 2016<br>Time: 9:00 a.m.<br><br>Courtroom of the Honorable<br>R. Gary Klausner<br>United States District Judge |

## REPLY DECLARATION OF DR. LAWRENCE FERRARA

I, Dr. Lawrence Ferrara, declare and state:

1.     I am over the age of 18 and have personal knowledge of the following facts and could competently testify to the following facts if called upon to do so.

2.     I am a pianist, a music theorist and a Full Professor of Music and the Director Emeritus of all studies in Music and the Performing Arts in New York University's Steinhardt School.

3.     This Declaration is submitted in reply to the Declarations of Dr. Alexander Stewart, Erik Johnson and Brian Bricklin.  I will summarize principal problems with those Declarations and, for a more detailed rebuttal, I respectfully refer the Court to my Rebuttal Report attached as Exhibit 3 to this Declaration.

**Dr. Alexander Stewart**

4.     Dr. Stewart's Declaration, like his February 10, 2016 Report attached as Exhibit 2 to my February 23, 2016 Declaration in this action, does not analyze the transcription of the "Taurus" musical composition stamped, "Dec 22, 1967" and "Eu 35222" (the "Taurus Transcription") or compare the Taurus Transcription to "Stairway to Heaven" ("Stairway").

5.     In his Declaration at page 12, paragraph 29, Dr. Stewart states that my Report did not include a transcription of "Taurus".  That, of course, is not true: I analyzed, and included as Visual Exhibit A to my Report, the Taurus Transcription. In his Declaration at page 13, paragraph 33, Dr. Stewart states that my analysis is "evasive" because I analyzed the Taurus Transcription rather than recordings of performances of "Taurus".  However, I analyzed the Taurus Transcription because it is my understanding that it is the deposit copy and therefore the copyrighted work. Indeed, I did the same in my analysis of the sheet music deposit copy on behalf of defendants in the Newton v. Diamond case.  Also, at page 16, paragraph 48 in his Declaration, Dr. Stewart states that Tracks 6, 7, and 8 on Audio Exhibit A to my Report dated February 10, 2016 are not respectively "Walkin' My Baby Back

Home," "More," or "Spring Is Near", and Track 17 is not "And She's Lonely." Dr. Stewart is wrong. Attached to my Rebuttal Report as Visual Exhibit F is a print-out from iTunes of Audio Exhibit 1 which confirms the titles and order and this matches the hard copy CD I submitted.

6.     Dr. Stewart's Declaration at pages 2-3, paragraph 3, identifies two portions of "Taurus" recordings and "Stairway" that he contends are similar:

(a)    A "four-measure passage" in recordings of "Taurus" after orchestration and in the introduction of "Stairway" ("Claimed Similarity No. 1"); and

(b)    In that same "section," a portion of vocal melody in "Stairway" and a portion of harpsichord in "Taurus" ("Claimed Similarity No. 2").

7.     As to both Claimed Similarity Nos. 1 and 2, Dr. Stewart asserts there are structural similarities in this "section" because, as he represents it, there are two parts, A and B, and they appear as AABAAB in "Taurus" recordings and AABAABAA in "Stairway." Actually, the structure in this "section" is different, as I showed in my prior Declaration (Exhibit 1 18-20). Dr. Stewart is merely pointing to the interchange of two sections, such as Verses and Choruses, which is a musical building block. Also, and as Dr. Stewart acknowledges, there are substantial differences in the structures of the "Taurus" recordings and "Stairway" as a whole; in fact, they are completely different.

8.     As to Claimed Similarity No. 1 and harmony, Dr. Stewart admits that the "four-measure passage" contains a descending chromatic bass line, which has been used by many composers through the ages (Stewart Declaration at 5-6, ¶ 9). He states that composers have used this "foundational pattern" of "six pitches" in "original and creative ways," but the only new way he identifies in which the "Taurus" recordings and "Stairway" use this "foundational pattern" is to cut it short by one pitch. *Id.* at 6, ¶ 10. I do not understand how, and do not agree that, using

2

five-sixths of a "foundational pattern" that is centuries old and common in popular music, is an "original and creative" use. For example, I understand that "Mary Had a Little Lamb" is in the public domain, and I do not see how using five-sixths of "Mary Had a Little Lamb" is original musical expression. Also, as stated in my initial Declaration at page 3, paragraph 10, many popular songs have ended this "foundational pattern" one pitch short.

9. Also, Dr. Stewart ignores that "Stairway" does use this "foundational pattern" in an original and creative way by, for example, superimposing an ascending melodic line that is completely absent from the "Taurus" recordings as well as the Taurus Transcription. I respectfully refer the Court to Track 2 of Audio Exhibit 2 to my initial Declaration.

10. In summary, the only harmonic similarity that Dr. Stewart identifies is the use of most, but not all, of a commonplace, centuries-old descending chromatic line, also known as a minor line cliché.

11. As to Claimed Similarity No. 1 and melody, at page 7, paragraph 14 of his Declaration, Dr. Stewart provides a chart of the pitches in the "Taurus" recordings and "Stairway." "Pitches" are sounds, irrespective of their duration and divorced from rhythm or tempo. That is, for example, the note "A" becomes a note only when the length of the pitch A is considered. Because Dr. Stewart's chart has only pitches, it does not include the duration of each sound.

12. Because both "Taurus" and "Stairway" contain a descending chromatic line, it is to be expected they would have many of the same pitches. That is so because there are only 12 pitches in a chromatic scale and the descending chromatic line in "Taurus" and "Stairway", as analyzed by Dr. Stewart, only uses 5 pitches in the chromatic scale. So, having some of the same pitches flows from the use of a portion of a descending chromatic line, which Dr. Stewart admits is a centuries-old musical pattern.

///

3

13.    Also, Dr. Stewart's omission of pitch duration from his chart makes the chart worthless from a musicological point of view.   The duration of pitches is crucial because, for example, the sequence of pitches C-D-C-A-F-D-C is the exact same sequence of pitches in "Rock of Ages" and "Rudolph the Red-Nosed Reindeer" and no one could reasonably claim those two musical compositions are substantially similar.   Because the sequence of pitches in Dr. Stewart's table chart is divorced from rhythm, "[t]he existence of a similar (or even identical) pitch progression is of *no musical significance*." (Rosen, Music and Copyright 153 n. 9 (Oxford University Press 2008).

14.    In addition, Dr. Stewart's charted sequence of pitches fails to distinguish between high and low pitches.   That is, an E and an A pitch can be a high or a low E and A, and his chart fails to reflect whether, for example, the melody is going from an E ***up*** to an A or from an E ***down*** to an A, ignoring that pitches with the same "A" or "E" can be an octave apart.   As a result, his chart obfuscates that, as he transcribes the two compositions in his Visual Exhibits B and C, in the first measure the E goes **up** to A in "Stairway" but the E goes **down** to A in the "Taurus" recording, and then the A in "Stairway" leaps down more than an octave to G# but the A in the "Taurus" recording moves down only a half step to G#.

15.    In summary, Dr. Stewart fails to identify any similarity in melody in Claimed Similarity No. 1 and obscures the substantial differences.

16.    As to Claimed Similarity No. 2, Dr. Stewart finds similarity between a portion of vocal melody in "Stairway" that he describes as A-B-C-B-A-C and a portion of harpsichord melody in "Taurus" he describes as A-B-C  A.  Stewart Decl. at 9, ¶ 20.  That is, the only shared pitches, as he describes Claimed Similarity No. 2, are A-B-C.  Not only is the placement and melodic rhythm different, but A-B-C is merely moving up a minor scale from A to B to C.  That is generic, fragmentary, and commonplace, and is nothing more than Do-Re-Me  in a minor scale (1-2-3 of the scale), which is also in, for example, "My Funny Valentine."

4

17.    In summary, Dr. Stewart does not identify any musicologically significant similarities between the "Taurus" recordings and "Stairway" and he obscures the substantial differences.

**Erik Johnson**

18.    Erik Johnson's Declaration does not analyze the Taurus Transcription or compare the Taurus Transcription to "Stairway".

19.    At page 5, paragraph 14, of his Declaration, Mr. Johnson refers to the appearance of arpeggios in both the "Taurus" recordings and "Stairway." Arpeggios, however, are basic musical techniques and their mere use is of no musicological significance.

20.    At page 5, paragraph 15, of his Declaration, Mr. Johnson refers to the presence of the same three pitches in a portion of vocal melody in "Stairway" and a harpsichord in the "Taurus" recordings, that is, he refers to Dr. Stewart's Claimed Similarity No. 2.  As shown above at paragraphs 11-14 and 16 of this Declaration, a similarity in pitches, and going up A to B to C, is not musicologically significant.

21.    At page 10, paragraph 26, of his Declaration, Mr. Johnson does not dispute that the descending minor line cliché in "Taurus" and "Stairway" is a commonplace and centuries-old musical device and appears in the prior art examples I provided, but asserts that some of those examples are in a different key.  That some prior art examples are performed in a different key is not musicologically significant because in transposing a melody from one key to another to compare them, which is standard practice in musicological analysis, all of the pitch and rhythmic relationships are maintained.  Mr. Johnson's implication about the key of some of the prior art examples contradicts accepted musicological practices.  Indeed, the *composition* in the transposed work (which was performed in a different key) remains the same and intact.

22.    At pages 10-11, paragraph 28, of his Declaration, Mr. Johnson opines that a faster or slower tempo (i.e., performance speed) changes a musical

5

composition.  That is incorrect.  For example, whether someone performs "Mary Had a Little Lamb" at 70 beats per minute or at 120 beats per minute (two tempos cited by Mr. Johnson), the musical composition in both performances is unchanged: at 120 beats per minute, one merely performs "Mary Had a Little Lamb" faster than at 70 beats per minute.  Moreover, "Chim Chim Cher-ee" (included in Mr. Johnson's list) was proffered as an example of the descending line cliché *chord progression* in the Ferrara Report, *not* as an example of prior art that embodies a similar chord progression *and* a similar melodic line played on a guitar.

23.    At page 11, paragraph 29, of his Declaration, Mr. Johnson acknowledges that there are no significant structural similarities between "Taurus" and "Stairway" in their entireties, but he asserts that the "initial eight-measure statements bear something *beyond* striking similarities to each other."  He does not identify those claimed similarities, does not explain what he means by "striking similarities" and does not explain the basis for his statement.  Also, even Dr. Stewart does not make that claim, which is not defensible from a musicological standpoint.  I respectfully refer the Court to paragraph 7, above, of this Declaration.

24.    At page 11, paragraph 30, of his Declaration, Mr. Johnson refers to the minor line cliché as "mythical."  As both Dr. Stewart and I agree, the minor line cliché has existed in music for centuries and is in the "Taurus" recordings and "Stairway".  In that same paragraph, Mr. Johnson also states that it is "preposterous" that "arpeggios and minor line clichés are simply commonplace musical devices, freely available to all with no strings attached . . . ."  Once again, both Dr. Stewart and I agree that the minor line cliché is commonplace and part of the public domain, as are arpeggios.

**Brian Bricklin**

25.    At page 12, paragraph 25, of his Declaration, Brian Bricklin simply states that he "rebut[s]" my Report and there is the same "underlying musical

///

6

composition" in the "Taurus" recordings and "Stairway."  That bare conclusion is incorrect and cannot be credited.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2016.

LAWRENCE FERRARA, PH.D

# EXHIBIT 3

**LAWRENCE FERRARA, Ph.D.**
**d/b/a LAWRENCE FERRARA, INC.**
**MUSIC ANALYSIS**

<u>**REBUTTALS TO THE REPORTS AND/OR DECLARATIONS OF**</u>

<u>**DR. ALEXANDER STEWART, MR. ERIK JOHNSON, AND MR. BRIAN BRICKLIN**</u>

<u>**REGARDING**</u>

<u>**"TAURUS" BY RANDY CALIFORNIA**</u>

**And**

<u>**"STAIRWAY TO HEAVEN" BY JIMMY PAGE & ROBERT PLANT**</u>

<u>**I.      INTRODUCTION**</u>

1.      After being asked to perform a comparative musicological analysis of the musical compositions in (1) "Taurus" written by Randy California and (2) "Stairway to Heaven" written by Jimmy Page and Robert Plant (hereafter "Stairway"), I prepared and submitted a Report dated February 10, 2016 (hereafter "the Ferrara Report"). The Ferrara Report, including its Audio Exhibit 1, were made a part of and incorporated in my Declaration dated February 23, 2016 (hereafter "the Ferrara Declaration") attached to Defendants' Motion for Summary Judgment.

2.      I received and reviewed the Report dated February 10, 2016, by Dr. Alexander Stewart, in this action, (hereafter "the Stewart Report") and the Declaration of Alexander Stewart in Opposition to Defendants' Motion for Summary Judgment, (hereafter "the Stewart Declaration"). I also reviewed the Declarations of Erik Johnson and Brian Bricklin in Opposition to Defendants' Motion for Summary Judgment, (hereafter respectively "the Johnson Declaration" and "the Bricklin Declaration"). I begin with a response to the Stewart Report.

3.      The Stewart Report does not mention the transcription of the "Taurus" musical composition stamped, "Dec 22, 1967" and "Eu 35222" (the "Taurus

1

**EXHIBIT 3**
**8**

Transcription"). Instead, Dr. Stewart analyzes and compares recordings of performances of "Taurus" on the one hand, and a recording of "Stairway" on the other hand. The recordings of performances of "Taurus" that Dr. Stewart says he analyzed differ from the Taurus Transcription. Differences are demonstrated by comparing the "Taurus" recordings that Dr. Stewart says he analyzed, on the one hand, with Track 1 on Audio Exhibit 2 submitted with the Ferrara Declaration, which is my playing of the "Taurus Transcription", sheet music readily played on the piano, on the other hand.

<u>MATERIALS USED IN THIS REBUTTAL</u>

4. The following materials were used in preparing this Rebuttal to the Stewart Report: (1) a copy of the "Taurus Transcription" stamped, Dec 22, 1967 and # Eu 35222 (attached as **Rebuttal Visual Exhibit A**); (2) an mp3 of the "Taurus Studio Version" I downloaded from iTunes from the album, *Spirit* (attached as Track 1 on **Rebuttal Audio Exhibit**); (3) an mp3 of "Stairway" from *Led Zeppelin IV* (attached as Track 2 on **Rebuttal Audio Exhibit**); (3) a transcription of all of the parts in the entirety of the musical composition embodied in the "Taurus Studio Version" (attached as **Visual Exhibit B**); (4) a transcription of all of the parts in the entirety of the musical composition embodied in the "Stairway" sound recording (attached as **Visual Exhibit C**); (5) the Ferrara Report including its attachments and exhibits; (6) the Ferrara Declaration dated February 23, 2016 including its attachments and exhibits, (7) the Stewart Report including its attachments and exhibits, (8) the Stewart Declaration, (9) the Johnson Declaration, and (10) the Bricklin Declaration.

**II.    FINDINGS REGARDING THE STEWART DECLARATION AND REPORT**

**II.  A.  THE STEWART DECLARATION**

5. In his Declaration at page 12, paragraph 29, Dr. Stewart states that the Ferrara Report does not include a transcription of "Taurus". That, of course, is not true: I analyzed, and included as Visual Exhibit A to my Report, the Taurus Transcription. In his Declaration at page 13, paragraph 33, Dr. Stewart states that my analysis is "evasive" because I analyzed the Taurus Transcription rather than recordings of performances of "Taurus". However, I analyzed the Taurus Transcription because it is my understanding that it is the deposit copy and therefore the

2

**EXHIBIT 3**
**9**

copyrighted work.  Indeed, I did the same in my analysis of *the sheet music deposit copy* on behalf of defendants in the Newton v. Diamond case.

6.      At page 13, paragraph 35, Dr. Stewart finds that the "four-measure" portion of the "Taurus" recordings contains "at least 30 pitches", but in Musical Example 10 in the Ferrara Report the transcription of the portion at issue in the Taurus Transcription "shows only 15 notes and leaves out approximately *half* the notes". [Stewart Declaration, p. 13, ¶ 35]  Of course, Musical Example 10 in the Ferrara Report does not "leave[ ] out" any notes.  The Ferrara Report analyzes the Taurus Transcription (attached to the Ferrara Report as **Visual Exhibit A**) while Dr. Stewart is referring to the number of notes he thinks are in the "Taurus" recordings.  His incorrect complaint, as a result, only demonstrates that there are substantial differences between the portion at issue in the Taurus Transcription (with "only 15 notes") and the "Taurus" recordings (with "at least 30 pitches") that he analyzed instead.

7.      At pages 13-14, paragraph 36, Dr. Stewart opines:

"Rhythmically, there is a steady stream of eighth notes in both passages – during the three measures…(as charted my report in example 1).  Ferrara's claim that 'there are no significant rhythmic similarities' (p.42 para. 7) is patently false.  In fact, the rhythms in these three-measure passages are *identical*."

Once again, Dr. Stewart confuses the Taurus Transcription and the "Taurus" recordings:  he cites his "example 1" which analyzes the *"Taurus" recordings*, and then on the basis of his analysis of the "Taurus" recordings, finds that my analysis of the *Taurus Transcription* "is patently false".  In fact and as illustrated in Musical Example 10 in the Ferrara Report, "there are no significant rhythmic similarities" between the portion at issue in the Taurus Transcription and "Stairway".

8.      At page 14, paragraph 38, Dr. Stewart writes that the analyses of prior art in the Ferrara Report "must also be rejected because he [Ferrara] has not relied on an accurate representation of the compositional elements of 'Taurus'.  In fact, he has intentionally avoided them."  Dr. Stewart claims that the Taurus Transcription is not "an accurate representation" of "Taurus", but my understanding is that it is up to the Court

3

**EXHIBIT 3**
**10**

to determine whether the Taurus Transcription is the relevant copyrighted work. Notably, Dr. Stewart does not attack the accuracy of my analysis of the Taurus Transcription (deposit copy).

9.      At page 14, paragraph 39, Dr. Stewart writes: "Amazingly, Dr. Ferrara is unable to compare such basic elements as the tempos of each work because the deposit copy of 'Taurus' does not include an indication of tempo." Dr. Stewart then points to the recorded performance by defendants' expert Rob Mathes' audio exhibit to provide a tempo. Dr. Stewart misses the fact that the *tempo* (i.e., the speed of the performance) in Rob Mathes' audio exhibit is a performance element that is not indicated in or a part of the Taurus Transcription. Thus, Dr. Stewart confuses performance elements that are not indicated in the Taurus Transcription with the *composition* embodied in the Taurus Transcription.

10.      At pages 15-16, paragraph 46, regarding the analysis of guitar parts in prior art in the Ferrara Report, Dr. Stewart writes: "Once again it is essential to note that, since he [Dr. Ferrara] is not using a complete and accurate transcription of the guitar part in 'Taurus' (as recognized by defendant's other expert Mathes), these comparisons are fundamentally flawed." It is my understanding that the Taurus Transcription is the 1967 deposit copy of "Taurus" – or at least the only transcription that might be that deposit copy - and therefore it does embody the composition in "Taurus". As to defendants' expert Rob Mathes, nowhere in his report does he opine that the Taurus Transcription does not embody the composition in "Taurus".

11.      At page 16, paragraph 48 in his Declaration, Dr. Stewart states that Tracks 6, 7, and 8 on Audio Exhibit A to my Report dated February 10, 2016 are not respectively "Walkin' My Baby Back Home", More", or "Spring Is Near", and Track 17 is not "And She's Lonely". Dr. Stewart is wrong. Attached to this Rebuttal as **Visual Exhibit F** is a print-out from iTunes of Audio Exhibit 1 from which I "burned" the CD **Audio Exhibit 1** to the Ferrara Report, which confirms that the order of the titles is correct. Moreover, upon reading Dr. Stewart's charge, I inserted a copy of the CD **Audio Exhibit 1** to the Ferrara Report (as sent to defendants' attorneys) into iTunes and the exact track listing appears, which further confirms the accuracy of my submission to defendants' attorney.

4

**EXHIBIT 3**
**11**

## II.  B.  THE STEWART REPORT

12.    As noted in paragraph 3 above, the Stewart Report does not mention the transcription of the "Taurus" musical composition stamped, "Dec 22, 1967" and "Eu 35222" (the "Taurus Transcription").  Instead, Dr. Stewart analyzes and compares recordings of performances of "Taurus" on the one hand, and a recording of "Stairway" on the other hand.  As noted in the Stewart Declaration, the recordings of performances of "Taurus" that Dr. Stewart analyzed differ from the Taurus Transcription.

13.    Also, the Stewart Report relies upon and analyzes and compares performance elements in "Taurus" recordings that are nowhere mentioned in the "Taurus Transcription".  The "Taurus Transcription" does not mention or reflect, for example, performance techniques, instrumentation and orchestration, or tempo (i.e., performance speed).  However, the Stewart Report refers to, for example, "fingerpicking style" [p. 1 / ¶ 3], "acoustic guitar" [p. 2 / ¶ 4], tempo [p. 2 / ¶ 4], "classical instruments such as flute…strings and harpsichord" [p. 2 / ¶ 4], "atmospheric sustained pads" [p. 3 / ¶ 4] and "fretboard positioning and fingering" (on the guitar) [p. 4 / ¶ 7]. None of this is mentioned or reflected in the "Taurus Transcription".[1]

14.    Disregarding the performance elements identified in the Stewart Report leaves the claimed similarities in structure, harmony, and melody in parts of the recorded versions of "Taurus" and "Stairway".  My rebuttal to these claimed similarities is presented below and in various accompanying attachments and exhibits, referenced in and part of this rebuttal report.

