**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL SKIDMORE, *etc.*, <br><br> Plaintiff, <br><br> vs. <br><br> LED ZEPPELIN, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-03462 RGK (AGRx) <br><br> [*PROPOSED*] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* NO. 10 TO EXCLUDE WITNESSES PLAINTIFF FAILED TO DISCLOSE <br><br> Date: May 10, 2016 <br> Time: 9:00 a.m. <br><br> Courtroom of the Honorable <br> R. Gary Klausner <br> United States District Judge |

## ORDER

The Court having considered the Motion *in Limine* No. 10 of defendants James Patrick Page, Robert Anthony Plant, John Paul Jones, Warner/Chappell Music, Inc., Super Hype Publishing, Inc., Atlantic Recording Corporation, Rhino Entertainment Company and Warner Music Group Inc. for an Order excluding plaintiff from relying upon the witnesses that plaintiff failed to disclose as required by Federal Rule of Civil Procedure 26(a)(1)(A) and (e), the opposition and reply papers and the oral argument at the hearing on the Motion, the Court rules as follows:

**IT IS HEREBY ORDERED**

That defendants' Motion be and hereby is GRANTED and plaintiff may not call the witnesses that plaintiff failed to disclose, including Larry Knight, Mike Lee and Robert Lee, and the witnesses, including Paul Franklin, Linda Mensch, Terry Lynn Moore and Dave McKenna, that plaintiff failed to disclose until the day of the fact discovery cut-off and for whom plaintiff failed to provide the subject of their information, their addresses and their telephone numbers.

Dated:

_____
The Honorable R. Gary Klausner
United States District Judge

*Submitted by*:

Peter J. Anderson, Esq., Cal. Bar No. 088891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY PLANT, JOHN PAUL JONES, WARNER/CHAPPELL MUSIC, INC., SUPER HYPE PUBLISHING, INC., ATLANTIC RECORDING CORP., RHINO ENTERTAINMENT COMPANY and WARNER MUSIC GROUP CORP.

Helene Freeman, Esq., admitted *pro hac vice*
E-Mail:  hfreeman@phillipsnizer.com
PHILIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103-0084
Tel: (212) 977-9700
Fax: (212) 262-5152
Attorneys for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY PLANT and JOHN PAUL JONES