Francis Malofiy, Esq.
Francis Alexander, LLC
280 N. Providence Rd. | Suite 105
Media, PA 19063
T:  (215) 500-1000; F:  (215) 500-1005
E:  francis@francisalexander.com
*Attorney for Plaintiff*

Glen L. Kulik, Esq. (SBN 082170)
Kulik Gottesman & Siegel LLP
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
T:  (310) 557-9200; F: (310) 557-0224
E:  gkulik@kgslaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 ON PRECLUDING DEFENSE DAMAGES EXPERT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Filed concurrently with Declaration of Francis Malofiy; and [Proposed] Order<br><br>Date:  May 10, 2016<br>Time:  9:00 am<br>Courtroom:   850 |

PLAINTIFF'S MOTION IN LIMINE NO. 3

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 10, 2016 at 9:00 am, or as soon thereafter as this matter can be heard before the Honorable R. Gary Klausner of the United States District Court for the Central District of California, at 312 N. Spring Street, Courtroom 850, Los Angeles, California, 90012, Plaintiff Michael Skidmore, Trustee for the Randy Craig Wolfe Trust, will move and hereby moves to have the Court preclude Defendants from producing any expert on damages and to preclude Defendants from presenting any expert evidence, testimony, argument, and opinion on damages.

Plaintiff's counsel makes this motion after a pre-filing conference held pursuant to Local Rule 7-3 on March 22, 2016, where Plaintiff's counsel notified Defendants that Plaintiff would be filing motions in limine with respect to Defendants' experts.

This motion is based on the attached memorandum of points and authorities in support thereof, the declaration of Francis Malofiy, and all files and pleadings in this action.

Dated:  March 25, 2016            FRANCIS ALEXANDER, LLC


                                          */s/ Francis Alexander Malofiy*
                                          Francis Alexander Malofiy
                                          Attorneys for Plaintiff

# TABLE OF CONTENTS

<u>Page</u>

I.     RELIEF SOUGHT .................................................................................. 1

II.    STATEMENT OF FACTS ...................................................................... 1

III.   ARGUMENT........................................................................................... 1

IV.    CONCLUSION ....................................................................................... 2

## I.      RELIEF SOUGHT

Plaintiff Michael Skidmore, Trustee for the Randy Craig Wolfe Trust ("Skidmore" and "Trust"), seeks the Court's entry of an Order precluding Defendants from producing any expert on damages as they failed to submit an expert by the disclosure deadline, and failed to submit a rebuttal at the rebuttal deadline.

## II.     STATEMENT OF FACTS

This case is a copyright infringement case between plaintiff Michael Skidmore, as Trustee for the Randy Craig Wolfe Trust, and Led Zeppelin's members and the corporate entities that exploit Stairway to Heaven.

The expert disclosure deadline was February 10, 2016, under FRCP 26(a)(2)(D)(i). Plaintiff served upon Defendants expert disclosures for five experts on that date, including Michael Einhorn, Plaintiff's expert economist. Defendants served two expert reports that were only musical in nature, the reports of Lawrence Ferrara and Robert Mathes.

Under Rule 26(a)(2)(D)(ii), the parties had 30 days to file a rebuttal to the opposing parties' reports, plus another three days pursuant to FRCP 6(d). Plaintiff served rebuttal reports as part of his response opposing Defendants' motion for summary judgment on March 7, 2016. Defendants served rebuttal reports on March 13, 2016. However, conspicuously absent was any rebuttal report on economic damages. To date, Defendants have not submitted any report on economic damages.

## III.    ARGUMENT - DEFENDANTS SHOULD BE PRECLUDED FROM PRESENTING ANY EXPERT TESTIMONY, EVIDENCE, OR ARGUMENT ON DAMAGES

Federal Rule of Civil Procedure 26(a)(2)(D)(i) provides that expert reports must be disclosed ninety days before trial. Subsection (a)(2)(D)(ii) provides that any rebuttal must be served in 30 days. *See also Goodman v. Staples The Office Superstore, LLC*, 644 F. 3d 817, 824 (9th Cir. 2011).

Defendants have not presented any expert on damages. Plaintiff therefore asks that

they be precluded from presenting any evidence, argument, testimony, or opinion on damages at trial. Defendants will of course be able to cross examine Plaintiff's expert, Michael Einhorn.

## IV.    CONCLUSION

Plaintiff respectfully requests the Court preclude and defense expert on damages and preclude any defense expert evidence, testimony, or argument concerning damages.


DATED: March 25, 2016                    FRANCIS ALEXANDER LLC
                                         By ___ /s/ *Francis Alexander* _____
                                         Francis Malofiy
                                         Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

Plaintiff hereby represents that Plaintiff's Motion in Limine No. 3 to Preclude Defense Damages Expert has been served upon counsel by email:

Helene Freeman, Esquire
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Peter J. Anderson, Esquire
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company*

*\*\*\*\*\**

*Respectfully submitted,*
Francis Alexander, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 105
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
E:  francis@francisalexander.com
*/d/ March 25, 2016*

ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 3