Francis Malofiy, Esq.
Francis Alexander, LLC
280 N. Providence Rd. | Suite 105
Media, PA 19063
T: (215) 500-1000; F: (215) 500-1005
E: francis@francisalexander.com
*Attorney for Plaintiff*

Glen L. Kulik, Esq. (SBN 082170)
Kulik Gottesman & Siegel LLP
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
T: (310) 557-9200; F: (310) 557-0224
E: gkulik@kgslaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 12 TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT DRUG AND ALCOHOL USE**<br><br>Trial:         April 25, 2016<br>Time:         9:00 a.m.<br>Courtroom:    850<br>Pretrial Conf: May 10, 2016 |

A determining factor at trial will be the ability of the witnesses to recollect events which occurred during the period 1966 to 1973. In particular, the credibility of Defendants Jimmy Page ("Page") and Robert Plant ("Plant") to accurately recall their interactions (or lack thereof) with Randy California, with the group Spirit, and with Spirit's music including the song *Taurus*, is crucial. It bears directly on the all-important question of "access," which is an essential element of Plaintiff's case.

It is anticipated that Page and Plant will testify at trial, in effect, that they never met, heard of, or listened to the music of Spirit. Yet there is considerable evidence that they are either lying, or, more likely, they simply do not accurately recall the events. The two bands played at the same shows on several occasions between 1968 and 1970 before *Stairway to Heaven* was written. In fact, Led Zeppelin's first U.S. concert was on December 26, 1968 as the opening act for Spirit in Colorado. Page has admitted in interviews during that time frame that Spirit was one of the few bands he liked: He liked their music and enjoyed seeing them perform live. Page also admitted that he recently discovered in his personal album collection a copy of the Spirit album on which *Taurus* appeared (a vinyl album) though he has no recollection of how it got there or when he obtained it. Plant admits that he was in a serious accident in early 1970 while returning from a Spirit concert (Plant was there as a fan) where he and the Spirit band members went drinking together after the show, and there is considerable evidence that the two groups appeared in concert at the same shows on several occasions in 1968 and 1969. There is evidence that Page and Plant sat in the front row at least once during a Spirit concert and took notes, and that Page specifically asked Randy California how to play the introduction to *Taurus*. At their concerts starting in 1968, Led Zeppelin played a song off of Spirit's first album, *Fresh Garbage,* which was the same album on which *Taurus* appeared. Finally, former Spirit bassist Larry Knight has testified to meeting and speaking with Page after a Spirit concert in 1973 and that he observed Page speaking with Randy California at that same party.

In sum, the ability of Page and Plant to accurately recall events will be a crucial

1

aspect of the trial that could prove to be the deciding factor.

The ability of a witness to accurately recall events may be considered by the jury in assessing the witness' credibility. *Patterson v. McCarthy*, 581 F.2d 220, 221 (9th Cir. 1978); Fed. R. Evid. 401. It is permissible to question a witness about his or her poor memory on cross-examination. *Davis v. Alaska*, 415 U.S. 308, 316 (1974) ("the cross-examiner is not only permitted to delve into the witness' story to test the witness' perceptions and memory, but the cross-examiner has traditionally been allowed to impeach, i.e., discredit, the witness.") Most importantly, it has been held that it is proper to introduce evidence of intoxication or drug use to prove a witness' diminished capacity to recall events. *United States v. Robinson*, 583 F.3d 1265, 1272 (10th Cir. 2009); *Henderson v. DeTella*, 97 F.3d 942, 949 (7th Cir. 1996); *Brooks v. Haggett*, 2010 WL 4226693, at *13 (N.D. Cal. Oct. 21, 2010) (denying motion in limine to exclude evidence of drug use); *see also United States v. Hodge,* 594 F.3d 614, 618 (8th Cir. 2010); *see e.g.* 65 A.L.R. 3d 705 (Originally published in 1975).

It is well-documented and generally known to the public that Page and Plant have had serious addictions to drugs and alcohol over the years. In a DVD Page put out in 2003, the topic of drug use is covered in depth:

> Q: How important were drugs to you during that time?
>
> Page: I can't speak for the others, **but for me drugs were an integral part of the whole thing, right from the beginning, right to the end**. And part of the condition of drug taking is that you start thinking you're invincible. I'll tell you something that is absolutely crazy. I remember one night climbing out of a nine-story window in New York and sitting on one of those air-conditioning units, and just looking out over the city. I was just out on my own and I thought it might be an interesting thing to do. It was totally reckless behavior. . . . But when you're performing at a standard that is so incredible and intense, it can't help but change your psyche. Everything I changing and mutating every night. And sometimes you're having nights that you just can't believe— you just can't believe it. And that is why we started making recordings of everything, because it was just getting so

2

interesting. It's going to affect you somewhat. We were abnormal people to begin with. [*laughs*]

Brad Tolinksi, "Light & Shade: Conversations with Jimmy Page," at p.169-70 (taken from Led Zeppelin DVD 2003) (emphasis added). Page also stated:

> Q: Did your lifestyle ever catch up to you?
>
> A: By the time we hit New York in [July] 1973 for the filming of The Song Remains the Same, I didn't sleep for five days! . . . I couldn't even think of that now, but that's how our life was. In fact, during that and subsequent tours, we became so full of adrenaline that we started sleeping less and less, and we had to resort to drinking and sleeping pills to calm ourselves down long enough to sleep.

Id. at p.171. Page and Plant also testified in their depositions that they had a serious drug and alcohol problem in the 60's and 70's which affected their memories, although there was some attempt to downplay the effects and pervasiveness of their drug use and the effect it might have had. *See e.g.* ECF 124-1, Exh. 1 [Page's deposition transcript] (filed under seal), pp. 429-433; Exh. 8 [Plant's deposition transcript] (filed under seal), p. 278.

Remember, Larry Knight claims that he spoke with Page after a Spirit show at an after party in 1973 at the Rainbow in London, England, around the time that Page admits he was doing drugs and was on five day benders. Knight says that Page said he was a huge fan of Spirit and had seen the show. Knight also saw Page speaking to Wolfe later in the night. Randy Wolfe told two separate people, Paul Franklin and Dave Waterbury, he had confronted Jimmy Page that night. But Page claims that he does not remember meeting Larry Knight in 1973, does not remember seeing Spirit at the Rainbow in 1973, does not ever remember seeing Spirit, does not remember having a conversation with Randy Wolfe in 1973 or ever meeting him, and that he never remembers meeting Wolfe. Given

Such evidence is relevant and admissible not to show they are bad men but to show that their ability to recall events is impaired thus bearing on the credibility of their testimony at deposition and trial.

1
2  Dated: April 15, 2016                FRANCIS ALEXANDER, LLC
3
4                                       */s/ Francis Alexander Malofiy*
                                        Francis Alexander Malofiy, Esq.
5                                       Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

Plaintiff hereby represents that Plaintiff's Response to Defendants' MIL No. 12 has been served upon counsel by electronic filing:

Helene Freeman, Esquire
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Peter J. Anderson, Esquire
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company*

\*\*\*\*\*

*Respectfully submitted,*
Francis Alexander, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 105
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com
*/d/ April 15, 2016*