Francis Malofiy, Esq.
Francis Alexander, LLC
280 N. Providence Rd. | Suite 105
Media, PA 19063
T: (215) 500-1000; F: (215) 500-1005
E: francis@francisalexander.com
*Attorney for Plaintiff*

Glen L. Kulik, Esq. (SBN 082170)
Kulik Gottesman & Siegel LLP
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
T: (310) 557-9200; F: (310) 557-0224
E: gkulik@kgslaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE**<br><br>Date:  May 10, 2016<br>Time:  9:00 a.m.<br>Courtroom:   850 |

1

Plaintiff submits the following proposed voir dire questions for the Court's consideration:

1. You have heard the general statement of the case. Does any member of the jury panel believe there is anything that might prevent you from being fair and impartial in this case?

2. Does any member of the jury panel believe he or she will not be able to follow the Court's instructions in this case, even if you disagree with them?

3. Does any member of the jury panel believe that he or she will not be able to apply the law in this case as described for you by the court, if it turns out that you disagree with the law?

4. Does any member of the jury panel believe that he or she may decide to disregard the law as described by the court, and instead make decisions based on your own views and experience?

5. Is any member of the jury panel not employed full time?

6. Is any member of the jury panel not employed at least part time?

7. Does any member of the jury panel have a high school diploma or equivalent?

8. Does any member of the jury panel have a college degree?

9. Does any member of the jury panel have a master's degree?

10. Does any member of the jury panel have a doctoral degree?

11. Has any member of the jury panel ever owned a business?

12. Is any member of the jury panel recently divorced or separated?

13. Has any member of the jury panel ever had a substance abuse problem?

14. Is any member of the jury panel close to anyone who has had a substance abuse problem?

15. Does any member of the jury panel have a hearing impairment?

   a. Does any member of the jury panel wear a hearing aid or similar device?

16. Does any member of the jury panel have a visual impairment?

    a. Does any member of the jury panel have a visual impairment that is not rectified by corrective lenses?

17. Is any member of the jury an artist, author, writer, painter, journalist, sculptor, producer, or other creative profession?

18. Has any member of the jury panel ever been involved in a lawsuit involving music or the music industry?

19. Is any member of the jury panel a musician?

20. Does any member of the jury panel play an instrument or sing?

21. Does any member of the jury panel know how to read sheet music?

22. Does any member of the jury panel have perfect pitch?

23. Does any member of the jury panel have a degree in music?

24. Does any member of the jury panel have any musical training?

    a. Does any member of the jury panel have advanced musical training?

25. Does any member of the jury panel consider himself or herself an expert in musical analysis?

26. Has any member of the jury panel ever worked in the music industry?

27. Does any member of the jury panel have any friends or family who work in the music industry?

28. Has any member of the jury panel ever worked in the entertainment industry?

29. Does any member of the jury panel have any friends or family who work in the entertainment industry?

30. Has any member of the jury panel ever worked in marketing?

31. Has any member of the jury panel ever worked in advertising?

32. Has any member of the jury panel ever worked in publicity or public relations?

33. Has any member of the jury panel ever worked in journalism?

34. Has any member of the jury panel ever registered for a copyright, patent, or trademark?

35. Does any member of the jury have someone close to them who has been involved in a dispute over a copyright, patent, or trademark?

36. Has any member of the jury panel ever inherited property, or had it transferred to them by a court?

    a. Has any member of the jury panel ever inherited intellectual property?

    b. Does any member of the jury panel think there a difference between tangible property and intellectual property?

    c. Does any member of the jury panel think that if you inherit or are transferred property you have a lesser right to protect it than the original owner?

    d. Does any member of the jury panel think heirs have an obligation to protect the property of those who came before them?

37. Has any member of the jury panel ever heard the term "sound recording?"

38. Has any member of the jury panel ever heard the term "musical composition"?

39. Has any member of the jury panel ever heard the term "license" as it relates to music?

40. Has any member of the jury panel ever heard of the term "royalties" with regard to the music industry?

41. Does any member of the jury panel believe copyrighted material is not entitled to protection under the law?

42. Some people think that intellectual property is different than regular property, and that stealing intellectual property is not as bad as stealing regular property. Does any member of the jury panel agree with that?

43. Has any member of the jury panel ever downloaded a song without paying for it?

PLAINTIFF'S PROPOSED VOIR DIRE

44. Has any member of the jury panel ever heard of the band Spirit?

45. Has any member of the jury panel ever heard of Randy Craig Wolfe, also known by the name Randy California, who was a member of the band Spirit?

