Francis Malofiy, Esquire
Francis Alexander, LLC
280 N. Providence Rd. | Suite 1
Media, PA 19063
T: (215) 500-1000; F: (215) 500-1005
E: francis@francisalexander.com

Glen L. Kulik, Esq.
Kulik Gottesman & Siegel LLP
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
T: (310) 557-9200; F: (310) 557-0224
E: gkulik@kgslaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF LODGING OF [*PROPOSED*] PRETRIAL CONFERENCE ORDER**<br><br><br><br>Date:   April 25, 2016<br>Time:   9:00 a.m.<br>Room:   850 |

**NOTICE OF LODGING OF [*PROPOSED*] PRETRIAL CONFERENCE ORDER**

PAGE 1 OF 3

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that plaintiff Michael Skidmore, Trustee for the Randy Craig Wolfe Trust has lodged with the Court the attached proposed pretrial conference Order.

Respectfully submitted,

Dated: April 24, 2016         /s/ Francis Malofiy
Francis Alexander Malofiy, Esq.
FRANCIS ALEXANDER, LLC
Attorney for Plaintiff
MICHAEL SKIDMORE,
As Trustee of the Randy Craig Wolfe Trust


Glen Kulik, Esq.
KULIK GOTTESMAN & SIEGEL LLP
Attorney for Plaintiff
MICHAEL SKIDMORE,
As Trustee of the Randy Craig Wolfe Trust

# CERTIFICATE OF SERVICE

Plaintiff hereby represents that the Notice of Lodging of [*Proposed*] Pretrial Conference Order has been served upon counsel by ECF:

Helene Freeman, Esquire
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*

Peter J. Anderson, Esquire
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company; James Patrick Page, Robert Anthony Plant, and John Paul Jones*

*\*\*\*\*\**

*Respectfully submitted,*

Francis Alexander, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com
*/d/ April 24, 2016*