1  Peter J. Anderson, Esq., Cal. Bar No. 88891
   E-Mail: pja@pjanderson.com
2  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
3  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
4  Tel: (310) 260-6030
   Fax: (310) 260-6040
5  Attorneys for Defendants
   JAMES PATRICK PAGE, ROBERT ANTHONY
6  PLANT, JOHN PAUL JONES, WARNER/CHAPPELL
   MUSIC, INC., SUPER HYPE PUBLISHING, INC.,
7  ATLANTIC RECORDING CORP., RHINO
   ENTERTAINMENT COMPANY and WARNER
8  MUSIC GROUP CORP.

9  Helene Freeman, Esq., admitted *pro hac vice*
   E-Mail:  hfreeman@phillipsnizer.com
10 PHILIPS NIZER LLP
   666 Fifth Avenue
11 New York, NY 10103-0084
   Tel: (212) 977-9700
12 Fax: (212) 262-5152
   Attorneys for Defendants
13 JAMES PATRICK PAGE, ROBERT ANTHONY
   PLANT and JOHN PAUL JONES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL SKIDMORE, *etc.*, | Case No. 2:15-cv-03462 RGK (AGRx) |
| Plaintiff, | |
| vs. | DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION *RE* TRIAL TECHNOLOGY |
| LED ZEPPELIN, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Scheduling Notice and Order (Doc. 209), defendants James Patrick Page, Robert Anthony Plant, Warner/Chappell Music, Inc., Atlantic Recording Corporation and Rhino Entertainment Company provide this Response to plaintiff's "Motion to Determine Trial Technology" (Doc. 208).

Plaintiff's motion seeks only leave to "use . . . [a] laptop for Plaintiff's audio technician . . . ." *Id.* at 4; *see, also* Pltf's proposed Order (Doc. 208-1) (permission "to use an additional laptop for Plaintiff's audio technician"). Plaintiff's motion goes no further and, for example, does not seek leave to play any identified audio recordings.

Defendants do not oppose the bare request for permission to use an additional laptop. As to what plaintiff may use the laptop to play, however, defendants object to the playing of *Taurus* recordings, so-called mash-ups – simultaneously playing two or more compositions – or any other recordings that are irrelevant or likely to confuse the issues or mislead the jury. *See, e.g.,* Defs' MIL Nos. 3 & 4, *re* exclusion of*, inter alia*, *Taurus* sound recordings and audio recordings prepared by plaintiff's experts.

Dated: May 11, 2016

/s/ Peter J. Anderson
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
JAMES PATRICK PAGE, ROBERT
ANTHONY PLANT, JOHN PAUL JONES,
WARNER/CHAPPELL MUSIC, INC.,
SUPER HYPE PUBLISHING, INC.,
ATLANTIC RECORDING CORP., RHINO
ENTERTAINMENT COMPANY and
WARNER MUSIC GROUP CORP.

Helene M. Freeman, Esq.
PHILLIPS NIZER LLP
Attorney for Defendants
JAMES PATRICK PAGE,
ROBERT ANTHONY PLANT and
JOHN PAUL JONES