1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL SKIDMORE, *etc.*, | Case No. 2:15-cv-03462 RGK (AGRx) |
| Plaintiff, | |
| vs. | [*PROPOSED*] ORDER ON DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER CONFIRMING FEBRUARY 11, 2016 DISCOVERY CUT-OFF DOES NOT APPLY TO EXPERT DEPOSITIONS |
| LED ZEPPELIN, *et al.*, | |
| Defendants. | |

# ORDER

The Court having received and considered the Application of defendants James Patrick Page, Robert Anthony Plant, Warner/Chappell Music, Inc., Atlantic Recording Corporation and Rhino Entertainment Company for an Order confirming that the February 11, 2016 discovery cut-off in this action does not apply to expert depositions and that defendants may proceed with their depositions of plaintiff's experts, and the papers filed in opposition and reply, and for good cause shown,

**IT IS HEREBY ORDERED** that defendants' Application is **GRANTED** and that:

1. The February 11, 2016 discovery cut-off in this action does not apply to expert depositions, which are instead governed by Federal Rule of Civil Procedure 26; and

2. Defendants may proceed with their depositions of plaintiff's experts as noticed by defendants on May 3, 2016 (or at such other dates, times and places as counsel for the parties may agree beforehand in writing).

Dated: May 11, 2016

_____
The Honorable R. Gary Klausner
United States District Judge

*Submitted by:*

Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorneys for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY PLANT, JOHN PAUL JONES, WARNER/CHAPPELL MUSIC, INC., SUPER HYPE PUBLISHING, INC., ATLANTIC RECORDING CORP., RHINO ENTERTAINMENT COMPANY and WARNER MUSIC GROUP CORP.

Helene Freeman, Esq., admitted *pro hac vice*
E-Mail: hfreeman@phillipsnizer.com
PHILIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103-0084
Tel: (212) 977-9700
Fax: (212) 262-5152
Attorneys for Defendants
JAMES PATRICK PAGE,
ROBERT ANTHONY
PLANT and JOHN PAUL JONES