NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE NEWLY DISCOVERED WITNESS OR ALTERNATIVELY TO HAVE WITNESS TESTIFY BY VIDEO CONFERENCE AT TRIAL**<br><br>Date:  June 14, 2016<br>Time:  9:00 a.m.<br>Courtroom:   850 |

("PROPOSED" is struck through in the heading.)

**ORDER RE: MOTION FOR LEAVE TO DEPOSE NEWLY DISCOVERED WITNESS OR ALTERNATIVELY TO HAVE WITNESS TESTIFY BY VIDEO CONFERENCE AT TRIAL**

The Court having considered the MOTION FOR LEAVE TO DEPOSE NEWLY DISCOVERED WITNESS OR ALTERNATIVELY TO HAVE WITNESS TESTIFY BY VIDEO CONFERENCE AT TRIAL of Plaintiff Michael Skidmore, as Trustee for the Randy Craig Wolfe Trust, the opposition and reply papers and the oral argument at the hearing on the Motion, the Court rules as follows:

**IT IS HEREBY ORDERED**

That Plaintiff's Motion be and hereby is GRANTED and that Plaintiff may take the videotape deposition of Michael Ware. ~~or in the alternative have Mr. Ware testify by way of video conference at trial.~~

Dated: May 12, 2016

_____
The Honorable R. Gary Klausner
United States District Judge

---

1

[PROPOSED] ORDER ON PLAINTIFF'S
MOTION FOR LEAVE TO DEPOSE
NEWLY DISCOVERED WITNESS