1  Francis Malofiy, Esquire
2  Francis Alexander, LLC
   280 N. Providence Rd. | Suite 1
3  Media, PA 19063
4  T:  (215) 500-1000; F:  (215) 500-1005
   E:  francis@francisalexander.com
5
6  Glen L. Kulik, Esq.
   Kulik Gottesman & Siegel LLP
7  15303 Ventura Blvd., Suite 1400
8  Sherman Oaks, CA 91403
   T:  (310) 557-9200; F: (310) 557-0224
9  E:  gkulik@kgslaw.com
10
   Attorneys for Plaintiff
11
12 **UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| 14  MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST, | Case No. 15-cv-03462 RGK (AGRx) |
| 15 | Hon. R. Gary Klausner |
| 16  Plaintiff, | |
| 17  v. | **JOINT STATEMENT OF THE CASE TO BE READ TO JURY** |
| 18 | |
| 19  LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; | Date:    June 14, 2016 |
| 20  JOHN PAUL JONES; SUPER HYPE | Time:    9:00 a.m. |
| 21  PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of | Room:    850 |
| 22  WARNER/CHAPPELL MUSIC, INC.; | |
| 23  ATLANTIC RECORDING CORPORATION; RHINO | |
| 24  ENTERTAINMENT COMPANY, | |
| 25  Defendants. | |

---

**15-cv-03462 RGK (AGRx)**                                           **JOINT STATEMENT OF THE CASE**

Counsel respectfully submit the following statement to be read to prospective jurors:

> This is a copyright infringement case involving two musical compositions.  The plaintiff is Michael Skidmore, as Trustee for the Randy Craig Wolfe Trust, who contends that the song *Stairway to Heaven*, recorded by the group Led Zeppelin, infringes a copyright in a composition called *Taurus*, by Randy Wolfe of the group Spirit.  The defendants include two of the members of Led Zeppelin, Jimmy Page and Robert Plant, and three companies involved with the Led Zeppelin catalog.  Those three companies are Warner/Chappell Music, Atlantic Recording Corporation and Rhino Entertainment Company.

DATED:  June 7, 2016                         FRANCIS ALEXANDER, LLC


                                             By    s/ *Francis Malofiy*
                                                   Francis Malofiy
                                                   Attorneys for Plaintiff


DATED:  June 7, 2016                         LAW OFFICES OF PETER J. ANDERSON


                                             By    s/ Peter J. Anderson
                                                   Peter J. Anderson
                                                   Attorneys for Defendants