# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ATTENDANCE OF JAMES PATRICK PAGE AND ROBERT PLANT AND JOHN PAUL JONES**<br><br>Date:  June 14, 2016<br>Time:  9:00 a.m.<br>Courtroom:   850 |

### ORDER RE: MOTION TO COMPEL ATTENDANCE OF PAGE, PLANT, AND JONES

~~The Court having considered the MOTION TO COMPEL ATTENDANCE OF JAMES PATRICK PAGE AND ROBERT PLANT AND JOHN PAUL JONES of Plaintiff Michael Skidmore, as Trustee for the Randy Craig Wolfe Trust, the opposition and reply papers, and the oral argument at the hearing on the Motion, the Court rules as follows:~~

~~**IT IS HEREBY ORDERED**~~

~~That Plaintiff's Motion be and hereby is GRANTED and that James Patrick Page, Robert Anthony Plant, and John Paul Jones are ordered to appear on June 14, 2016 at 9 am in Courtroom 850 of the Roybal Courthouse in Los Angeles, CA. If Page, Plant, and Jones do not appear, they will not be permitted to testify live at trial for Defendants and the jury will be instructed to take a negative inference as a result of their nonappearance.~~

~~It is further ordered that Plaintiff is permitted to use the deposition designations that he served upon Defendants.~~

Dated: 6/8/16

**DENIED**
BY ORDER OF THE COURT
_____
The Honorable R. Gary Klausner
United States District Judge