Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorneys for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY
PLANT, JOHN PAUL JONES, WARNER/CHAPPELL
MUSIC, INC., SUPER HYPE PUBLISHING, INC.,
ATLANTIC RECORDING CORP., RHINO
ENTERTAINMENT COMPANY and WARNER
MUSIC GROUP CORP.

Helene Freeman, Esq., admitted *pro hac vice*
E-Mail: hfreeman@phillipsnizer.com
PHILIPS NIZER LLP
666 Fifth Avenue
New York, NY 10103-0084
Tel: (212) 977-9700
Fax: (212) 262-5152
Attorneys for Defendants
JAMES PATRICK PAGE, ROBERT ANTHONY
PLANT and JOHN PAUL JONES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MICHAEL SKIDMORE, *etc.*, <br><br> Plaintiff, <br><br> vs. <br><br> LED ZEPPELIN, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-03462 RGK (AGRx) <br><br> DEFENDANTS' OFFER OF PROOF *RE* PLAINTIFF'S TESTIMONY AND DEFENDANTS' UNCLEAN HANDS DEFENSE <br><br> Courtroom of the Honorable <br> R. Gary Klausner <br> United States District Court |

# **OFFER OF PROOF**

Defendants' defenses include unclean hands, relating to the Trust's acquisition of the property rights of Randy Wolfe – including the intangible rights that plaintiff now sues upon – and which were to be distributed to his son and sole heir, Quinn Wolfe. As evidence in support of that defense, defendants sought to question plaintiff Michael Skidmore at trial as to his deposition testimony that his co-trustee, Bernice Pearl – Randy Wolfe's mother and Quinn Wolfe's grandmother amended the Trust Agreement to remove Quinn Wolfe because she felt he was Randy Wolfe's illegitimate son. The Court sustained Skidmore's objection (with no basis cited) and indicated the testimony is irrelevant. Trial Transcript at 745:1-16.

Defendants respectfully submit the testimony is directly relevant to their unclean hands defense and is admissible to prove the trustee's state of mind in depriving Quinn Wolfe of his rights, including those that plaintiff now sues upon.

Dated: June 20, 2016

/s/ Peter J. Anderson
Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Defendants
JAMES PATRICK PAGE, ROBERT
ANTHONY PLANT, JOHN PAUL JONES,
WARNER/CHAPPELL MUSIC, INC.,
SUPER HYPE PUBLISHING, INC.,
ATLANTIC RECORDING CORP., RHINO
ENTERTAINMENT COMPANY and
WARNER MUSIC GROUP CORP.

Helene M. Freeman, Esq.
PHILLIPS NIZER LLP
Attorney for Defendants
JAMES PATRICK PAGE,
ROBERT ANTHONY PLANT and
JOHN PAUL JONES

## DECLARATION OF PETER J. ANDERSON

I, Peter J. Anderson, declare and state:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I represent defendants James Patrick Page, Robert Plant, Warner/Chappell Music, Inc., Atlantic Recording Corp. and Rhino Entertainment Company in this action. This Declaration is submitted in connection with their foregoing offer of proof.

3. On February 5, 2016, I took the deposition of plaintiff Michael Skidmore in this action. Attached to this Declaration as Exhibit 1 is a true and correct copy of the portion of his deposition transcript cited in the foregoing offer of proof. I received no changes or corrections to that transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2016.

                                                /s/ Peter J. Anderson
                                                PETER J. ANDERSON

# EXHIBIT 1

```
 1                                             Volume: I
                                               Pages: 1-292
 2                                             Exhibits: 450-470

 3                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
 4                       WESTERN DIVISION

 5                           Case No. 2:15-cv-03462 RGK (AGRx)
    _____
 6                         |
    MICHAEL SKIDMORE, etc., |
 7                         |
            Plaintiff      |
 8                         |
    vs.                    |
 9                         |
    LED ZEPPELIN, et al.,  |
10                         |
            Defendants     |
11  _____ |

12
           H I G H L Y   C O N F I D E N T I A L
13

14       Deposition of MICHAEL SKIDMORE, a witness called on
    behalf of the Defendants, pursuant to the Federal Rules of
15  Civil Procedure, before Virginia Dodge, Certified
    Shorthand Reporter No. 1397F95, Registered Diplomate
16  Reporter, Certified Realtime Reporter and Notary Public in
    and for the Commonwealth of Massachusetts, at the offices
17  of SHEA COURT REPORTING SERVICES, 15 Court Square,
    Suite 920, Boston, Massachusetts, commencing at 10:40 a.m.
18  on Friday, February 5, 2016.

19

20

21
                  SHEA COURT REPORTING SERVICES
22                      15 Court Square
                           Suite 920
23                   Boston, MA 02108-2524
              617.227.3097 tel/617.227.3898 fax
24              www.sheacourtreporting.com
```

SHEA COURT REPORTING SERVICES
(617) 227-3097

**EXHIBIT 1**

4

```
 1  A.     I would have to guess it would be in California.
 2  Q.     Well, we wouldn't want you to guess, though.  Do
 3         you have any information as to where this supposed
 4         court case was pending?
 5  A.     The fact that Bernice was a cripple, it would have
 6         been probably locally in Ventura.  But I don't know.
 7  Q.     Other than Bernice telling you that, quote/
 8         unquote, the matter had been "resolved" --
 9  A.     I didn't know the matter existed, let alone been
10         resolved.  That's what you're asking me?
11  Q.     Well, I'm asking you -- I mean, we've seen a
12         document, a Superior Court filing, that ordered that
13         the assets of Mr. Wolfe's estate be given to Quinn
14         Wolfe, his only surviving son, when --
15  A.     Illegitimate son.
16  Q.     Does that make a difference to you, that he was
17         illegitimate?
18  A.     No, it doesn't.  It did to Bernice.  It didn't to
19         me.
20  Q.     And what do you mean by "illegitimate"?
21  A.     He was never married to Mary Quinn.
22  Q.     Is there any dispute that Quinn is the issue, the
23         son, of Randy California?
24  A.     Not unless you were Bernice.
```

```
1   Q.    And did Bernice hate Quinn?
2   A.    No.
3   Q.    Did she reject Quinn as a grandson because he
4         was --
5   A.    I was 3,000 miles away.  I have no idea.
6   Q.    What did Bernice tell you about Quinn being an
7         illegitimate son?
8   A.    She didn't tell me.  I know Randy wasn't married
9         to Mary Quinn.
10  Q.    But I thought you just said that as far as Bernice
11        was concerned, he was -- Quinn was an illegitimate son.
12  A.    No, no, no.  That's based on me, not --
13  Q.    What do you base that on?  That's your surmise?
14  A.    Yes.  I know that Randy didn't live with Mary
15        Quinn.
16  Q.    Right.  And so getting back to my question,
17        though --
18  *     Well, were the assets of Randy California's estate
19        distributed to Quinn when he attained the age of 18 on
20        May 6, 2002?
21              MR. MALOFIY:  Objection.
22              Can you read back the question?  I think I
23        missed one part of it.
24                   *  (Question read.)
```

CONFIDENTIAL - M. EINHORN

# CERTIFICATE

I, ROSANNE LEBOEUF, a Notary Public for and within the State of New Jersey, do hereby certify that prior to the commencement of the examination the witness was duly sworn.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER CERTIFY that I am neither a relative nor employee, nor attorney or counsel to any of the involved; that I am neither related to nor employed by such attorney or counsel, and that I am not financially interested in the outcome of the action.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of May 2016.

_____
ROSANNE LEBOEUF
ID No.: 2422296

(877) 624-3287 info@diamondreporting.com