# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL SKIDMORE | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 15-03462-RGK (AGRx) |
| v. | |
| LED ZEPPELIN, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable R. GARY KLAUSNER, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

MICHAEL SKIDMORE

take nothing; that the action be dismissed on the merits; and that the defendant(s):

LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; WARNER/CHAPPELL MUSIC. INC.; ATLANTIC RECORDING CORPORATION; AND RHINO ENTERTAINMENT COMPANY

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                      Clerk, U. S. District Court

Dated: 6/23/16                              By S. Williams
                                                      Deputy Clerk

At: Los Angeles, CA

cc:     Counsel of record

CV-44 (11/96)                              **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**