**REDACTED AS TO FOREPERSON'S SIGNATURE**

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, <br><br> Plaintiffs, <br><br> v. <br><br> LED ZEPPELIN, et al., <br><br> Defendants. | Case No. CV 15-03462-RGK (AGRx) <br><br> **VERDICT** |

We, the jury in the above entitled action find as follows:

QUESTION NO. 1: Do you find by a preponderance of the evidence that plaintiff is the owner of a valid copyright in the musical composition Taurus?

Answer:

Yes    X

No    _____

If your answer to Question No. 1 is "No," please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer to Question No. 1 is "Yes," please proceed to the next question.

QUESTION NO. 2: Do you find by a preponderance of the evidence that any of the defendants had access to the musical composition Taurus before Stairway to Heaven was created?

Answer:

Yes    X

No    _____

If your answer to Question No. 2 is "No," please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer to Question No. 2 is "Yes," please proceed to the next question.

QUESTION NO. 3: Please put a checkmark next to each defendant listed below who you find by a preponderance of the evidence had access to the musical composition Taurus before Stairway to Heaven was created:

Answer:

James Patrick Page    ✓

Robert Plant    ✓

QUESTION NO. 4: Do you find by a preponderance of the evidence that original elements of the musical composition Taurus are extrinsically substantially similar to Stairway to Heaven?

Answer:

Yes  _____

No   ___X___

If your answer to Question No. 4 is "No," please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer to Question No. 4 is "Yes," please proceed to the next question.

QUESTION NO. 5: Do you find by a preponderance of the evidence that original elements of the musical composition Taurus are intrinsically substantially similar to Stairway to Heaven?

Answer:

Yes  _____

No   _____

If your answer to Question No. 5 is "No," please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer to Question No. 5 is "Yes," please proceed to the next question.

**QUESTION NO. 6:** Do you find by a preponderance of the evidence that James Patrick Page and Robert Plant independently created Stairway to Heaven?

Answer:

Yes  _____

No  _____

If your answer to Question No. 6 is "Yes," please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer to Question No. 6 is "No," please proceed to the next question.

**QUESTION NO. 7:** Do you find by a preponderance of the evidence that the portion or portions of the musical composition Taurus that were copied in Stairway to Heaven are commonplace, trivial, or appeared in other works before the musical composition Taurus was created?

Answer:

Yes  _____

No  _____

If your answer to Question No. 7 is "Yes," please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer to Question No. 7 is "No," please proceed to the next question.

**QUESTION NO. 8:** As to each defendant listed below do you find by a preponderance of the evidence that they infringed the copyright in the musical composition Taurus on or after May 31, 2011:

Answer:

| Defendant | Yes | No |
|---|---|---|
| James Patrick Page | _____ | _____ |
| Robert Plant | _____ | _____ |
| Warner/Chappell Music, Inc. | _____ | _____ |
| Rhino Entertainment Company | _____ | _____ |
| Atlantic Recording Corporation | _____ | _____ |

If your answer is yes to any of the defendants, please proceed to the next question.
If your answer is no to all of the defendants, please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

QUESTION NO. 9: Do you find by a preponderance of the evidence that any of the defendants received profits that are attributable to his or its infringement of the copyright in the musical composition Taurus on or after May 31, 2011?

Answer:

Yes _____

No _____

If your answer to Question No. 9 is "No," please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer to Question No. 9 is "Yes," please proceed to the next question.

QUESTION NO. 10: For each defendant listed below, please state the profits, if any, that you find by a preponderance of the evidence he or it received that are attributable to his or its infringement of the copyright in the musical composition Taurus on or after May 31, 2011?

Answer:

| | |
|---|---|
| James Patrick Page | $ _____ |
| Robert Plant | $ _____ |
| Warner/Chappell Music, Inc. | $ _____ |
| Rhino Entertainment Company | $ _____ |
| Atlantic Recording Corporation | $ _____ |

Signed this  23  day of June, 2016 at Los Angeles, California.

**REDACTED**

4