UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



MICHAEL SKIDMORE,

        Plaintiff(s),

-vs-

LED ZEPPELIN, et al.

        Defendant(s).

CASE NO: CV 15-03462-RGK (AGRx)

JURY NOTE NUMBER __1__

Today's Date: __6/22/16__

___ THE JURY HAS REACHED AN UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

We would like the evidence that is available.

———— REDACTED