UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

| | |
|---|---|
| MICHAEL SKIDMORE, <br><br> Plaintiff(s), <br> -vs- <br><br> LED ZEPPELIN, et al. <br><br> Defendant(s). | CASE NO: CV 15-03462-RGK (AGRx) <br><br> JURY NOTE NUMBER __2__ <br><br> Today's Date: __6/23/2016__ |

___ THE JURY HAS REACHED AN UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

Would Like to listen to:
① Plaintiff's audio of Taurus (guitar)
② Plaintiff's audio of Stairway to Heaven (guitar)

_____ REDACTED

FOREPERSON OF THE JURY