UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| MICHAEL SKIDMORE, | CASE NO: CV 15-03462-RGK (AGRx) |
| Plaintiff(s), | JURY NOTE NUMBER 3 |
| -vs- | Today's Date: 6/23/2016 |
| LED ZEPPELIN, et al. | |
| Defendant(s). | |

__X__   THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

REDACTED

S