# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SKIDMORE,

    Plaintiffs,

v.

LED ZEPPELIN, et al.,

    Defendants.

Case No. CV 15-03462-RGK (AGRx)

**PLAINTIFF'S REQUEST TO AMEND VERDICT**



DENIED

IS RANDY CALIFORNIA ENTITLED TO CREDIT AS A CO-AUTHOR OF "STAIRWAY TO HEAVEN"?

IF YOU FIND THAT RANDY CALIFORNIA IS ENTITLED TO CREDIT AS A CO-AUTHOR OF "STAIRWAY TO HEAVEN", WHAT IS THE PERCENTAGE OF THE CREDIT TO WHICH HE IS ENTITLED?

DENIED