Name: Francis Malofiy, Esquire
Address: 280 N. Providence Road | Suite 1
City, State, Zip: Media, PA 19063
Phone: (215) 500-1000
Fax: (215) 500-1005
E-Mail: francis@francisalexander.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael Skidmore, Trustee for the Randy Craig Wolfe Trust

PLAINTIFF(S),

v.

Led Zeppelin, et al.

DEFENDANT(S).

CASE NUMBER:

15-cv-03462-RGK

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Michael Skidmore, Trustee for the Randy C Wolfe Trust hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   See attached form

☒ Judgment (specify):
   Doc. No. 262, 297 - Judgment, Amended Judgment

☒ Other (specify):
   See attached form

Imposed or Filed on  June 23, 2016 . Entered on the docket in this action on  June 23, 2016 .

A copy of said judgment or order is attached hereto.

7/23/2016
Date

/s/ Francis Malofiy
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

Francis Malofiy, Esq.
Francis Alexander, LLC
280 N. Providence Rd. | Suite 1
Media, PA 19063
T: (215) 500-1000; F: (215) 500-1005
E: francis@francisalexander.com
*Attorney for Plaintiff*

Glen L. Kulik, Esq. (SBN 082170)
Kulik Gottesman & Siegel LLP
15303 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
T: (310) 557-9200; F: (310) 557-0224
E: gkulik@kgslaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SKIDMORE, as Trustee for the RANDY CRAIG WOLFE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LED ZEPPELIN; JAMES PATRICK PAGE; ROBERT ANTHONY PLANT; JOHN PAUL JONES; SUPER HYPE PUBLISHING, INC.; WARNER MUSIC GROUP CORP., Parent of WARNER/CHAPPELL MUSIC, INC.; ATLANTIC RECORDING CORPORATION; RHINO ENTERTAINMENT COMPANY,<br><br>Defendants. | Case No. 15-cv-03462 RGK (AGRx)<br><br>Hon. R. Gary Klausner<br><br>**SUPPLEMENT ATTACHED TO PLAINTIFF'S NOTICE OF APPEAL (FORM A-2)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Michael Skidmore, Trustee for the Randy Craig Wolfe Trust hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on June 23, 2016, as well as any and all interlocutory rulings, decisions, and orders that gave rise to the judgment and are merged therein, including those contained in all trial transcripts from 6/14/2016 to 6/23/2016, including but not limited to:

| Date | Judge | Proceeding Type/Portion | Court Reporter |
|---|---|---|---|
| 6/14/2016 | RGK | Trial 6/14 AM | Sandra MacNeil |
| 6/14/2016 | RGK | Trial 6/14 PM | Cindy Nirenberg |
| 6/15/2016 | RGK | Trial 6/15 AM | Sandra MacNeil |
| 6/15/2016 | RGK | Trial 6/15 PM | Cindy Nirenberg |
| 6/16/2016 | RGK | Trial 6/16 AM | Sandra MacNeil |
| 6/16/2016 | RGK | Trial 6/16 PM | Cindy Nirenberg |
| 6/17/2016 | RGK | Trial 6/17 AM | Sandra MacNeil |
| 6/17/2016 | RGK | Trial 6/17 PM | Cindy Nirenberg |
| 6/21/2016 | RGK | Trial 6/21 AM | Sandra MacNeil |
| 6/21/2016 | RGK | Trial 6/21 PM | Cindy Nirenberg |
| 6/22/2016 | RGK | Trial 6/22 | Sandra MacNeil |
| 6/23/2016 | RGK | Trial 6/23 | Sandra MacNeil |

Pursuant to the Ninth Circuit Rules, the following exhibits are attached to this Notice of Appeal:

**Exhibit 1**   Ninth Circuit Rule 3-2 Representation Statement

**Exhibit 2**   Transcript Designation Form

**Exhibit 3**   Amended Judgment, Judgment, and Jury Verdict (Doc. Nos. 297, 264, 263, 262, 261)

**Exhibit 4**   Jury Instructions (Doc. No. 273)

**Exhibit 5**   Trial Exhibits Admitted and Witness List (Doc. No. 272)

**Exhibit 6**   Order Striking Motion for Sanctions [Doc. No. 230] and Motion for Reconsideration [Doc. No. 231] (Doc. No. 233)

**Exhibit 7**   Order Denying Plaintiff's Motion to Compel Attendance of Defs. (Doc. No. 224)

**Exhibit 8**   Amended Ruling on Defense MIL No. 4 (Doc. No. 203)

| | | |
|---|---|---|
| **Exhibit 9** | | Pretrial Conference Order and Transcript (and orders/rulings contained therein) (Doc. No. 202) [including but not limited to Court Orders granting Def MILs Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, and Denying Plaintiff MIL No. 2] |
| **Exhibit 10** | | Order Granting Motion for Summary Judgment (Doc. No. 159) |
| **Exhibit 11** | | Order Denying Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 133) |

Dated: July 23, 2016                         FRANCIS ALEXANDER, LLC

*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esq.
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Plaintiff hereby represents that PLAINTIFF'S NOTICE OF APPEAL has been served upon counsel by electronic filing:

Helene Freeman, Esquire
666 Fifth Avenue
New York, NY 10103-0084
T: (212) 841-0547
F: (212) 262-5152
E: hfreeman@phillipsnizer.com
*Attorneys for Defendants James Patrick Page, Robert Anthony Plant, and John Paul Jones (collectively with John Bonham (Deceased), professionally known as Led Zeppelin)*


Peter J. Anderson, Esquire
100 Wilshire Blvd. | Suite 2010
Santa Monica, CA 90401
T:(310) 260-6030
F: (310) 260-6040
E: pja@pjanderson.com
*Attorney for Defendants Super Hype Publishing, Inc., Warner Music Group Corp., Warner/Chappell Music, Inc., Atlantic Recording Corporation, and Rhino Entertainment Company*

*****

*Respectfully submitted,*
Francis Alexander, LLC
*/s/ Francis Alexander Malofiy*
Francis Alexander Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
E:  francis@francisalexander.com
*/d/ July 23, 2016*