1  Peter J. Anderson, Esq., Cal. Bar No. 88891
   E-Mail: pja@pjanderson.com
2  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
3  100 Wilshire Boulevard, Suite 2010
   Santa Monica, CA 90401
4  Tel: (310) 260-6030
   Fax: (310) 260-6040
5  Attorneys for Defendants
   JAMES PATRICK PAGE, ROBERT ANTHONY
6  PLANT, JOHN PAUL JONES, WARNER/CHAPPELL
   MUSIC, INC., SUPER HYPE PUBLISHING, INC.,
7  ATLANTIC RECORDING CORP., RHINO
   ENTERTAINMENT COMPANY and WARNER
8  MUSIC GROUP CORP.

9  Helene Freeman, Esq., admitted *pro hac vice*
   E-Mail: hfreeman@phillipsnizer.com
10 PHILIPS NIZER LLP
   666 Fifth Avenue
11 New York, NY 10103-0084
   Tel: (212) 977-9700
12 Fax: (212) 262-5152
   Attorneys for Defendants
13 JAMES PATRICK PAGE, ROBERT ANTHONY
   PLANT and JOHN PAUL JONES

14

15 **UNITED STATES DISTRICT COURT**

16 **CENTRAL DISTRICT OF CALIFORNIA**

17 **WESTERN DIVISION**

| | |
|---|---|
| 18  MICHAEL SKIDMORE, *etc.*, | ) Case No. 2:15-cv-03462 RGK (AGRx) |
| 19              Plaintiff, | ) |
| 20        vs. | ) DEFENDANT WARNER/ CHAPPELL MUSIC, INC.'S REPLY MEMORANDUM OF POINTS AND |
| 21  LED ZEPPELIN, *et al.*, | ) AUTHORITIES IN SUPPORT OF MOTION FOR AWARD OF |
| 22              Defendants. | ) ADDITIONAL COSTS; DECLARATION |
| 23 | ) |
| 24 | Date: August 8, 2016<br>Time: 9:00 a.m. |
| 25 | Courtroom of the Honorable<br>R. Gary Klausner |
| 26 | United States District Judge |

27

28

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES**

Separate from its Motion for attorneys' fees (Doc. 293), defendant Warner/Chappell Music, Inc. ("Warner/Chappell") filed its Motion for additional costs not taxable by the Clerk (Doc. 295). Plaintiff filed no opposition to Warner/Chappell's Motion for additional costs.

And, while plaintiff's opposition to the Motion for attorneys' fees refers to "costs," that opposition does not discuss the Motion for additional costs or challenge any of those additional costs. For example, plaintiff's opposition to the Motion for attorneys' fees nowhere discusses, let alone rebuts, the particularized showing that Warner/Chappell made in support of the award of video deposition and other costs not taxable by the Clerk. W/C Memo. *re* Add'tl Costs (Doc 295-1) at 4-7, Exh. 1-5.

Plaintiff's failure to file opposition to the Motion for additional costs is properly deemed consent to the granting of the Motion. L.R. 7-12.

To the extent that plaintiff's opposition to the Motion for attorneys' fees is deemed relevant to the granting or denial of additional costs, additional costs are still properly granted for the alternative and independent reasons stated in Warner/Chappell's Reply in support of the Motion for attorneys' fees, including (1) that the successful defense of plaintiff's claim on the merits furthered the purposes of the Copyright Act, even if plaintiff's claims were objectively reasonable (W/C Reply Memo. *re* Mtn. for Attys' Fees (Doc. 306) at 1-2), or (2) that plaintiff's litigation misconduct supports the award even if plaintiff's claims were objectively reasonable (*id.* at 4-7), or (3) that the *Fogerty* factors support the award (*id.* at 7-10).

Warner/Chappell respectfully submits that its Motion for additional costs should be granted and Warner/Chappell should be awarded its non-taxable costs of $179,699.06, plus any service of process charges, deposition costs and witness fees

///

///

///

1

1  that Warner/Chappell has applied to the Clerk to tax (Doc. 294), but which the Clerk
2  deems non-taxable.

3  Dated: July 25, 2016

                    /s/ Peter J. Anderson
               Peter J. Anderson, Esq.
   LAW OFFICES OF PETER J. ANDERSON
          A Professional Corporation
           Attorney for Defendants
   JAMES PATRICK PAGE, ROBERT
 ANTHONY PLANT, JOHN PAUL JONES,
    WARNER/CHAPPELL MUSIC, INC.,
     SUPER HYPE PUBLISHING, INC.,
 ATLANTIC RECORDING CORP., RHINO
    ENTERTAINMENT COMPANY and
     WARNER MUSIC GROUP CORP.