15.    The Stewart Report identifies and attaches "six live versions", a "demo version", and the "studio version" of "Taurus".  [p. 1 / ¶ 3, p. 3 / ¶ 5]  However, almost the entirety of the Stewart Report is directed at the "Taurus Studio Recording" which was released on the album, *Spirit*, by January 1968 and attached to this Rebuttal

---

[1]    On page 17, paragraph 51, in his Declaration Dr. Stewart writes: "In preparing this report I was careful to disregard performance elements and focus on compositional elements in order to reach my conclusions".  Dr. Stewart's claim is demonstrably false: by way of example, only, "fingerpicking style" [Stewart Declaration, p. 3, ¶ 3] and "fretboard positioning and fingering" [Stewart Declaration, p. 5, ¶ 8] are performance elements.

**EXHIBIT 3**
**12**

Report as Track 1 on **Rebuttal Audio Exhibit**.  Indeed, the only commentary in the Stewart report regarding the "six live versions" and the "demo version" is (1) that the Introduction that is in the "Taurus Studio Version" is not in the "six live versions" and the "demo version" [p. 1 / ¶ 5] and (2) that the purportedly similar melody in the keyboard parts occurs "at the very beginning of all of the live versions".  [p. 6 / ¶ 17] All other references to "T" in the Stewart report are to the "Taurus Studio Version", hereafter the "Taurus Studio Version".

THE CLAIM OF STRUCTURAL SIMILARITIES

16.    The Stewart report finds similarities in interchanging "A" and "B" sections in the "Taurus Studio Version" and "Stairway".  Aside from the fact that the Stewart Report analyzes the "Taurus Studio Version" rather than the "Taurus Transcription", (1) interchanging "A" and "B" sections have been generic in music for centuries, (2) the structural analysis in the Stewart Report fails to analyze the very different structures in the last almost six minutes of "Stairway" (more than 70% of "Stairway"), and (3) even within the limited portion of "Stairway" he does analyze, Dr. Stewart finds "structural differences" in the repetition of what Dr. Stewart terms "A sections" in "Stairway" as compared with the "Taurus Studio Version" and that "the B section of T [the "Taurus Studio Version"] is one measure shorter, i.e., seven measures instead of eight".  [p. 3 / ¶ 5]  I respectfully refer to (1) the  analysis of the structure of the "Taurus Transcription" and "Stairway" in the Ferrara Report, at page 5, Paragraph 9, and **Attachment A – Analysis of Structure** in the Ferrara Report, and (2) my analysis of the structures in the "Taurus Studio Version" and "Stairway" attached hereto as **Rebuttal Attachment A – Analysis of Structure**.

THE CLAIM OF HARMONIC SIMILARITY

17.    As to the claim of harmonic similarity, Dr. Stewart admits that the "four-measure passage" contains a descending chromatic bass line, which has been used by many composers through the ages [Stewart Declaration at 5-6, ¶ 9]  He states that composers have used this "foundational pattern" of "six pitches" in original and creative ways," but the only new way he identifies in which the "Taurus Studio Version" or any of the "Taurus" recordings and "Stairway" use this "foundational pattern" is to cut it short by one pitch.  [*Id. At 6*, ¶ 10]  I do not understand how, and do not agree

that, using five-sixths of a "foundation pattern" that is centuries old and common in popular music, is an "original and creative" use.  For example, I understand that "Mary Had a Little Lamb" is in the public domain, and I do not see how using five-sixths of "Mary Had a Little Lamb" is original musical expression.  Also, as stated in my initial Declaration at page 3, paragraph 10, and demonstrated in the Ferrara Report, popular songs such as "Cry Me a River" (1963 Davey Graham), "The Meaning of the Blues" (1957 Julie London), "Michelle" (1965 The Beatles), and "How Insensitive" (1965 Astrud Gilberto) have ended this "foundation pattern" one pitch short.

18.    Also, Dr. Stewart ignores that "Stairway" does use this "foundation pattern" in an original and creative way by, for example, superimposing an ascending melodic line that is completely absent from the "Taurus Studio Version" and the "Taurus" recordings as well as the Taurus Transcription.  I respectfully refer to Track 2 of Audio Exhibit 2 to my initial Declaration.

19.    In summary, the only harmonic similarity that Dr. Stewart identifies is the use of most, but not all, of a commonplace, centuries-old descending chromatic line chord progression, also known as a descending minor line cliché.  I respectfully refer to (1) the analysis of the harmonies of the "Taurus Transcription" and "Stairway", at pages 5-6, Paragraphs 10-12, and **Attachment B – Analysis of Harmony** in the Ferrara Report, and (2) my analysis of the structures in the "Taurus Studio Version" and "Stairway" attached hereto as **Rebuttal Attachment B – Analysis of Harmony**.

<u>THE CLAIM OF MELODIC SIMILARITY IN THE GUITAR PARTS</u>

20.    As to the claim of melodic similarity in the guitar parts, Dr. Stewart provides a table graph on p. 5 of the Stewart Report (also at page 7, paragraph 14 of his Declaration) with boxes containing the pitches in the "Taurus Studio Version" and "Stairway".  Again, Dr. Stewart did not analyze the "Taurus Transcription".  "Pitches" are sounds, irrespective of their duration and divorced from rhythm or tempo.  That is, for example, the note "A" becomes a note only when the duration of the pitch "A" is considered.  Because Dr. Stewart's chart has only pitches, it does not include the duration of each sound.

21.    Because both the "Taurus Studio Version" (and the other "Taurus" recordings) and "Stairway" contain a descending chromatic line, it is to be expected

**EXHIBIT 3**
**14**

they would have many of the same pitches.  That is so because there are only 12 pitches in a chromatic scale and the descending chromatic line in the "Taurus Studio Version" and "Stairway", as analyzed by Dr. Stewart, only uses 5 pitches from the chromatic scale.  So, having some of the same pitches flows from the use of a portion of a descending chromatic scale, which is a musical building block and which Dr. Stewart admits is a centuries-old musical pattern.

22.    Also, Dr. Stewart's omission of pitch duration from his chart makes the chart worthless from a musicological point of view.  The duration of pitches is crucial because, for example, the sequence of pitches C-D-C-A-F-D-C is the exact same sequence of pitches in "Rock of Ages" and "Rudolph the Red-Nosed Reindeer" and no one could reasonably claim those two musical compositions are substantially similar.  Because the sequence of pitches is divorced from rhythm or tempo, "[t]he existence of a similar (or even identical) pitch progression is of *no musical significance*."[2]

23.    In addition, Dr. Stewart's charted sequence of pitches in his table graph fails to distinguish between high and low pitches.  That is, an E and an A pitch can be a high or a low E and A, and his graph fails to reflect whether, for example, the melody is going from an E ***up*** to an A or from an E ***down*** to an A, ignoring that pitches with the same "A" or "E" can be an octave apart.  As a result, Dr. Stewart's table/chart obfuscates that, as he transcribes in his Visual Exhibits B and C, in measure 1 the E goes **up** to A in "Stairway" but the E goes **down** to A in the "Taurus Studio Version", and then the A in "Stairway" *leaps* down more than an octave to G# but the A in the "Taurus Studio Version" moves down only a half step to G#. Thus, the "interval" or space (as a number of tones) from the huge *leap* from A to G# in "Stairway" is *twelve times larger* than the interval of a half step (the smallest interval in the Western tonal system) from A to G# in the "Taurus Studio Version.

24.    Dr. Stewart fails to provide *comparative* transcriptions in musical notation of these melodies.  A comparative transcription in which the guitar melody in the "Taurus Studio Version" is placed directly over the guitar melody in "Stairway" would readily expose significant melodic differences.  For example, Musical Example 10 on

---

[2]    Ronald S. Rosen, *Music and Copyright* (Oxford University Press, 2008, 153, n. 9.)

8

**EXHIBIT 3**
**15**

page 2 in **Rebuttal Attachment C – Analysis of Melody** attached hereto readily demonstrates the significant melodic differences between the guitar melodies in the "Taurus Studio Version" and "Stairway".  These obvious differences are demonstrated on Track 2 of **Audio Exhibit 2** to the Ferrara Declaration another copy of which accompanies this Rebuttal.

25.    Indeed, using Dr. Stewart's transcriptions of the guitar melodies in "Stairway" (attached as Visual Exhibit B to the Stewart Report) and the "Taurus Studio Version" (attached as Visual Exhibit C to the Stewart Report), on Track 2 of **Audio Exhibit 2** to the Ferrara Declaration, I play those melodies (as transcribed by Dr. Stewart) back-to-back and demonstrate that the similarity is merely (1) a descending chromatic scale (a musical building block), (2) within a "minor line cliché" chord progression, and (3) with a commonplace eighth-note rhythm.

26.    In summary, Dr. Stewart fails to identify any similarity in melody in the "Taurus Studio Version" (and the other "Taurus" recordings) and "Stairway", and he obscures the substantial differences.

27.    Melodic similarities in the *guitar* parts in the "Taurus Studio Version" and "Stairway" are found in *guitar* parts in prior art.  As analyzed and transcribed in Musical Examples 11 – 19 in **Rebuttal Attachment C – Analysis of Melody** attached hereto, *guitar* parts in six (6) works that predate the "Taurus Studio Version" include melodic similarities in the "Taurus Studio Version" and "Stairway".  For example, the close similarities between the iconic *guitar* part at the opening of "Michelle", released by The Beatles in 1965, and the *guitar* part at issue in the "Taurus Studio Version", are demonstrated in Musical Example 15 on p. 12 in the attached **Rebuttal Attachment C – Analysis of Melody**.  Therein, the guitar part in the "Taurus Studio Version" is placed over the guitar part in "Michelle" in a comparative transcription.  To the extent that Dr. Stewart finds that the four-measure guitar part in the Introduction in "Stairway" copies the four-measure guitar part in the "Taurus Studio Version", he would have to find that the four-measure guitar part in the "Taurus Studio Version" copies the four-measure iconic guitar part in the Introduction of The Beatles' 1965 "Michelle".

9

**EXHIBIT 3**
**16**

<u>THE CLAIM OF MELODIC SIMILARITY IN THE VOCAL MELODY</u>

28.    As to the claimed melodic similarity in the vocal melody, in ¶ 17 (p. 6) of the Stewart Report, Dr. Stewart finds similarity between a portion of vocal melody in "Stairway" that he describes as A-B-C-B-A-C and a portion of harpsichord melody in the "Taurus Studio Version" (and the Clavinet melody in the recordings of "live versions" of "Taurus") he describes as A-B-C  A.  (Also see the Stewart Declaration at page 9, ¶ 20.)   That is, the only shared pitches, as he describes this melodic similarity, are A-B-C.  Dr. Stewart fails to provide *comparative* transcriptions of these melodies.  Instead, in the body of his report, he only lists the pitch sequences, namely, "A B C A" in "Taurus" and "A B C B A C" in "Stairway".  Also, as he transcribes them in Visual Exhibits B and C of the Stewart Report, the placement and melodic rhythm in the harpsichord melody and in "Taurus Studio Version" and the vocal melody in "Stairway" are different.  Since the placement and melodic rhythm are different, the only identity is the pitches A-B-C, that is, merely moving up a minor scale from A to B to C.  This similarity is generic, fragmentary, and commonplace, and no more than "Do-Re-Me" in a minor scale (1-2-3 of the scale), which is also in, for example, "My Funny Valentine" and other popular songs.

29.    This purported similarity is a failed and flawed attempt in the Stewart Report and the Stewart Declaration to find a similarity between "Stairway" and the "Taurus Studio Version" (and other "Taurus" recordings) that might be added to the clearly unsubstantial and commonplace similarity in the use of a descending chromatic scale (a musical building block) within a commonplace ("cliché") chord progression.  The purported similarity in the vocal melody in "Stairway" is not only fragmentary and minimal, the analysis in the Stewart Report is further undercut by the much greater similarity between the iconic opening melody in "The Streets of Cairo" (1895, a.k.a, "The Snake Charmer") and the fragmentary opening notes in the vocal melody in "Stairway".

30.    In summary, Dr. Stewart does not identify any musicologically significant similarities between the "Taurus Studio Version" and "Stairway", or between the other "Taurus" recordings and "Stairway".  I respectfully refer to (1) the analysis of the melodies in the "Taurus Transcription" and "Stairway", at pages 7-8, Paragraphs 14-

10

**EXHIBIT 3**
**17**

17, and **Attachment D – Analysis of Melody** in the Ferrara Report, and (2) my analysis of the harpsichord melody in the "Taurus Studio Version" and the vocal melody in "Stairway" attached hereto as **Rebuttal Attachment C – Analysis of Melody**.

THE STEWART REPORT FAILS TO ANALYZE "STAIRWAY" IN ITS ENTIRETY

31.     The Stewart Report fails to analyze "Stairway" in its entirety.  The structural chart and "Section descriptions" on pp. 2-3 in the Stewart Report fall far short.  The "Taurus Studio Version" and "Stairway" are very different compositions in their entireties.  With respect to the two works as a whole, there are no significant structural, harmonic, rhythmic, and/or melodic similarities, but there are significant structural, harmonic, rhythmic, and melodic differences.

32.     The Stewart Report refers to the "Taurus Studio Version" as a "song" (e.g., *see* the first sentence in Paragraphs 2, 3, and 4 and thereafter in the Stewart Report), but the "Taurus Studio Version" is not a song as defined in *The Harvard Dictionary of Music*[3].  While "Stairway" is a song with a singing voice and a very meaningful text (lyrics), the "Taurus Studio Version" is not.

33.     The tempo (i.e., the speed at which music is performed) of the "Taurus Studio Version" starting with Section A1 (at 0:45) is approximately 70 beats per minute.  The tempo in the Introduction of the "Taurus Studio Version" is freer.  In that Introduction, the tempo of the basic pulse is flexible, a music performance practice that is broadly termed "rubato"[4].  By way of difference, the Introduction in "Stairway" is not performed "rubato".  Instead, the tempo at the beginning of "Stairway" is 72 beats per minute, and by further way of difference to the "Taurus Studio Version", the tempo in "Stairway" gradually but significantly increases from approximately 72 beats per minute (during the Introduction) to 102 beats per minute (by Verse 6).  The incremental acceleration of the tempo and increase in rhythmic complexity is a

---

[3]     A "song" is: "A form of musical expression in which the human voice has the principal role and is the carrier of a text; as a generic term, any music that is sung…." *The Harvard Dictionary of Music,* Fourth Edition, Harvard University Press, 2003, p. 203.

[4]     *See* "rubato" in *The Harvard Dictionary of Music*, p. 744.

**EXHIBIT 3**
**18**

hallmark of the overall rhythmic feel and flow of "Stairway", a developing rhythmic feel and flow that is absent in the "Taurus Studio Version".

34.    The overall compositional trajectory of "Stairway" is marked by an unremitting increase in musical texture[5] and compositional complexity that develops throughout the song.  The expansion of the musical texture and compositional complexity in "Stairway" develops in parallel with an acceleration of the tempo, <u>i.e.</u>, the speed of the basic pulse, climaxing in Verse 6 (which begins at 6:45).  The overall compositional trajectory in the "Taurus Studio Version" is not remotely similar.

35.    Moreover, the musical and lyrical compositions in "Stairway" are indelibly bound within the "Stairway" composition, and develop together throughout the "Stairway" composition.  There are no lyrics in the "Taurus Studio Version".  I respectfully refer to (1) pp. 8-9, Paragraphs 18-20 regarding the entireties of the compositions in the "Taurus Transcription" and "Stairway", and **Attachment E – Stairway and Taurus in their Entireties** in the Ferrara Report, and (2) my analysis of the "Taurus Studio Version" and "Stairway" in their entireties attached hereto as **Rebuttal Attachment D – Analysis of Both Works in their Entireties**.

<u>THE STEWART REPORT FAILS TO PROVIDE A QUANTITATIVE VALUE ASSESSMENT OF EXPRESSION IN "STAIRWAY" THAT IS SIMILAR TO THE "TAURUS STUDIO VERSION"</u>

36.    The Stewart Report fails to provide a quantitative value assessment of the music in "Stairway" that it finds is similar to the "Taurus Studio Version".  As to the qualitative value of the music it places at issue in "Stairway" and the "Taurus Studio Version" , the Stewart Report finds:  "The passages at issue are clearly important, easily the *most* important musical expression in both songs." [p. 8 / ¶ 18, emphasis in original]

37.    A quantitative and qualitative value assessment of the music in "Stairway" that is similar to the "Taurus Transcription" is presented in **Attachment F – Value Assessment** to the Ferrara Report.  Insofar as the music in "Stairway" that is

---

[5]    "Texture" is being used here in terms of "spacing", "orchestration", and rhythm. (*See* "Texture" in *The Harvard Dictionary of Music*, p. 877.)   "Spacing" is the high or low placement of the notes in a chord. (*Ibid.*, p. 834) and "orchestration" refers to "The art of employing instruments in various combinations…." (*Ibid.*, p. 597.)

**EXHIBIT 3**
**19**

similar to the "Taurus Studio Version" is the same music that is similar to the "Taurus Transcription", the quantitative and qualitative value assessment is the same (with respect to music in "Stairway" that is similar to the "Taurus Studio Version") as the quantitative and qualitative value assessment in **Attachment F – Value Assessment** to the Ferrara Report.

38.    A quantitative value assessment provides an objective measurement of music in an entire work, or a portion thereof.  The first step is to count the total number of notes in the musical work under study.  The "Stairway" score in **Rebuttal Visual Exhibit C** embodies all of the music in the entirety of the musical composition in "Stairway".  There are a total of **11,104** note heads (pitched in all instruments and in the vocal melodies, and un-pitched in the drums).

39.    For the purposes of a purely quantitative analysis, there is no distinction between the "value" of any note or set of notes in relation to any other notes.  Such a distinction, for example, between the "value" of notes in a guitar melody as compared with notes in a guitar chord or melodic notes sung by a singer are not made in a quantitative analysis, rather, they are made in a *qualitative* analysis.  Importantly, a purely quantitative analysis provides an empirically corroborable measurement of the music at issue, and upon which a *qualitative* analysis can later be grounded.  The quantitative measurement provides a reference point. .

40.    There are a total of **248** note heads in the portion of "Stairway" with similarities to the "Taurus Studio Version" as analyzed earlier in this Rebuttal Report consisting of *the acoustic guitar and recorders during 18 measures*.  Note heads in measures during the first 2 minutes and 14 seconds that are not at issue are not included in these 248 note heads.  Therefore, the result of my quantitative value assessment is that **2.23%** of the *music* in "Stairway" embodies similarities to the "Taurus Studio Version".

41.    The lyrics in "Stairway" are *not* counted in this quantitative analysis because there are no lyrics in the "Taurus Studio Version".  However and importantly, the lyrics constitute a substantial portion of the overall composition in "Stairway".  The quantitative measurement of 2.23% only represents 2.23% of the *musical composition*

in "Stairway" with similarities to "Taurus", *not* the whole (musical *and* lyrical) "Stairway" composition.

42.    On the basis of a qualitative analysis, there are qualitative grounds for *increasing* the 2.23% strictly *quantitative* value of the music in "Stairway" that is similar to the "Taurus Studio Version", for example this similar music is part of the Introduction, which is one of the most memorable parts in "Stairway".  On the other hand, there are three sections of "Stairway" that do *not* embody music that is similar to the "Taurus Studio Version" , yet *each* of those sections is at least as equally memorable as the Introduction, namely, (1) the guitar fanfare in the Bridge, (2) the guitar Solo, and (3) the penultimate Verse 6.  The purely quantitative value of each of these three memorable sections in "Stairway" would be *increased* due to their qualitative value, thereby limiting the qualitative increase of the 2.23% quantitative value of the music in "Stairway" that *is* similar to "Taurus".

## III.    FINDINGS REGARDING THE JOHNSON AND BRICKLIN DECLARATIONS

### III. A.  THE DECLARATION OF ERIK JOHNSON

43.    Erik Johnson's Declaration does not analyze the Taurus Transcription or compare the Taurus Transcription to "Stairway".

44.    At page 5, paragraph 14, of his Declaration, Mr. Johnson refers to the appearance of arpeggios in both the "Taurus" recordings (which includes the "Taurus Studio Version") and "Stairway".  Arpeggios, however, are basic musical techniques and their mere use is of no musicological significant.  What Mr. Johnson fails to recognize is that the order of the notes in those arpeggios is very different in the "Taurus" recordings and "Stairway", not only as transcribed in the Ferrara Report, but also as transcribed in Visual Exhibits B and C in the Stewart Report.  (Visual Exhibit C in the Stewart Report transcribes the "Taurus Studio Version".)

45.    At page 5, paragraph 15, of his Declaration, Mr. Johnson refers to the presence of the same three pitches in a portion of vocal melody in "Stairway" and a harpsichord in the "Taurus Studio Version", that is, he refers to Dr. Stewart's similarity between the harpsichord melody in the "Taurus Studio Version" and the vocal melody in

14

**EXHIBIT 3**
**21**

"Stairway".  As shown at paragraphs 20-22 above, a similarity in pitches, and going up A to B to C, is not musicological significant.

46.    At page 10, paragraph 26, of his Declaration, Mr. Johnson does not dispute that the descending minor line cliché  in the "Taurus" recordings and "Stairway" is a commonplace and centuries-old musical device and appears in the prior art example I provided, but asserts that some of those prior art examples are performed in a different key.  That some prior art examples are performed in a different key is not musicologically significant because in transposing a melody from one key to another to compare them, which is standard practice in musicological analysis, all of the pitch and rhythmic relationships are maintained.  Mr. Johnson's implication about the key of some of the prior art examples contradicts accepted musicological practices. Indeed, the composition in the transposed work (i.e., the work that is performed in a different key) remains the same and intact after it is transposed to facilitate a comparative analysis.