46. Did any member of the Jury Panel ever see the band Spirit in concert?

47. Has any member of the jury panel ever heard a recording of the song "Taurus"?

48. Has any member of the jury panel ever heard the song "Taurus" performed in concert by the band Spirit?

49. Does anyone know Mr. Wolfe's family members, including Bernice Pearl, Janet Wolfe, Andrea Wolfe Baum, or Marla Wolfe?

50. The plaintiff in this case is Michael Skidmore, who is the trustee for the Randy Craig Wolfe Trust which owns Mr. Wolfe's copyrights. Does anyone know Mr. Skidmore or the Randy Craig Wolfe Trust?

51. Does any member of the jury panel have any preconceived notions about Randy California or his music that you would hold against the Randy Craig Wolfe Trust?

52. Does any member of the jury panel know Francis Alexander Malofiy, his firm Francis Alexander LLC, Glen Kulik, or his firm Kulik Gottesman & Siegel LLP, who are the lawyers for the Randy Craig Wolfe Trust in this lawsuit?

53. You may hear testimony from a number of expert witnesses. Is anyone acquainted with or do you know anything about the following potential witnesses:

    a. Plaintiffs Experts
        i. Dr. Alexander Stewart
        ii. Brian Bricklin
        iii. Erik Johnson
        iv. Kevin Hanson
        v. Denny Somach
        vi. Michael Einhorn
    b. Defendants Experts

1            i.     Lawrence Ferrara

2            ii.     Robert Mathes

3     54.     You may hear testimony during trial from a number of other witnesses. Is anyone acquainted with or know anything about any of the following potential witnesses or involved individuals:

       a.     Mark Andes

       b.     Jay Ferguson

       c.     Mary Quinting

       d.     Quinn Wolfe

       e.     Marla Wolfe

       f.     Janet Wolfe

       g.     Andrea Wolfe

       h.     Larry Knight

       i.     David Waterbury

       j.     Tracy Longo

       k.     Joan Hudson

       l.     Bruce Pates

       m.     William Ruhlmann

       n.     Bernice Pearl

       o.     Lou Adler

       p.     Hollenbeck Music

       q.     Howard Frank

       r.     Paul Franklin

       s.     Barry Hansen

       t.     Michael R. Lee

       u.     Robert Lee, Esquire

       v.     Linda Mensch

       w.     Robert Lamont Coit, Esquire

|   |     |                    |
|---|-----|--------------------|
| 1 | x.  | Terry Lynn Moore   |
| 2 | y.  | Dave McKenna       |
| 3 | z.  | David Woerhaye     |
| 4 | aa. | Jeremy Blietz      |
| 5 | bb. | Joan Hudson        |
| 6 | cc. | Penny A. Castle    |
| 7 | dd. | Brad Tolinski      |
| 8 | ee. | Greg DiBenedetto   |
| 9 | ff. | David L. Oleksow   |

55. Does any member of the jury know of these companies, having dealings with them, and/or own stock in them :

    a.    Warner/Chappell Music, Inc.
    b.    Atlantic Recording Corporation
    c.    Rhino Entertainment Co.
    d.    Flames of Albion Music Ltd
    e.    Succubus Ltd
    f.    Sons of Binion Ltd
    g.    Super Hype Tapes Ltd
    h.    Classicberry Ltd
    i.    Trolcharm Ltd
    j.    JPJ Communications Ltd
    k.    WB Music Corp.
    l.    Hollenbeck Music
    m.    Ode Records

56. Does any member of the jury panel listen to rock and roll music?

57. Does any member of the jury panel listen to psychedelic music?

58. Does any member of the jury panel listen to pop music?

    a.    Does any member of the jury panel believe they could not make a

decision in this case independent of their taste in music?

59. Does any member of the jury panel think that he or she is particularly knowledgeable about rock and roll bands from the 1960s or 1970s?

60. Does any member of the jury panel think it is possible for a witness today to remember things they heard or saw in the 1960s and 1970s?

61. Does any member of the jury panel think it is <u>not</u> possible for a witness today to remember things they heard or saw in the 1960s and 1970s?

62. Does any member of the jury panel have any celebrity role models?

63. Does any member of the jury panel think celebrities act differently publicly than they do privately?

64. Does anyone know who James Patrick Page, Robert Plant, or John Paul Jones are, or their band Led Zeppelin?

    a. Does any member of the jury panel know them personally?

    b. Does any member of the jury panel consider them to be a role model?

    c. Is any member of the jury panel a fan of them?

    d. Does any member of the jury panel think they are likable?

    e. Does any member of the jury panel think they are unlikable?

    f. Does any member of the jury panel have a negative impression of them?

    g. Does any member of the jury panel have a positive impression of them?