2

## REPLY DECLARATION OF PETER J. ANDERSON

I, Peter J. Anderson, declare and state:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. In this action, I represent defendants James Patrick Page, Robert Plant, John Paul Jones, Warner/Chappell Music, Inc. ("Warner/Chappell"), Atlantic Recording Corporation, Rhino Entertainment Company and Warner Music Group Corp. This Reply Declaration is submitted in support of Warner/Chappell's Motion for the award of additional costs not taxable by the Clerk.

### Expert Witness Fees Charged by
### Plaintiff's Experts for Deposition Testimony

3. As stated in my initial Declaration in support of Warner/Chappell's Motion for additional costs, defendants took the depositions of plaintiff's five expert witnesses, but plaintiff's counsel provided invoices for only two of those experts, overstated the amounts and did not provide a Form W-9 for them. W W/C Memo. *re* Add'tl Costs (Doc 295-1) at 5-6, ¶ 5. The Form W-9s for the two experts have since been provided and I sent plaintiff's counsel my firm's checks for expert fees to the two experts, Dr. Stewart and Dr. Einhorn, in the amounts stated in my initial Declaration, namely $3,325 and $3,030, respectively. Attached to this Declaration as Exhibit 6 is a true and correct copy of those checks. These amounts will be billed to Warner/Chappell and are included in the additional costs sought. Plaintiff has never provided invoices or Form W-9s for his remaining three experts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2016.

                                             /s/ Peter J. Anderson
                                            PETER J. ANDERSON

# EXHIBIT 6

**LAW OFFICES OF PETER J. ANDERSON**
A PROFESSIONAL CORPORATION

From:

The Law Office of Peter J. Anderson
100 Wilshire Blvd, Suite 2010
Santa Monica, CA 90401

Date: 07/22/16
Check Number: 8047
Amount: 3,325.00

Memo:
Warner/Chappell adv. Skidmore: Expert witness fee-paym
Dr. Alexander Stewart

8047

**LAW OFFICES OF PETER J. ANDERSON**
100 WILSHIRE BLVD, SUITE 2010
SANTA MONICA, CA 90401
PH. (310) 260-6030  FAX (310) 260-6040



CALIFORNIA BANK & TRUST
SANTA MONICA OFFICE
100 WILSHIRE BLVD., STE 100, SANTA MONICA, CALIFORNIA 90401
CBT Connect 1-800-400-6080 calbanktrust.com

16-339/1220

--CONSTITUTES PAYMENT IN FULL--

DATE: 07/22/16           AMOUNT: $ 3,325.00

**Thirty-three Hundred Twenty-five And 00/100 Dollars***********************************************

PAY TO THE ORDER OF

Dr. Alexander Stewart

AUTHORIZED SIGNATURE

⑈⑈000080⑈7⑈⑈  ⑈:12200339⑈:  3740010191⑈⑈

**EXHIBIT 6**
**4**

# LAW OFFICES OF PETER J. ANDERSON
A PROFESSIONAL CORPORATION

From:

The Law Office of Peter J. Anderson
100 Wilshire Blvd, Suite 2010
Santa Monica, CA 90401

Date: 07/22/16
Check Number: 8048
Amount: 3,030.00

Memo:
Warner/Chappell adv. Skidmore: Expert witness fee-paym
Michael Einhorn

---

**LAW OFFICES OF PETER J. ANDERSON**
100 WILSHIRE BLVD, SUITE 2010
SANTA MONICA, CA 90401
PH. (310) 260-6030  FAX (310) 260-6040


CALIFORNIA BANK & TRUST
SANTA MONICA OFFICE
100 WILSHIRE BLVD., STE 100, SANTA MONICA, CALIFORNIA 90401
CBT Connect 1-800-400-6080  calbanktrust.com

16-339/1220

8048

**--CONSTITUTES PAYMENT IN FULL--**

DATE: 07/22/16    AMOUNT: $ 3,030.00

**Three Thousand Thirty And 00/100 Dollars**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAY TO THE ORDER OF  Michael Einhorn

AUTHORIZED SIGNATURE

⑆00008048⑆ ⑈122003396⑈ 3740010191⑊

**EXHIBIT 6**
5