47.    At pages 10-11, paragraph 28, of his Declaration, Mr. Johnson opines that a faster or slower tempo (i.e., performance speed) changes a musical composition. That is incorrect.  For example, whether someone performs "Mary Had a Little Lamb" at 70 beats per minute or at 120 beats per minute (two tempos cited by Mr. Johnson), the musical composition in both performances is unchanged:  at 120 beats per minute, one merely performs "Mary Had A Little Lamb" faster than at 70 beats per minute. Moreover, "Chim Chim Cher-ee (included in Mr. Johnson's list) was proffered as an example of the descending line cliché *chord progression* in the Ferrara Report, *not* as an example of prior art that embodies a similar chord progression *and* a similar melodic line played on a guitar.

48.    At page 11, paragraph 30, of his Declaration, Mr. Johnson refers to the minor line cliché as "mythical".  As both Dr. Stewart and I agree, the minor line cliché has existed in music for centuries and is the "Taurus" recordings and "Stairway."  In that same paragraph, Mr. Johnson also states that it is "preposterous" that "arpeggios and minor line clichés are simply commonplace musical devices, freely available to all with no strings attached…."  Once again, both Dr. Stewart and I agree that arpeggios and the minor line cliché are commonplace and part of the public domain.

15

**EXHIBIT 3**
**22**

III.  B.  THE DECLARATION OF BRIAN BRICKLIN

49.    At page 12, paragraph 25, of his Declaration, Brian Bricklin simply states that he "rebut[s]" my report and there is the same "underlying musical composition in the "Taurus" recordings and "Stairway".  That bare conclusion is incorrect and cannot be credited.

## IV.    CONCLUSIONS

50.    The Stewart Report does not mention the transcription of the "Taurus" musical composition stamped, "Dec 22, 1967" and "Eu 35222" (the "Taurus Transcription").  Instead, Dr. Stewart analyzes and compares recordings of performances of "Taurus", on the one hand, and a recording of "Stairway", on the other hand.  To the extent that the "Taurus Transcription" is the copyrighted musical composition at issue, the Stewart Report relies upon and analyzes and compares the wrong work.

51.    The Stewart Report relies upon and analyzes and compares performance elements in "Taurus" recordings that are nowhere mentioned in the "Taurus Transcription".  The "Taurus Transcription" does not mention or reflect, for example, performance techniques, instrumentation and orchestration, or tempo (i.e., performance speed).  However, the Stewart Report refers to, for example, "fingerpicking style" [p. 1 / ¶ 3], "acoustic guitar" [p. 2 / ¶ 4], tempo [p. 2 / ¶ 4], "classical instruments such as flute…strings and harpsichord" [p. 2 / ¶ 4], "atmospheric sustained pads" [p. 3 / ¶ 4] and "fretboard positioning and fingering" (on the guitar) [p. 4 / ¶ 7]. None of this is mentioned or reflected in the "Taurus Transcription".   Indeed, the performance is not the composition, and the composition remains the composition regardless of the instruments on which it is performed.

52.    The Stewart Report identifies and attaches "six live versions", a "demo version", and the "studio version" of "Taurus".  [p. 1 / ¶ 3, p. 3 / ¶ 5] However, almost the entirety of the Stewart Report is directed at the "Taurus Studio Version" which was released on the album, *Spirit*, by January 1968.  In response to the Stewart Report, on the basis of my musicological analysis of the compositions embodied in "Stairway" and the "Taurus Studio Version", it is my opinion that the compositions therein do not share any significant structural, harmonic, rhythmic, or melodic similarities, individually or in

16

**EXHIBIT 3**
**23**

the aggregate. Any similarities between the "Taurus Studio Version" and "Stairway" are insubstantial, and represent musical practices that were in common use prior to "Taurus".

53.     On the basis of my musicological analysis, I found that the similarities between the "Taurus Studio Version" and "Stairway" are a result of their creators having drawn upon commonly and widely used musical practices in well-known compositions, including as played on the guitar. Moreover, the substantial differences between the "Taurus Studio Version" and "Stairway" far exceed any similarities between them.

54.     The similarities between the "Taurus Studio Version" and "Stairway" are limited to a descending line of notes and widely used chord progressions which appear in three measures in "Stairway" (around 9 seconds in the "Stairway" sound recording) that are iterated six times in "Stairway" for a total of eighteen measures.

55.     However, the chord progressions and the melodies in the "Taurus Studio Version" and in those three measures in "Stairway" are not the same, and similarities therein are commonly found in works that predate the "Taurus Studio Version". The order of the notes in the guitar parts in the four-measure phrases placed in issue by Dr. Stewart is not the same in the "Taurus Studio Version" and "Stairway". Moreover, the two-note phrases in the upper melodic line in the guitar arpeggios in "Stairway" are the most creative and memorable part in those three measures in the Introduction in "Stairway"; that upper melodic line is absent in the "Taurus Studio Version". What is melodically similar to the guitar part in the "Taurus Studio Version", a descending chromatic line, is a commonly used musical building block. This is demonstrated in Track 2 on Audio Exhibit 2 attached to my first Declaration.

56.     The overall compositional trajectory of "Stairway" is marked by an unremitting increase in musical texture and in compositional complexity that develops throughout the song. The expansion of the musical texture and compositional complexity in "Stairway" runs in parallel with an acceleration of the tempo, i.e., the speed of the basic pulse, climaxing in Verse 6 (which begins at 6:45). The overall compositional trajectory in the "Taurus Studio Version" is not remotely similar, and is without any comparable compositional climax. Moreover, "Stairway" is a "song" with a

17

**EXHIBIT 3**
**24**

vocal melody line and a text (lyrics). The misnomer in the Stewart Report notwithstanding, the "Taurus Studio Version" is not a "song"; it does not indicate any vocal melody nor does it include any lyrics.

57. On the basis of a quantitative analysis, 2.23% of the *music* in "Stairway" embodies similarities to the "Taurus Studio Version". On the basis of a qualitative analysis, there are qualitative grounds for *increasing* the 2.23% quantitative value of the music in "Stairway" that is similar to the "Taurus Studio Version". However, this 2.23% of music in "Stairway" does not include the *lyrical* composition. The lyrics in "Stairway" constitute a substantial portion of the overall composition. Thus, the quantitative measurement of 2.23% represents *only* 2.23% of the *musical composition* in "Stairway" with similarities to both versions of the "Taurus Studio Version" , *not* the whole (musical *and* lyrical) "Stairway" composition.

58. Insofar as any similarities between the "Taurus Studio Version" and "Stairway" are insubstantial and represent musical practices that were in common use prior to the "Taurus Studio Version", it is my professional opinion that there is no *musicological* support for a claim that "Stairway" infringes the music copyright of the "Taurus Studio Version".

Respectfully submitted,

March 12, 2016                    By:    Lawrence Ferrara, Ph.D.

_____

18

**EXHIBIT 3**
**25**

Tab A

**FERRARA REBUTTAL TO THE STEWART REPORT**

**REBUTTAL ATTACHMENT A – ANALYSIS OF STRUCTURE**

A.  1.   THERE ARE NO SIGNIFICANT STRUCTURAL SIMILARITIES
BUT THERE ARE SIGNIFICANT STRUCTURAL DIFFERENCES

1.      I found that there are no significant structural similarities between the compositions embodied in the "Taurus Studio Version" and "Stairway", but there are significant structural differences.

2.      I prepared and attached a transcription of the composition embodied in the entirety of the "Taurus Studio Version" as **Rebuttal Visual Exhibit B** and a transcription of the composition embodied in the entirety of "Stairway" as **Rebuttal Visual Exhibit C**. In both transcriptions, the name of each structural section is placed above the measure[1] in which that section commences, and the corresponding commencement times in the sound recordings are identified.

3.      A structural chart provides a map of the structural sections in a musical composition.  The charts of the respective structures in the "Taurus Studio Version" and "Stairway" immediately below include the number of measures (mm.) in each structural section as well as the commencement time of each structural section.

|  the "Taurus Studio Version" : Structural Chart | | |  "STAIRWAY": Structural Chart | | |
|---|---|---|---|---|---|
| 0:00 | Intro | (18 mm.)[2] | 0:00 | Intro | (16 mm.) |

---

[1]      A "measure" is a unit of musical time with vertical lines termed "bar lines".

[2]      Unlike the "meter" (i.e., beats in each measure) and performance speed during the Introduction section in "Stairway", the meter and performance speed during the Introduction section in the "Taurus Studio Version" are ambiguous.  Therefore, "18 measures" is an approximation.  All timings in this report are approximate within 1 second.

1

**EXHIBIT 3**
**26**

| 0:45 | Section A1 | (8 mm.) |
|------|-----------|---------|
| 1:12 | Section B1 | (7 mm.) |
| 1:37 | Section A2 | (8 mm.) |
| 2:05 | Section B2 | (8 mm.) |
| (ends at 2:38) | | |

| 0:54 | Verse 1 | (20 mm.) |
|------|---------|----------|
| 2:01 | Interlude | (4 mm.) |
| 2:14 | Refrain 1 | (8 mm.) |
| 2:40 | Verse 2 | (9 mm.) |
| 3:07 | Refrain 2 | (8 mm.) |
| 3:30 | Verse 3 | (9 mm.) |
| 3:57 | Refrain 3 | (8 mm.) |
| 4:20 | Verse 4 | (9 mm.) |
| 4:45 | Refrain 4 | (8 mm.) |
| 5:08 | Verse 5 | (10 mm.) |
| 5:35 | Bridge | (8 mm.) |
| 5:56 | Gtr. Solo | (20 mm.) |
| 6:45 | Verse 6 | (18 mm.) |
| 7:27 | Outro | (11 mm.) |
| (ends at 8:02) | | |

## II. A. 2.   THE OVERALL STRUCTURES ARE VERY DIFFERENT

4.      The overall structures in the "Taurus Studio Version" and "Stairway" are very different, as illustrated in the structural charts immediately above.  "Stairway" includes Interlude, Bridge, Guitar Solo, and Outro sections but the "Taurus Studio Version" does not.  Both works begin with an Introduction section, which is generic in popular music and is a structural building block in music.  The interchange of Sections A and Sections B in the "Taurus Studio Version" is loosely analogous to the interchange of Verses and Refrains in "Stairway".  However, such an interchange is generic in songs in popular music and is a basic structural building block in music.  Thus, any similarity in the overall structures represents common practices that are generic in popular music and/or structural building blocks in music.

5.      Contrary to the Stewart Report, in terms of their overall structures there are four Refrains and six Verses in "Stairway" but there are only two iterations of Section A (i.e., Sections A1 and A2) and two iterations of Section B (i.e., Sections B1

2

**EXHIBIT 3**
**27**

and B2) in the "Taurus Studio Version" .  In addition, the interchange between Verse 1 and Refrain 1 in "Stairway" is separated by an "Interlude" section, but this is not the case in the interchanges between Sections A and B in the "Taurus Studio Version".

II.  A.  3.   THE SIMILARITY IS LIMITED TO THREE MEASURES THAT REPEAT

6.    Structural charts can be used in the *identification* of the portions that include *any* relevant similarities between the works at issue.  On the basis of my completed analysis of the "Taurus Studio Version" and "Stairway", I found that the similarities between the "Taurus Studio Version" and "Stairway" are limited to three measures (around 9 seconds in the "Stairway" sound recording) that are iterated six times for a total of eighteen measures.  As demonstrated later in this report, the harmonic similarity in these three measures was in common use prior to the "Taurus Studio Version".  As to the melodies during these three measures, the melodic similarity consists of a descending chromatic scale (a fundamental musical building block) in which the rhythmic durations of four of the five notes are *different* in the "Taurus Studio Version" and "Stairway", the order of the notes is different, and there is a basic eighth-note pulse that is interrupted by a held over ("tied") note in measure three in "Stairway" but not in the "Taurus Studio Version" as transcribed by Dr. Stewart in Visual Exhibits B and C to the Stewart Report.  On the basis of my analysis, I found that these three measures occur in the following portions of the "Taurus Studio Version":

Section A1 from 0:45 – 0:54 and 0:58 – 1:08 (*see* mm. 19 – 21 and 23 – 25 in **Rebuttal Visual Exhibit B**); and

Section A2 from 1:37 – 1:46 and 1:51 – 2:01 (*see* mm. 34 – 36 and 38 – 40 in **Rebuttal Visual Exhibit B**).

Thus, the entire Introduction (measures 1 – 18), measures 22 and 26 in Section A1, measures 37 and 41 in Section A2, the entire Section B1 (measures 27 – 33), and the entire Section B2 (measures 42 – 49) in the "Taurus Studio Version" do *not* include similarities to "Stairway".

3

**EXHIBIT 3**
**28**

7.    Turning to "Stairway", I found that these three measures occur in the following portions of "Stairway":

Introduction from 0:00 – 0:09 and 0:13 – 0:22 (*see* mm. 1 – 3 and 5 – 7 in **Rebuttal Visual Exhibit C**);

Verse 1 from 0:54 – 1:03; 1:07 – 1:16; and 1:47 – 1:56 (*see* mm. 17 – 19, 21 – 23, and 33 – 35 in **Rebuttal Visual Exhibit C**); and

Interlude from 2:01 – 2:10 *in varied form* (*see* mm. 37 – 39 in **Rebuttal Visual Exhibit C**).

Thus, ten measures out of a total of sixteen measures in the Introduction in "Stairway" (measures 4 and 8 – 16) do *not* include similarities to the "Taurus Studio Version", measures 20 and 24 – 32 in Verse 1 in "Stairway" do *not* include similarities to the "Taurus Studio Version", and measures 40 – 166 (which includes Verses 2 – 6, Refrains 1 - 4, the Bridge, the Guitar Solo, and the Outro sections from 2:14 – 8:01) do *not* include similarities to the "Taurus Studio Version" .

A.  4.  SUMMARY OF FINDINGS IN THE ANALYSIS OF STRUCTURE

8.    In summary, on the basis of my analysis I found that any structural similarities between the "Taurus Studio Version" and "Stairway" are insignificant, but there are significant structural differences.  In addition, I found that 18 measures out of a total of 166 measures in "Stairway" contain similarities to the "Taurus Studio Version". These 18 measures in "Stairway" consist of six iterations of the three measures discussed above, with some variation, and that recede with the entrance of the vocal melody and lyrics in Verse 1 as transcribed in **Rebuttal Visual Exhibit C**.  The harmonic similarity in these measures represents practices that were in common use prior to the "Taurus Studio Version".  As to the melodies during these three measures, the melodic similarity consists of a descending chromatic scale (a fundamental musical building block) in which the rhythmic durations of four of the five notes are *different* in the "Taurus Studio Version" and "Stairway", chords are outlined differently, and there is a basic eighth-note pulse that is interrupted in measure three in "Stairway" but not in the

4

**EXHIBIT 3**
**29**

"Taurus Studio Version" as transcribed by Dr. Stewart in Visual Exhibits B and C to the Stewart Report.

**EXHIBIT 3**
**30**

Tab B

**FERRARA REBUTTAL TO THE STEWART REPORT**

**REBUTTAL ATTACHMENT B – ANALYSIS OF HARMONY**

A.  1.  THERE ARE NO SIGNIFICANT HARMONIC SIMILARITIES
BUT THERE ARE SIGNIFICANT HARMONIC DIFFERENCES

1.      Contrary to the Stewart Report, on the basis of my analysis, I found that there are no significant harmonic similarities between the "Taurus Studio Version" and "Stairway", but there are significant harmonic differences.

2.      Overall, the Introduction, Section A1, and Section A2 in the "Taurus Studio Version" are in the key of A minor (*see* the structural charts at Paragraph 3 on pages 1-2 in the attached **Rebuttal Attachment A – Analysis of Structure**).  Section B1 and Section B2 are in the key of A major.  Thus, the "Taurus Studio Version" includes three modulations (i.e., changes of key):

(1)  from A minor (Section A1) to A major (Section B1);
(2)  from A major (Section B1) to A minor (Section A2); and
(3)  from A minor (Section A2) to A major (Section B2).

3.      Overall, "Stairway" is in the key of A minor.[1]  Thus, by way of significant harmonic difference to the "Taurus Studio Version", "Stairway" does not include three modulations to the key of A major.

4.      As transcribed (with chord symbols) in **Rebuttal Visual Exhibit B**, the harmony in the 44-seconds-long Introduction in the "Taurus Studio Version" (mm. 1 – 18) hovers on an "E5" harmony.  (In some cases chord symbols depict implied chords

---

[1]      The Bridge could be considered as in the key of D major, but cutting against that is the strong use of "Am" and "D" chords in the Refrains 1, 2, 3 and 4 which precede the Bridge.  Within that harmonic context, the resolution of the "D" and "C" chords in the Bridge to the "Am" chord (and the reconfirmation of the key of "A minor") at the opening of the Solo Guitar section (which immediately follows the Bridge) supports a view that the Bridge is not a modulation to the key of D major but, rather, is the continuation of the heavy use of the "IV" chord in the four Refrains that precede the Bridge.

1

**EXHIBIT 3**

such as when the root and the third of the chord are present, but the fifth of the chord is not.)  The harmony in the entirety of "Stairway" is very different from the harmony in the Introduction in the "Taurus Studio Version".  (*See* my transcription of "Stairway" with chord symbols in **Rebuttal Visual Exhibit C**.)  Moreover, the harmony in Section B1 and B2 in the "Taurus Studio Version" is very different from the harmony in the entirety of "Stairway".  (*See* my transcriptions in **Rebuttal Visual Exhibits B** and **C**.)   As analyzed in **Rebuttal Attachment A**, the harmonic similarity with "Stairway" is found in Section A1 and Section A2 in the "Taurus Studio Version".

5.      Turning to "Stairway", the harmony in the second half of the Introduction in "Stairway" (*see* mm. 9-16 in **Rebuttal Visual Exhibit C**) is different from the harmony in the entirety of the "Taurus Studio Version".  The harmony in measures 25-32 in Verse 1 in "Stairway" is different from the harmony in the entirety of the "Taurus Studio Version".  Moreover, the harmony in measures 41 (at the beginning of Refrain 1) through 166 (at the end) in "Stairway" (<u>i.e.</u>, from 2:14 – 8:02 in "Stairway") is different from the harmony in the entirety of the "Taurus Studio Version".

6.      The harmonic similarity to the "Taurus Studio Version" is not significant and found in six measures during the sixteen-measure Introduction, nine measures during the twenty-measure Verse 1, and three measures during the four-measure Interlude in "Stairway", a total of 18 out of 166 measures in the entirety of "Stairway".  Within those 18 measures in "Stairway", the similar expression is limited to 3 measures that are iterated a total of six times as analyzed below.

<u>II.  B.  2.   THE HARMONIC SIMILARITY IS LIMITED TO THREE MEASURES
THE REPEAT</u>

7.      The harmonic similarity between the "Taurus Studio Version" and "Stairway" is limited to *the first three measures* of a four-measure chord progression that is not the same in the two works.  Moreover, the harmonic similarity is the result of commonplace descending line chord progressions.

2

**EXHIBIT 3**
**32**

8.     The four-measure chord progression in the "Taurus Studio Version" is contiguously iterated two times in Section A1 and two times in Section A2 (*see* the structural chart under Paragraph 24).  A four-measure chord progression in "Stairway" is iterated two times in the Introduction, three times in Verse 1, and one time in the Interlude (*see* the structural chart under Paragraph 24 above).

9.     The contiguous first and second iterations of the four-measure chord progressions in the "Taurus Studio Version" and "Stairway" are illustrated in **Rebuttal Visual Exhibit D**, which consists of two pages of excerpts from the full scores of the "Taurus Studio Version" and "Stairway".  Page 1 in **Rebuttal Visual Exhibit D** consists of all of the instrumental parts in four measures (19-22) from the "Taurus Studio Version" *placed over* all of the instrumental parts in four measures (1-4) from "Stairway".[2]  These are the opening four measures of the first iteration of the four-measure chord progression in each work.  Page 2 in **Rebuttal Visual Exhibit D** consists of all instrumental parts in four measures (23-26) from the "Taurus Studio Version" *placed over* all instrumental parts in four measures (5-8) from "Stairway".  In both instances, these four measures contiguously follow the opening four measures of the first iteration of the four-measure chord progression in each work.  The four-measure chord progressions and their contiguous repeat (for a total of eight measures) in the "Taurus Studio Version" and "Stairway" are charted immediately below.[3]  As

---

[2]     The brackets on the left side of the score demarcate the individual parts in the "Taurus Studio Version" and "Stairway":  the *three* lines of music at the top of the score are bracketed and thus represent the "Taurus Studio Version" and the *two* lines of music at the bottom of the score are bracketed and thus represent "Stairway".  On the second page of **Rebuttal Visual Exhibit D**, the *six* lines of music at the top of the score are bracketed and thus represent individual parts in the "Taurus Studio Version" and the *three* lines of music at the bottom of the score are bracketed and thus represent individual parts in "Stairway".

[3]     Chord symbols without a slash ("/") after the letter are in "root" position in which case the name of the chord is the lowest note. (The lowest note of a chord is sometimes termed the "bass" note although this does *not* necessarily mean that it is actually played on a bass guitar or bass fiddle.)  Numbers in parentheses represent notes added to the basic chord: "Am(add 2)" symbolizes an A minor chord with an added 2nd above the "A". Chords symbols with a slash ("/") are *not* in "root" position.  Instead, the lowest (or "bass") note is the note after the slash.