65. Does any member of the jury panel think Page, Plant, and Jones acts the same way in the studio or their private lives as they do in public interviews?

66. Does any member of the jury panel own any albums or songs by Led Zeppelin, Page, Plant, or Jones?

67. Has any member of the jury panel ever heard the song "Stairway to Heaven"?

68. Does any member of the jury panel have any negative opinions about

"Stairway to Heaven"?

69. Does any member of the jury panel have any positive opinions about "Stairway to Heaven"?

70. Is "Stairway to Heaven" personally significant to any member of the jury panel?

71. Has any member of the jury panel seen Led Zeppelin, Page, Plant, and Jones in concert?

72. Does any member of the jury panel think celebrities get special treatment?

73. Does any member of the jury panel get awe-struck by a celebrity?

74. Does any member of the jury panel think they could not be impartial in a case that involves a celebrity?

75. Is any member of the jury panel more likely to believe someone because they are a celebrity?

76. Is any member of the jury panel less likely to believe someone because they are a celebrity?

77. Does any member of the jury panel generally believe celebrities are honest?

78. Does any member of the jury panel generally believe celebrities are dishonest?

79. Does any member of the jury panel read entertainment blogs, like The Hollywood Reporter, TMZ, Gawker, etc.?

80. Has any member of the jury panel read or heard anything about this case?

81. Does any member of the jury panel follow celebrity lawsuits in the news?

82. Does any member of the jury panel think they are good at deciding if somebody is telling the truth?

    a. Does any member of the jury panel think they are not good at deciding if someone is telling the truth?

    b. Does any member of the jury panel have a problem with concluding that someone is not credible because they previously did not tell the

truth under oath?

83. Does any member of the jury panel believe that if someone had not told the truth on certain occasions, it makes them less believable?

84. Does any member of the jury panel believe that if someone does not tell the truth in one incident that they can still be believed in another incident?

85. Does any member of the jury panel think it is okay to lie?

86. Does any member of the jury panel think that everyone lies?

87. Does any member of the jury panel believe it is appropriate to take advantage of someone else's work and not give credit to them?

88. Does any member of the jury panel think that you have a right to believe what someone says in an interview?

    a. Does any member of the jury panel believe that embellishing is ok?

    b. Does any member of the jury panel believe someone should be held to what they say?

89. Has any member of the jury panel ever felt they have been deceived or tricked or had something that they worked very hard for stolen from them?

90. Does any member of the jury panel believe that if someone steals from you, the fact that they stole from you matters more than the amount they stole?

91. Has any member of the jury panel ever been the victim of a scam or identify theft?

92. Has any member of the jury panel ever had anything stolen from them?

93. Has anyone ever not given any member of the jury panel credit for something you did? Has anyone ever taken credit for what you did?

    a. How did you feel about it?

    b. What did you do about it, if anything?

    c. Do you think that that person should be held responsible?

94. Has any member of the jury panel ever been accused of taking credit for an idea that was not your own?

95. If someone has something wrongfully taken from them, does any member of the jury panel have a problem with saying the person or party responsible for that should pay for that?

96. Does any member of the jury panel believe victims are somehow responsible for not being smart enough to catch what's being done to them?

97. Has any member of the jury panel seen or heard anything that would make it hard for them to guarantee that they will judge the parties equally?

98. Do you have strong feelings about damage awards in lawsuits? Do you believe that damages should be capped at a certain level in litigation?

99. Has anything occurred during the question and answer period that makes you doubt that you would be completely fair and impartial in this case? If there is, it is your duty to tell the Court at this time.

100. Do you believe that credit should be given when credit is due?

101. Have you ever had credit taken from you?

102. Have you ever taken credit from someone?

103. Have you ever not been given the recognition that you deserve for something that you have done?

*****

DATED: April 18, 2016                FRANCIS ALEXANDER LLC

By ___/s/ *Francis Alexander*___
Francis Malofiy
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

Plaintiff hereby represents that Plaintiff's Proposed Voir Dire has been served upon counsel by ECF filing:

Helene Freeman, Esquire
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Peter J. Anderson, Esquire
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company*

*****

*Respectfully submitted,*
Francis Alexander, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 105
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com
*/d/ April 18, 2016*