3

**EXHIBIT 3**
**33**

illustrated in **Rebuttal Visual Exhibit C**, the remainder of the chord progression in the second half of the Introduction in "Stairway" is different from the "Taurus Studio Version": starting with measure 9 and continuing through measure 16, this chord progression does not embody similarities to the chord progression in the "Taurus Studio Version".

|  | 1st measure | | 2nd measure | |
|---|---|---|---|---|
| "Taurus SV": | Am(add2) | E/G# | Em/G | F#7(sus 4) |
| "Stairway": | Am | G#+ | C/G[4] | D/F# |

|  | 3rd measure | | 4th measure | |
|---|---|---|---|---|
| "Taurus SV": | Fmaj7(#11) | | D7(omit3) | D5/A |
| "Stairway": | Fmaj7 | | G/B | Am |

<u>(The Contiguous Repeat of the Four-measure Chord Progression Follows)</u>

|  | 5th measure | | 6th measure | |
|---|---|---|---|---|
| "Taurus SV": | Am(add2) | E/G# | Em/G | D13/F# |
| "Stairway": | Am | G#+ | Am7/G | D/F# |

|  | 7th measure | | 8th measure | |
|---|---|---|---|---|
| "Taurus SV": | Fmaj7(#11omit3) | | D7(omit 3) | Am(add 2) |
| "Stairway": | Fmaj7 | | G/B | Am |

---

[4]    Musical Examples 1 and 8 in **Attachment B – Analysis of Harmony** attached to the Ferrara Report, has a typo in this chord symbol.  It lists "Am7/G" rather than "C/G". While "Am7/G" is the correct chord symbol for four of the six iterations of the four-measure chord progression, in the opening chord progression transcribed in Musical Examples 1 and 8, there is no "a" pitch and therefore, the chord symbol should be "C/G" as transcribed in **Visual Exhibit B** attached to the Ferrara Report.  The "Am7/G" chord symbol is used in measure 2 in the full score transcription of "Stairway" in **Visual Exhibit B** attached to the Ferrara Report.

4

**EXHIBIT 3**
**34**

II. B. 3.   THE HARMONIC SIMILARITY RESULTS FROM A DESCENDING LINE
CHORD PROGRESSION COMMONLY FOUND IN MUSICAL WORKS THAT
PREDATE THE "TAURUS STUDIO VERSION"

10.    Similarities in the four-measure chord progressions in the "Taurus
Studio Version" and "Stairway" are found in chord progressions in popular music prior to
the "Taurus Studio Version", used in classical music as early as the 17th century, and so
common that they are sometimes referred to as a "minor line cliché".  The lowest notes
in the first three measures in the chord progressions under analysis in the "Taurus
Studio Version" and "Stairway" move down the chromatic scale.[5]  This is illustrated in
Musical Example 1 immediately below in which the guitar part in the first four measures
of Section A in the "Taurus Studio Version" is written over the guitar part in the first four
measures of "Stairway" in a comparative transcription.  Chord symbols (e.g., "Am") are
listed above the measures.  Such a comparative transcription of the four-measure guitar
parts is absent in the Stewart Report.  Dr. Stewart admits that the "four-measure
passage" contains a descending chromatic bass line, which has been used by many
composers through the ages [the Stewart Declaration at pp. 5-6, ¶ 9].  He states that
composers have used this "foundational pattern" of "six pitches" in "original and creative
ways", but the only new way he identifies in which the "Taurus" recordings and
"Stairway" use this "foundational pattern" is to cut it short by one pitch.  [Id. At p. 6, ¶ 10]
I do not understand how, and do not agree that, using five-sixths of a "foundation
pattern" that is centuries old and common in popular music, is an "original and creative"
use.  For example, I understand that "Mary Had a Little Lamb" is in the public domain,
and I do not see how using five-sixths of "Mary Had a Little Lamb" is original musical
expression.  Also, as stated in the Ferrara Declaration at page 3, paragraph 10, other
popular songs have ended this "foundational pattern" one pitch short".

11.    In Musical Example 1, the notes in the descending chromatic scale are
highlighted in red in the first three measures of the four-measure chord progressions in
the "Taurus Studio Version" and "Stairway".  This descending chromatic scale, a

---

[5]    A "chromatic scale" is a scale in which each pitch is separated from its neighbors
by a semitone, the smallest interval in the Western tonal system.  *See* "scale" in *The
Harvard Dictionary of Music*, p. 757.

**EXHIBIT 3**
**35**

musical building block, starts on scale degree 1 (an "a" pitch) and descends in half steps (i.e., chromatically) to scale degree 6 (an "f" pitch).[6]

**MUSICAL EXAMPLE 1**

Four-measure guitar parts
Measures 1-4 in Section A in **The "Taurus Studio Version"**
Measures 1-4 in **"Stairway"**



"Dido's Lament"

12.    A chromatic descending scale (or descending line) within a chord progression is common.[7]  A very famous example is the chromatic descending line

---

[6]    I disagree with many of the notes in the transcription of "Stairway" attached as Visual Exhibit B to the Stewart Report.  Among these include the incorrect duration of the notes in the descending chromatic scale.  Dr. Stewart transcribes these notes as eighth notes but they are clearly half notes, which are four times longer than eighth notes, as per my transcription attached as **Rebuttal Visual Exhibit C**. Also, I disagree with many of the notes in the transcription of the "Taurus Studio Version" attached as Visual Exhibit C to the Stewart Report, as per my transcription attached as **Rebuttal Visual Exhibit B**.

chord progression in "When I Am Laid in Earth" (also known as "Dido's Lament") from Henry Purcell's opera, *Dido and Aeneas* (1689).[8]  The published sheet music of "When I Am Laid in Earth" (hereafter, "Dido's Lament") referenced in the Stewart Report and attached to the Ferrara Report as **Visual Exhibit D**.  A descending line chord progression occurs several times in this famous song, including with contiguous repeats.  The first four measures of the first iteration of the descending line chord progression in "Dido's Lament" from the published sheet music is transcribed in Musical Example 2 below.  Therein, the notes in the descending chromatic scale in the chord progression in "Dido's Lament" are highlighted in red, as they are in Musical Example 1 above in the excerpts from the "Taurus Studio Version" and "Stairway".[9]

13.    Like the "Taurus Studio Version" and "Stairway", the descending chromatic scale in "Dido's Lament" starts on scale degree 1 (an "a" pitch) and the descent is in half steps (i.e., the descent is chromatic).  The descent in "Dido's Lament" has an additional note descending to scale degree 5 (an "e" pitch).  Thus, *this centuries-old "Lament" contains the descending chromatic scale that is in the "Taurus Studio Version" and "Stairway"* as transcribed in Musical Example 2 below.

---

[7]    For example, *see* Richard J. Scott, *Chord Progressions for Songwriters* (Writers Club Press, New York, 2003, pp. 181, 189-191, and 195-198).  A descending line movement in half-steps within a chord progression is, in some instances, termed a "line cliché".  (*See* Randy Felts, *Reharmonization*, Berklee Press, 2002, Chapter Eleven titled "Line Clichés", pp. 105-112.)  These "line cliché" minor chord progressions are also known as "CESH", i.e., contrapuntal elaboration of static harmony.  (For example, *see* (1) Robert Rawlins and Nor Eddine Bahha, *Jazzology: The Encyclopedia of Jazz Theory for All Musicians*, Hal Leonard Corp., 2005, pp. 108-110, (2) Jerry Coker, *Elements of the Jazz Language for the Developing Improvisor*, Alfred Publishing Co., 1991, Chapter 10 titled "CESH", pp. 61-67, and (3) Jerry Coker, *Keyboard For Pianists and Non-Pianists*, Belwin Mills Publishing Corp., 1991, pp. 41-45.)  Indeed, John A. Elliott writes that another term for CESH is "line cliché" in his *Insights in Jazz: An Inside View of Jazz Standard Chord Progressions* (Jazzwise Publications, 2009).

[8]    *The Harvard Dictionary of Music*, pp. 241 and *see* "Lamento" on page 452.

[9]    In keeping with musicological practices, all of the transcriptions of works in minor keys are presented in the key of A minor to facilitate comparisons.

## MUSICAL EXAMPLE 2

### "Dido's Lament"



14.    Chord symbols have been added in Musical Example 2 based on contemporary chord symbol analysis practices.  As is the case between the chromatic descending line chord progressions in the "Taurus Studio Version" and "Stairway", the chromatic descending line chord progression in "Dido's Lament" has *similarities and differences* with the "Taurus Studio Version" and "Stairway"[10] such as:

- The first chord in "Dido's Lament" is "Am" which is the same as in "Stairway";

---

[10]    *See* the comparative chart of the chord progressions in the "Taurus Studio Version" and "Stairway" at Paragraph 9 above.

- The second chord in "Dido's Lament" is an "E7" chord with "g#" as the lowest pitch which is very similar to the second chord in the "Taurus Studio Version", particularly regarding the "E7/G#" chord also in measure 2 in "Dido's Lament" that drops the "flat 13";

- The next chord in "Dido's Lament", like the "Taurus Studio Version" and "Stairway", has a "g" as the lowest pitch and includes two of the three pitches in the third chord in "Stairway" and the "Taurus Studio Version", but the root of the chord is different;

- The next chord in "Dido's Lament" is a "D" chord with "f#" as the lowest pitch (and an added "2" or "6") and is similar to the corresponding "D/F#" in "Stairway" and to the "D13/F#" (which is the fourth chord in the second iteration of the four-measure chord progression) in the "Taurus Studio Version";

- The next chord in "Dido's Lament", "Dm(#11)/F", shares the lowest pitch ("f") and two additional pitches with the "Fmaj7" chord in the "Taurus Studio Version" and "Stairway"; and

- The meter in "Dido's Lament" (3/2) and the harmonic rhythm are different from the meter and harmonic rhythm in the "Taurus Studio Version" and "Stairway".

15.    The use of a repeating chord progression with descending "bass" notes in "Dido's Lament" can also be found in other operas in the 17th century.  According to *The Harvard Dictionary of Music*, a descending bass line device was also practiced in the mid-17th century Italian operas of Venice.[11]

16.    The Stewart report acknowledges the similarity between the chord progressions in the "Taurus Studio Version" and "Stairway" and the 17th century "Lament."  Dr. Stewart states that the chord progressions in the "Taurus Studio Version" and "Stairway" "depart from the traditional ['Lament'] sequence in similar and

---

[11]    *The Harvard Dictionary of Music*, *see* "Lamento", p. 452.

9

**EXHIBIT 3**
**39**

significant ways." [p. 4 / ¶ 8] Dr. Stewart finds this difference from the traditional "Lament" chord progression "significant" and "unusual".  That is hardly the case.

17.    First, the purported departure from the "Lament" chord progression in "Taurus SC" and "Stairway" is not "significant".  The difference Dr. Stewart finds between the centuries-old "Lament" and the chord progressions in the "Taurus Studio Version" and "Stairway" is that the "Lament" has an extra descending chord.  Thus, as analyzed in the Stewart report, the "Lament" includes six descending chords while the chord progressions in the "Taurus Studio Version" and "Stairway" stop at the fifth chord.  Notably, the five notes in the descending chromatic scale in the chord progressions in the "Taurus Studio Version" and "Stairway" is contained within the descending line in the six-chord progression in "Dido's Lament" as analyzed by Dr. Stewart.  That is hardly a "significant" difference.   For example, using one less note in a common musical scale is still using a common musical scale.

18.    Second, the Stewart Report fails to acknowledge that these chord progressions in the "Taurus Studio Version" and "Stairway" are not only centuries old, but are commonplace musical devices even now, sometimes termed "minor line cliché" in jazz theory books, and are found in numerous well-known popular musical works that predate the "Taurus Studio Version" as demonstrated below.  Thus, there is nothing "unusual" about the cliché chord progressions in the "Taurus Studio Version" and "Stairway" ending one chord short of the "Lament".

<u>"Prelude in E Minor"</u>

19.    Another very well-known example of a chromatic descending scale within a chord progression in classical music is "Prelude in E minor" Opus 28 by Frederic Chopin (1839).[12]  The published sheet music is attached as **Visual Exhibit E** to the Ferrara Report, on which the descending notes are demarcated by hand-written circles.  The hand-written circles illustrate the parallel chromatic descents in (1) the upper notes

---

[12]    *Ibid.*, p. 381.

10

**EXHIBIT 3**
**40**

of the *chords* (which start on scale degree 1 and descend chromatically through scale degree 5), and the lowest notes of the *chords* (which start on scale degree 3 and descend chromatically through scale degree 7).

"The Meaning of the Blues"

20.    There are many examples of popular musical works with chromatic descending line chord progressions that predate the "Taurus Studio Version".  For example, the 1957 Julie London recording of "The Meaning of the Blues" (attached as Track 3 on **Audio Exhibit 1** in the Ferrara Report) includes a descending line chord progression.  Written in a minor key, the chord progression is transcribed in Musical Example 3 below.  The notes in the descending chromatic scale are highlighted in red.  Like the "Taurus Studio Version" and "Stairway", the descending line in the four-measure chord progression in "The Meaning of the Blues" starts on scale degree 1 (an "a" pitch) and descends chromatically to scale degree 6 (an "f" pitch).  Thus, the chromatic scale descent is the same in "The Meaning of the Blues", the "Taurus Studio Version", and "Stairway".  Yet, Dr. Stewart opines: "In an **unusual** variation, both T [the "Taurus Studio Version"] and STH ["Stairway"] avoid or defer reaching this important goal on the last pitch of the sequence…." [p. 4 / ¶ 9, emphasis added]  In fact, there is nothing "unusual" about stopping one note short of "the last pitch of the sequence" in a "Lament".  Indeed, many "minor line clichés" in popular music works that predate the "Taurus Studio Version" do not reach "the last pitch of the sequence" as compared with a "Lament" as evidenced in "The Meaning of the Blues" and other works analyzed below.

**MUSICAL EXAMPLE 3**

**"The Meaning of the Blues"**
Julie London recording, 1957
Low Winds Part

At 0:34



**EXHIBIT 3**
**41**

21.    As is the case between the chromatic descending line chord progressions in the "Taurus Studio Version" and "Stairway", the chromatic descending line chord progression in "The Meaning of the Blues" has *similarities and differences* compared with the chord progressions in the "Taurus Studio Version" and "Stairway" transcribed and analyzed above (e.g., *see* the comparative chart of chord progressions in the "Taurus Studio Version" and "Stairway" at Paragraph 9 above), such as:

- The first chord in the chord progression in "The Meaning of the Blues" is "Am" which is the same as in "Stairway";

- The second chord in "The Meaning of the Blues" is an "Am/G#" chord which includes all three pitches in the respective second chords in the "Taurus Studio Version" and "Stairway", and also has "g#" as the lowest pitch which is the same lowest pitch in the "Taurus Studio Version" and "Stairway";

- The third chord in "The Meaning of the Blues" ("Am/G") shares two pitches with the Em/G (the third chord in "Taurus Studio Version"), three pitches with C/G (the third chord in two out of the six iterations of the progression in "Stairway"), and all four pitches in an "Am7/G" (the third chord in four out of the six iterations of the chord progression in "Stairway"), and the same lowest pitch as in the "Taurus Studio Version" and "Stairway";

- The fourth chord in "The Meaning of the Blues", "F#7(b5)", is very similar to the fourth chord in the "Taurus Studio Version", "F#7(sus 4), and has the same lowest pitch as in the "Taurus Studio Version" and "Stairway";

- The fifth chord in "The Meaning of the Blues", "Fmaj7", is the same as the fifth chord in "Stairway";

- The lowest pitch in the sixth chord in "The Meaning of the Blues", "d", is the same as the lowest pitch in the sixth chord in the "Taurus Studio Version";

- The final, "G(b5)" chord in "The Meaning of the Blues" is not similar to the final chords in the "Taurus Studio Version" and "Stairway"; and

- The harmonic rhythm in the first three chords and the metrical placement of the fourth chord in "The Meaning of the Blues" is the same as in the "Taurus Studio

12

**EXHIBIT 3**
**42**

Version" and "Stairway", but the harmonic rhythm of the remaining chords in "The Meaning of the Blues" is not the same.

<u>"Chim Chim Cher-ee"</u>

22.      The 1964 *Mary Poppins* (Original Soundtrack) featuring Dick Van Dyke (with Julie Andrews) singing "Chim Chim Cher-ee" (attached as Track 4 on **Audio Exhibit 1** in the Ferrara Report) includes a chromatic descending line chord progression.  Written in a minor key, the chord progression is identified in Musical Example 4 below.  The notes in the descending chromatic scale are highlighted in red.  Like the "Taurus Studio Version" and "Stairway", the descending line chord progression in "Chim Chim Cher-ee" starts on scale degree 1 (an "a" pitch) and descends in half steps.  The descent in "Chim Chim Cher-ee" is two notes longer through scale degree #4 (to a "d#" pitch).

### MUSICAL EXAMPLE 4

**"Chim Chim Cher-ee"**
(*Mary Poppins* Original Soundtrack, 1964)
Low Strings part

At 0:07



23.      As is the case between the chromatic descending line chord progressions in the "Taurus Studio Version" and "Stairway", the chromatic descending line chord progression in "Chim Chim Cher-ee" has *similarities and differences* compared with the chord progressions in the "Taurus Studio Version" and "Stairway" such as:

- There is a contiguous repeat of the chord progression in "Chim Chim Cher-ee" which is also the case in the "Taurus Studio Version" and "Stairway";

13

**EXHIBIT 3**
**43**

- Unlike the "Taurus Studio Version" and "Stairway", the descending chromatic line in "Chim Chim Cher-ee" is not in the lowest pitches of the chords, rather, the descending chromatic line is played in the lower strings within the chords, as highlighted in red in Musical Example 4;

- The first chord in the chord progression in "Chim Chim Cher-ee" is "Am" which is the same as in "Stairway";

- The second chord in "Chim Chim Cher-ee" is "Am(maj7)/G#" which includes three pitches in the respective second chord in "Stairway" and the "Taurus Studio Version";

- The third chord in "Chim Chim Cher-ee" ("Am7") includes all three pitches in the third chord in "Stairway" but the lowest pitch is not the same;

- The fourth chord in "Chim Chim Cher-ee", "D", includes all three pitches in the fourth chord in "Stairway" but the lowest pitch is not the same;

- The fifth chord in "Chim Chim Cher-ee", "Dm", shares two pitches with the "Fmaj7" chords in the "Taurus Studio Version" and "Stairway" but the "Dm" chord is not as similar, and the lowest pitch is not the same;

- Like the respective sixth chords in the "Taurus Studio Version" and "Stairway", the sixth chord in "Chim Chim Cher-ee" is different, although it shares the lowest pitch ("b") with the lowest pitch in the sixth chord in "Stairway"; and

- The meter (3/4) and harmonic rhythm of the chord progression in "Chim Chim Cher-ee" is different from the meter and harmonic rhythm in the "Taurus Studio Version" and "Stairway".

<u>"How Insensitive"</u>

24.    The 1965 Astrud Gilberto recording of "How Insensitive" (attached as Track 5 on **Audio Exhibit 1** in the Ferrara Report) composed by Antonio Carlos Jobim includes a chromatic descending line chord progression.  Written in a minor key, the chord progression is transcribed in Musical Example 5 below.  The notes in the chromatic descending scale are highlighted in red.  Like the "Taurus Studio Version" and "Stairway", the chromatic descending line chord progression in "How Insensitive"

14

**EXHIBIT 3**
**44**

starts on scale degree 1 (an "a" pitch) and descends in half steps (i.e., chromatically) to scale degree 6 (an "f" pitch).

**MUSICAL EXAMPLE 5**

**"How Insensitive"**
(Astrud Gilberto recording, 1965)
Bass part



25.     As is the case between the chromatic descending line chord progressions in the "Taurus Studio Version" and "Stairway", the chromatic descending line chord progression in "How Insensitive" has *similarities and differences* compared with the chord progressions in the "Taurus Studio Version" and "Stairway" such as:

- The first chord in the chord progression in "How Insensitive" is "Am7" which contains all three pitches and is very similar to the "Am" in "Stairway";
- The second chord in "How Insensitive", "E(b9)/G#", includes two of the three pitches in the respective "Stairway" and the "Taurus Studio Version" chords and has the same lowest pitch;

- There is an additional embellishing chord, "G#°7", in "How Insensitive" which extends the descent of the lowest note in the second chord that is not in the "Taurus Studio Version" or "Stairway";

- The corresponding third chord (based on the inclusion of the third chromatic descending note) in "How Insensitive" is "Gm6" which includes two of the three pitches in the respective third chords in the "Taurus Studio Version" and "Stairway", as well as the same lowest pitch, "g";

- The corresponding fourth chord in "How Insensitive", "D7/F#", is much more similar to the fourth chord in "Stairway" ("D/F#") than is the fourth chord in the "Taurus Studio Version", "F#7(sus 4)", to "Stairway";

- The fifth chord in "How Insensitive", "Dm/F", is similar to the respective fifth chords in "Stairway" and the "Taurus Studio Version" but not as similar as those chords are to each other;

- The respective sixth chords in all three works are different; and

- The harmonic rhythm in the chord progression in "How Insensitive" is different from the harmonic rhythm in the "Taurus Studio Version" and "Stairway".

26.    The published sheet music of "How Insensitive" begins with the Chopin "Prelude" in E minor as its Introduction which is an acknowledgment that the chromatic descending line chord progression in "How Insensitive" is related to the descending line chord progression in Chopin's 1839 "Prelude in F minor". The published sheet music of "How Insensitive" is attached as **Visual Exhibit F** to the Ferrara Report.

### "Walking' My Baby Back Home"

27.    "Walkin' My Baby Back Home" (1930) has been recorded by many artists, including the 1952 released recording of Nat King Cole (attached as Track 6 on **Audio Exhibit 1** in the Ferrara Report). While this song is in a major key, the Verses begin with the "tonicization" (i.e., the momentary "tonic" or key tone) of a minor key. "Walkin' My Baby Back Home" includes a chromatic descending line chord progression. The chromatic descending line chord progression in "Walkin' My Baby Back Home" is

16

**EXHIBIT 3**
**46**

transcribed in Musical Example 6 below.  The notes in the chromatic descending scale are highlighted in red.  The chromatic descending line chord progression in "Walkin' My Baby Back Home" starts on a (tonicized) scale degree 1 (an "a" pitch) and descends in half steps (i.e., chromatically).  The descent in "Walkin' My Baby Back Home" has an added note to scale degree 5 (an "e" pitch).

**MUSICAL EXAMPLE 6**

**"Walkin' My Baby Back Home"** (1930)
(Nat King Cole recording, 1952)
Trombone part

At 0:43



28.    As is the case between the chromatic descending line chord progressions in the "Taurus Studio Version" and "Stairway", the chromatic descending line chord progression in "Walkin' My Baby Back Home" has *similarities and differences* compared with the chord progressions in the "Taurus Studio Version" and "Stairway" such as:

- The first chord in the chord progression in "Walkin' My Baby Back Home" is "Am" which is the same as the "Am" chord in "Stairway";

- The second chord in "Walkin' My Baby Back Home", "Am/G#", includes three of the pitches in the respective second chord in the "Taurus Studio Version" and "Stairway", and has the same lowest pitch;

- The third chord in "Walkin' My Baby Back Home", "Am/G", includes all three pitches in the third chord in "Stairway" and the same lowest pitch, "g", and is very similar to the "Am7/G" third chord in four of the total six iterations of the four-measure chord progression in "Stairway";

- The fourth chord in "Walkin' My Baby Back Home", "F#7(b5)", is at least as similar to the fourth chord in "Stairway" ("D/F#") as is the fourth chord in the

17

**EXHIBIT 3**
**47**

"Taurus Studio Version", "F#7(sus 4)", to "Stairway", and has the same lowest
pitch as in the "Taurus Studio Version" and "Stairway";

- The fifth chord in "Walkin' My Baby Back Home", "F7", is similar to the respective
  fifth chords in "Stairway" and the "Taurus Studio Version" and has the same
  lowest pitch;

- The respective sixth chords in all three works are different; and

- The harmonic rhythm in the first three measures of the four-measure chord
  progression in "Walkin' My Baby Back Home" is the same as in the "Taurus
  Studio Version" and "Stairway".

<u>"More"</u>

29.    "More" was recorded by many artists, including a 1963 release recorded
by Vic Dana (attached as Track 7 on **Audio Exhibit 1** in the Ferrara report).  While this
song is in a major key, the portion transcribed in Musical Example 7 below begins with a
"tonicization" (<u>i.e.</u>, momentary change of the "tonic" or key tone) of a minor key.  "More"
includes a chromatic descending line chord progression.  The chord progression is
transcribed in Musical Example 7 below.  The notes in the chromatic descending scale
are highlighted in red.  Like the "Taurus Studio Version" and "Stairway", the chromatic
descending line chord progression in "More" starts on a (tonicized) scale degree 1 (an
"a" pitch) and descends in half steps (<u>i.e.</u>, chromatically) to scale degree 6 (an "f" pitch).

**MUSICAL EXAMPLE 7**

**"More"**
(Vic Dana recording, 1963)
Guitar part

At 0:37



18

**EXHIBIT 3**
**48**

30.    As is the case between the chromatic descending line chord progressions in the "Taurus Studio Version" and "Stairway", the chromatic descending line chord progression in "More" has *similarities and differences* (as transcribed above and in the published sheet music attached as **Visual Exhibit G** to the Ferrara Report) compared with the chord progressions in the "Taurus Studio Version" and "Stairway" such as:

- The chromatic descending line in the chord progression in "More" is in the guitar part as is the case in the "Taurus Studio Version" and "Stairway";

- The first chord in the chord progression in "More" is "Am" which is the same as the "Am" chord in "Stairway";

- The second chord in the chord progression in "More", "Am/G#", which contains three of the pitches in the respective second chord in the "Taurus Studio Version" and "Stairway" and has the same lowest pitch;

- The third chord in "More", "Am/G", includes all three pitches in the third chord in "Stairway", the same lowest pitch, "g", as in the "Taurus Studio Version" and "Stairway", and is very similar to the "Am7/G" third chord in four of the six iterations of the four-measure chord progression in "Stairway";

- The fourth chord in "More", "F#ø7", is as similar to the fourth chord in "Stairway" ("D/F#") as is the fourth chord in the "Taurus Studio Version", "F#7(sus4)", to "Stairway" and has the same lowest note;

- The fifth chord in "More", "Dm", is not as similar to the respective fifth chords in "Stairway" and the "Taurus Studio Version" as they are to each other;

- The sixth chord in "More" is "D", is more similar to the sixth chord in the "Taurus Studio Version", "D7(omit3)", than the sixth chord in the "Taurus Studio Version" is to the sixth chord in "Stairway" ("G/B");

- The remaining chords after the descending line chords in "More" are dissimilar to the final chords in the "Taurus Studio Version" and "Stairway"; and

- The harmonic rhythm in the chord progression in "More" is different from the harmonic rhythm in the "Taurus Studio Version" and "Stairway".

19

**EXHIBIT 3**
**49**

<u>"It Don't Mean a Thing (If It Ain't Got that Swing)"</u>

31.    "It Don't Mean a Thing (If It Ain't Got that Swing)" (1932) was co-written by Duke Ellington.  The published sheet music is attached as **Visual Exhibit H** to the Ferrara Report.  "It Don't Mean a Thing" begins in a minor key, and moves back and forth from a minor key to a major key.  In the attached published sheet music, "It Don't Mean a Thing" begins in the key of G minor.  The chords in the chromatic descending line chord progression are circled by hand in **Visual Exhibit H** to the Ferrara Report. The number of descending chromatic chords (five) is the same in the chord progressions in the "Taurus Studio Version" and "Stairway".  The scale degrees of the lowest pitches in the chords in "It Don't Mean a Thing" are the same as in the "Taurus Studio Version" and "Stairway":  scale degree 1 chromatically descending to scale degree 6.  Moreover, the harmonic rhythm in the first four of the total five descending chromatic chords is the same as in the "Taurus Studio Version" and "Stairway" and the metrical placement of the fifth chord is the same.

<u>"Night and Day"</u>

32.    "Night and Day" (1934) was composed by Cole Porter.  The published sheet music is attached as **Visual Exhibit I** to the Ferrara Report.  "Night and Day" is in a major key.  In the attached published sheet music, "Night and Day" is in the key of E-flat major.  The chords in the chromatic descending line chord progression are circled by hand in **Visual Exhibit I** to the Ferrara Report.  The number of descending chromatic chords (five) is the same in the chord progressions in the "Taurus Studio Version" and "Stairway".  The scale degrees of the lowest pitches in the chords are not the same as in the "Taurus Studio Version" and "Stairway", but as in the "Taurus Studio Version" and "Stairway", (1) the same number of pitches are in the descending chromatic scale, namely, five, and (2) those five pitches are the lowest pitches in the chords.

<u>"One Note Samba"</u>

33.    The music in "One Note Samba" (1961) was composed by Antonio Carlos Jobim.  The published sheet music is attached as **Visual Exhibit J** to the Ferrara Report.  "One Note Samba" is in a major key.  In the attached published sheet music,

20

**EXHIBIT 3**
**50**

the chords in the chromatic descending line chord progression are circled by hand.  The number of descending chromatic chords (five) is the same in the chord progression in the "Taurus Studio Version" and "Stairway".  While the scale degrees of the lowest pitches in the chords are not the same as in the "Taurus Studio Version" and Stairway", "One Note Samba" has (1) the same number of pitches in its descending chromatic scale, namely, five, and (2) the five pitches are the lowest pitches in the chords.

<u>"What Are You Doing the Rest of Your Life?"</u>

34.    In addition to the nine "prior art" works (<u>i.e.</u>, works that predate the "Taurus Studio Version") analyzed above, a tenth work is presented next that was released in 1969, after the release of the "Taurus Studio Version", but before the recording and release of "Stairway".  The music in "What Are You Doing the Rest of Your Life?" was composed by Michel Legrand.  It was part of the sound track for the 1969 motion picture, *The Happy Ending* and was nominated for an Oscar for "Best Music, Song". The published sheet music is attached as **Visual Exhibit K** to the Ferrara Report. "What Are You Doing the Rest of Your Life?" is in a minor key; the published sheet music is in the key of A minor, the same key as "Stairway". The chords in the chromatic descending line chord progression are circled by hand in **Visual Exhibit K** to the Ferrara Report.  The number of descending chromatic chords (five) is the same in the chord progression in the "Taurus Studio Version" and "Stairway".  Moreover, in the attached published sheet music, the lowest pitches in the five chords are a descending chromatic scale that is the same as in the "Taurus Studio Version" and "Stairway", <u>i.e.</u>, the chromatic descending scale starts on "a" and ends on "f".

## II.  B.  4.   THE ORDER OF THE NOTES IN THE FOUR-MEASURE CHORD PROGRESSIONS IS DIFFERENT

35.    A "broken chord" occurs when the pitches of a chord are played "successively rather than simultaneously".[13]  Another term for "broken chord" is "arpeggio".[14]

---

[13]    *The Harvard Dictionary of Music*, *see* "Broken Chord", p. 122.

36.    As demonstrated above, the main harmonic similarity of the four-measure chord progressions under discussion in the "Taurus Studio Version" and "Stairway" occurs *in the first three measures*.  This is due to the fact that the descending chromatic scale begins in measure 1 and ends in measure 3; measure 4 does not continue the descending chromatic scale and the chords in measure 4 in the "Taurus Studio Version" are largely different than the chords in measure 4 in "Stairway" as illustrated in Musical Example 1 above, which is also copied below as Musical Example 8 to facilitate the reading of the analysis.

**MUSICAL EXAMPLE 8**

Four-measure guitar parts
Measures 1-4 in Section A in **the "Taurus Studio Version"**
Measures 1-4 in **"Stairway"**



37.    As played on the guitar, the chords in the four-measure chord progression in the "Taurus Studio Version" are not entirely "broken chords" or "arpeggios".  As

---

[14]    *The Harvard Dictionary of Music*, *see* "Arpeggio", p. 57.

22

**EXHIBIT 3**
**52**

demonstrated in Musical Example 8 above, within the first three measures, double notes simultaneously on the pitches "b" and "e" (with the "c" held over) are iterated "simultaneously" on the guitar in measure 1 on beats 2 and 4, in measure 2 on beat 2 and 4, and measure 3 on beat 1 with additional double notes on beats 2 and 3. Thus, there are seven (7) iterations of double, not successive, notes in measures 1 through 3 in the "Taurus Studio Version".

38.    Notably, *none of these double simultaneous notes in the guitar part in the "Taurus Studio Version" are included in the descending chromatic scale.* This is demonstrated in Musical Example 8 below in which the notes in the descending chromatic scale are highlighted in red. This demonstrable difference is obscured in the table graph and analysis on page 5 in the Stewart Report.

39.    Now turning to the first three measures of the guitar part in "Stairway" transcribed in Musical Example 8, unlike the "Taurus Studio Version", while there are double notes (i.e., two notes played simultaneously on beat 3 in measure 1, beats 1 and 3 in measure 2, and beat 1 in measure 3), the lower note is always part of the descending chromatic scale. There are *at least* two distinct melodic lines in the guitar part in "Stairway" in which the *lower melodic line* consists wholly of descending chromatic notes (highlighted in red in Musical Example 8) and the *upper melodic line consists wholly of "broken chords" or "arpeggios".* This is very different from the guitar part in the "Taurus Studio Version". Thus, unlike the "Taurus Studio Version", there are no double simultaneously played notes that fall outside of the descending chromatic scale in "Stairway" as demonstrated in Musical Example 8 above, but obscured in the table graph on page 5 in the Stewart Report.

40.    Thus, while the chords that are outlined on the guitar in the first three measures of the four-measure chord progression in the "Taurus Studio Version" are not "broken chords" or "arpeggios", by way of difference, the chords in the first three measures on the guitar in "Stairway" consist of *at least* two melodic lines in which the lower melodic line consists of a chromatic descending scale and the upper melodic line consists of "arpeggios". Clearly and by any measure, the order of the notes in the chords in the four-measure chord progressions under discussion in the "Taurus Studio

23

**EXHIBIT 3**
**53**

Version" and "Stairway" is not the same. This is obscured in the pitch table graph on page 5 in the Stewart Report.

## II. B. 5. SIMILARITY IN PLAYING THE CHORDS ON THE GUITAR IN THE FOUR-MEASURE CHORD PROGRESSIONS IS FOUND IN WORKS THAT PRE-DATE THE "TAURUS STUDIO VERSION"

41.     Similarity in the playing of the chords **on the guitar** in the four-measure *chord progressions* in the "Taurus Studio Version" and "Stairway" is found in prior art, i.e., musical works that pre-date the "Taurus Studio Version". As demonstrated above, the *harmonic* similarity represents practices that were in common use prior to the "Taurus Studio Version". As to the *melodies* during these three measures in the "Taurus Studio Version" and "Stairway", (1) the order of the pitches is largely different, and (2) any similarity is the result of the descending line chord progressions. As demonstrated in the section on MELODY attached to this report as **Rebuttal Attachment C – Analysis of Melody**, the following works include a chromatic descending line *chord progression* played on the guitar and embody melodic similarities to the four-measure guitar parts in the "Taurus Studio Version" and "Stairway" placed in issue in the Stewart Report. Listed immediately below are the title, performing artist(s), and recording release date of these additional prior art works that embody a chromatic descending line within a chord progression. In each of the prior art works listed immediately below, a chromatic descending line **chord progression** is played on the guitar. Other than "Dido's Lament", the Stewart Report makes no mention of the following prior art works and those analyzed above, and which directly disprove the Stewart's Report's finding that the "minor line cliché" chord progression in the "Taurus Studio Version" and "Stairway" is "unusual".

Released Prior to "Taurus"

a. "My Funny Valentine" (1937)
Johnny Mathis recording, released in **1960**
Guitar part at 1:00 in the Verses

24

**EXHIBIT 3**
**54**

b.  "A Taste of Honey" (1960)
(Cover by) The Beatles, released in **1963**
Guitar part beginning at 0:15 in the Verses

c.  "Cry Me a River" (1953)
Davey Graham recording released in **1963**
Guitar part beginning at 0:19

d.  "Michelle" (1965)
The Beatles recording released in **1965**
Guitar part at the opening of the Introduction

e.  "Music To Watch Girls By" (1966)
Andy Williams recording released, **April, 1967**
Guitar part during the Introduction and in the Verses

f.  "Summer Rain" (1967)
Johnny Rivers recording released **Nov. 1967**
Guitar part during the Introduction and Verses

Released After "Taurus" but prior to recording "Stairway"

g.  "Ice Cream Dreams" (recorded in 1968)
Cartoone recording released in **1969**
Guitar part during the Introduction and Verses

h.  "Thoughts" (1969)
Crow recording released in **1969**
Guitar part during the Introduction and the Verses

i.  "And She's Lonely" (1969)
The Chocolate Watchband recording released in **1969**
Guitar part during the Outro


42.    In addition to the nine works listed above, the music from the 1971 film,
*Summer of '42"* (released in April 1971), includes "The Summer Knows".  Awarded an
Oscar for Michel Legrand's musical score, "The Summer Knows" includes a descending
chromatic line chord progression.

25

**EXHIBIT 3**
**55**

<u>"Spring Is Near"</u>

43.     It is my understanding that Jimmy Page arranged to have "Spring Is Near" recorded in 1960 or 1961 by a band called Chris Farlowe & The Thunderbirds. "Spring Is Near" was never released. I understand that Mr. Page sent a copy thereof to Defendants' counsel, who sent a copy to me as an mp3. The opening guitar part includes a descending chromatic line chord progression played on the guitar transcribed in Musical Example 9 below, and attached as Track 8 on **Audio Exhibit 1** to the Ferrara Report.

**MUSICAL EXAMPLE 9**

**"Spring Is Near"** (1960 or 1961)
Guitar

At 0:04



**EXHIBIT 3**
**56**

44.     "Spring Is Near" is recorded in the key of A minor, as is "Stairway".  The chord progression in "Spring Is Near" is eight bars, followed by a contiguous repeat of that eight bar chord progression.  The notes in the descending chromatic scale played on the guitar in "Spring Is Near" are highlighted in red in Musical Example 9 above.

45.     As illustrated in Musical Example 9 below, there are three sets of descending chromatic notes within the first chord progression:  (1) from "a" down to "f#" (*see* measures 1-2); (2) from "g" down to "e" (*see* measures 3-4); and (3) from "f" down to "d" (*see* measures 5-6).  These three sets of descending chromatic notes are repeated in the contiguous repeat of the eight-measure chord progression in measures 9-10, 11-12, and 13-14.  Thus, like "Stairway", "Spring Is Near":

- Is in the key of A minor;
- Begins with a guitar Introduction;
- The guitar in that Introduction iterates a descending chromatic line chord progression;
- It includes a descending chromatic scale that starts on scale degree 1 ("a"); and
- The chord progression is contiguously repeated.


II.  B.  6.   SUMMARY OF THE ANALYSIS OF HARMONY

46.     Contrary to the Stewart Report, on the basis of my analysis of the harmonies in the "Taurus Studio Version" and "Stairway", I found that there are no significant harmonic similarities.  With respect to the two works as a whole, there are significant harmonic differences.  Eighteen (18) measures out of a total of 166 measures in "Stairway" contain harmonic similarities to the "Taurus Studio Version".  Within those 18 measures, the similarity is limited to three measures that are iterated a total of 6 times in "Stairway", and the chord progressions therein are not the same as in the "Taurus Studio Version".  The similarities that do exist are insubstantial and were in common use prior to the "Taurus Studio Version".  Moreover, the chord progressions in the remaining portions of "Stairway" are different from the chord progressions in the "Taurus Studio Version".  In addition, there are three modulations (i.e., changes of key)

27

**EXHIBIT 3**
**57**

from A minor to A major in the "Taurus Studio Version" but no modulations to the key of A major in "Stairway". Thus, any harmonic similarities to the "Taurus Studio Version" in "Stairway" are heard within an overall context of significant harmonic differences.

47.     The chords iterated on the guitar in the first three measures of the four-measure chord progression in the "Taurus Studio Version" are not entirely "arpeggios". By way of difference, the chords in the first three measures on the guitar in "Stairway" consist of *at least* two melodic lines in which (1) the lower melodic line consists of successive chromatic descending notes and (2) the upper melodic line consists of "arpeggios".

48.     The harmonic similarity between the "Taurus Studio Version" and "Stairway" is based on the use of a musical building block chromatic descending scale, and the chords that flow from it. The similarity represents widely used chord progression practices in popular music prior to the "Taurus Studio Version" and in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché", a term that is absent in the Stewart Report.

49.     Similar chord progressions in ten works (including "Spring Is Near") that predate the "Taurus Studio Version" and one work that was released in between the "Taurus Studio Version" and "Stairway" ("What Are You Doing the Rest of Your Life") were analyzed above. The findings in the Stewart Report fail to account for these prior art works, with the exception of "Dido's Lament". Moreover, analyzed in **Rebuttal Attachment D – Analysis of Melody** are six additional works that predate the "Taurus Studio Version" and two works that were released in between "Stairway" and the "Taurus Studio Version", all of which have similar chord progressions as played *on a guitar*.

50.     On that basis, I found that any harmonic similarities between the "Taurus Studio Version" and "Stairway" are insignificant and represent harmonic practices that were widely used prior to the "Taurus Studio Version".

28

**EXHIBIT 3**
**58**

Tab C

**FERRARA REBUTTAL TO THE STEWART REPORT**

**REBUTTAL ATTACHMENT C – ANALYSIS OF MELODY**

II.  C.  1.  THERE ARE NO SIGNIFICANT MELODIC SIMILARITIES BUT
THERE ARE SIGNIFICANT MELODIC DIFFERENCES

1.      Dr. Stewart's Declaration, like the February 10, 2016 Stewart Report does
not analyze the transcription of the "Taurus" musical composition stamped, "Dec 22,
1967" and Eu35222" (the "Taurus Transcription") or compare the Taurus Transcription
to "Stairway".  Instead, Dr. Stewart analyzes almost exclusively, the "Taurus Studio
Version".  Contrary to the Stewart Report, I found that there are no significant melodic
similarities between the "Taurus Studio Version" and "Stairway", but there are significant
melodic differences.  As defined in Paragraph 6(d) in the Ferrara Report, "melody" is a
single line of music that consists primarily of a succession (i.e., a sequence) of pitches
and the rhythmic durations of those pitches within a melodic phrase structure.[1]

II.  C.  2.   MINIMAL MELODIC SIMILARITIES RESULT FROM THE USE OF A
MUSICAL BUILDING BLOCK AND COMMONPLACE PRACTICES

2.      On the basis of my analysis of the entireties of the "Taurus Studio Version"
and "Stairway", I found that the melodies throughout the "Taurus Studio Version" and
"Stairway" are different.  For example, the vocal melodies in "Stairway" are very different
from the melodies in the "Taurus Studio Version" and the guitar melodies throughout
most of "Stairway" are very different from the melodies in the "Taurus Studio Version".

3.      A minimal melodic similarity between the "Taurus Studio Version" and
"Stairway" is the chromatic descending scale from the pitches "a" to "f" in measures 1, 2
and 3 in the four-measure chord progressions in the guitar parts, as analyzed in
**Rebuttal Attachment C – Analysis of Harmony** attached to this Rebuttal Report.  This

---

[1]      *See* "melody" in (*The Harvard Dictionary of Music*, Fourth Edition, Harvard
University Press, 2003, p. 499) and (*The New Grove Dictionary of Music and Musicians*,
Second Edition, 2001, Vol. 16, p. 363).

1

**EXHIBIT 3**
**59**

minimal similarity is the result of the use of chromatic descending line *chord progressions* which were widely used in popular music prior to the "Taurus Studio Version", and used in classical music as early as the 17th century. The lowest pitches in the first three measures of the four-measure chord progressions in the guitar parts in the "Taurus Studio Version" and "Stairway" simply move down the chromatic scale. This is illustrated in the comparative transcriptions attached as **Rebuttal Visual Exhibit D**, and in Musical Example 10 below[2]. In Musical Example 10 below, the notes in the descending chromatic scale are highlighted in red in the *guitar* part in the "Taurus Studio Version" which is placed over the guitar part in "Stairway" in a comparative transcription. Such a comparative transcription of the four-measure guitar parts is not in the Stewart Report.

**MUSICAL EXAMPLE 10**

Four-measure guitar parts
Top staff = Measures 1-4 in the "Taurus Studio Version"
Bottom staff = Measures 1-4 in "Stairway"



---

[2]      The numbering of musical examples herein follows that in **Rebuttal Attachment B – Analysis of Harmony** in which Musical Example 9 was the last musical example.

4.      As highlighted in red in Musical Example 10, the descending chromatic scale in the first three measures of the four-measure chord progressions in the "Taurus Studio Version" and "Stairway" is a total of five pitches, starts on scale degree 1 (an "a" pitch), and descends to scale degree 6 (an "f" pitch).  This descending chromatic scale consists of simply playing an "a" on a piano and then playing each neighboring key to the left through "f", a total of five neighboring keys separated by a half step, the smallest interval in use in the Western music system.[3]  Countless students on many instruments (including the guitar) practice chromatic scales.

5.      The five pitches in the descending chromatic scale in the "Taurus Studio Version" and "Stairway" constitute a fundamental musical building block, starting on an "a" in the key of "A minor".  Moreover, the rhythmic durations of the descending chromatic notes are *different*.  The rhythmic duration of all five descending notes in the "Taurus Studio Version" is a dotted quarter note which is 1.5 beats.  However, the rhythmic duration of the first four descending notes in "Stairway" is a half note which is 2 beats (not 1.5 beats), and the rhythmic duration of the final, fifth note in "Stairway" is a whole note which is 4 beats (not 1.5 beats).  By further way of difference, in the "Taurus Studio Version" the first four descending notes are iterated two times, and the final note is iterated four times in the same measure but none of the descending notes in "Stairway" are reiterated in the same measure.

6.      There is nothing remotely creative about the similarity of five chromatic descending notes (that have *different* rhythmic durations) in the "Taurus Studio Version" and "Stairway".

7.      I disagree with the transcription of many notes of the guitar part in "Stairway" attached as Visual Exhibit B to the Stewart Report.  Among these are the duration of the notes in the descending chromatic scale.  Dr. Stewart transcribes these notes as eighth notes but they are clearly half notes, which are four times longer than eighth notes.  Indeed, the published sheet music to "Stairway" attached as Visual Exhibit A to the Stewart Report transcribes the notes in the descending chromatic scale

---

[3]      *See* "scale" in *The Harvard Dictionary of Music*, p. 757.

**EXHIBIT 3**
**61**

as half notes.  Also, I disagree with the transcription of many of the notes in the "Taurus Studio Version" attached as Visual Exhibit C to the Stewart Report.

8.    Nonetheless, even with these transcription issues, *as transcribed by Dr. Stewart* in Visual Exhibits B and C in the Stewart Report, the four measure guitar melodies in the "Taurus Studio Version" and "Stairway" embody significant melodic differences as demonstrated in Track 2 to **Audio Exhibit 1** attached to my Declaration. Therein, using Dr. Stewart's transcriptions, I play at the piano and compare the guitar melodies in the "Taurus Studio Version" and "Stairway".

9.    In addition, the list of Visual Exhibits on page 9 of the Stewart Report incorrectly lists his Visual Exhibits.  Visual Exhibit D but there is listed in the Stewart Report, but there is no Visual Exhibit D attached to the Stewart Report.  Moreover, the Stewart Report lists "Transcription: 'Stairway to Heaven' (Part 1)" as Visual Exhibit **C**, but that transcription is attached to the Stewart Report as Visual Exhibit **B**, and it lists "Transcription: 'Taurus'" as Visual Exhibit **D**, but that transcription is attached to the Stewart Report as Visual Exhibit **C**.

## II.  C.  3.   THE ORDER OF THE NOTES IN THE GUITAR PARTS IS DIFFERENT

10.    The sequences (or order) of the notes that outline the four-measure chord progressions (*played on the guitar*) in the "Taurus Studio Version" and "Stairway" are different.  Thus, the order of the notes played on the guitar in the "Taurus Studio Version" and "Stairway" is different.  First, there are *at least* two melodic lines in "Stairway" in which the lower melodic line consists wholly of successive chromatic descending notes and the upper melodic line consists of "arpeggios".  Within the upper melodic line in "Stairway", upper consecutive eighth notes create a memorable series of two-note melodic phrases that move from "a" to "b" (landing on beat 3 in measure 1), from "b" to "c" (landing on beat 1 in measure 2), and from "c" to "f#" (landing on beat 3 in measure 2).  Second and by way of very significant difference, the upper notes in the "Taurus Studio Version" are confined on "e" in measures 1 and 2, through the first two beats of measure 3.  These melodic differences are not only illustrated in Musical Example 10 above, they are also present in the transcriptions of the guitar parts in

4

**EXHIBIT 3**
**62**

"Stairway" in Visual Exhibit B and in the "Taurus Studio Version" in Visual Exhibit C to the Stewart Report. Thus, even as transcribed by Dr. Stewart, there are significant differences in the guitar melodies in "Stairway" and the "Taurus Studio Version".

11.    A minimal and basic melodic similarity occurs in just three pitches "a", "c", "e", which constitute a basic "A minor" chord in the guitar parts at the opening of the four-measure chord progressions analyzed above. (*See* Musical Example 10 above.) This similarity is minimal and insignificant because, (1) starting a melody with the three pitches in an "A minor" chord in the key of A minor is basic and trite, (2) the rhythmic duration of the first note, "a", is not the same — as illustrated in Musical Example 10 above, the "a" in the "Taurus Studio Version" is a dotted quarter note but the "a" in "Stairway" is a half note, and (3) prior art works analyzed below also begin with the outline of the "A minor" chord with the pitches "a", "c", "e", played on a guitar.

12.    Out of a total of 27 notes in the guitar part in measures 1, 2, and 3 (of the four-measure chord progression) in "Stairway", the only *pitches* that align with the guitar part in the "Taurus Studio Version" are the five chromatic descending pitches (a fundamental musical building block), the second ("c") and third ("e") pitches (as noted above) in measure 1, and a single fragmentary "c" pitch on the second half of beat 2 in measure 2. Moreover, only two notes have the *same pitch* (within the same octave), the *same rhythmic duration*, and the *same metrical placement* in the "Taurus Studio Version" and "Stairway": a "c" eighth note in the second half of beat 1 in measure 1 and in the second half of beat 1 in measure 3. Thus, the melodies in the guitar parts in the four-measure chord progressions are different. The melodic similarity between the "Taurus Studio Version" and "Stairway" consists of a descending chromatic scale (a fundamental musical building block) in which the rhythmic durations of four of the five notes are *different*, chords are outlined differently, and there is a basic eighth-note pulse that is interrupted in measure three in "Stairway" but not in the "Taurus Studio Version" as transcribed by Dr. Stewart in Visual Exhibits B and C to the Stewart Report.

13.    Dr. Stewart provides a table graph on p. 5 of the Stewart Report of the pitches in "Taurus" recordings and "Stairway". "Pitches" are sounds, irrespective of

5

**EXHIBIT 3**
**63**

their duration and divorced from rhythm or tempo.  That is, for example, the note "A" becomes a note only when the length of the pitch "A" is considered.  Because Dr. Stewart's chart has only pitches, it does not include the duration of each sound.

14.    Because both the "Taurus" recordings and "Stairway" contain a descending chromatic line, it is to be expected they would have many of the same pitches.  That is so because there are only 12 pitches in a chromatic scale and the descending chromatic line in the "Taurus" recordings and "Stairway", as analyzed by Dr. Stewart, only uses 5 pitches in the chromatic scale.  So, having some of the same pitches flows from the use of a portion of a descending chromatic line, which Dr. Stewart admits is a centuries-old musical pattern.

15.    Also, Dr. Stewart's omission of pitch duration from his chart makes the chart worthless from a musicological point of view.  The duration of pitches is crucial because, for example, the sequence of pitches C-D-C-A-F-D-C is the exact same sequence o pitches in the melodies in "Rock of Ages" and "Rudolph the Red-Nosed Reindeer" but no one would reasonably claim that those two musical compositions are substantially similar.  Because the sequence of pitches is divorced from rhythm in Dr. Stewart's table chart, "[t]he existence of a similar (or even identical) pitch progression is of *no musical significance*."[4]

16.    In addition, Dr. Stewart's charted sequence of pitches fails to distinguish between high and low pitches.  That is, an E and an A pitch can be a high or a low E and A, and his graph fails to reflect whether, for example the melody is going from an E *up* to an A or from an E ***down*** to an A, ignoring that pitches with the same "A" or "E" can be an octave apart.  As a result, Dr. Stewart's chart obfuscates that, as he

---

[4]    Ronald S. Rosen, *Music and Copyright* (Oxford University Press, 2008, 153, n. 9.)

transcribes the two compositions in his Visual Exhibits B and C, in the first measure the E goes **up** to A in "Stairway" but the E goes **down** to A in the "Taurus Studio Version", and then the A in "Stairway" *leaps* down more than an octave to G# but the A in the "Taurus Studio Version" moves down only a half step to G#. Thus, the "interval" or space (as a number of tones) from the huge *leap* from A to G# in "Stairway" is *twelve times larger* than the interval of a half step from A to G# in the "Taurus Studio Version.

17.    Dr. Stewart fails to provide *comparative* transcriptions in musical notation of the guitar part melodies.  A comparative transcription in which the guitar melody in the "Taurus Studio Version" is placed directly over the guitar melody in "Stairway" would readily expose significant melodic differences.  For example, Musical Example 10 on page 2 above illustrates the significant melodic differences between the guitar melodies in the "Taurus Studio Version" and "Stairway" as analyzed below.  The omission and misrepresentation in the table graph and analysis on p. 5 in the Stewart Report are further demonstrated on Track 2 of **Audio Exhibit 2** to the Ferrara Declaration.

18.    Indeed, using Dr. Stewart's transcriptions of the guitar melodies in "Stairway" (attached as Visual Exhibit B to the Stewart Report) and the "Taurus Studio Version" (attached as Visual Exhibit C to the Stewart Report), on Track 2 of **Audio Exhibit 2** to the Ferrara Declaration, I play those melodies (as transcribed by Dr. Stewart) back-to-back and demonstrate that the similarity is merely (1) a descending chromatic scale (a musical building block), (2) which is part of a "minor line cliché" chord progression, and (3) with a commonplace eighth-note rhythm, and also demonstrate on that audio exhibit that there are significant melodic differences between the guitar melodies in the "Taurus Studio Version" and "Stairway" that are absent in Dr. Stewart's analysis.

7

**EXHIBIT 3**
**65**

II.  C.  4.   MELODIC SIMILARITIES IN THE GUITAR PARTS UNDER ANALYSIS ARE
FOUND IN GUITAR PARTS IN PRIOR ART

19.     Melodic similarities in the *guitar* parts in the "Taurus Studio Version" and
"Stairway" are found in *guitar* parts in prior art.  (In the "Taurus Studio Version" and
"Stairway", the melodic similarity is in the guitar parts or is simply mirrored in other parts
such as the simultaneously descending chromatic scale in the harpsichord in the
"Taurus Studio Version" or in the lower recorder in "Stairway".)  Insofar as the minimal
melodic similarities in the "Taurus Studio Version" and "Stairway" are a result of the use
of common chromatic descending line *chord progressions*, analysis of the *harmony* and
*melody* in the guitar parts in prior art works is presented below.  Starting with Musical
Example 11 below and thereafter, a transcription of the *guitar* part transcribed in A
minor with the notes in the chromatic descending scale highlighted in red is presented.
Immediately above each transcription are the title, performing artist(s), and recording
release date.

"My Funny Valentine"

20.     As transcribed in Musical Example 11 below, the guitar part in the 1960
Johnny Mathis recording of "My Funny Valentine" (attached as Track 9 on **Audio
Exhibit 1** to the Ferrara Report) embodies a chromatic descending line chord
progression.  The notes in the descending chromatic scale are highlighted in red.  Like
the guitar part in "Stairway" but starting with the "g#" in measure 2 of "My Funny
Valentine", the descending line chord progression played on the guitar consists of two
melodic lines in which one melodic line consists wholly of successive descending
chromatic scale notes and a melodic line consists of arpeggios.  Moreover, the initial
note, "a", on beat 1 in the guitar part in "My Funny Valentine" is an octave lower than the
subsequent descending chromatic line, which is the same in the second iteration of the
chromatic descending notes in the guitar part in "Stairway" starting in measure 5 (*see*
measure 5 in **Rebuttal Visual Exhibit C** and see measure 5 in Visual Exhibit B in the
Stewart Report).

8

**EXHIBIT 3**
**66**

21.    While the descending chromatic notes in the Johnny Mathis recording of "My Funny Valentine" are not the lowest notes in the overall chords but are played on the guitar, the published sheet music of "My Funny Valentine (attached as **Visual Exhibit L** to the Ferrara Report) identifies the descending chromatic pitches as the lowest (bass) pitches.  As transcribed in Musical Example 11 below, the notes played on the guitar in the 1960 recording of "My Funny Valentine" are much more similar to the successive guitar notes in "Stairway" than are the guitar notes in Section A in the "Taurus Studio Version" to "Stairway" because (1) the range of the lowest to the highest notes within each measure with descending chromatic notes in "Stairway" and "My Funny Valentine" is greater than an octave, but by way of difference, the range is less than an octave in the "Taurus Studio Version" and (2) the only break in *the eighth-note pulse* in "Stairway" in the first three measures is a tied (i.e., held over) note on the second half of beat 2 in measure 3, and that eighth-note pulse and break are the same in "My Funny Valentine", but not in the "Taurus Studio Version".  (*See* Musical Example 10 above and Musical Example 11 below.)  Indeed, that break in the eighth-note pulse in "Stairway" is transcribed in Visual Exhibit B in the Stewart Report and absent in the "Taurus Studio Version" as transcribed in Visual Exhibit C in the Stewart Report.

**MUSICAL EXAMPLE 11**

**"My Funny Valentine"** (1937)
Johnny Mathis recording, released in **1960**
Guitar part at 1:00 in the Verse

At 1:00



22.    By way of difference, there are eight arpeggiated notes with each of the first four descending notes and seven with the fifth descending note in "My Funny Valentine", which is not the case in the "Taurus Studio Version" or in most of the iterations in "Stairway".  In the final iteration of the four-measure chord progression in "Stairway" (*see* measures 37-39 in the "Interlude" section in **Rebuttal Visual Exhibit C**) like "My Funny Valentine", there are as many as six or seven arpeggiated notes per descending chromatic note, sometimes including the descending note as part of the arpeggio.  Thus, the melody in the four-measure "Interlude" section in "Stairway" has an additional similarity with the guitar melody in "My Funny Valentine".

<u>"A TASTE OF HONEY"</u>

23.    As transcribed in Musical Example 12 below, the guitar part in the 1963 recording of "A Taste of Honey" by The Beatles (attached as Track 10 on **Audio Exhibit 1** attached to the Ferrara Report) embodies a chromatic descending line *chord progression*.  The notes in the descending chromatic scale are highlighted in red.  Like the guitar part in "Stairway", the guitar part in "A Taste of Honey" consists of arpeggios, which is not the case in the guitar part in the "Taurus Studio Version".  However, the descending notes in "A Taste of Honey" are not a separate descending melodic line but are part of the arpeggios.

**MUSICAL EXAMPLE 12**

**"A Taste of Honey"** (1960)
(Cover by) The Beatles, released in **1963**
Guitar part at 0:15 in the Verse

At 0:15



**EXHIBIT 3**
**68**

24.     Like the guitar parts in the "Taurus Studio Version" and "Stairway", the descending chromatic notes "a", "g#", and "g" in "A Taste of Honey" are the lowest notes of the guitar part, but the "f#" is not, and the fifth descending note, "f" is not reached. The range of the arpeggiated notes in "A Taste of Honey" is more similar to the arpeggiated notes in "Stairway" than is the "Taurus Studio Version" to "Stairway" because the lowest to the highest notes within each measure with descending "a", "g#", and "g" chromatic notes in "A Taste of Honey" are an octave and with the "f#" the range is greater than an octave, while they are less than an octave in the "Taurus Studio Version" but more than an octave in "Stairway".  In addition, the first three notes in the first full measure of the relevant guitar part in "A Taste of Honey" are "a", "c", and "e", which is the case in the "Taurus Studio Version" and "Stairway" (*see* Musical Example 10 above).  By further way of similarity, the second note of each new chord of the first three chords is "c" which is the case in the "Taurus Studio Version" but not in "Stairway". The meter in "A Taste of Honey" is 3/4 time, whereas it is 4/4 time in the "Taurus Studio Version" and "Stairway", and there are "triplets" (a rhythm that divides a beat into three notes) but not in the "Taurus Studio Version" and "Stairway".

<u>"Cry Me a River"</u>

25.     As transcribed in Musical Example 13 below, the 1963 recording of "Cry Me a River" by guitarist Davey Graham (attached as Track 11 on **Audio Exhibit 1** to the Ferrara Report) embodies a four-measure chromatic descending line chord progression. The notes in the descending chromatic scale are highlighted in red.  Like "Stairway", the guitar part in "Cry Me a River" consists of arpeggios in the measures with the descending notes "a", "g#", "g", and "f#".  By way of difference, the final chromatic note does not descend by a half step but descends to the lower octave, and there are no arpeggios in that measure in "Cry Me a River".  In addition, the descending notes in "Cry Me a River" are not a separate descending melodic line but part of the arpeggios, and there are triplets in "Cry Me a River" but not in the "Taurus Studio Version" or "Stairway".

**MUSICAL EXAMPLE 13**

**"Cry Me a River"** (1953)
Davey Graham recording released in **1963**
Guitar part at 0:19

At 0:19



26.    Like the "Taurus Studio Version" and "Stairway", the notes in the descending chromatic scale in "Cry Me a River" are the lowest notes of the chords (there is a passing low "e" in measure 2).  The range of the arpeggiated notes which break up the chords in "Cry Me a River" is more similar to the arpeggiated notes in "Stairway" than is the "Taurus Studio Version" to "Stairway" because the lowest to the highest notes within each measure with descending "a", "g#", "g", and "f#" chromatic notes in "Cry Me a River" are greater than an octave which is the case in "Stairway", but not the case in the "Taurus Studio Version".  In addition, the first three notes in the guitar part in "Cry Me a River" are "a", "c", and "e", which is the case in the "Taurus Studio Version" and Stairway".  By further way of similarity, the second note of each new chord through the fourth chord is "c" which is the case in the "Taurus Studio Version" but not in "Stairway".  (*See* Musical Example 10 above.)

<u>"Michelle"</u>

27.    As transcribed in Musical Example 14 below, the guitar part in the 1965 recording of "Michelle" by The Beatles (attached as Track 12 on **Audio Exhibit 1** to the Ferrara Report) embodies a four-measure chromatic descending line chord progression.

12

**EXHIBIT 3**
**70**

The five notes in the descending chromatic scale (from "a" through "f") are highlighted in red and are the same in pitch sequence as in the "Taurus Studio Version" and "Stairway".

28.     The range of the lowest to the highest notes in the guitar parts in the respective descending chromatic chord progressions in "Michelle" and the "Taurus Studio Version" is much more similar than the range in the guitar part in "Stairway" is to "Taurus."  In fact, the range is *identical* in "Michelle" and the "Taurus Studio Version" from low note to high note as follows:

- "a" to "e", a perfect fifth in "Michelle" and the "Taurus Studio Version", but not in "Stairway";
- "g#" to "e", a minor sixth in "Michelle" and the "Taurus Studio Version", but not in "Stairway";
- "g" to "e", a major sixth in "Michelle" and the "Taurus Studio Version", but not in "Stairway";
- "f#" to "e", a minor seventh in "Michelle" and the "Taurus Studio Version", but not in "Stairway"; and
- "f" to "e" a major seventh (within the first two beats of measure 3) in "Michelle" and the "Taurus Studio Version", but not in "Stairway".


29.     Moreover, in each of the seven instances in which double notes are simultaneously played in the "Taurus Studio Version", double notes are simultaneously played in the same metrical placement (i.e., on the same beat) in "Michelle", specifically on beats 2 and 4 in measure 1, beats 2 and 4 in measure 2, and beats 2, 3, and 4 in measures 3.  Moreover, like the "Taurus Studio Version" but unlike "Stairway", none of the simultaneously played double notes include a descending chromatic note and there is an "e" and "c" on beats 2 and 4 in measures 1 and 2.

13

**EXHIBIT 3**
**71**

## MUSICAL EXAMPLE 14

**"Michelle"** (1965)
The Beatles recording released in **1965**
Guitar part at the opening of the Introduction

At 0:00



30.    The close similarities between the iconic *guitar* part at the opening of "Michelle", released by The Beatles in 1965, and the *guitar* part at issue in the "Taurus Studio Version" analyzed above, are demonstrated in Musical Example 15 below. Therein, the guitar part in the "Taurus Studio Version" is written over the guitar part in "Michelle" in a comparative transcription.

## MUSICAL EXAMPLE 15

**The "Taurus Studio Version" and "Michelle"**
The four-measure guitar parts
Top staff = Measures 1-4 in the "Taurus Studio Version"
Bottom staff = Measures 1-4 in "Michelle"



**EXHIBIT 3**
**72**

14

31.     To the extent that Dr. Stewart finds that the four-measure guitar part in the Introduction in "Stairway" copies the four-measure guitar part in the "Taurus Studio Version", he would have to find that the four-measure guitar part in the "Taurus Studio Version" copies the four-measure iconic guitar part in the Introduction of The Beatles' 1965 "Michelle", thereby undercutting any musicological support for the purported independent creation of the guitar part at issue in the "Taurus Studio Version".  Indeed, the iconic guitar Introduction in "Michelle" is a paradigm example of the fact that findings in the Stewart Report are undermined by such prior art.

<u>"Music to Watch Girls By"</u>

32.     As transcribed in Musical Example 16 below, the guitar part in the (April) 1967 recording of "Music to Watch Girls By" by Andy Williams (attached as Track 13 on **Audio Exhibit 1** to the Ferrara Report) embodies a chromatic descending line chord progression.  The descending line notes are highlighted in red.

**MUSICAL EXAMPLE 16**

**"Music To Watch Girls By"** (1966)
Andy Williams recording released, **April, 1967**
Guitar part during the Introduction and Verse

At 0:06



33.     Like the "Taurus Studio Version" and "Stairway", the descending chromatic notes in "Music to Watch Girls By" are the lowest notes in the chords, but they do not reach the fifth note, "f".  The first three notes in the guitar part in "Music to Watch Girls By" are "a", "c", and "e", which is the case in the "Taurus Studio Version"

and Stairway".  By further way of similarity, the second note of each new chord through the first three measures is "c" which is the case in the "Taurus Studio Version" but not in "Stairway".

34.    In addition, the range of the highest to lowest notes in the guitar parts in the respective descending chromatic chord progressions in "Music to Watch Girls By" is much more similar to the range in the "Taurus Studio Version" than the range of the highest to lowest notes in the corresponding portions of the guitar parts in "Stairway" and the "Taurus Studio Version".  In fact, they are *identical* in "Music to Watch Girls By" and the "Taurus Studio Version" from low note to high note in the descent from "a" through "f#" as follows:

- "a" to "e", a perfect fifth in "Music to Watch Girls By" and the "Taurus Studio Version", but not in "Stairway";

- "g#" to "e", a minor sixth in "Music to Watch Girls By" and the "Taurus Studio Version", but not in "Stairway";

- "g" to "e", a major sixth in "Music to Watch Girls By" and the "Taurus Studio Version", but not in "Stairway"; and

- "f#" to "e", a minor seventh in "Music to Watch Girls By" and the "Taurus Studio Version", but not in "Stairway".

35.    Indeed, the similarities in the first two measures in the guitar parts in "Music to Watch Girls By" and the "Taurus Studio Version" are much greater than between measures 1 and 2 in the four-measure guitar parts in the "Taurus Studio Version" and "Stairway".  The close similarities between these corresponding measures in "Music to Watch Girls By" and the "Taurus Studio Version" are illustrated in Musical Example 17 below in which the first two measures in the *guitar* part from the "Taurus Studio Version" are written over the first two measures in the *guitar* part in "Music to Watch Girls By" in a comparative transcription.  In addition to the similarities explained above, the notes in the descending chromatic scale repeat *identically* "a" to "a" and "g#" to "g#" (in measure 1) and "g" to "g" and "f#" to "f#" (in measure 2) with *identical* pitches,

16

**EXHIBIT 3**
**74**

*identical* rhythmic durations, and *identica*l metrical placements in "Music to Watch Girls By" and the "Taurus Studio Version", and an eighth-note pulse.

**MUSICAL EXAMPLE 17**

**The "Taurus Studio Version" and "Music to Watch Girls By"**
Measures 1 and 2 of the four-measure guitar parts
Top line = Measures 1-2 in the "Taurus Studio Version"
Lower line = Measures 1-2 in "Music to Watch Girls By"



<u>"Summer Rain"</u>

36.    As transcribed in Musical Example 18 below, the guitar part in the (November) 1967 recording of "Summer Rain" by Johnny Rivers (attached as Track 14 on **Audio Exhibit 1** to the Ferrara Report) embodies a chromatic descending line *chord progression*. The notes in the descending chromatic scale are highlighted in red. Like the "Taurus Studio Version" and "Stairway", the descending chromatic notes in "Summer Rain" are the lowest notes in the guitar part. There are three contiguous iterations of a chromatic descending line chord progression in the opening guitar part in "Summer Rain": the first two iterations descend chromatically from the pitches "a" through "f#", and the third iteration descends chromatically from the pitches *"a" through "f"*. The pitches in the descending chromatic scale in the "Taurus Studio Version" and "Stairway" are also from the "a" through "f". There is also a basic eighth-note pulse.

17

**EXHIBIT 3**
**75**

**MUSICAL EXAMPLE 18**

**"Summer Rain"** (1967)
Johnny Rivers recording released **Nov. 1967**
Guitar part during the Introduction

At 0:00



37.    These similarities are illustrated in Musical Example 19 below, wherein measures 1 and 2 of the descending chromatic line chord progression in the "Taurus Studio Version" are placed over the corresponding first iteration of the descending chromatic line chord progression in "Summer Rain" in a comparative transcription.  For example, the range of the lowest to the highest notes in the first two measures in the first iteration of the descending chromatic chord progression in the guitar part in "Summer Rain" and the "Taurus Studio Version" is much more similar than the range in the guitar part in "Stairway" is to "Taurus."  The range of the lowest to the highest notes is *identical* in "Summer Rain" and the "Taurus Studio Version" as follows and as illustrated in Musical Example 19 below:

- "a" to "e", a perfect fifth in "Summer Rain" and the "Taurus Studio Version", but not in "Stairway";

- "g#" to "e", a minor sixth in "Summer Rain" and the "Taurus Studio Version", but not in "Stairway";

- "g" to "e", a major sixth in "Summer Rain" and the "Taurus Studio Version", but not in "Stairway"; and

- "f#" to "e", a minor seventh in "Summer Rain" and the "Taurus Studio Version", but not in "Stairway".

18

**EXHIBIT 3**
**76**

**MUSICAL EXAMPLE 19**

**The "Taurus Studio Version" and "Summer Rain"**
Measures 1 and 2 of the four-measure guitar parts
Top line = Measures 1-2 in the "Taurus Studio Version"
Lower line = Measures 1-2 in "Summer Rain"



38.      Staying with "Summer Rain", as highlighted in red in Musical Example 19 above, the descending chromatic lines repeat *identically* in the respective first measures as "a" to "a" and "g#" to "g#" with identical pitches, identical rhythmic durations, and identical metrical placements.  This identity continues with and through the duration and metrical placement of the "g" on the downbeat of measure 2.  The first three notes in the guitar part in "Summer Rain" are "a", "c", and "e", which is the case in the "Taurus Studio Version" and Stairway".  By further way of similarity, the second note of each new chord through the first two measures is "c" which is the case in the "Taurus Studio Version" but not in "Stairway", and the rhythmic durations of the descending chromatic notes is the same in the first two measures in the "Taurus Studio Version" and "Summer Rain".  Clearly, the similarity in these measures in "Summer Rain" and the "Taurus Studio Version" is much greater than the similarity in the guitar parts between the "Taurus Studio Version" and "Stairway".

II.  C.  5.   MELODIC SIMILARITIES IN THE GUITAR PARTS ARE FOUND
 IN THREE WORKS RELEASED AFTER THE "TAURUS STUDIO VERSION"
BUT BEFORE "STAIRWAY"

39.      In addition to the six prior art works analyzed above, melodic and harmonic similarities in the four-measure guitar parts that Dr. Stewart places in issue in the "Taurus Studio Version" and "Stairway" are also found in three works released after

the "Taurus Studio Version" but before the release of "Stairway".  The Stewart Report does not acknowledge any of the six prior art works analyzed above or the three below.

"Ice Cream Dreams"

40.    As transcribed in Musical Example 20 below, the guitar part in the 1968 recording[5] of "Ice Cream Dreams" by Cartoone with Jimmy Page playing the guitar (attached as Track 15 on **Audio Exhibit 1** to the Ferrara Report) embodies a partially chromatic descending line *chord progression*.  The notes in the descending partially chromatic scale are highlighted in red.

**MUSICAL EXAMPLE 20**

**"Ice Cream Dreams"** (1968)<br>
Cartoone (with Jimmy Page on guitar) recording released in **1969**<br>
Guitar part in the Introduction and Verse

At 0:00



41.    Like the "Taurus Studio Version" and "Stairway", there is a descent in the lowest notes from the notes "a" through "f", but unlike the "Taurus Studio Version" and "Stairway" the second note is skipped.  Thus, the chromatic notes are "g", "f#", "f", directly following the first note, "a".  While the second chord and chromatic note are skipped, the remaining four chords are very similar to the corresponding chords in "Stairway" as follows:

---

[5]    I have been informed by defendants' counsel that "Ice Cream Dreams" was recorded in the period November 1968 to December 1968 and released in 1969.

- The first chord in "Ice Cream Dreams" and "Stairway" is the same, "Am", and the lowest pitch of the chord is the same, "a";

- The *corresponding* next chords are very similar because the *second* chord in "Ice Cream Dreams", "Am7/G", includes all three pitches in the *third* chord in "Taurus" and "Stairway" and has the same lowest pitch, "g", and the "Am7/G" chord in "Ice Cream Dreams" is the same as the corresponding "Am7/G" chord in four out of the six iterations of the chord progression under study in "Stairway" with the same lowest pitch, "g";

- The *corresponding* next chords in "Stairway" and "Ice Cream Dreams" are similar because the *third* chord in "Ice Cream Dreams", "F#ø7", includes two of the three pitches in the *fourth* chord in "Stairway", "D/F#", and has the same lowest pitch, "f#" and furthermore, the "F#ø7" in "Ice Cream Dreams" is the same as the corresponding chord in "Taurus";

- The *corresponding* next chords in "Ice Cream Dreams" and "Stairway" are very similar because the *fourth* chord in "Ice Cream Dreams", "F", includes three of the four pitches in the respective *fifth* chords in the "Taurus Studio Version" and "Stairway" and has the same lowest pitch, "f";

- The last two chords in the chord progression in "Ice Cream Dreams" and "Stairway" are the same, namely "G/B" and "Am" which is much more similar than the last two chords in the "Taurus Studio Version" and "Stairway";

- This melody and chord progression in "Ice Cream Dreams" is played on a guitar in the *Introduction* which is also the case in "Stairway" but not in the Introduction in the "Taurus Studio Version";

- The range of the notes in "Ice Cream Dreams" is more similar to the range of the notes in "Stairway" than the range of the notes between "Taurus Studio Version" and "Stairway" because it is an octave or more in "Ice Cream Dreams" and "Stairway" but not in the "Taurus Studio Version"; and

- The descending notes are the lowest notes in the chords from "a" down to "f", and like "Stairway" they are half notes.

21

**EXHIBIT 3**
**79**

42.    Thus, "Ice Cream Dreams" is a notable example of a recorded song on which Jimmy Page performed and that includes similarities found between the "Taurus Studio Version" and "Stairway", as well as additional similarities with "Stairway" that are not in the "Taurus Studio Version".

<u>"Thoughts"</u>

43.    As transcribed in Musical Example 21 below, the guitar part in the 1969 recording of "Thoughts" by Crow (attached as Track 15 on **Audio Exhibit 1** to the Ferrara Report) embodies a four-measure chromatic descending line *chord progression*. The notes in the descending chromatic scale are highlighted in red.  Like the "Taurus Studio Version" and "Stairway", the descending chromatic scale is from the notes *"a" through "f"*, are the lowest notes in measures 1 through the first two beats of measure 3. Also like the "Taurus Studio Version" and "Stairway", there is a contiguous repeat of the chord progression in "Thoughts".

**MUSICAL EXAMPLE 21**

**"Thoughts"** (1969)
Crow recording released in **1969**
Guitar part in the Introduction and continuing thereafter

At 0:00



<u>"And She's Lonely"</u>

44.     As transcribed in Musical Example 21 above, the guitar part in the 1969 recording of "And She's Lonely" by The Chocolate Watchband (attached as Track 16 on **Audio Exhibit 1** to the Ferrara Report) embodies a contiguously repeating four-measure chromatic descending line *chord progression*.  The notes in the descending chromatic scale are highlighted in red.  Like the "Taurus Studio Version" and "Stairway", the chromatic descending scale in "And She's Lonely" is from the pitches *"a" through "f"* and the descending chromatic notes are the lowest notes in measures 1 through the first two beats of measure 3.

**MUSICAL EXAMPLE 21**
**"And She's Lonely"** (1969)
The Chocolate Watchband recording released in **1969**
Guitar part throughout the Outro

At 3:02













24

**EXHIBIT 3**
**82**

II.  C.  6        THE CLAIM OF MELODIC SIMILARITY IN THE VOCAL MELODY

45.     As to the claim of melodic similarity in the vocal melody, in paragraph 17
(p. 6) of the Stewart Report [also see the Stewart Declaration at p. 9, ¶ 20], Dr. Stewart
finds similarity between a portion of the vocal melody in "Stairway" that he describes
as A-B-C-B-A-C and a portion of the harpsichord melody he describes as A-B-C  A.
That is, the only shared pitches, as Dr. Stewart describes them, are A-B-C.  Not only is
the placement and melodic rhythm different, but A-B-C is merely moving up minor
scale from A to b to C, three adjacent white notes on a piano.  This purported melodic
similarity, A-B-C, is generic, fragmentary, and commonplace, literally Do-Re-Me in a
minor scale (1-2-3 of the scale), which is also in, for example, "My Funny Valentine".

46.     Thus, the analysis in the Stewart Report of this purported melodic
similarity in the vocal melody in "Stairway" is limited to listing pitches, and ignores the
rhythmic durations (i.e., the melodic rhythm) of those pitches.  As transcribed by Dr.
Stewart in his Visual Exhibit B ("Part I" of "Stairway") there are two iterations of the
vocal melody beginning with the pitches "A B C B A" (respectively in measures 17 and
21) and one iteration of the vocal melody beginning with the pitches "A B C D C A".  As
transcribed by Dr. Stewart in his Visual Exhibit C ("Taurus") there is a single iteration
of the harpsichord melody beginning with the pitches "A B C A" (in measure 32).

47.     The pitch sequences in all three iterations of the vocal melodies in
"Stairway" are different from the pitch sequence in the single iteration of the
harpsichord melody in the "Taurus Studio Version" *as transcribed by Dr. Stewart*.
Moreover, even if the "A B C B A" pitch sequence in two of the iterations of the vocal
melody in "Stairway" were in the harpsichord melody in the "Taurus Studio Version",
and it is not, the "A B C B A" pitch sequence is not only minimal and fragmentary, that
pitch sequence is *identical* to the iconic opening pitch sequence in the 1895 "The
Streets of Cairo", also known as "The Snake Charmer Song" heard in countless
cartoons and other media.  The published sheet music of "The Streets of Cairo" is
attached as **Rebuttal Visual Exhibit E**.

**EXHIBIT 3**
**83**

48.     Moreover, in "The Streets of Cairo" and "Stairway", the first two notes ("A B") are "pick-up" notes (i.e., they *precede* beat 1 of the first measure of a section).  By way of melodic difference, the first two notes of the harpsichord melody ("A & B") in the "Taurus Studio Version" are *not* pick-up notes.  Rather, the first note of the harpsichord melody *starts* on beat 1.  These differences in the pitch sequences and melodic rhythm continue after the first two notes in the "Taurus Studio Version" and "Stairway".

49.     Importantly, the purported similarity between the pitch sequences in the harpsichord in the "Taurus Studio Version" and the vocal melody in "Stairway" (a sequence of merely "A B C" with differences in pitches thereafter and differences in melodic rhythm) is a failed and flawed attempt in the Stewart Report to find a similarity between "Stairway" and the "Taurus Studio Version" that might be added to the clearly unsubstantial and commonplace similarity in the use of a descending chromatic scale (a musical building block) within a commonplace ("cliché") chord progression.  The purported similarity in the vocal melody in "Stairway" is not only fragmentary and minimal, these two melodic fragments, "A B C B A" in "Stairway" and "A B C A" in the "Taurus Studio Version" are different; a pitch is missing in the "Taurus Studio Version" as listed in the Stewart Report.  Countless melodies including "Stairway" and "The Streets of Cairo" incorporate the pitch sequence "A B C B A" which is merely scale degrees "1 2 3 2 1" in a minor key.  The harpsichord melody in the "Taurus Studio Version" does not even include this commonplace pitch sequence as transcribed by Dr. Stewart.

50.     In summary, Dr. Stewart does not identify any musicologically significant similarities between the "Taurus" recordings and "Stairway" and he obscures the substantial differences.

## II.  C.  7.   SUMMARY OF THE ANALYSIS OF MELODY

51.     Approximately half of the notes in the iterations of the guitar melody in the "Taurus Studio Version" in Dr. Stewart's Visual Exhibit C are not in the "Taurus Transcription".

**EXHIBIT 3**
**84**

52.     Contrary to the Stewart Report, I found that there are no significant melodic similarities between the "Taurus Studio Version" and "Stairway", but there are significant melodic differences.  Most of the melodies in the "Taurus Studio Version" and "Stairway" are very different.  A minimal melodic similarity between the "Taurus Studio Version" and "Stairway" is the chromatic descending scale from "a" to "f" in measures 1, 2 and 3 in the four-measure chord progressions analyzed above.  This minimal melodic similarity is the result of the use of chromatic descending line *chord progressions* which were widely used in popular music prior to the "Taurus Studio Version", used in classical music as early as the 17th century, and so common that they are sometimes referred to as a "minor line cliché".  The lowest notes in the first three measures of the four-measure chord progressions in the guitar parts in the "Taurus Studio Version" and the first three measures in "Stairway" move down the chromatic scale.  This descending chromatic scale, a total of five notes from "a" down to "f", is a fundamental musical building block.

53.     The rhythmic durations of the five descending chromatic notes are *different* in the "Taurus Studio Version" and "Stairway".  By further way of difference, in the "Taurus Studio Version" the first four descending chromatic scale notes are iterated two times, and the final note is iterated four times in the same measure, but none of the descending chromatic scale notes in "Stairway" are reiterated in the same measure.

54.     There is nothing remotely creative about the similarity of five notes in a descending chromatic scale (that have *different* rhythmic durations) in the "Taurus Studio Version" and "Stairway".  Even as transcribed in "Example 2" on page 6 in the Stewart Report, there is nothing remotely creative about the five-note descending chromatic scale in half notes ending on a whole note.

55.     The order of the notes played on the guitar in what Dr. Stewart calls the "four measure passages" in the "Taurus Studio Version" and "Stairway" is different.  First, there are *at least* two melodic lines in "Stairway" in which the lower melodic line consists wholly of successive chromatic descending notes and the upper melodic line consists of "arpeggios".  Within the upper melodic line in "Stairway", upper consecutive eighth notes create a memorable series of two-note melodic phrases that move from "a"

27

**EXHIBIT 3**
**85**

to "b" (landing on beat 3 in measure 1), from "b" to "c" (landing on beat 1 in measure 2), and from "c" to "f#" (landing on beat 3 in measure 2).  Second and by way of very significant difference, the upper notes in the "Taurus Studio Version" are confined on "e" in measures 1 and 2, through the first two beats of measure 3.

56.     Out of a total of 27 notes in the guitar part in measures 1, 2, and 3 in the four-measure chord progression in "Stairway", only two notes have the same pitch (within the same octave), the same rhythmic duration, and the same metrical placement: the single "c" note in the second half of beat 1 in measures 1 and 3.

57.     Thus, the melodies in the guitar parts in the four-measure chord progressions are different in the "Taurus Studio Version" and "Stairway".  The minimal similarity is due to the use of the commonplace descending chromatic scale, a fundamental building block, in which the rhythmic durations of those descending chromatic notes are different in the guitar parts.  This demonstrable fact is obscured in the table graph on p. 5 in the Stewart Report.

58.     In addition, melodic similarities in the *guitar* parts in the "Taurus Studio Version" and "Stairway" are found in *guitar* parts in prior art.  As analyzed and transcribed in Musical Examples 11 – 19 above, *guitar* parts in six (6) works that predate the "Taurus Studio Version" include melodic similarities in the "Taurus Studio Version" and "Stairway".  Moreover, greater melodic similarities are found between "Michelle", "Music to Watch Girls By", and/or "Summer Rain" and the "Taurus Studio Version" than exist between the guitar melodies in the "Taurus Studio Version" and "Stairway".  In addition, melodic similarities are also found in the guitar parts in three works (*see* Musical Examples 20 - 22 above) released after the "Taurus Studio Version" but before the recording of "Stairway".  Findings in the Stewart Report are blindsided by these works.

59.     The purported similarity in the different pitch sequences and significantly different melodic rhythms in the vocal melody in "Stairway" and the harpsichord melody in the "Taurus Studio Version" is a feeble and deeply flawed attempt to add a similarity when the melodic expression is different.

60.     In summary, when combined with my findings regarding structure, harmony, and rhythm, I found that there are no significant structural, harmonic, rhythmic and/or melodic similarities, individually or in the aggregate, between the "Taurus Studio Version" and "Stairway".

Tab D

**FERRARA REBUTTAL TO THE STEWART REPORT**

**REBUTTAL ATTACHMENT D – ANALYSIS OF BOTH WORKS IN THEIR
ENTIRETIES**

D.  1.  THE OVERALL RHYTHMIC FEEL AND FLOW ARE DIFFERENT

1.      The "Taurus Studio Version" and "Stairway" are in 4/4 meter, also termed
"common time."  In 4/4 meter, music is divided into measures, in which there are 4
quarter note beats.  Countless musical compositions are in 4/4 meter; 4/4 meter is a
fundamental musical building block.  The tempo (i.e., the speed at which music is
performed) of the "Taurus Studio Version" starting with Section A1 (at 0:45) is
approximately 70 beats per measure.  The tempo in the Introduction of the "Taurus
Studio Version" is freer.  In that Introduction, the tempo of the basic pulse is flexible, a
music performance practice that is broadly termed "rubato"[1].  By way of difference, the
Introduction in "Stairway" is not performed "rubato".  Instead, the tempo at the beginning
of "Stairway" is 72 beats per minute, and by further way of difference, the tempo in
"Stairway" gradually but significantly increases from approximately 72 during the
Introduction to 102 beats per minute by Verse 6.  The incremental acceleration of the
tempo and increase in rhythmic complexity is a hallmark of the overall rhythmic feel and
flow of "Stairway", an acceleration and rhythmic complexity that are entirely absent in
the "Taurus Studio Version".

2.      On the basis of my analysis, I found that the overall rhythmic feel and flow
are very different in the "Taurus Studio Version" and "Stairway".  This is illustrated in the
transcriptions of the "Taurus Studio Version" in **Rebuttal Visual Exhibit B** and
**"Stairway"** in **Rebuttal Visual Exhibit C**.  A transitory similarity is in an eighth-note
rhythm in the guitar parts during the four-measure chord progressions under discussion.
A repeating eighth-note rhythm is a basic building block rhythm.  Moreover, as analyzed
in other parts of this report, the chromatic descending line chord progressions in many
of the prior art works also include an eighth-note rhythm.

---

[1]      See "rubato" in The Harvard Dictionary of Music, p. 744.

1

**EXHIBIT 3**
**88**

3. Significant rhythmic differences abound in the "Taurus Studio Version" and "Stairway", such as:

- The "rubato" rhythm in the first 44 seconds of the "Taurus Studio Version" is very different from any rhythm in "Stairway";

- The rising and falling quarter notes in four measures out of a total of seven measures in Section B1 and four measures out of a total of eight measures in Section B2[2] in the "Taurus Studio Version" are very different from the rhythm in any four-measure section in "Stairway";

- The sixteenth-note rhythm in the guitar part during the final iteration of the descending line chord progression during the Interlude section in "Stairway" (*see* mm. 37-40 in **Visual Exhibit B**) is very different from the rhythm in any four-measure section in the "Taurus Studio Version";

- The repeating four-measure syncopated rhythm in the guitars and electric piano played throughout the entire Refrains 1, 2, 3, and 4 in "Stairway" is very different from the rhythm in any four-measure section in the "Taurus Studio Version";

- The rhythm during the Bridge in "Stairway" (*see* mm. 110-117 in **Rebuttal Visual Exhibit C**) is very different from the rhythm in any section of the "Taurus Studio Version";

- The rhythm during the guitar solo in "Stairway" (*see* mm. 118-137 in **Rebuttal Visual Exhibit C**) is very different from the rhythm in any section of the "Taurus Studio Version";

- The rhythm during Verse 6 in "Stairway" (*see* mm. 138-155 in **Rebuttal Visual Exhibit C**) is very different from the rhythm in any section of the "Taurus Studio Version";

- The rhythm in the vocal melodies sung during the Verses and Refrains in "Stairway" is very different from the rhythm in any section of the "Taurus Studio Version"; and

---

[2] *See* the structural chart of the "Taurus Studio Version" on p. 1 at Paragraph 3 in **Rebuttal Attachment A – Analysis of Structure** attached to this Rebuttal Report.

2

**EXHIBIT 3**
**89**

- The incremental acceleration of the tempo and increase of rhythmic complexity is a hallmark of the overall rhythmic feel and flow of "Stairway", and they are absent in the "Taurus Studio Version".

## D. 2. THE OVERALL COMPOSITIONAL TRAJECTORIES WITHIN THE "TAURUS STUDIO VERSION" AND "STAIRWAY" ARE SIGNIFICANTLY DIFFERENT

4.      The Stewart Report fails to analyze "Stairway" in its entirety. The structural chart and "Section descriptions" on pp. 2-3 in the Stewart Report fall far short. The entirety of "Stairway" is marked by an unremitting increase in musical texture[3] and compositional complexity that develops throughout "Stairway". The expansion of the musical texture and compositional complexity develops in parallel with an acceleration of the tempo, i.e., the speed of the basic pulse of the song. Consequently, the trajectory of the compositional development in "Stairway" from:

- The simplicity of the musical texture consisting of simple arpeggios and a "cliché" descending chromatic scale in the opening solo acoustic guitar;
- The addition of the 12-string electric guitar and electric piano at Refrain 1[4],
- The addition of the bass guitar and drums at Verse 4[5],
- The addition of both the electric guitar and a second 12-string guitar at Refrain 4[6] and particularly in the fanfare at the Bridge[7],

---

[3]      "Texture" is being used here in terms of "spacing", "orchestration", and rhythm. (See "Texture" in The Harvard Dictionary of Music, p. 877.) "Spacing" is the high or low placement of the notes in a chord. (Ibid., p. 834) and "orchestration" refers to "The art of employing instruments in various combinations…." (Ibid., p. 597.)

[4]      At 2:14 in the sound recording and at measure 41 in **Rebuttal Visual Exhibit C**.

[5]      At 4:20 in the sound recording and at measure 83 in **Rebuttal Visual Exhibit C**.

[6]      At 4:45 in the sound recording and at measure 92 in **Rebuttal Visual Exhibit C**.

[7]      At 5:35 in the sound recording and at measure 110 in **Rebuttal Visual Exhibit C**.

3

**EXHIBIT 3**
**90**

- The thick textures of the two 12-string guitars and notably increased rhythmic complexity in the lead electric guitar and bass guitar as well as the exceedingly increased melodic complexity in the lead electric guitar in the guitar Solo[8]; and
- The re-entrance of melody in the vocal part (now singing a particularly high-pitched and penetrating melody), the increase in rhythmic syncopation in the guitars and bass guitars in every second measure, and the increase in rhythmic complexity in the drums in Verse 6[9]

embodies the quintessential compositional substance of "Stairway", a compositional substance grounded and defined by that trajectory.  This trajectory and resulting compositional substance are absent in the "Taurus Studio Version".

5.    Following the memorable guitar fanfares in the Bridge and guitar Solo, Verse 6 in "Stairway" embodies a penultimate climax within the extraordinary trajectory of increasing musical texture and compositional complexity.  The explosive re-entrance of the full-sung and high-pitched vocal melody above thickly textured and syncopated instrumentals and the compelling lyrics in Verse 6 creates a penultimate section in the compositional trajectory of "Stairway".  There is nothing remotely similar to this overall compositional trajectory to the penultimate Verse 6 in the composition in the "Taurus Studio Version".

6.    The Outro[10] in "Stairway" returns to a steadier, less syncopated and less complex rhythm, although the texture remains thick with wide "spacing" (i.e., highs and lows in pitches).  At approximately 7:41 in the sound recording (within the Outro), there is a gradual slowing of the tempo to the end of the song.[11]  Along with this gradual

---

[8]    At 5:56 in the sound recording and at measure 118 in **Rebuttal Visual Exhibit C**.

[9]    At 6:45 in the sound recording and at measure 138 in **Rebuttal Visual Exhibit C**.

[10]    At 7:27 in the sound recording and at measure 156 in **Rebuttal Visual Exhibit C**.

[11]    In the "Stairway" score, a "rit." marking is placed at measure 162 which is an abbreviation for the Italian word, "ritardando", i.e., "Slowing down gradually".  (*The*

4

**EXHIBIT 3**
**91**

slowing of the tempo in the final measures of "Stairway" is a reduction in compositional complexity (the guitar, bass guitar, and electric piano play sustained notes and the drums drop out), diminishment of the sound, with a remarkable ending in which the title lyrics are sung *a cappella* (i.e., without any instrumental accompaniment) while continuing to slow down the tempo. This trajectory through the Outro in "Stairway" is very different from the ending of the "Taurus Studio Version".

7.    By way of stark difference, the overall compositional symmetry in the "Taurus Studio Version" in the interchange of Sections A and B is very different from the indefatigable increase in musical texture and compositional complexity that develops throughout "Stairway" and the penultimate compositional climax of voice and instruments in Verse 6. That compositional substance is unmistakably absent in the "Taurus Studio Version".

D.  3.   THE LYRICAL MEANINGS ARE VERY SUBSTANTIAL IN THE OVERALL "STAIRWAY" COMPOSITION BUT THERE ARE NO LYRICS IN THE "TAURUS STUDIO VERSION"

8.    The lyrical meanings in "Stairway" are very substantial in the overall composition, but there are no lyrics (i.e., sung or spoken words) at all in the "Taurus Studio Version". While a detailed analysis of the lyrics in "Stairway" is not warranted, a preliminary analysis of the lyrics within the context of the composition as a whole is warranted. The complete lyrics in "Stairway" are included in the score of "Stairway" in its entirety in **Rebuttal Visual Exhibit C**.

9.    Immediately following the Introduction played by the acoustic guitar and recorders in "Stairway", the vocal melody enters (joining the acoustic guitar and recorders) with the opening of Verse 1 in "Stairway" that starts with the lyrics:

"There's a lady who's sure

all that glitters is gold

---

*Harvard Dictionary of Music*, p. 733.)

**EXHIBIT 3**
**92**

and she's buying a stairway to heaven."

The meaning of this lyrical opening defies reality insofar as it identifies an imaginary "stairway" that reaches "heaven". It also suggests that this "lady" is "sure" that wealth can "buy" her the unreal "stairway to heaven". Continuing in the same Verse are the lyrics: "…she knows if the stores are all closed with a **word** she can get what she came for…and she's buying a stairway to heaven". What is the "word" that enables the "lady" to "get what she came for"? We are not given an answer. Instead, the lyrics continue: "…'cause you know sometimes words have two meanings". The Verse ends with the lyrics:

> "In a tree by the brook
>
> there's a songbird who sings
>
> sometimes all of our thoughts are misgiven."

10.    This wonderment about what we really know is the substance of the Refrain lyrics, "Oo, it makes me wonder, Oo, it makes me wonder." In "Stairway", the repeating Refrain lyrics – 'it makes me wonder' – simply but powerfully articulate a state of wonderment.

11.    The lyrics in Verses 2 and 3 sing of "looking to the west", "leaving", and following "the tune" through which "the piper will lead us to reason and a new day will dawn…and the forests will echo with laughter". Here there is a call for transcendence and spiritual enlightenment, perhaps leaving a view of life that "all that glitters is gold", and transcending to the "forests" where "a songbird's" song may speak the greater truth, above "our thoughts".

12.    Verse 4 in "Stairway" is remindful of Robert Frost's poem, "The Road Not Taken". The lyrics in Verse 4 of "Stairway" include:

> "Yes, there are two paths you can go by
>
> but in the long run

6

**EXHIBIT 3**
**93**

(and) there's still time to change the road you're on."

13.    After another "And it makes me wonder" lyric in Refrain 4, the lyrics in Verse 5 add that "…the piper's calling you to join him" and end with:

"Dear lady, can you hear the wind blow

and did you know

your stairway lies on the whisp'ring wind."

Once again, the overall lyrical message appears to point "the lady" (perhaps representing us, the listeners) to nature, to spiritual enlightenment, and away from the materialism symbolized by glittering gold.

14.    As analyzed above, coupled with these lyrical meanings is an increasing textural and rhythmic complexity.  Immediately following Verse 5 and the lyrics, "…did you know your stairway lies on the whisp'ring wind", the voice drops out and a very memorable instrumental fanfare (in the Bridge) highlighted by guitars seems to announce that something significant was just relayed and something significant is about to commence.  This fanfare-like Bridge is followed by the extraordinary guitar Solo section, which adds still greater rhythmic and melodic complexity to the overall compositional trajectory in "Stairway".

15.    The guitar Solo is followed by Verse 6, which as analyzed above, embodies a penultimate climax of the extraordinary trajectory of increasing musical texture and compositional complexity.  The explosive re-entrance of the full-sung and high-pitched vocal melody above thickly textured and syncopated instrumentals is coupled with the compelling lyrics:

"And as **we** wind on down the road

**our** shadows taller than **our** soul

There walks a lady **we** all know

who shines white light and wants to show

7

**EXHIBIT 3**
**94**

how ev'rything still turns to gold.

Importantly, here the lyrics place the singer and the audience of his song in the first person with two iterations of the words, "we" and "our", as emphasized immediately above, rather than the Refrain lyrics, "It makes *me* wonder".  Like the song's imaginary opening "stairway" that reaches "to heaven", the metaphorical meaning of "…our shadows taller than our soul" defies reality.

16.     The final lyrical lines in Verse 6 suggest that the overall lyrical message of the song is about finding spiritual enlightenment:  "And if you listen very hard, the tune will come to you at last".  This "tune" played by the piper is in an Eastern philosophical key in the next line:  "When all are one and one is all…."  This gives a sense of the Eastern vision of oneness, in which all beings are "one" like drops that are part of an infinite ocean.  The final lyrical phrase, "to be a rock, and not to roll" could be regarded as a clever play on "rock and roll"; it could also be interpreted as calling for the steadfastness and restfulness of a rock that withstands the (material) challenges of life.  In this way, Verse 6 embodies the compositional climax of the lyrics and music, which constitute the "Stairway" composition.

17.     As analyzed above, at approximately 7:41 in the sound recording within the Outro section, there is a gradual slowing of the tempo to the end of the song.  Along with this gradual slowing of the tempo in the final measures of "Stairway" is a dramatic reduction in compositional complexity (the guitar, bass guitar, and electric piano play sustained notes and the drums drop out) and a diminishment of the sound.  Within this dramatic reduction is a reprise of a portion of the opening lyrics of the song, namely: "And she's buying a stairway to heaven" in which the last three or four words are sung *a cappella* while continuing to slow down the tempo.

18.     By way of substantial difference, there are no lyrics in the "Taurus Studio Version".  The indelibly connected compositional development and trajectory of the lyrics and music in "Stairway" are completely absent in the "Taurus Studio Version".

8

**EXHIBIT 3**
**95**

D. 4.   SUMMARY OF THE ANALYSIS OF THE "TAURUS STUDIO VERSION" AND
"STAIRWAY" IN THEIR ENTIRETIES

19.     The Stewart Report fails to analyze "Stairway" in its entirety.  The
structural chart and "Section descriptions" on pp. 2-3 in the Stewart Report fall far
short.  The "Taurus Studio Version" and "Stairway" are very different compositions in
their entireties.  With respect to the two works as a whole, there are no significant
structural, harmonic, rhythmic, and/or melodic differences, but there are significant
structural, harmonic, rhythmic, and melodic differences.  Moreover, "Stairway" is a
"song" with a singing voice and a very meaningful text (lyrics).  The "Taurus Studio
Version" does not include any portion to be sung, nor does it include any lyrics.

20.     The tempo (i.e., the speed at which music is performed) of the "Taurus
Studio Version" starting with Section A1 (at 0:45) is approximately 70 beats per
measure.  The tempo in the Introduction of the "Taurus Studio Version" is freer.
Therein, the tempo of the basic pulse is flexible, a music performance practice that is
broadly termed "rubato".  By way of difference, the Introduction in "Stairway" is not
performed "rubato".  Instead, the tempo at the beginning of "Stairway" is 72 beats per
minute, and by further way of difference to the "Taurus Studio Version", the tempo in
"Stairway" gradually but significantly increases from approximately 72 during the
Introduction to 102 beats per minute by Verse 6.  The incremental acceleration of the
tempo and increase in the rhythmic complexity is a hallmark of the overall rhythmic feel
and flow of "Stairway", a developing rhythmic feel and flow that is absent in the "Taurus
Studio Version".

21.     The overall compositional trajectory of "Stairway" is marked by an
unremitting increase in musical texture and in compositional complexity that develops
throughout the song.  The expansion of the musical texture and compositional
complexity in "Stairway" develops in parallel with an acceleration of the tempo, i.e., the
speed of the basic pulse, climaxing in Verse 6 (which begins at 6:45).  The overall
compositional trajectory in the "Taurus Studio Version" is not remotely similar.

9

**EXHIBIT 3**
**96**

22.    Moreover, the musical and lyrical compositions in "Stairway" are indelibly bound within the "Stairway" composition, and develop together throughout the "Stairway" composition.  There are no lyrics in the "Taurus Studio Version".  The "Taurus Studio Version" is not a song.

10

**EXHIBIT 3**
**97**

# EXHIBIT A

# REBUTTAL

# VISUAL

# EXHIBIT

# A

**EXHIBIT 3**
**98**



EXHIBIT 3
99

# EXHIBIT B

# REBUTTAL

# VISUAL

# EXHIBIT

# B

**EXHIBIT 3**
**100**

# Taurus



**EXHIBIT 3**
**101**

2







**EXHIBIT 3**
**102**





**EXHIBIT 3**
**103**





**EXHIBIT 3**
**104**

5





EXHIBIT 3
105



EXHIBIT 3
106

# EXHIBIT C

# REBUTTAL

# VISUAL

# EXHIBIT

# C

**EXHIBIT 3**
**107**

# Stairway to Heaven



**EXHIBIT 3**
**108**



EXHIBIT 3
109











**EXHIBIT 3**
**110**



**EXHIBIT 3**
**111**



EXHIBIT 3
112



**EXHIBIT 3**
**113**



**EXHIBIT 3**
**114**



EXHIBIT 3
115



EXHIBIT 3
116







**EXHIBIT 3**
**117**



EXHIBIT 3
118

12



**EXHIBIT 3**
**119**



**EXHIBIT 3**
**120**

14



**EXHIBIT 3**
121



EXHIBIT 3
122



**EXHIBIT 3**
**123**







**EXHIBIT 3**
**124**





**EXHIBIT 3**
**125**



EXHIBIT 3
126

20







**EXHIBIT 3**
**127**



EXHIBIT 3
128





**EXHIBIT 3**
**129**



EXHIBIT 3
130





EXHIBIT 3
131



EXHIBIT 3
132



EXHIBIT 3
133



EXHIBIT 3

134

28



EXHIBIT 3
135



EXHIBIT 3
136

# EXHIBIT D

# REBUTTAL

# VISUAL

# EXHIBIT

# D

EXHIBIT 3
137

**"Taurus" at 0:45**   excerpted from mm. 19-22 in Visual Exhibit A
**"Stairway" at 0:00**   excerpted from mm. 1-4 in Visual Exhibit B



**EXHIBIT 3**
**138**

"Taurus" at 0:58          excerpted from mm. 23-26 in Visual Exhibit A
"Stairway" at 0:13        excerpted from mm. 5-8 in Visual Exhibit B



**EXHIBIT 3**
139

# EXHIBIT E

# REBUTTAL VISUAL EXHIBIT E

**EXHIBIT 3**
**140**



EXHIBIT 3
141

**Bonnie Thornton's Latest Hit.**

# STREETS OF CAIRO,

## or The Poor Little Country Maid.

Arr. by G. M. ROSENBERG.    by JAMES THORNTON.



Moderato.

1. I will sing you a song, And it wont be ve-ry long, 'Bout a
2. She went out one night, Did this in-no-cent di-vine, With a
3. She was en-gaged As a pic-ture for to pose, To ap-

maid - en sweet, And she nev - er would do wrong,
nice young man, Who in - vit - ed her to dine,
-pear each night, In ab - bre - viat - ed clothes,

Copyright, MDCCCXCV, by FRANK HARDING.
Entered at Stationers' Hall, London, England.

**EXHIBIT 3**
**142**

Ev - 'ry - one said she was pret - ty, She was not long in the ci - ty,
Now he's sor - ry that he met her, And he nev - er will for - get her,
All the dudes were in a flur - ry, For to catch her they did hur-ry,

All a - lone, oh, what a pit - ty, Poor lit - tle maid
In the fu - ture he'll know bet - ter, Poor lit - tle maid,
One who caught her now is sor - ry, Poor lit - tle maid.

**CHORUS.**

She nev - er saw the streets of Cai - ro, On the Mid - way
She nev - er saw the streets of Cai - ro, On the Mid - way
She was much fair - er far than Tril - by, Lots of more men

p 2d time f

The streets of Cairo.  S.—4.

EXHIBIT 3
143



EXHIBIT 3
144

# EXHIBIT F

# REBUTTAL

# VISUAL

# EXHIBIT

# F

EXHIBIT 3
145

## Stairway Report Audio Exhibit 1

1.  Taurus / Spirit                                                    2:37
2.  Stairway to Heaven / Led Zeppelin                                  8:02
3.  Meaning of the Blues (Remastered) / Julie London                  2:56
4.  Chim Chim Cher-ee / Dick Van Dyke, Julie Andrews,...              2:47
5.  How Insensitive / Astrud Gilberto                                  2:48
6.  Walkin' My Baby Back Home / Nat "King" Cole                        2:39
7.  More / Vic Dana                                                    2:21
8.  Spring Is Near by Farlowe & The Thun                              3:14
9.  My Funny Valentine / Johnny Mathis                                 3:36
10. A Taste of Honey / The Beatles                                     2:03
11. Cry Me a River / Davy Graham                                       2:19
12. Michelle / The Beatles                                             2:42
13. Music to Watch Girls By / Andy Williams                           2:34
14. Summer Rain / Johnny Rivers                                       3:52
15. Ice Cream Dreams / Cartoone                                        2:50
16. Crow - Thoughts                                                    4:43
17. The Chocolate Watch Band -And Shes L                              4:19

Printed with iTunes



**EXHIBIT 3**
**146**